# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHANE FOWLER and KELVIN TAYLOR, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORFOLK SOUTHERN RAILWAY )<br>COMPANY, DIANNE BARNETT, )<br>STEPHEN WEATHERMAN, and )<br>LEWIS WARE )<br>)<br>Defendants. ) | Civil Action No.:<br>1:21-CV-3303-MLB |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Norfolk Southern Railway Company ("Norfolk Southern"), Dianne Barnett, Lewis Ware, and Stephen Weatherman hereby move the Court for summary judgment in their favor pursuant to Fed. R. Civ. P. 56(a) on the grounds that there is no genuine dispute as to any material fact in this FRSA case and the Defendants are entitled to judgment as a matter of law. This Motion is supported by a Brief and supporting authorities filed contemporaneously herewith, the Declarations with Exhibits of Dianne Barnett, Lewis Ware and Stephen

PD.38056895.1

Weatherman, and portions of the transcripts of testimony from the depositions of the Plaintiffs, Taylor and Fowler.[1]

Submitted this 11th day of October, 2022.

/s/ *Sydney F. Frazier, Jr.*
Sydney F. Frazier, Jr.
(Admitted *Pro Hac Vice*)

/s/ *Crawford S. McGivaren, Jr.*
Crawford S. McGivaren, Jr.
(Admitted *Pro Hac Vice*)

/s/ *Desharne Carroll*
Desharné Carroll (Georgia Bar No. 913658)
PHELPS DUNBAR LLP
2001 Park Place North, Suite 700
Birmingham, Alabama  35203
E-Mail:   Sydney.Frazier@phelps.com
          Crawford.McGivaren@phelps.com
          Desharne.Carroll@phelps.com

*Counsel for Defendants*
Norfolk Southern Railway Company,
Lewis Ware, Dianne Barnett, and
Stephen Weatherman

---

[1] The Declarations are cited by the name of the witness, followed by the paragraph or exhibit number.  The deposition transcripts are cited by the name of the Complainant and the page or line numbers or exhibit number.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF System which will send electronic notification of such filing to the following attorneys for Plaintiff:

| | |
|---|---|
| D. James Jordan, Esq.<br>Hannah E. Heltzel, Esq.<br>ADAMS, JORDAN, & HERRINGTON<br>577 Mulberry Street, Suite 1250<br>Macon, GA 31202<br>jjordan@adamsjordan.com<br>hheltzel@adamsjordan.com | William C. Tucker, Jr., Esq.<br>J. Tom Walker, Esq.<br>MAPLES, TUCKER & JACOBS LLC<br>2001 Park Place North<br>Suite 1325<br>Birmingham, AL 35203<br>bill@mtandj.com<br>tom@mtandj.com |

*/s/ Desharne Carroll*
OF COUNSEL