# EXHIBIT A



U.S. Department
of Transportation

**Federal Railroad
Administration**

Region III

61 Forsyth Street, S.W.
Suite 16T20
Atlanta, GA 30303-3104

2019-NS-10130003

September 4, 2019

Mr. William C. Tucker, Jr.,
Maples, Tucker & Jacobs, LLC
Attorneys at Law
2001 Park Place North, Suite 1325
Birmingham, AL. 35203

Dear Mr. [redacted]

This is in further response to your phone conversation and follow-up letter of June 28, 2019 to Gregory Drakulic, FRA Safety Specialist, in which you requested the FRA to investigate possible FRA regulatory violations at Norfolk Southern Railway's Dillard Yard in Savannah, Georgia.

During the FRA investigation, it was determined that the cars in question; BKTY 152743 and BKTY 153453 did not have defects meeting FRA minimum standards. GATX 32106 was repaired prior to departing Dillard Yard. However, it was discovered that GATX 32106 was repaired without proper blue signal protection for workers on, under or between rolling equipment. A violation is being recommended to our Chief Counsels Office for further handling. The investigation could not substantiate harassment or intimidation of car inspectors when they had ordered railroad cars. This will be looked at during future inspections by FRA MP&E Inspectors.

As always, we appreciate your interest in railroad safety and thank you for bringing this matter to our attention.

Sincerely,

*For*
Carmen Patriarca
Regional Administrator.

NSRC_0212