## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| SHANE FOWLER and<br>KELVIN TAYLOR,<br><br>    Plaintiffs,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY<br>COMPANY, DIANNE BARNETT,<br>STEPHEN WEATHERMAN, and<br>LEWIS WARE<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.:<br>1:21-CV-3303-MLB |

## DECLARATION OF STEPHEN W. WEATHERMAN

1. At all times material to this case, I was employed by Norfolk Southern Corporation as Senior Compliance Investigator in the Audit & Compliance Department in Norfolk, Virginia. In October of 2018, my duties included receiving and responding to calls on Norfolk Southern's Ethics Hotline number which is used by employees and non-employees for making policy violation and ethics complaints against Norfolk Southern employees, including supervisors.

2. On October 1, 2018, I answered a hotline call from carman Kelvin Taylor complaining that his immediate supervisor, Lewis Ware was violating Federal Railroad Authority ("FRA") regulations by sending unsafe railcars out in trains without repairing defects which had been discovered during carman

1

PD 38053768 1

inspections and by harassing Taylor and carman Shane Fowler when they insisted that repairs be made.  On the same day or perhaps the following day, Shane Fowler also called with similar complaints about Mr. Ware.  Attached hereto as Exhibit A is a true and correct copy of my notes of the allegations made by Taylor and Fowler against Lewis Ware in those calls.

3.     With approval from upper management in the Mechanical Department, Dianne Barnett was assigned to investigate the allegations of Fowler and Taylor.  At the time, Ms. Barnett was the Division Manager Mechanical Operations for the Georgia Division.

4.     There is nothing at all unusual about assigning department supervisors to such investigations, since they are familiar with Mechanical Department operations, rules and procedures, whereas Audits & Compliance Department employees do not have such familiarity.

5.     I did not tell Fowler or Taylor that their case would be investigated by someone outside of the Georgia Division Mechanical Department.

6.     Exhibit A also refers to documents and recordings described as supporting the complaints against Ware which were sent to me by Fowler and Taylor at the time they made the hotline complaints, and I forwarded all of those to Dianne Barnett for use in her investigation.

2

7.      Dianne Barnett conducted a detailed investigation of the allegations made by Fowler and Taylor, which included interviews with 12 carmen and supervisors, the results of which are documented in Barnett's 4-page report to me dated November 6, 2018, a copy of which, with exhibits, is attached as Exhibit B.

8.      Barnett found that Lewis Ware's August 16, 2018, decision to override Taylor and Fowler on the defective condition of the coupler cross keys in railcars BKTY152743 and BKTY153453 was justified by the fact that after the two cars departed the Savannah Yard, they subsequently received multiple additional inspections by mechanical department personnel at other Norfolk Southern locations with no cross key defects cited and no cross key repairs made to either car.

9.      Based on my review of Barnett's entire investigation report of Fowler and Taylor's October 2018 complaints, I concluded that her finding that Lewis Ware did not commit a violation of FRA or Norfolk Southern policy was supported by the facts recited in her report, and I communicated that conclusion to Kelvin Taylor in a letter on November 19, 2018, copy attached as Exhibit C.

10.     The allegation in the OSHA complaint filed by Taylor and Fowler describing my November 19, 2018, letter reporting the conclusion of the investigation as somehow suspicious in its timing is completely without foundation.  Fowler and Taylor had not complained to the Audit & Compliance

3

Department of the November 14, 2018, Blue Flag violation with which they were charged, and I had no knowledge of the Blue Flag charges against them at the time of my correspondence to Mr. Taylor. *See* Exhibit C.

11.    I had no role in the decision to discipline Fowler and Taylor for the November 14, 2018, Blue Flag violation, and did not discuss that charge with Dianne Barnett, Lewis Ware or any other Norfolk Southern supervisor.

I hereby declare that the foregoing facts are true and correct based on my personal knowledge and under penalty of perjury.

Dated this **25**th day of July, 2022.

_____
Stephen W. Weatherman

PD 39053768.1

# EXHIBIT A

Allegations:

- **SGF Ware** is improperly removing bad order tags from defective railcars
- SGF Ware has a history of removing bad order tags and has previously been disciplined while working as a General Forman in Macon, GA for removing bad order tags
- SGF Ware retaliates against employees who bad order railcar threatening to bring them up on charges, assigning additional duties, or assigning menial task
- SGF Ware instructed Carmen to carry the company shop phone with them while they are out in the yard inspecting railcars in violation of FRA guidelines.
- On August 15, 2018, **Carmen Kelvin Taylor and Shane Fowler** bad ordered two railcars for defective cross keys. Said repairs couldn't be made while the railcars were in train because in order to make the necessary repairs the railcars had to be uncoupled.
    1. BKTY 152743
    2. BKTY 153453
- SGF Ware pulled the bad order tickets off of the two railcars
- August 15, 2018 SGF Ware retaliated against Taylor and Fowler for bad ordering the railcars by instructing them to do repair work on the first three cars on Shed Track #1 (NS 245017, NS 244365, SOU 550507). The first shift employees are typically responsible for repairing railcars in Shed Track #1. SGF Ware allegedly told Taylor and Fowler that they were being assigned the extra work because he needed to get his bad order count down due to them (Fowler and Taylor) having just bad order railcars.
- August 16, 2018 SGF Ware instructs Taylor and Fowler to allow the two railcars to leave in train although the bad order repairs had not been made. SGF Ware threatened that he would write both Taylor and Fowler up for failure to follow instructions if they didn't let the railcars go. (employees allegedly have an audio recording of this conversation)
- On September 19, 2018, Carmen Taylor and Fowler bad order two railcars in track R3 scheduled to go out in Train 377. (GATX 32106 was bad ordered for a mangled cut lever)
- On September 19, 2018 while inspecting a train on another track Taylor and Fowler overheard **Yardmaster Eddie Childress** asked SGF Ware over the radio about the bad ordered railcars in Train 377 and SGF Ware replied back the railcars had been fixed. YM Childress asked again about the railcars to verify they had been fixed and SGF Ware allegedly stated, "The cars have been repaired"
- On September 19, 2018 Carmen Fowler asked over the radio who made the repairs as the only two Carmen working were Fowler and Taylor and they were both inspecting the other train, to which SGF Ware alleged replied "It's been repaired."
    1. According to Fowler per the CBA the SGF position isn't allowed to make repairs to railcars only Carmen.
- On September 19, 2018 later in the shift SGF Ware confronted Fowler regarding his radio transmission and SGF Ware allegedly told Fowler he (Ware) had been training Transportation Department employees to make repairs to railcars and a Trainmaster made the repairs.

- September 19, 2018 SGF Ware retaliated against Taylor and Fowler for bad ordering the two railcars by instructing them to take 15 cases of water to the Engine Terminal instead of 10 cases that he had previously instructed them.  SGF Ware also instructed them to pick up the trash bags and water bottles Transportation Department employees had thrown on the ground around the Engine Terminal.

Fowler and Taylor stated:

- They feared retaliation by SGF Ware for coming forward with their concerns about bad ordered cars being sent out without being proper repaired.
- The second shift was the only shift which has been singled out by SGF Ware for retaliation
- The morale of the Mechanical Department employees is low and the employees are miserable
- Carmen Steve Daniels would substantiate the allegations made by Fowler and Taylor

# EXHIBIT B

| | |
|---|---|
| **From:** | Barnett, Dianne |
| **nt:** | Tuesday, November 06, 2018 6:27 AM |
| **.o:** | Weatherman, Steve W |
| **Cc:** | Lewis, Robert A.; Reynolds, Todd L.; Wilson, Rennie R.; Barnett, Dianne |
| **Subject:** | ETHICS & COMPLIANCE COMPLAINT (SGF LM WARE / SAVANNAH) |

Steve,

As discussed, I have investigated the allegations contained within the complaint against SGF Lewis Ware over the past few weeks. In conclusion, I found no evidence to support the allegations related to employees being punished for bad ordering cars and being retaliated against when they bad order cars. I did find, however, that Mr. Ware has removed bad order tags from three cars that were cited in the complaint that he deemed as not defective (BKTY 152743, BKTY 153453 and he directed a Transportation supervisor to remove the tags from GATX 32106 after the Transportation supervisor repaired the car with guidance from Mr. Ware. Looking at the inspection and shopping histories, it does not appear that other locations took exception to the cars after they departed Savannah. Contrary to the allegation in the report and the statements made by several employees, Mr. Ware has no history of being disciplined for improperly removing bad order tags and did not admit to regularly removing tags. However, I suspect that it has occurred in the past more frequently than reported in this complaint. I feel that Mr. Ware's management style is different than that of the supervisors preceding him and that has resulted in misunderstandings between him and his direct reports. I advised Mr. Ware to have another carman with him to confirm that a car is not defective and have that carman remove the bad order tags, noting why they were removed on the tags to insure transparency in the inspection and repair processes. lso discussed our anti-retaliation policy found in Corporate Policy 328 (Prohibition Against Workplace Harassment) with Mr. Ware. He will receive a follow up letter to confirm our conversation regarding the policy.

My notes and a summary of my findings (by complaint) are listed below. Please feel free to contact me with any clarifying questions.

        INTERVIEWED EMPLOYEES
            ✓ Mechanical Superintendent Cortez Mason / 10-3-18 / 11:23 AM & 10-31-18 / 9:15 AM
            ✓ Carman Shane Fowler / 10-4-18 / 11:50 AM & 10-18-18 / 6:45 PM
            ✓ Carman Kelvin Taylor / 10-4-18 / 12:40 PM & 10-18-18 / 6:45 PM
            ✓ Carman Jared Blocker / 10-19-18 / 5:15 AM
            ✓ Carman Steve Daniels / 10-19-18 / 5:15 AM
            ✓ Carman Cliff Hester / 10-19-18 / 7:20 AM
            ✓ Senior General Foreman Lewis Ware / 10-30-18 / 10:55 AM
            ✓ Carman Dustin Wade / 10-19-18 / 5:15 AM
            ✓ WGL Eddie Johnson / 10-30-18 / 1:15 PM
            ✓ Carman Randy Higginbotham / 10-30-18 / 1:50 PM
            ✓ Terminal Supt. Calvin Law / 10-31-18 / 12:20 PM
            ✓ Senior Terminal Supervisor Waylon Kimble / 11-1-18 / 12:08 PM

ALLEGATIONS

**#1 SGF Ware is improperly removing bad order tags from defective railcars**

Each employee interviewed was asked, specifically, about their personal knowledge of this issue. Mechanical Superintendent Cortez Mason reported on 10/3 and on 10/31 that he had a conversation with Mr. Ware when Mr. Ware was assigned to Macon as a Mechanical Supervisor about a rumor that he had heard regarding Mr. Ware removing bad order tags. Mr. Ware denied removing tags improperly. On another occasion, Mr. Cortez reported that he was in the company vehicle with Mr. Ware when Mr. Ware reported to him that he had made a repair on a rail car and removed the tag. Mr. Mason reported that he instructed him to never make another repair or remove another bad order tag – he told him that the carmen were responsible for performing those tasks. I asked Mr. Ware about these encounters and he reported that he did not recall those conversations with Mr. Mason. Carman Shane Fowler stated that he personally witnessed Mr. Ware cross over a cut of cars without proper protection or permission and remove a bad order tag from a car in forwarding yard. Mr. Ware denies that this ever occurred. There were no other witnesses of this alleged observation.

**#2 SGF Ware has a history of removing bad order tags and has previously been disciplined while working as a General Forman in Macon, GA for removing bad order tags**

I reached out to Domingo Rodriguez in HR regarding Mr. Ware's personnel record and there is no history of discipline or an investigation into this matter in the past.

**#3 SGF Ware retaliates against employees who bad order railcar threatening to bring them up on charges, assigning additional duties, or assigning menial task**

I found no substantiating evidence to support this allegation. According to Shane Fowler and Kelvin Taylor, they are required to give "more work" whenever there is a bad order and the yardmaster has to report the cars to Mr. Ware whenever there is a bad order in a train. Mr. Ware reported that all three shifts participate in repairing rail cars whenever the bad order count begins to increase which includes employees on 2nd and 3rd shifts. He acknowledged that he does have a request for the yardmaster to notify him whenever two or more cars are bad ordered in a train as he lives nearby and can often come in to confirm the defect. I asked Mr. Ware if he assigns busy work to employees who bad order cars, he responded no. He stated that his process for managing his bad order count is to make sure that all three shifts participate in making repairs. Mr. Fowler and Mr. Taylor accused Mr. Ware of showing favoritism towards the employees on 1st shift. I did not find evidence of this through my investigation although Mr. Ware does have a long-standing work relationship with several of the carmen who worked with him at Macon in the past. The employees on every shift reported that they participate in transporting water to the locomotive pad, cleaning up trash that has accumulated and whatever additional tasks Mr. Ware assigns to them but several (Shane Fowler, Kelvin Taylor, Steve Daniels, Jared Blocker and Dustin Wade) report that it seems that 2nd shift gets the 'worst of it'.

**#4 SGF Ware instructed Carmen to carry the company shop phone with them while they are out in the yard inspecting railcars in violation of FRA guidelines.**

An audio recording was provided by Mr. Taylor in which he, Mr. Ware and Mr. Fowler were having a conversation about the carmen keeping the company shop phone in the truck with them whenever they went out to inspect cars. At no time in the recording does Mr. Ware direct the employees to keep the cellphone on their person while they are inspecting trains – he tells them that they need to leave the phone in the truck and periodically check it when they return from inspecting cars in the event that he needs to contact them for any reason. Mr. Fowler seems particularly agitated in citing that the yardmaster always got in touch with the carmen if past SGFs needed to get in touch with them. Having the company-provided cellphone in the truck is not a violation of FRA or company policies.

**#5A** On August 15, 2018, **Carmen Kelvin Taylor and Shane Fowler** bad ordered two railcars for defective cross keys. Said repairs couldn't be made while the railcars were in train because in order to make the necessary repairs the railcars had to be uncoupled.

1. BKTY 152743
2. BKTY 153453

SGF Ware pulled the bad order tickets off of the two railcars

> Mr. Ware confirmed that both BKTY cars were bad ordered by Mr. Fowler for worn cross keys. He reported that one of the two cars came to the shop and was not found to be defective after it had been disassembled to double check the condition of the key. Mr. Ware stated that he removed the bad order tags from both cars because they were not defective and he said that he explained to Mr. Fowler why they were not defective. Mr. Fowler disagreed with Mr. Ware's assessment and requested an email from Mr. Ware stating that the cars were not defective which Mr. Ware declined. Since departing Savannah, both cars have incurred multiple inspections by Mechanical personnel (BKTY 152743 – 6 inbound and 12 brake tests / BKTY 153453 - 4 inbound and 6 brake tests) with no draft issues cited or repairs made to the draft systems.

**#5B** August 15, 2018 SGF Ware retaliated against Taylor and Fowler for bad ordering the railcars by instructing them to do repair work on the first three cars on Shed Track #1 (NS 245017, NS 244365, SOU 550507). The first shift employees are typically responsible for repairing railcars in Shed Track #1. SGF Ware allegedly told Taylor and Fowler that they were being assigned the extra work because he needed to get his bad order count down due to them (Fowler and Taylor) having just bad order railcars.

> Mr. Ware confirmed that he did assign the employees to repair the cars in the shop after they bad ordered cars in order to manage his bad order count which he stated in an audio recording that I received. Mr. Ware reported that Mr. Fowler and Mr. Taylor complain about anything extra that they have to do aside from inspecting the 'few cars' that are released to them during their shift because they have never been made to work in the shop. He stated that he did not assign them to repair the cars as punishment but because everyone has to pitch in to help when the bad order count increases. Mr. Ware reported that he generally makes every shift repair cars, work on locomotives, clean up or restock supplies if they are not performing train inspections. WGL Eddie Johnson reported that prior to Mr. Ware coming to Savannah, the previous SGF also had 2nd and 3rd shifts making repairs whenever the bad order count increased.

**#5C** August 16, 2018 SGF Ware instructs Taylor and Fowler to allow the two railcars to leave in train although the bad order repairs had not been made. SGF Ware threatened that he would write both Taylor and Fowler up for failure to follow instructions if they didn't let the railcars go. (Employees allegedly have an audio recording of this conversation)

> Reference #5A. I reviewed the audio recording that was provided in which Mr. Ware told Mr. Fowler that he had inspected the cars and found that they were not defective. He went on to tell Mr. Fowler that the cars would be leaving the shop and instructed him not to tag them or he would handle him for failure to follow instructions – he told him that if the car was taken apart and found to have no defects, it would constitute falsifying a bad order. Mr. Fowler requested an email stating not to bad order the cars. Mr. Ware asserted that he made the decisions as the 'officer on this property' and declined Mr. Fowler's request.

**#6** On September 19, 2018, Carmen Taylor and Fowler bad order two railcars in track R3 scheduled to go out in Train 377. (GATX 32106 was bad ordered for a mangled cut lever).
On September 19, 2018 while inspecting a train on another track Taylor and Fowler overheard **Yardmaster Eddie Childress** asked SGF Ware over the radio about the bad ordered railcars in Train 377 and SGF Ware replied back the railcars had been fixed. YM Childress asked again about the railcars to verify they had been fixed and SGF Ware allegedly stated, "The cars have been repaired"

On September 19, 2018 Carmen Fowler asked over the radio who made the repairs as the only two Carmen working were Fowler and Taylor and they were both inspecting the other train, to which SGF Ware alleged replied "It's been repaired."

      1. According to Fowler per the CBA the SGF position isn't allowed to make repairs to railcars only Carmen.

On September 19, 2018 later in the shift SGF Ware confronted Fowler regarding his radio transmission and SGF Ware allegedly told Fowler he (Ware) had been training Transportation Department employees to make repairs to railcars and a Trainmaster made the repairs.

      Mr. Ware recalled the situation and reported that he was performing a Mechanical education session with Senior Terminal Supervisor Waylon Kimble where Mr. Kimble volunteered to make the repair on the car to protect train performance. Mr. Ware stated that he did not foul the track and only provided tools and verbal instructions on how to remove and replace the cut lever. Mr. Kimble confirmed that he made the repair because he wanted to learn more about car-related operations. I discussed with Mr. Ware the fact that there was no repair bill in the system for the repair on the car and he reported that he forgot to have someone prepare the bill for it. Mr. Fowler reported that he never got around to entering the bad ordered car into the computer so it was not necessary to release the car from bad order status. Mr. Ware has been instructed to have a carman make repairs whenever found to eliminate any time claims for violating CBA Rule #37.

#7 September 19, 2018 SGF Ware retaliated against Taylor and Fowler for bad ordering the two railcars by instructing them to take 15 cases of water to the Engine Terminal instead of 10 cases that he had previously instructed them. SGF Ware also instructed them to pick up the trash bags and water bottles Transportation Department employees had thrown on the ground around the Engine Terminal.

      Mr. Ware reported that he did have the employees take 15 cases of water to the engine terminal instead of 10 because he realized when he stopped to check the water inventory on his way out of the yard, that there was no water in the engine terminal. He reported that his instructions to the employees to take an additional 5 cases of water to the engine terminal was because the shop had run out of water and had to purchase a pallet locally until their order arrived. Mr. Ware reported that his actions were aimed at insuring that the train crews had an adequate supply available.

Fowler and Taylor stated:
- They feared retaliation by SGF Ware for coming forward with their concerns about bad ordered cars being sent out without being proper repaired.
- The second shift was the only shift which has been singled out by SGF Ware for retaliation
- The morale of the Mechanical Department employees is low and the employees are miserable
- Carmen Steve Daniels would substantiate the allegations made by Fowler and Taylor

I feel that both employees are sincere in their concerns about being disciplined for bad ordering cars. Mr. Ware places a lot of emphasis on managing his bad order count (as he should) and I believe that a lack of consistency in requiring 2nd and 3rd shifts to fully participate in making repairs has resulted in confusion about Mr. Ware's motivation. Mr. Ware reported that he has regularly required that all shifts work in the shop (when not inspecting trains) since the Clean Sheet process was implemented at Savannah. Mr. Fowler seems to become easily agitated and questions why certain decisions are made by Mr. Ware which results in more conversations between the two and that may be the reason that it appears that 2nd shift is singled out.

Dianne
717-919-2830



## Car Inspection Report

### bkty 152743   Car Type: BOXC

| Inspection Start Date | Location | Inspection Type | In Train | Out Train | Inspection Minutes | Bad Order | Repair | Inspector |
|---|---|---|---|---|---|---|---|---|
| 09/19/16 | Sheffield, AL | Partial Inspection | A87A819 | | 20 | | | James, R |
| 09/21/16 | Sheffield, AL | (Origin) A-6 & Outbound Inspection | | 391A821 | 90 | | | Colglazier, B |
| | | | | | | | | Petty, Bryant |
| 11/26/16 | Elkhart, IN | Inbound Mechanical Inspection | 34G8326 | | 44 | | | Mcclure, Peter |
| | | | | | | | | Sharp, Ronald |
| 11/27/16 | Elkhart, IN | (Origin) A-6 & Outbound Inspection | | 366L927 | 63 | | | Russell, Robert |
| 11/28/16 | Ft Wayne, IN | (Origin) A-6 & Outbound Inspection | | L91L628 | 45 | | | Foulk, Robert |
| 12/16/16 | Ft Wayne, IN | (Origin) A-6 & Outbound Inspection | | 36SL416 | 150 | | | Pliett, A |
| 12/18/16 | Elkhart, IN | (Origin) A-6 & Outbound Inspection | | 177L919 | 104 | | | Jabs, Timothy |
| 12/20/16 | Chattanooga, TN | Inbound Mechanical Inspection | 177T619 | | 50 | | | Nelson, C |
| 12/21/16 | Chattanooga, TN | (Origin) A-6 & Outbound Inspection | | NS | 45 | | | Collins, Christopher |
| 12/31/16 | Chattanooga, TN | Inbound Mechanical Inspection | CSXT | | 65 | | | Bethune, Gerald |
| 01/02/17 | Chattanooga, TN | (Origin) A-6 & Outbound Inspection | | 142T631 | 62 | | | Yates, Daryl |
| 01/03/17 | Elkhart, IN | Inbound Mechanical Inspection | 142B131 | | 63 | | | Warren, Larry |
| 01/05/17 | Elkhart, IN | (Origin) A-6 & Outbound Inspection | | 31Q8305 | 136 | | | Mikel, Tony |
| | | | | | | | | Stump, Austin |
| 01/14/17 | Chicago, IL | (Origin) A-6 & Outbound Inspection | | W0Q8315 | 300 | | | Eberly, Robert |
| 01/15/17 | Elkhart, IN | Inbound Mechanical Inspection | W0Q8315 | | 99 | | | Kline, Frederick |
| 01/16/17 | Elkhart, IN | (Origin) A-6 & Outbound Inspection | | 177L917 | 463 | | | Rogers, Robert |
| 01/18/17 | Chattanooga, TN | Inbound Mechanical Inspection | 177T617 | | 145 | | | Conner, Clayton |
| 01/20/17 | Chattanooga, TN | (Origin) A-6 & Outbound Inspection | | NS | 105 | | | Ridenour, Gregory |
| 02/01/17 | Chattanooga, TN | Inbound Mechanical Inspection | CSXT | | 60 | | | Nelson, C |
| 02/02/17 | Chattanooga, TN | (Origin) A-6 & Outbound Inspection | | 116T602 | 90 | | | Scott, Jason |
| 02/05/17 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | 33N8106 | 50 | | | Keegan, Megan |
| | | | | | | | | Martin, Christopher |
| | | Inbound Mechanical Inspection | 116L802 | | 104 | | | Harris, Glen |
| | | | | | | | | Scherer, Thomas |

| Date | Location | Inspection | | | | | Names |
|---|---|---|---|---|---|---|---|
| 02/15/17 | Bellevue, OH | Inbound Mechanical Inspection | W6GB115 | | 86 | | Harrold, David |
| | | | | | | | Winchester, Terry |
| 02/16/17 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | 117L816 | 64 | | Goff, Robert |
| | | | | | | | Renner, Anthony |
| 02/18/17 | Chattanooga, TN | Inbound Mechanical Inspection | 117T616 | | 68 | | Branum, Jason |
| 02/19/17 | Chattanooga, TN | (Origin) A-6 & Outbound Inspection | | 371G119 | 40 | | Smith, John |
| 02/27/17 | Chattanooga, TN | Inbound Mechanical Inspection | 370G127 | | 50 | | Ridenour, Gregory |
| 02/28/17 | Chattanooga, TN | (Origin) A-6 & Outbound Inspection | | 163AA28 | 60 | | Scott, Jason |
| 03/02/17 | Sheffield, AL | Inbound Mechanical Inspection | 163AA28 | | 50 | | Berry, M |
| | | | | | | | Elliott, W |
| 03/03/17 | Sheffield, AL | (Origin) A-6 & Outbound Inspection | | A82AA03 | 105 | | Hollander, Ricky |
| | | | | | | | Tidwell, Derek |
| 03/13/17 | Sheffield, AL | Inbound Mechanical Inspection | A82AA13 | | 120 | | Handley, D |
| | | | | | | | Masterson, J |
| 03/14/17 | Sheffield, AL | (Origin) A-6 & Outbound Inspection | | 391AB14 | 92 | | Coiglazier, B |
| | | | | | | | Hollander, Ricky |
| 05/12/17 | Elkhart, IN | Inbound Mechanical Inspection | 34GB312 | | 49 | | Berkshire, Theodore |
| | | | | | | | Watson, Daniel |
| 05/13/17 | Elkhart, IN | (Origin) A-6 & Outbound Inspection | | 366L913 | 80 | | Lambright, Benjamin |
| | | | | | | | Towne, Corey |
| 05/15/17 | Ft Wayne, IN | (Origin) A-6 & Outbound Inspection | | L91L615 | 55 | | Mills, Shane |
| 05/27/17 | Ft Wayne, IN | (Origin) A-6 & Outbound Inspection | | 365L427 | 100 | | Twibell, Jacob |
| 05/29/17 | Elkhart, IN | (Origin) A-6 & Outbound Inspection | | 18MB229 | 130 | | Adams, Donald |
| 06/01/17 | Linwood, NC | Inbound Mechanical Inspection | 18MPA29 | | 50 | | Briggs, Daryl |
| | | | | | | | Dendy, George |
| 06/02/17 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 173P302 | 60 | | Hatten, Johnny |
| | | | | | | | Veale, James |
| 06/04/17 | Birmingham, AL | (Origin) A-6 & Outbound Inspection | | M73A203 | 450 | | Smith, Matthew |
| | | | | | | | Yates, Daryl |
| 06/05/17 | Sheffield, AL | Inbound Mechanical Inspection | M73A203 | | 90 | | Masterson, J |
| 12/22/17 | Bellevue, OH | Inbound Mechanical Inspection | 18AB221 | | 134 | | Martin, Heather |
| | | | | | | | Salsbury, Eric |
| 12/29/17 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | L26L229 | 73 | | Fortney, Mark |
| | | | | | | | Shears, Richard |
| 01/11/18 | Bellevue, OH | Inbound Mechanical Inspection | L877 | | 96 | | Knauer, Mark |
| | | | | | | | Venturino, Nicholas |
| 01/12/18 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | 117L312 | 81 | | Palmer, Matthew |
| | | | | | | | Reiter, Scott |
| 01/15/18 | Sheffield, AL | Partial Inspection | 117AA12 | | 60 | | Holcomb, Kenneth |
| | | | | | | | Sellers, Christopher |
| | | (Origin) A-6 & Outbound Inspection | | 391AB16 | 40 | | Burgess, P |

| Date | Location | Inspection | Code 1 | Code 2 | Number | | | Names |
|---|---|---|---|---|---|---|---|---|
| 01/16/18 | Sheffield, AL | (Origin) A-6 & Outbound Inspection | | 3752020 | 40 | | | Tidwell, Derek |
| | | Partial Outbound Inspection | | | 85 | | | Burgess, P |
| | | | | | | | | Tidwell, Derek |
| 05/01/18 | East Decatur, IL | Partial Inspection | 30ND630 | | 25 | | | Morgan, Jason |
| 05/03/18 | East Decatur, IL | (Origin) A-6 & Outbound Inspection | | 34ND103 | 89 | | | Yoder, Jeffrey |
| 05/05/18 | Conway, PA | (Origin) A-6 & Outbound Inspection | | 12GC206 | 150 | | | Maddix, Gary |
| | | Inbound Mechanical Inspection | 34NB103 | | 42 | | | Maddix, Gary |
| 05/07/18 | Enola, PA | (Origin) A-6 & Outbound Inspection | | HS12 | 50 | | | Edwards, Lamont |
| | | | | | | | | Henry, John |
| 05/18/18 | Enola, PA | (Origin) A-6 & Outbound Inspection | | 30AH418 | 88 | | | Grubb, Aaron |
| | | | | | | | | Zimmerman, Nick |
| | | Bleed Only | HS51 | | 40 | | | Liddick, Logan |
| 05/19/18 | Allentown, PA | (Origin) A-6 & Outbound Inspection | | 35QH520 | 175 | | | Hunter, Zachary |
| | | Bleed Only | 30AH418 | | 45 | | | Tirrell, Joseph |
| 05/21/18 | Linwood, NC | Inbound Mechanical Inspection | 35QP220 | | 36 | | | Brazeel, Michael |
| | | | | | | | | Jackson, Lionel |
| 05/22/18 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 119P322 | 70 | | | Bunton, Matthew |
| | | | | | | | | Mccorkle, S |
| 05/24/18 | Macon, GA | Inbound Mechanical Inspection | 119G222 | | 75 | | | Banbury, Robert |
| 05/25/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 137G625 | 121 | | | Gray, Michael |
| 06/29/18 | Birmingham, AL | (Origin) A-6 & Outbound Inspection | | 178A630 | 228 | | | Paige, Samuel |
| | | Inbound Mechanical Inspection | 137AS27 | | 96 | | | Mccormick, Derrick |
| 07/03/18 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | 353B104 | 79 | | | Holcomb, Nathan |
| | | | | | | | | Jackson, Peter |
| | | Inbound Mechanical Inspection | 178L830 | | 76 | | | Back, Steven |
| | | | | | | | | Shedenhelm, John |
| 07/21/18 | Bellevue, OH | Inbound Mechanical Inspection | 184B121 | | 86 | | | Olenchick, Ryan |
| | | | | | | | | Salsbury, Eric |
| 07/22/18 | Bellevue, OH | (A-8) Class 1a Brake Test (Mech) | | M75L822 | 37 | | | Martin, Heather |
| | | | | | | | | Thiboutot, Guy |
| | | Partial Outbound Inspection | | | 39 | | | Stottlemire, Amy |
| | | | | | | | | Thom, Kyle |
| 07/25/18 | Macon, GA | Bleed Only | M75G222 | | 46 | | | Hamilton, Darin |
| 07/26/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 372G526 | 138 | | | Johnson, Graylin |
| 08/15/18 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | | 105 | Y | | Fowler, Shane |
| 08/16/18 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | 156G516 | 100 | | | Taylor, Kelvin |
| 08/25/18 | Macon, GA | Inbound Mechanical Inspection | 191G522 | | 64 | | | Ray, Russell |
| 08/26/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 357G627 | 43 | | | Kittrell, Nathan |
| 09/06/18 | Macon, GA | Inbound Mechanical Inspection | 356G605 | | 78 | | | Banbury, Robert |
| 09/07/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | | 167 | | | Gray, Michael |
| | | | | 137G607 | 170 | | | Johnson, Kentera |

| Date | Location | Inspection Type | | | | | Inspector |
|------|----------|-----------------|---|---|---|---|-----------|
| 09/17/18 | Macon, GA | Inbound Mechanical Inspection | 186G615 | | 72 | | Ray, Russell |
| 09/18/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 372G518 | 148 | | Everett, Charles |
| 09/25/18 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | 156G525 | 75 | | Higginbotham, Edward |
| 10/01/18 | Linwood, NC | Inbound Mechanical Inspection | 192P329 | | 40 | | Brazeel, Michael |
| | | | | | | | Simerson, Richard |
| 10/04/18 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | M2RP204 | 80 | | Briggs, Daryl |
| | | | | | | | Monteleone, D |
| | | | | | | | Witherspoon, Cedric |
| 10/06/18 | Enola, PA | (Origin) A-6 & Outbound Inspection | | HS3H906 | 60 | | Eger, Jack |
| | | | | | | | Klinger, Glen |
| 10/09/18 | Northumberland, PA | (Origin) A-6 & Outbound Inspection | | K22H909 | 25 | | Zook, Charles |
| 10/11/18 | Enola, PA | Bleed Only | HS3H911 | | 60 | | Shutt, Russell |
| | Northumberland, PA | (Origin) A-6 & Outbound Inspection | | HS3H911 | 110 | | Zook, Charles |
| 10/13/18 | Enola, PA | (Origin) A-6 & Outbound Inspection | | 13RH113 | 79 | | Snyder, Kenneth |
| | | | | | | | Steever, Richard |
| 10/15/18 | Linwood, NC | Inbound Mechanical Inspection | 13RP213 | | 60 | | Thompson, John |
| | | | | | | | Willis, J |
| 10/16/18 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 119P316 | 105 | | Jackson, Lionel |
| 10/17/18 | Macon, GA | Inbound Mechanical Inspection | 119G216 | | 175 | | Ray, Russell |
| 10/18/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 137G619 | 101 | | Gray, Michael |
| 11/10/18 | Macon, GA | Inbound Mechanical Inspection | 186G609 | | 75 | | Cecil, Steven |
| 11/11/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 192G511 | 115 | | Singleton, Richard |
| 01/04/19 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | 373G504 | 145 | | Blocker, Jared |
| 01/05/19 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 137G606 | 125 | | Francis, Jon |
| | | Inbound Mechanical Inspection | 373G504 | | 120 | | Johnson, Graylin |
| 01/12/19 | Macon, GA | Bleed Only | 186G611 | | 65 | | Cherney, F |
| 01/13/19 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 372G513 | 160 | | Francis, Jon |
| 01/25/19 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | 377G525 | 115 | | Hester, C |
| | | | | | | | Wade, Dustin |
| 01/26/19 | Macon, GA | Inbound Mechanical Inspection | 377G525 | | 65 | | Francis, Jon |
| 01/31/19 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 322G231 | 90 | | Arp, Glenn |
| 02/02/19 | Sheffield, AL | (Origin) A-6 & Outbound Inspection | | 17ZAB02 | 105 | | Nichols, Stephen |
| | | Partial Inspection | 322AA31 | | 60 | | Jackson, Michael |



## Car Inspection Report

bkty 153453   Car Type: BOXC

| Inspection Start Date | Location | Inspection Type | In Train | Out Train | Inspection Minutes | Bad Order | Repair | Inspector |
|---|---|---|---|---|---|---|---|---|
| 08/17/16 | Bellevue, OH | Inbound Mechanical Inspection | M8AB216 | | 92 | | | Rhine, William |
| | | | | | | | | Simo, Robert |
| 08/18/16 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | | 54 | | | Fay, Robert |
| | | | | | | | | Gerding, Jacob |
| 08/19/16 | Bellevue, OH | Inbound Mechanical Inspection | M8AB216 | | 71 | | | Gerding, Jacob |
| 08/20/16 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | 310L220 | 201 | | | Frost, Eric |
| | | | | | | | | Knauer, Mark |
| | | | | | | | | Tesso, Nick |
| | | | | | | | | Walterbusch, Micheal |
| 08/21/16 | East Binghamton, NY | (Origin) A-6 & Outbound Inspection | | 14R9620 | 95 | | | Mulroy, John |
| | East Binghamton, NY | Bleed Only | 310H720 | | 25 | | | Floto, Kenneth |
| | | | | | | | | Slade, Michael |
| 09/05/16 | East Binghamton, NY | (Origin) A-6 & Outbound Inspection | | 11Z9905 | 45 | | | Floto, Kenneth |
| | | | | | | | | Slade, Michael |
| | Enola, PA | Bleed Only | 11Z9905 | | 20 | | | Grego, Ron |
| | | | | | | | | Kalonick, Michael |
| 09/06/16 | Enola, PA | (Origin) A-6 & Outbound Inspection | | 13RH106 | 35 | | | Grego, Ron |
| | | | | | | | | Kalonick, Michael |
| 09/07/16 | Linwood, NC | Inbound Mechanical Inspection | 13RP206 | | 40 | | | Briggs, Daryl |
| | | | | | | | | Dendy, George |
| 09/08/16 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 13SP808 | 55 | | | Miller, Brian |
| | | | | | | | | Wekony, Karl |
| 09/09/16 | Asheville, NC | (Pick-Up) A-6 & Outbound Inspection | | NS | 45 | | | Deckrow, Adam |
| 09/27/16 | Asheville, NC | (Pick-Up) A-6 & Outbound Inspection | | 76MP826 | 120 | | | Deckrow, Adam |
| 09/28/16 | Linwood, NC | Inbound Mechanical Inspection | 76MP826 | | 27 | | | Joyce, Jerry |
| | | | | | | | | Spinnato, Anthony |
| | | | | | | | | Miller, Brian |

| Date | Location | Inspection | | | | | Names |
|---|---|---|---|---|---|---|---|
| 09/29/16 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 36QP229 | 70 | | Smyre, Reginald / Wekony, Karl |
| 09/30/16 | Allentown, PA | Bleed Only | 36QH129 | | 120 | | Curry, Michael / Gress, George |
| 10/02/16 | Allentown, PA | (Origin) A-6 & Outbound Inspection | | 32AHS02 | 190 | | Scanlon, Timothy |
| 10/14/16 | Allentown, PA | Bleed Only | 33KH514 | | 70 | | Dartouzos, Anthony / Pinkowski, Allen |
| | Croxton, NJ | (Origin) A-6 & Outbound Inspection | | 33KH514 | 210 | | Lopez, Javier |
| 10/15/16 | Allentown, PA | (Origin) A-6 & Outbound Inspection | | 35QH515 | 180 | | Scanlon, Timothy / Welsh, Michael |
| 10/17/16 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 13SP817 | 40 | | Jackson, Lionel / Witherspoon, Cedric |
| | | Inbound Mechanical Inspection | 35QP215 | | 33 | | Brown, Lewis / Lineberry, Robert |
| 10/18/16 | Asheville, NC | (Pick-Up) A-6 & Outbound Inspection | | NS | 75 | | Deckrow, Adam |
| 10/26/16 | Asheville, NC | (Pick-Up) A-6 & Outbound Inspection | | 13ST225 | 70 | | Brewer, Thomas |
| 10/28/16 | Chattanooga, TN | (Origin) A-6 & Outbound Inspection | | 367A628 | 60 | | Thornburg, Matthew |
| | | Inbound Mechanical Inspection | 1STTS25 | | 30 | | Bethune, Gerald |
| 10/29/16 | Birmingham, AL | Inbound Mechanical Inspection | 367A628 | | 60 | | Guerrero, Sergio / Mitchell, Nathaniel |
| 10/30/16 | Birmingham, AL | (Origin) A-6 & Outbound Inspection | | 393A730 | 41 | | Ham, Christopher / Zettler, Matthew |
| 05/25/18 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | L11L327 | 84 | | Huffman, Richard / Walterbusch, Micheal |
| | | Inbound Mechanical Inspection | 18A8224 | | 108 | | Green, Danny / Venturino, Nicholas |
| 06/02/18 | Bellevue, OH | Inbound Mechanical Inspection | L11L302 | | 29 | | Rini, Joseph / Winchester, Terry |
| 06/06/18 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | L22L205 | 72 | | Christian, Timothy / Stottlemire, Amy |
| 06/07/18 | South Lorain, OH | (Origin) A-6 & Outbound Inspection | | L22L206 | 44 | | Bratulic, Vicenzo |
| 06/09/18 | Bellevue, OH | Inbound Mechanical Inspection | L22L208 | | 86 | | Caudill, Eric / Green, Danny |
| 06/10/18 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | W10L210 | 114 | | Heath, R / Shears, Richard |
| 06/11/18 | East Binghamton, NY | (Origin) A-6 & Outbound Inspection | | 16R9611 | 95 | | Edwards, Douglas / Mulroy, John |
| | | Bleed Only | W10H710 | | 15 | | Edwards, Douglas / Mulroy, John |
| 06/26/18 | East Binghamton, NY | Bleed Only | 11R9625 | | 30 | | Floto, Kenneth / Green, Adam |

| Date | Location | Inspection | | ID | Value | | | Names |
|---|---|---|---|---|---|---|---|---|
| 06/27/18 | East Binghamton, NY | (Origin) A-6 & Outbound Inspection | | 11Z9927 | 80 | | | Floto, Kenneth |
| | | | | | | | | Green, Adam |
| 06/28/18 | Enola, PA | (Origin) A-6 & Outbound Inspection | | 13RH128 | 40 | | | Henry, Michael |
| | | | | | | | | Steever, Richard |
| 06/30/18 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 337P330 | 75 | | Y | Lay, Blake |
| | | | | | | | | Mccaskell, Larry |
| | | Inbound Mechanical Inspection | 13RP228 | | 55 | | | Hoffmann, Daniel |
| | | | | | | | | Vinciguerra, William |
| 07/07/18 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 337P307 | 135 | | | Goetz, Jacob |
| | | | | | | | | Mccaskell, Larry |
| | | | | | | | | Smith, David |
| | | | | | | | | Vinciguerra, William |
| | | Inbound Mechanical Inspection | 192P305 | | 50 | | | Brazeel, Michael |
| | | | | | | | | Spinnato, Anthony |
| 07/24/18 | Columbia, SC | (Pick-Up) A-6 & Outbound Inspection | | 191P023 | 150 | | | Jones, Bocephus |
| 08/15/18 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | | 105 | Y | | Fowler, Shane |
| 08/16/18 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | 156GS16 | 100 | | | Taylor, Kelvin |
| 08/25/18 | Macon, GA | Inbound Mechanical Inspection | 191GS22 | | 64 | | | Ray, Russell |
| 08/26/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 357G627 | 43 | | | Kittrell, Nathan |
| 09/07/18 | Macon, GA | Inbound Mechanical Inspection | 356G606 | | 53 | | | Winkler, Gregory |
| 09/08/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 372GS08 | 156 | | | Hamilton, Darin |
| 09/16/18 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | 156GS16 | 170 | | | Taylor, Kelvin |
| 09/21/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 137G622 | 145 | | | Johnson, Graylin |
| | | Inbound Mechanical Inspection | 191GS19 | | 105 | | | Smith, L |
| 09/23/18 | Birmingham, AL | (A-8) Class 1a Brake Test (Mech) | | 339A724 | 420 | | | Smith, Matthew |
| | | Inbound Mechanical Inspection | 137A522 | | 100 | | | Lawrence, John |
| | | | | | | | | Smith, David |

# EXHIBIT C



Norfolk Southern Corporation
3 Commercial Pl.
Norfolk, Virginia 23510-0245
757-823-5585
757-629-2777 FAX
800-732-9279 Ethics & Compliance Hotline
Email: steve.weatherman@nscorp.com

Stephen W. Weatherman
Senior Compliance Investigator

November 19, 2018

Kelvin Taylor
PO Box 1283
Millen, GA 30442-1283

Dear Mr. Taylor:

This letter is in response to your telephone call to Ethics and Compliance on October 1, 2018.

We have completed our investigation and, while the details of our investigation must remain confidential, we wanted to let you know that our findings did not show that a violation of company policy has occurred. Please be assured that we have taken your allegations seriously and, we investigated them sufficiently before reaching our conclusion.

Please contact me if you have similar concerns in the future or if you believe you have experienced any conduct as a result of you contacting us that is a violation of Norfolk Southern's non-retaliation policy.

Thank you for your assistance. We appreciate your support of Norfolk Southern's Ethics and Compliance program and *The Thoroughbred Code of Ethics*.

Sincerely,

Stephen W. Weatherman
Senior Compliance Investigator

Operating Subsidiary: Norfolk Southern Railway Company