IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHANE FOWLER and KELVIN TAYLOR, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 1:21-CV-3303-MLB |
| NORFOLK SOUTHERN RAILWAY COMPANY, DIANNE BARNETT, STEPHEN WEATHERMAN, and LEWIS WARE | ) ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF DIANNE BARNETT

1.      At all times material to this case, I have been employed as a division mechanical officer for Norfolk Southern Railway Company.  In 2011, I became the Division Manager Mechanical Operations for the Georgia Division and was in that job in 2018 and 2019.  During that time, I was the direct supervisor for Lewis Ware, the Senior General Foreman ("SGF") for Norfolk Southern's Georgia Division operations in Savannah, Augusta, Brunswick and Jacksonville.

2.      Norfolk Southern's Mechanical Department is responsible for inspections and repairs of locomotives and all types of railcars which make up the rolling stock of the railroad.  Inspection work is conducted by carmen, primarily in the receiving yards, from which arriving trains are broken up for reassembly,

1

and in departure yards where outbound trains are inspected again prior to departure. Dillard Yard in Savannah is one of Norfolk Southern's smaller facilities, having three receiving tracks, three outbound tracks, and thirty-seven classification tracks. There were 12 carmen normally assigned to Dillard Yard in 2018. The number of Dillard carmen was reduced to 10 in 2019.

3.    Both the Federal Railroad Administration ("FRA") and the American Association of Railroads ("AAR") mandate inspections of specific railcar components, including the couplings, wheel assemblies, airbrake systems, and what are termed "safety appliances," such as ladders, handholds, crossovers and other devices designed to prevent injury to personnel working on the equipment.

4.    When railcar defects are observed during inspections, cars are "Bad Ordered" and a written description is entered on a tag which is then attached to the car.

5.    Although some repairs can be performed by carmen out in the yard where inspections take place, most "Bad Ordered" cars must be removed from the train and taken to a designated repair track where a large array of tools and equipment is available for conducting repairs.

6.    In cases involving a judgment call, such as the extent of wear or other visible conditions affecting coupler cross keys, brake shoes, and other railcar components, supervisors frequently inspect the Bad Ordered equipment to

2

see if they agree with the need to remove the car for repairs, since taking equipment out of service can result in delay in customer service.

7.     Before becoming a supervisor in 2016, Lewis Ware worked for many years in the carman classification.   As a carman, he was sufficiently knowledgeable and experienced in the Mechanical Department operations, rules and regulations, such that as a gang leader he conducted training of other carmen in various locations across the Georgia Division.

8.     Disputes between supervisors and carmen over the existence or extent of railcar defects are not uncommon and, as with the cars referred to by Taylor and Fowler in their hotline call, supervisors ultimately determine the outcome of such disputes.

9.     Now and in 2018, Mr. Ware requested to be notified by the Yardmaster when cars were Bad Ordered, even when he was away from Dillard Yard, since he lives nearby and can come to the yard for a review of reported defects without difficulty.

10.     Such concern with whether Bad Order defects are actually present is not a valid subject for criticism.   It is part of the supervisor's job, just as is his responsibility for assuring that actual defects are properly repaired and the cars made safe for normal operation.

11.     In my investigation of the hotline complaints filed by Taylor and Fowler, I documented the fact that Lewis Ware's August 16, 2018, decision to override Taylor and Fowler on the defective condition of the coupler cross keys in railcars BKTY152743 and BKTY153453 was fully justified.  After requiring the removal of the Bad Order tags placed on those cars by Taylor and Fowler, the two cars departed the Savannah Yard and subsequently received multiple safety inspections by mechanical personnel at other locations with no cross key issues cited (and no car separations or derailments) and no cross key repairs made to either car.  At the time of my report, there had been six subsequent inspections for BKTY152743, Exhibit A, and four subsequent inspections for BKTY153453, Exhibit B.  Those subsequent inspections establish that the cross keys on those two cars were far from being defective and in need of replacement.

12.     While it is correct that Ware declined Shane Fowler's repeated request to send the carmen an email ordering them to remove the Bad Order tags from the cars, the fact is that Fowler and Taylor could have been disciplined for placing Bad Order tags on two railcars for nonexistent cross key defects.  Mr. Ware did not initiate any disciplinary action in those circumstances.

13.     Mr. Ware has never been disciplined for removing Bad Order tags from railcars.

PD.38053698.1

14.     Ware has been instructed that when he concludes that it is necessary to remove a Bad Order tag, the removal should be done by a carman or gang leader and not by him.

15.     There is no Bad Order limit or "goal" which should not be exceeded. All mechanical department inspection and repair operations have historical experience with Bad Order defects, and those numbers serve to forecast the need for manpower, parts, tools, and repair equipment.

16.     There is no thought or practice of simply ceasing to inspect or repair equipment when defects exceed the budgeted expectation numbers, and to suggest otherwise is simply false.

17.     The Complaint in this case alleges that Mr. Ware retaliated against Mr. Taylor and Mr. Fowler by falsely charging them with a "Blue Flag" rule violation on November 14, 2018, when the two carmen were observed at Mason Yard working on the coupler slack adjuster of a car in order to release its brakes and thus allow an outbound train to depart. (Complaint, ¶ 18.) The requirements of the longstanding Blue Flag safety rule are attached as Exhibit C, and could not be more clear:

> Rule 650:   Employees assigned to inspect, test, repair, or service locomotives or cars must protect themselves against movement of such equipment in compliance with the requirements of blue signal protection.

18.     Blue Flagged equipment may not be coupled to or moved, and the blue signal must not be passed by rolling equipment.  *See* Exhibit C.

19.     Taylor and Fowler had failed to provide Blue Flag protection on this occasion and contended that they instead were relying on the "Movement Protection" procedure in Rule 22, which had been amended effective June 1, 2018 (Exhibit D).

20.     Rule 22 applies when carmen are working on cars connected to a locomotive which has a crew on board the engine.   The rule requires communication by the carmen with the engineer ("equipment operator") of the locomotive and is designed to prevent the connected locomotive crew from moving the cars on which the carmen are working.  In contrast, the Blue Flag rule protects against the entry of other rolling equipment on tracks with Blue Signals present, and prohibits coupling to the protected cars.  *See* Exhibit C.

21.     Blue signal protection is a federal mandate under 49 CFR 218.22, whereas "Movement Protection" is an additional form of safety codified by Norfolk Southern, but it cannot preempt the federal statute.

22.     Both of the Rules must be followed, and the May 21, 2018 bulletin (ODB No. 5) announcing the Movement Protection amendment to Rule 22 incorporates Blue Flag protection in the description of its purpose:

> The second purpose for the revisions to Operating Rule 22 "Fouling Equipment" are to codify requirements for Mechanical Department

6

employees when necessary to foul equipment when an equipment operator is present or when using cable pulling systems, <u>all within the confines of perimeter blue signal protection</u>.

Exhibit D (*emphasis supplied*).

23.    Norfolk Southern training records reflect that before the November 14, 2018, Blue Flag violation, both Fowler and Taylor had been trained in the amended Movement Protection procedure in Rule 22.  Exhibits E and F, which included review of ODB No. 5.

24.    The Blue Flag rule specifically refers to the requirement to provide Blue Flag protection when trains are on a main track:  "On main track, before workmen go on, under, or between rolling equipment, a blue signal must be displayed at each end of the rolling equipment."  Exhibit C, Section 658.

25.    Except for cars in a repair shop, there is no circumstance where the length or location of a train excuses the requirement that carmen provide Blue Flag protection before working on the cars.

26.    In accordance with Norfolk Southern's "START" discipline policy and as a result of their admission of guilt and acceptance of responsibility, both Taylor and Fowler were offered and accepted a deferred 30-day suspension for the Blue Flag violation, see signed START-forms attached as Exhibits G and H. The deferred suspensions were accepted by them after consultation with the

carmen's union representative who was present to advise Fowler and Taylor, and who also signed the forms. *See* Exhibits G and H.

27.     The deferred suspension discipline offered and agreed to by Fowler and Taylor was exactly the same as the discipline issued by Mr. Ware's predecessor to carmen Steven Daniels for his previous Blue Flag violation in 2017, *see* Exhibit I.  In 2019, Daniels received a 30-day actual suspension for a second Blue Flag violation which occurred in that year.  Exhibit I.

28.     The November 14, 2018, Blue Flag violation committed by Fowler and Taylor was not the result of any "set-up" by me and Lewis Ware.  I was on vacation that week and had no discussion with Mr. Ware concerning the circumstances of the violation and no input on the proposed penalty, which was handled in my absence by Terry Williams, the Senior General Foreman at Inman Yard in Atlanta.

29.     Blue-flag violations are one of the most serious infractions on the railroad because of the potentially catastrophic consequences.  As reported to me, the infraction was observed by Lewis Ware and a fellow supervisor during a saturation safety rules check and could not be ignored.  The fact that Fowler and Taylor had previously filed hotline complaints against Ware could not excuse the failure to follow the Blue Flag rules and the deferred 30-day suspension penalty

which they accepted was consistent with the same first-time infraction involving other employees.

30.   I am familiar with the practice of temporarily stabilizing some defective freight car door mechanisms with wedges to keep them in place.  The temporary wedge repair is a common practice and one which has been observed by FRA inspectors on numerous occasions without comment.  The process is not a violation of any FRA or Norfolk Southern rule.

31.   I have received training in Norfolk Southern's policy prohibiting retaliation against employees who engage in protected activity reports, and have from time to time reminded the supervisors working under me of that anti-retaliation policy.

32.   In my investigation of their hotline complaint, I did not find that there was substantiating evidence to support the allegation that Taylor and Fowler were required to do "more work" on cars that are Bad Ordered.  Exhibit J, p. 3, para. 5B.   I found that all three shifts working under Ware's supervision participate in repairing railcars whenever the Bad Order count begins to increase, the purpose being to apply additional manpower to expedite the process of returning the cars to service.

33.   Savannah carman Eddie Johnson, a working gang leader, reported to me during my investigation that prior to Mr. Ware coming to Savannah, the

PD.38053698.1

previous SGF also required second and third shift employees to make repairs whenever the Bad Order count increased. Exhibit J, p. 3, para. 5B.

34.     With respect to the alleged retaliation by Ware of requiring Fowler and Taylor to transport water to the locomotives and pick up trash, I found that the employees on every shift at Dillard Yard reported that they participate in transporting water to the locomotive pad, cleaning up trash that has accumulated and whatever additional tasks Mr. Ware assigns to them. Exhibit J, p. 2, para. 3. The fact that other second shift employees (Steve Daniels, Jarrod Blocker and Dustin Wade) also complained that second shift "gets the worst of it," indicated to me that Taylor and Fowler were not singled out for special retaliation treatment. Exhibit J, p. 2, para. 3.

35.     Taylor and Fowler alleged in their hotline complaint that they were ordered by Ware to carry the Norfolk Southern shop phone with them while out in the yard on inspection duties in violation of FRA guidelines prohibiting that practice. As proof of the allegation, Taylor provided me with an audio recording of a conversation among Taylor, Fowler and Ware on the subject, which plainly discloses that Ware's instruction was that the carmen keep the shop telephone <u>in the truck</u> when they traveled to inspect the cars, so it would be present and available to periodically check messages. At no place in the recording did Mr. Ware direct the employees to keep the telephone on their person while they were

working the trains.  There was no violation of an FRA rule.  Exhibit J, p. 2, para. 4.

36.    Another hotline complaint asserted by Taylor and Fowler involved the September 19, 2018, repair of a Bad Ordered railcar by a transportation department supervisor, which was questioned by Mr. Fowler in radio transmissions with Ware and the Yardmaster.  Mr. Ware stated that he did not actually perform the repairs and only provided tools and verbal instructions to the transportation department supervisor to give him experience about related mechanical operations.  I instructed Mr. Ware that in the future he should have a carman make any such repairs, and as a consequence of his participation in the Blue Flag violation, he received a 25% reduction in his 2019 annual incentive award and a warning that any future violation of the Blue Flag rule could result in more severe discipline up to and including dismissal.  *See* Exhibit K.

I hereby declare that the foregoing facts are true and correct based on my personal knowledge and under penalty of perjury.

Dated this _13th_  day of July, 2022

_Dianne Barnett_ (signature)
Dianne Barnett

PD.38053698.1

# EXHIBIT A



## Car Inspection Report

**bkty 152743   Car Type: BOXC**

| Inspection Start Date | Location | Inspection Type | In Train | Out Train | Inspection Minutes | Bad Order | Repair | Inspector |
|---|---|---|---|---|---|---|---|---|
| 09/19/16 | Sheffield, AL | Partial Inspection | A87AB19 | | 20 | | | James, R |
| 09/21/16 | Sheffield, AL | (Origin) A-6 & Outbound Inspection | | 391AB21 | 90 | | | Colglazier, B |
| | | | | | | | | Petty, Bryant |
| 11/26/16 | Elkhart, IN | Inbound Mechanical Inspection | 34GB326 | | 44 | | | Mcclure, Peter |
| | | | | | | | | Sharp, Ronald |
| 11/27/16 | Elkhart, IN | (Origin) A-6 & Outbound Inspection | | 366L927 | 63 | | | Russell, Robert |
| 11/28/16 | Ft Wayne, IN | (Origin) A-6 & Outbound Inspection | | L91L628 | 45 | | | Foulk, Robert |
| 12/16/16 | Ft Wayne, IN | (Origin) A-6 & Outbound Inspection | | 365L416 | 150 | | | Pliett, A |
| 12/18/16 | Elkhart, IN | (Origin) A-6 & Outbound Inspection | | 177L919 | 104 | | | Jabs, Timothy |
| 12/20/16 | Chattanooga, TN | Inbound Mechanical Inspection | 177T619 | | 50 | | | Nelson, C |
| 12/21/16 | Chattanooga, TN | (Origin) A-6 & Outbound Inspection | | NS | 45 | | | Collins, Christopher |
| 12/31/16 | Chattanooga, TN | Inbound Mechanical Inspection | CSXT | | 65 | | | Bethune, Gerald |
| 01/02/17 | Chattanooga, TN | (Origin) A-6 & Outbound Inspection | | 1427631 | 62 | | | Yates, Daryl |
| 01/03/17 | Elkhart, IN | Inbound Mechanical Inspection | 1428131 | | 63 | | | Warren, Larry |
| 01/05/17 | Elkhart, IN | (Origin) A-6 & Outbound Inspection | | 31QB305 | 136 | | | Mikel, Tony |
| | | | | | | | | Stump, Austin |
| 01/14/17 | Chicago, IL | (Origin) A-6 & Outbound Inspection | | W0QB315 | 300 | | | Eberly, Robert |
| 01/15/17 | Elkhart, IN | Inbound Mechanical Inspection | W0QB315 | | 99 | | | Kline, Frederick |
| 01/16/17 | Elkhart, IN | (Origin) A-6 & Outbound Inspection | | 177L917 | 463 | | | Rogers, Robert |
| 01/18/17 | Chattanooga, TN | Inbound Mechanical Inspection | 177T617 | | 145 | | | Conner, Clayton |
| 01/20/17 | Chattanooga, TN | (Origin) A-6 & Outbound Inspection | | NS | 105 | | | Ridenour, Gregory |
| 02/01/17 | Chattanooga, TN | Inbound Mechanical Inspection | CSXT | | 60 | | | Nelson, C |
| 02/02/17 | Chattanooga, TN | (Origin) A-6 & Outbound Inspection | | 116T602 | 90 | | | Scott, Jason |
| 02/05/17 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | 33N8106 | 50 | | | Keegan, Megan |
| | | | | | | | | Martin, Christopher |
| | | Inbound Mechanical Inspection | 116L802 | | 104 | | | Harris, Glen |
| | | | | | | | | Scherer, Thomas |

| Date | Location | Inspection | | | | Inspectors |
|---|---|---|---|---|---|---|
| 02/15/17 | Bellevue, OH | Inbound Mechanical Inspection | W6GB115 | | 86 | Harrold, David |
| | | | | | | Winchester, Terry |
| 02/16/17 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | 117L816 | 64 | Goff, Robert |
| | | | | | | Renner, Anthony |
| 02/18/17 | Chattanooga, TN | Inbound Mechanical Inspection | 117T616 | | 68 | Branum, Jason |
| 02/19/17 | Chattanooga, TN | (Origin) A-6 & Outbound Inspection | | 371G119 | 40 | Smith, John |
| 02/27/17 | Chattanooga, TN | Inbound Mechanical Inspection | 370G127 | | 50 | Ridenour, Gregory |
| 02/28/17 | Chattanooga, TN | (Origin) A-6 & Outbound Inspection | | 163AA28 | 60 | Scott, Jason |
| 03/02/17 | Sheffield, AL | Inbound Mechanical Inspection | 163AA28 | | 50 | Berry, M |
| | | | | | | Elliott, W |
| 03/03/17 | Sheffield, AL | (Origin) A-6 & Outbound Inspection | | A82AA03 | 105 | Hollander, Ricky |
| | | | | | | Tidwell, Derek |
| 03/13/17 | Sheffield, AL | Inbound Mechanical Inspection | A82AA13 | | 120 | Handley, D |
| | | | | | | Masterson, J |
| 03/14/17 | Sheffield, AL | (Origin) A-6 & Outbound Inspection | | 391AB14 | 92 | Colglazier, B |
| | | | | | | Hollander, Ricky |
| 05/12/17 | Elkhart, IN | Inbound Mechanical Inspection | 34GB312 | | 49 | Berkshire, Theodore |
| | | | | | | Watson, Daniel |
| 05/13/17 | Elkhart, IN | (Origin) A-6 & Outbound Inspection | | 366L913 | 80 | Lambright, Benjamin |
| | | | | | | Towne, Corey |
| 05/15/17 | Ft Wayne, IN | (Origin) A-6 & Outbound Inspection | | L91L615 | 55 | Mills, Shane |
| 05/27/17 | Ft Wayne, IN | (Origin) A-6 & Outbound Inspection | | 365L427 | 100 | Twibell, Jacob |
| 05/29/17 | Elkhart, IN | (Origin) A-6 & Outbound Inspection | | 18M8229 | 130 | Adams, Donald |
| 06/01/17 | Linwood, NC | Inbound Mechanical Inspection | 18MPA29 | | 50 | Briggs, Daryl |
| | | | | | | Dendy, George |
| 06/02/17 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 173P302 | 60 | Hatten, Johnny |
| | | | | | | Veale, James |
| 06/04/17 | Birmingham, AL | (Origin) A-6 & Outbound Inspection | | M73A203 | 450 | Smith, Matthew |
| | | | | | | Yates, Daryl |
| 06/05/17 | Sheffield, AL | Inbound Mechanical Inspection | M73A203 | | 90 | Masterson, J |
| 12/22/17 | Bellevue, OH | Inbound Mechanical Inspection | 18AB221 | | 134 | Martin, Heather |
| | | | | | | Salsbury, Eric |
| 12/29/17 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | L26L229 | 73 | Fortney, Mark |
| | | | | | | Shears, Richard |
| 01/11/18 | Bellevue, OH | Inbound Mechanical Inspection | L877 | | 98 | Knauer, Mark |
| | | | | | | Venturino, Nicholas |
| 01/12/18 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | 117L312 | 81 | Palmer, Matthew |
| | | | | | | Reiter, Scott |
| 01/15/18 | Sheffield, AL | Partial Inspection | 117AA12 | | 60 | Holcomb, Kenneth |
| | | | | | | Sellers, Christopher |
| | | (Origin) A-6 & Outbound Inspection | | 391AB16 | 40 | Burgess, P |

| Date | Location | Inspection | Code A | Code B | Qty | Flag | Name |
|---|---|---|---|---|---|---|---|
| 01/16/18 | Sheffield, AL | (Origin) A-6 & Outbound Inspection | | 35QH... | 4? | | Tidwell, Derek |
| | | Partial Outbound Inspection | | | 85 | | Burgess, P |
| | | | | | | | Tidwell, Derek |
| 05/01/18 | East Decatur, IL | Partial Inspection | 30ND630 | | 25 | | Morgan, Jason |
| 05/03/18 | East Decatur, IL | (Origin) A-6 & Outbound Inspection | | 34ND103 | 89 | | Yoder, Jeffrey |
| 05/05/18 | Conway, PA | (Origin) A-6 & Outbound Inspection | | 12GC206 | 150 | | Maddix, Gary |
| | | Inbound Mechanical Inspection | 34NB103 | | 42 | | Maddix, Gary |
| 05/07/18 | Enola, PA | (Origin) A-6 & Outbound Inspection | | HS12 | 50 | | Edwards, Lamont |
| | | | | | | | Henry, John |
| 05/18/18 | Enola, PA | (Origin) A-6 & Outbound Inspection | | 30AH418 | 88 | | Grubb, Aaron |
| | | | | | | | Zimmerman, Nick |
| | | Bleed Only | HS51 | | 40 | | Liddick, Logan |
| 05/19/18 | Allentown, PA | (Origin) A-6 & Outbound Inspection | | 35QH520 | 175 | | Hunter, Zachary |
| | | Bleed Only | 30AH418 | | 45 | | Tirrell, Joseph |
| 05/21/18 | Linwood, NC | Inbound Mechanical Inspection | 35QP220 | | 36 | | Brazeel, Michael |
| | | | | | | | Jackson, Lionel |
| 05/22/18 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 119P322 | 70 | | Bunton, Matthew |
| | | | | | | | Mccorkle, S |
| 05/24/18 | Macon, GA | Inbound Mechanical Inspection | 119G222 | | 75 | | Banbury, Robert |
| 05/25/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 137G62S | 121 | | Gray, Michael |
| 06/29/18 | Birmingham, AL | (Origin) A-6 & Outbound Inspection | | 178A630 | 228 | | Paige, Samuel |
| | | Inbound Mechanical Inspection | 137A527 | | 96 | | Mccormick, Derrick |
| 07/03/18 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | 353B104 | 79 | | Holcomb, Nathan |
| | | | | | | | Jackson, Peter |
| | | Inbound Mechanical Inspection | 178L830 | | 76 | | Back, Steven |
| | | | | | | | Shodenhelm, John |
| 07/21/18 | Bellevue, OH | Inbound Mechanical Inspection | 184B121 | | 86 | | Olenchick, Ryan |
| | | | | | | | Salsbury, Eric |
| 07/22/18 | Bellevue, OH | (A-8) Class 1a Brake Test (Mech) | | M75L822 | 37 | | Martin, Heather |
| | | | | | | | Thiboutot, Guy |
| | | Partial Outbound Inspection | | | 39 | | Stottlemire, Amy |
| | | | | | | | Thom, Kyle |
| 07/25/18 | Macon, GA | Bleed Only | M75G222 | | 46 | | Hamilton, Darin |
| 07/26/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 372G526 | 138 | | Johnson, Graylin |
| 08/15/18 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | | 105 | Y | Fowler, Shane |
| 08/16/18 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | 156G516 | 100 | | Taylor, Kelvin |
| 08/25/18 | Macon, GA | Inbound Mechanical Inspection | 191G522 | | 64 | | Ray, Russell |
| 08/26/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 357G627 | 43 | | Kittrell, Nathan |
| 09/06/18 | Macon, GA | Inbound Mechanical Inspection | 356G605 | | 78 | | Banbury, Robert |
| 09/07/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | | 167 | | Gray, Michael |
| | | | | 137G607 | 170 | | Johnson, Kentera |

| Date | Location | Inspection | Code 1 | Code 2 | Value | | Name |
|---|---|---|---|---|---|---|---|
| 09/17/18 | Macon, GA | Inbound Mechanical Inspection | 186G615 | | 72 | | Ray, Russell |
| 09/18/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 372G518 | 148 | | Everett, Charles |
| 09/25/18 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | 156G525 | 75 | | Higginbotham, Edward |
| 10/01/18 | Linwood, NC | Inbound Mechanical Inspection | 192P329 | | 40 | | Brazeel, Michael |
| | | | | | | | Simerson, Richard |
| 10/04/18 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | M2RP204 | 80 | | Briggs, Daryl |
| | | | | | | | Monteleone, D |
| | | | | | | | Witherspoon, Cedric |
| 10/06/18 | Enola, PA | (Origin) A-6 & Outbound Inspection | | H53H906 | 60 | | Eger, Jack |
| | | | | | | | Klinger, Glen |
| 10/09/18 | Northumberland, PA | (Origin) A-6 & Outbound Inspection | | K22H909 | 25 | | Zook, Charles |
| 10/11/18 | Enola, PA | Bleed Only | H53H911 | | 60 | | Shutt, Russell |
| | Northumberland, PA | (Origin) A-6 & Outbound Inspection | | H53H911 | 110 | | Zook, Charles |
| 10/13/18 | Enola, PA | (Origin) A-6 & Outbound Inspection | | 13RH113 | 79 | | Snyder, Kenneth |
| | | | | | | | Steever, Richard |
| 10/15/18 | Linwood, NC | Inbound Mechanical Inspection | 13RP213 | | 60 | | Thompson, John |
| | | | | | | | Willis, J |
| 10/16/18 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 119P316 | 105 | | Jackson, Lionel |
| 10/17/18 | Macon, GA | Inbound Mechanical Inspection | 119G216 | | 175 | | Ray, Russell |
| 10/18/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 137G619 | 101 | | Gray, Michael |
| 11/10/18 | Macon, GA | Inbound Mechanical Inspection | 186G609 | | 75 | | Cecil, Steven |
| 11/11/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 192G511 | 115 | | Singleton, Richard |
| 01/04/19 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | 373G504 | 145 | | Blocker, Jared |
| 01/05/19 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 137G606 | 125 | | Francis, Jon |
| | | Inbound Mechanical Inspection | 373GS04 | | 120 | | Johnson, Graylin |
| 01/12/19 | Macon, GA | Bleed Only | 186G611 | | 65 | | Cherney, F |
| 01/13/19 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 372G513 | 160 | | Francis, Jon |
| 01/25/19 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | 377G525 | 115 | | Hester, C |
| | | | | | | | Wade, Dustin |
| 01/26/19 | Macon, GA | Inbound Mechanical Inspection | 377G525 | | 65 | | Francis, Jon |
| 01/31/19 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 322G231 | 90 | | Arp, Glenn |
| 02/02/19 | Sheffield, AL | (Origin) A-6 & Outbound Inspection | | 172AB02 | 105 | | Nichols, Stephen |
| | | Partial Inspection | 322AA31 | | 60 | | Jackson, Michael |

# EXHIBIT B



## Car Inspection Report

bkty 153453   Car Type: BOXC

| Inspection Start Date | Location | Inspection Type | In Train | Out Train | Inspection Minutes | Bad Order | Repair | Inspector |
|---|---|---|---|---|---|---|---|---|
| 08/17/16 | Bellevue, OH | Inbound Mechanical Inspection | M8AB216 | | 92 | | | Rhine, William |
| | | | | | | | | Simo, Robert |
| 08/18/16 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | | 54 | | | Fay, Robert |
| | | | | | | | | Gerding, Jacob |
| 08/19/16 | Bellevue, OH | Inbound Mechanical Inspection | M8AB216 | | 71 | | | Gerding, Jacob |
| 08/20/16 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | 310L220 | 201 | | | Frost, Eric |
| | | | | | | | | Knauer, Mark |
| | | | | | | | | Tesso, Nick |
| | | | | | | | | Walterbusch, Micheal |
| 08/21/16 | East Binghamton, NY | (Origin) A-6 & Outbound Inspection | | 14R9620 | 95 | | | Mulroy, John |
| | | Bleed Only | 310H720 | | 25 | | | Floto, Kenneth |
| | | | | | | | | Slade, Michael |
| 09/05/16 | East Binghamton, NY | (Origin) A-6 & Outbound Inspection | | 11Z9905 | 45 | | | Floto, Kenneth |
| | | | | | | | | Slade, Michael |
| | Enola, PA | Bleed Only | 11Z9905 | | 20 | | | Grego, Ron |
| | | | | | | | | Kalonick, Michael |
| 09/06/16 | Enola, PA | (Origin) A-6 & Outbound Inspection | | 13RH106 | 35 | | | Grego, Ron |
| | | | | | | | | Kalonick, Michael |
| 09/07/16 | Linwood, NC | Inbound Mechanical Inspection | 13RP206 | | 40 | | | Briggs, Daryl |
| | | | | | | | | Dendy, George |
| 09/08/16 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 13SP808 | 55 | | | Miller, Brian |
| | | | | | | | | Wekony, Karl |
| 09/09/16 | Asheville, NC | (Pick-Up) A-6 & Outbound Inspection | | NS | 45 | | | Deckrow, Adam |
| 09/27/16 | Asheville, NC | (Pick-Up) A-6 & Outbound Inspection | | 76MP826 | 120 | | | Deckrow, Adam |
| 09/28/16 | Linwood, NC | Inbound Mechanical Inspection | 76MP826 | | 27 | | | Joyce, Jerry |
| | | | | | | | | Spinnato, Anthony |
| | | | | | | | | Miller, Brian |

| Date | Location | Inspection | Code A | Code B | Number | | Names |
|---|---|---|---|---|---|---|---|
| 09/29/16 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 36QP229 | 70 | | Smyre, Reginald |
| | | | | | | | Wekony, Karl |
| 09/30/16 | Allentown, PA | Bleed Only | 36QH129 | | 120 | | Curry, Michael |
| | | | | | | | Gress, George |
| 10/02/16 | Allentown, PA | (Origin) A-6 & Outbound Inspection | | 32AH502 | 190 | | Scanlon, Timothy |
| 10/14/16 | Allentown, PA | Bleed Only | 33KHS14 | | 70 | | Dartouzos, Anthony |
| | | | | | | | Pinkowski, Allen |
| | Croxton, NJ | (Origin) A-6 & Outbound Inspection | | 33KHS14 | 210 | | Lopez, Javier |
| 10/15/16 | Allentown, PA | (Origin) A-6 & Outbound Inspection | | 35QH515 | 180 | | Scanlon, Timothy |
| | | | | | | | Welsh, Michael |
| 10/17/16 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 13SP817 | 40 | | Jackson, Lionel |
| | | | | | | | Witherspoon, Cedric |
| | | Inbound Mechanical Inspection | 35QP215 | | 33 | | Brown, Lewis |
| | | | | | | | Lineberry, Robert |
| 10/18/16 | Asheville, NC | (Pick-Up) A-6 & Outbound Inspection | | NS | 75 | | Deckrow, Adam |
| 10/26/16 | Asheville, NC | (Pick-Up) A-6 & Outbound Inspection | | 13ST225 | 70 | | Brewer, Thomas |
| 10/28/16 | Chattanooga, TN | (Origin) A-6 & Outbound Inspection | | 367A628 | 60 | | Thornburg, Matthew |
| | | Inbound Mechanical Inspection | 1STTS25 | | 30 | | Bethune, Gerald |
| 10/29/16 | Birmingham, AL | Inbound Mechanical Inspection | 367A628 | | 60 | | Guerrero, Sergio |
| | | | | | | | Mitchell, Nathaniel |
| 10/30/16 | Birmingham, AL | (Origin) A-6 & Outbound Inspection | | 393A730 | 41 | | Ham, Christopher |
| | | | | | | | Zettler, Matthew |
| 05/25/18 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | L11L327 | 84 | | Huffman, Richard |
| | | | | | | | Walterbusch, Micheal |
| | | Inbound Mechanical Inspection | 18A9224 | | 108 | | Green, Danny |
| | | | | | | | Venturino, Nicholas |
| 06/02/18 | Bellevue, OH | Inbound Mechanical Inspection | L11L302 | | 29 | | Rini, Joseph |
| | | | | | | | Winchester, Terry |
| 06/06/18 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | L22L205 | 72 | | Christian, Timothy |
| | | | | | | | Stottlemire, Amy |
| 06/07/18 | South Lorain, OH | (Origin) A-6 & Outbound Inspection | | L22L206 | 44 | | Bratulic, Vicenzo |
| 06/09/18 | Bellevue, OH | Inbound Mechanical Inspection | L22L208 | | 86 | | Caudill, Eric |
| | | | | | | | Green, Danny |
| 06/10/18 | Bellevue, OH | (Origin) A-6 & Outbound Inspection | | W10L210 | 114 | | Heath, R |
| | | | | | | | Shears, Richard |
| 06/11/18 | East Binghamton, NY | (Origin) A-6 & Outbound Inspection | | 16R9611 | 95 | | Edwards, Douglas |
| | | | | | | | Mulroy, John |
| | | Bleed Only | W10H710 | | 15 | | Edwards, Douglas |
| | | | | | | | Mulroy, John |
| 06/26/18 | East Binghamton, NY | Bleed Only | 11R9625 | | 30 | | Floto, Kenneth |
| | | | | | | | Green, Adam |

| 06/27/18 | East Binghamton, NY | (Origin) A-6 & Outbound Inspection | | 1129927 | 80 | | | Floto, Kenneth |
| | | | | | | | | Green, Adam |
| 06/28/18 | Enola, PA | (Origin) A-6 & Outbound Inspection | | 13RH128 | 40 | | | Henry, Michael |
| | | | | | | | | Steever, Richard |
| 06/30/18 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 337P330 | 75 | | Y | Lay, Blake |
| | | | | | | | | Mccaskell, Larry |
| | | Inbound Mechanical Inspection | 13RP228 | | 55 | | | Hoffmann, Daniel |
| | | | | | | | | Vinciguerra, William |
| 07/07/18 | Linwood, NC | (Origin) A-6 & Outbound Inspection | | 337P307 | 135 | | | Goetz, Jacob |
| | | | | | | | | Mccaskell, Larry |
| | | | | | | | | Smith, David |
| | | | | | | | | Vinciguerra, William |
| | | Inbound Mechanical Inspection | 192P305 | | 50 | | | Brazeel, Michael |
| | | | | | | | | Spinnato, Anthony |
| 07/24/18 | Columbia, SC | (Pick-Up) A-6 & Outbound Inspection | | 191P023 | 150 | | | Jones, Bocephus |
| 08/15/18 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | | 105 | | Y | Fowler, Shane |
| 08/16/18 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | 156G516 | 100 | | | Taylor, Kelvin |
| 08/25/18 | Macon, GA | Inbound Mechanical Inspection | 191G522 | | 64 | | | Ray, Russell |
| 08/26/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 357G627 | 43 | | | Kittrell, Nathan |
| 09/07/18 | Macon, GA | Inbound Mechanical Inspection | 356G606 | | 53 | | | Winkler, Gregory |
| 09/08/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 372G508 | 156 | | | Hamilton, Darin |
| 09/16/18 | Savannah, GA | (Origin) A-6 & Outbound Inspection | | 156G516 | 170 | | | Taylor, Kelvin |
| 09/21/18 | Macon, GA | (Origin) A-6 & Outbound Inspection | | 137G622 | 145 | | | Johnson, Graylin |
| | | Inbound Mechanical Inspection | 191G519 | | 105 | | | Smith, L |
| 09/23/18 | Birmingham, AL | (A-8) Class 1a Brake Test (Mech) | | 339A724 | 420 | | | Smith, Matthew |
| | | Inbound Mechanical Inspection | 137A522 | | 100 | | | Lawrence, John |
| | | | | | | | | Smith, David |

Report Run Date: 5/2/2019, Source: [illegible], Contact: Mechanical-Car Administration, Email: MDCarAdmin1@exchange.nscorp.com

# EXHIBIT C

# BLUE SIGNAL PROTECTION

## *GENERAL BLUE SIGNAL REQUIREMENTS*

### 650.  Blue Signal Protection

Employees assigned to inspect, test, repair, or service locomotives or cars must protect themselves against movement of such equipment in compliance with the requirements of blue signal protection.

### 651.  Display of Blue Signals

Blue signals displayed in accordance with these rules signify that workmen are on, under, or between rolling equipment. Where required, blue signals must be displayed by each craft or group of workmen and may be removed only by the same craft or group. When so displayed:

**(a)**  The equipment may not be coupled to.

**(b)**  The equipment may not be moved except in a locomotive servicing track area or in a shop repair track area as provided for in **Rule 660(c)**

**(c)**  Other rolling equipment may not be placed on the same track so as to block or reduce the view of a blue signal except as provided for in **Rule 660(b)** and **Rule 660(c).**

**(d)**  If the rolling equipment to be protected includes one or more locomotives, a blue signal must also be attached to the controlling locomotive at a location where it is readily visible to the engineer or operator at the controls of that locomotive. When a blue signal is displayed on the brake valve of the controlling unit, the air brakes must not be applied nor released.

**(e)**  Rolling equipment may not pass a displayed blue signal.

### 652.  Emergency Repair Work

When emergency repair work is to be done on, under, or between a locomotive or one or more cars coupled to a locomotive, and blue signals are not available, the engineer or operator at the controls of that locomotive must be notified and effective measures must be taken to protect the workmen making the repairs.

---

### 653.  Blue Signals Protecting Equipment

Yard and train crews must not permit equipment to enter a track at a switch where a blue signal is displayed, and must not couple to or move cars, engines, or engines attached to cars, protected by blue signals.

### 654.  Blue Signals on a Controlling Unit

Engine service employees must not move an engine that has a blue signal attached to the controlling unit. When a blue signal is displayed on the brake valve of the controlling unit, the air brakes must not be applied or released.

### 655.  Entering an Engine Service Track

Employees must not move an engine into an engine servicing track until blue signal has been removed from the entrance switch, and the entering engine must stop before coupling.

### 656.  Moving Units on Engine Service Track

Employees must not move an engine from an engine servicing track until blue signals have been removed from the controlling unit and from the departure switch.

### 657.  Authority to Move Units on Engine Service Track

Employees must not move an engine on an engine servicing track without authority of the person in charge of the mechanical force there, and then only after workmen on that track have been notified of the intended movement and blue signal has been removed from the controlling unit of the engine to be repositioned.

### 658.  Blue Signal on Main Track

On main track, before workmen go on, under, or between rolling equipment, a blue signal must be displayed at each end of the rolling equipment.

### 659.  Blue Signal on a Remotely Controlled Switch

Before cars or engines are inspected, tested, repaired or serviced on a track that can be entered at a remotely-controlled switch, the Train Dispatcher must line the switch against movement to track(s) where the work will be done, apply protective blocking to the control

machine, and maintain this protection until notified by the person in charge of the workmen that it may safely be removed. The Train Dispatcher must keep written record of:

**(a)** Date, time, name and craft of person requesting switch protection.

**(b)** Identification of track(s) protected.

**(c)** Date, time, name, and craft of person authorizing removal of the protection. These records must be maintained for 15 days.

## 660.  Blue Signal on Other Than Main Track

On other than main track, before workmen go on, under, or between rolling equipment, one or more of the following forms of protection must be provided against movement of equipment:

**(a)** Each manually-operated switch providing access to the track must be lined against movement to that track and secured by an effective locking device. A blue signal must be placed at or near each such switch.

**(b)** A derail capable of restricting access to the portion of track where work will be performed must be locked in derailing position with an effective locking device and positioned at least 150 feet from the rolling equipment to be protected. A blue signal must be displayed at each such derail.

**(c)** In a locomotive servicing area, where fueling and/or servicing is performed or in a car shop repair area, each manually-operated switch providing entrance to or departure from the area must be lined against movement to the area and secured with an effective locking device. A blue signal must be displayed at or near each such switch.

A derail positioned at least 50 feet from the end of rolling equipment requiring protection may be used in lieu of a manually operated switch. Such derails must be locked in derailing position and a blue signal must be displayed at each such derail.

Blue signal protection removed for the movement of locomotives into or out of a locomotive servicing area track must be restored immediately after the locomotive(s) clear the switch or derail. Locomotive(s) moved into such an area must be stopped short of coupling to another locomotive.

On a locomotive servicing area track protected by blue signals and under exclusive control of mechanical forces, a locomotive may be repositioned by an authorized employee under the direction of the employee in charge of the workmen, after blue signal has been removed from the controlling unit, and workmen on that track have been warned of the movement. Locomotives with blue signals attached to them must not be coupled to.

On a shop or repair track protected by blue signals and under exclusive control of mechanical forces, rolling equipment may be repositioned with a car mover when operated by an authorized employee under the direction of the employee in charge of the workmen after the workmen on that track have been warned of the movement.

**(d)** Where remotely-controlled switches provide access to the track, the person in charge of the workmen must arrange for protection of those switches by the control operator.

Before cars or engines are inspected, tested, repaired, or serviced on a track that can be entered at a remotely-controlled switch, the operator must line the switch against movement to track(s) where the work will be done, apply blocking to prevent operation of the switch, and maintain this protection until notified by the person in charge of the workmen that it is safe to remove. The operator must maintain for 15 days a written record of each notification which contains the following information:

1. The name and craft of the employee in charge who provided the notification.

2. The number or other designation of the track involved

3. The date and time the operator notified the employee in charge that protection had been provided; and

4. The date and time the operator was informed that the work had been completed, and the name and craft of the employee who provided this information.

**(e)** If rolling equipment requiring blue signal protection is on a track equipped with one or more crossovers, both switches of each crossover must be lined against movement through the crossover toward that rolling equipment, and the switch of each crossover that provides access to the rolling equipment must be protected in accordance with the provisions of **Item [a]** or **[d]** unless a derail is being used as provided in **Item [b]**.

### 661.  Blue Signals on Industry Tracks

Cars or engines must not pass beyond the point on a track where the industry has displayed a blue signal, and must not couple to nor move equipment protected by a blue signal. Such a signal may be removed only by industry personnel.

### 662.  Protection Required in Connection with End-Of-Train Devices or Markers

**(a)**  Blue signal protection is required when an employee, other than a train crewmember, performs the following:

    **1.**  Installs, repairs, or removes an End-Of-Train Device or a portable electric marker.

    **2.**  Examines an End-Of-Train Device or a portable electric marker, on non-main track, to determine that the marker is in operating condition at an initial terminal or crew change point.

    **3.**  Fouls a track to operate the emergency reset function on an End-Of-Train Device.

    **EXCEPTION:** Blue signal protection is not required when a brake stick or similar device is used to operate the emergency reset function. The employee must not foul the track or break the plane of the track with any body part.

**(b)**  Blue signal protection is not required for any employee to examine an End–Of–Train Device or a portable electric marker on a main track to determine that the marker is in operating condition.

    **NOTE:** The examiner must personally contact the employee at the locomotive controls for assurance that the train will not move until the marker examination is complete.

### 663.  Rolling Equipment under Blue Signal Protection

Before releasing handbrake(s) on rolling equipment under blue signal protection, effective measures must be taken to protect workmen.

# EXHIBIT D

NORFOLK SOUTHERN CORPORATION
OPERATIONS DIVISION

Norfolk, Virginia
May 21, 2018

ODB No. 5

All Concerned:

Effective June 1, 2018, Operating Rule 22 "Fouling Equipment" is being revised for two primary purposes. The first purpose involves revisions to sections **(a)** and **(d)** of the rule to clarify that all employees must arrange for protection against equipment being coupled to or moved before crossing over standing cars and/or stepping between or in front of standing cars or locomotives. Protection can be arranged through communication with train crew members for attended equipment and with the controlling party (Yardmaster or Train Dispatcher) for unattended equipment, e.g. cut of cars, unoccupied locomotives coupled to cars. When an occupied locomotive is coupled to standing equipment or is on the same track in a position to couple to the equipment, section (d) governs Train & Engine service employees and requires 3-Step Protection prior to fouling equipment for any purpose.

The second purpose for the revisions to Operating Rule 22 "Fouling Equipment" are to codify requirements for Mechanical Department employees when necessary to foul equipment when an equipment operator is present or when using cable pulling systems, all within the confines of perimeter blue signal protection. Sections **(f)**, **(g)**, and **(h)** are being added to the rule to prescribe "Movement Protection" requirements which are similar to our current "3-Step Protection" procedures. Clear, concise, consistent, and confirmed communication is necessary to ensure employee safety when fouling equipment.

Effective June 1, 2018, Operating Rule 22 sections (a) and (d) are revised and read as follows:

## 22. Fouling Equipment
(a)   Employees must not stand on track in front of closely approaching equipment, or step between coupled moving cars or locomotives, for any reason.  They must not:

1.  cross over standing cars,
2.  step between or immediately in front of standing cars or locomotives,

unless necessary in the performance of duty, and then only after arranging for protection against the equipment being coupled to or moved.  T&E employees are governed by section (d) Establishing 3-Step Protection, when necessary to perform the above actions and an occupied locomotive is coupled to standing equipment or is on the same track in a position to couple to the equipment.

Never make adjustments to moving equipment.

(d)  **Establishing 3-Step Protection**

If an occupied locomotive is coupled to standing equipment or is on the same track in a position to couple to the equipment, T&E employee(s) must communicate with the Engineer and establish "3-Step Protection" before fouling the equipment.

Effective June 1, 2018, Operating Rule 22 sections (f), (g), and (h) are added as follows:

(f)  **Mechanical Department Movement Protection - Locomotives within Perimeter Blue Signal Protection or operated by LSE outside Blue Signal Protection**

Note:  If an operator is not at the controls of the controlling locomotive, there must be a blue signal displayed as required by Operating Rule 651.

If a locomotive is coupled to another locomotive or is on the same track in a position to couple to a locomotive, an employee must communicate with the equipment operator and establish "Movement Protection" before fouling the locomotive(s) for the purpose of coupling or uncoupling air hoses and other electrical or mechanical connections, inspecting, making adjustments, and/or operating appliances.

The employee must take the following precautions before fouling the equipment:

1.  Verbally request "Movement Protection" from the equipment operator.  To communicate that "Movement Protection" has been provided, positive identification must be established between the equipment operator and each individual who requests "Movement Protection".  While using the radio to request "Movement Protection", employees must identify their name and occupation. While using the radio to grant "Movement Protection", employees must identify their name, occupation and engine number.

2.  When "Movement Protection" is requested, the equipment operator must take the following actions:

    a.  Fully apply the independent brake; and when air is coupled and cut in, make a brake pipe reduction to sufficiently hold the locomotive(s).
    b.  Place the reverser lever in neutral position.
    c.  Open the generator field switch.

3.  The equipment operator must acknowledge to each requesting employee that "Movement Protection" is established. The equipment operator must maintain "Movement Protection" until notified by each requesting employee that the "Movement Protection" is no longer required.  If the equipment operator who is providing "Movement Protection" must leave the operating compartment of the locomotive unattended prior to the employees relinquishing their "Movement Protection", the equipment operator must contact each employee and require that they position themselves in the clear of the equipment.

4. Remote Control Locomotives

The equipment operator in control of the locomotive must set the speed to stop, place the directional control in neutral, and apply the locomotive and automatic brakes.

These settings must be maintained until notified by the employee(s) that the "Movement Protection" is no longer required.

(g) Mechanical Department Movement Protection – Car or Locomotive – Moving Apparatuses within Perimeter Blue Signal Protection

Prior to fouling equipment being operated with, or coupled to apparatuses used to move cars or locomotives for the purpose of coupling or uncoupling air hoses and other electrical or mechanical connections, inspecting, making adjustments, and/or operating appliances, the employee(s) must obtain "Movement Protection" from the equipment operator in control. When "Movement Protection" is requested, the equipment operator must take the following actions:

1. Set the gear selector to neutral, and
2. Fully apply the apparatus's parking brakes, and
3. When air is coupled and cut in, the equipment operator must make a brake pipe reduction sufficient to hold the equipment.

These actions must be maintained until notified by the employee(s) that the "Movement Protection" is no longer required.

When apparatuses used to move equipment are operated by a single employee, the above protective actions must be applied by the single employee before fouling equipment.

(h) Mechanical Department Movement Protection – Cable Pulling Systems within Perimeter Blue Signal Protection

When required to foul equipment being moved by a cable pulling system, "Movement Protection" must be provided by moving the power switch on the control stand to the off position. The switch must be secured to prevent inadvertent operation, prior to fouling the equipment.

All other portions of Operating Rule 22 remain unchanged.


Mike J. Wheeler
Executive Vice President, and
Chief Operating Officer

# EXHIBIT E

```
05/02/19                 INDIVIDUAL EMPLOYEE SAFETY TRAINING                MAP00860
12:34                        INQUIRY/UPDATE PAGE 08                         R727DF

                         SOURCE OF DATA - COMPLETE

              EMPLOYEE ID 0124846       NAME  S E FOWLER

|------|------|------------------------------|----------------|--------|
|      |      |                              |                | EMPLOYEE |
|      | CODE |         TRAINING             | PRESENTER'S    | FAC DEPT CD |
| DATE | CODE | DESCRIPTION                  | NAME           |        |
|------|------|------------------------------|----------------|--------|
| 052918 | 21060 | ODB #5 OR 22 FOULING EQUIPMEN | LM WARE JR   | 04 02A  |
| 052918 | 21054 | MECHANICAL WORKSHOP #1 2018   | LM WARE JR   | 04 02A  |
| 032318 | 9385  | HANDLING OF COUPLER KNUCKLES  | D R WADE     | 04 02A  |
| 032218 | 8988  | MSB-0001 WELDING & BURNING OU | D R WADE     | 04 02A  |
| 032018 | 20992 | SW-C-0069 SW BRAKE BEAM WEAR  | D R WADE     | 04 02A  |
| 031918 | 9366  | REQUIRED USE OF KNEE PADS - M | D R WADE     | 04 02A  |
| 031618 | 9455  | MECHANICAL GRINDING OPERATION | D R WADE     | 04 02A  |
| 031418 | 9010  | LADDER SPECIFICATION          | D R WADE     | 04 02A  |
| 030918 | 9007  | MSB-0020 WELDING EQUIP PROHIB | D R WADE     | 04 02A  |
| 022818 | 9001  | MSB-0014 PLUG DOOR - MECH     | D R WADE     | 04 02A  |
|------|------|------------------------------|----------------|--------|

UPDATE CODES: D = DELETE, C = CHANGE TRAINING.  PF1 NEXT; PF2 PRIOR; PF3 FIRST
FOR CHANGES, KEY OVER DATA, TO BE MODIFIED AND ENTER.  PF4 LAST; PF12 MENU
                                NEXT FUNCTION

PLEASE SPECIFY CODES TO UPDATE
```

# EXHIBIT F

```
05/02/19                     INDIVIDUAL EMPLOYEE SAFETY TRAINING              MAP00860
12:35                              INQUIRY/UPDATE PAGE 08                      R727DF

                            SOURCE OF DATA  -  COMPLETE

              EMPLOYEE ID 0338149          NAME K   TAYLOR
```

| DATE | CODE | DESCRIPTION - T R A I N I N G | PRESENTER'S NAME | FAC | DEPT | CD |
|------|------|-------------------------------|------------------|-----|------|-----|
| 052418 | 21060 | ODB #5 OR 2 FOULING EQUIPMEN | L M WARE JR | 04 | 02A | |
| 052418 | 21054 | MECHANICAL WORKSHOP #1 2018 | L M WARE JR | 04 | 02A | |
| 032318 | 9385 | HANDLING OF COUPLER KNUCKLES | D R WADE | 04 | 02A | |
| 032218 | 8988 | MSB-0001 WELDING & GRINDING OU | D R WADE | 04 | 02A | |
| 032118 | 9455 | MECHANICAL GRINDING OPERATION | D R WADE | 04 | 02A | |
| 032118 | 20992 | SW-C-0069 SW BRAKE BEAM WEAR | D R WADE | 04 | 02A | |
| 031818 | 9366 | REQUIRED USE OF KNEE PADS - M | D R WADE | 04 | 02A | |
| 031418 | 9010 | MSB-0023 LADDER SPECIFICATION | D R WADE | 04 | 02A | |
| 030918 | 9007 | MSB-0020 WELDING EQUIP PROHIB | D R WADE | 04 | 02A | |
| 022818 | 9001 | MSB-0014 PLUG DOOR - MECH | D R WADE | 04 | 02A | |

```
UPDATE CODES: D = DELETE, C = CHANGE TRAINING.  PF1 NEXT;  PF2 PRIOR;  PF3 FIRST
FOR CHANGES, KEY OVER DATA TO BE MODIFIED AND ENTER.   PF4 LAST;  PF12 MENU
                         NEXT FUNCTION

PLEASE SPECIFY CODES TO UPDATE
```

# EXHIBIT G

# START

## (System Teamwork and Responsibility Training)

### MECHANICAL DEPARTMENT ALTERNATIVE HANDLING REPORT

Employee: _Kelvin Taylor_    Identification #: _033 8149_
(Employee Number of SSN#)

Position/ Location: _Carman / Savannah_

Date of Offense: _11-14-18_

Describe the offense: _Employee was observed working on a_
_freight car without any Blue Flag Protection (OC650,651)_

Date START handling was initiated: _11-15-18_
(Date must be within 3 days of the date of the offense)

Date START conference held: _11-17-18_
(Date of the actual conference)

Describe discipline and/or alternative handling: _START Serious w/._
_30 days deferred_

This offense is (check one)      []Minor   []Serious (As a result of 5rd minor)
                                 []Serious (As a result of 3rd repetitive minor)
                                 [x]Serious  []Major

Employee Discipline History Review – excluding this offense:

_____0_____      Minor offenses in past 12 months

_____2_____      Serious offenses in past 24 months

Handling agreed to by:

_____    _____    _____
Employee            Carrier Officer (ACO)   Designated Union Representative

Distribution of copies:

Vice President Mechanical
Assistant Vice President Mechanical
General Manager Mechanical Field Operations
Director Locomotive Maintenance
Local Union Representation
Respective General Chairman
Employee                                    (Revised 03/10/06)

# EXHIBIT H

# START
## (System Teamwork and Responsibility Training)

### MECHANICAL DEPARTMENT ALTERNATIVE HANDLING REPORT

Employee: _Shane Fowler_       Identification #: _0124846_
(Employee Number of SSN#)

Position/ Location: _CARMAN / Savdanah_

Date of Offense: _11-14-18_

Describe the offense: _Employee was observed working_
_one freight car without any Blue Flag Protection OR-650/651_

Date START handling was initiated: _11-15-18_
(Date must be within 5 days of the date of the offense)

Date START conference held: _11-17-18_
(Date of the actual conference)

Describe discipline and/or alternative handling: _START Serious w/_
_30 days deferred_

This offense is (check one)    [ ]Minor  [ ]Serious (As a result of 5th minor)
[ ]Serious (As a result of 3rd repetitive minor)
[X]Serious  [ ]Major

Employee Discipline History Review – excluding this offense:

_____1_____    Minor offenses in past 12 months

_____0_____    Serious offenses in past 24 months

Handling agreed to by:

_[signature]_        _[signature]_           _[signature]_
Employee          Carrier Officer (AOO)      Designated Union Representative

Distribution of copies

Vice President Mechanical
Assistant Vice President Mechanical
General Manager Mechanical Field Operations
Director Locomotive Maintenance
Local Union Representation
Respective General Chairman
Employee                                    (Revised 03/10/06)

# EXHIBIT I



Printed:5/29/2019

# Career Service Record

## BIOGRAPHICAL

| | | |
|---|---|---|
| Name: Last | First | Middle |
| Daniels | Steven | D |

| Date of Birth | Employee ID | Date last entered service | Marital Status |
|---|---|---|---|
| 6/8/1970 | 0182645 | 10/16/2006 | |

Spouse's Name                                             No. Dependants

Spouse's Employer          Position          Emergency phone number

Relatives with company    Name    Title        Location        Relationship



## EDUCATION

| | Grade | Middle | High | GED | College | Graduate | Other |
|---|---|---|---|---|---|---|---|
| Mark highest grade completed > | | | | | | | |

| | Name | Year Graduated | Degree | Major Fields |
|---|---|---|---|---|
| Business or Vocation | | | | |
| College or University | | | | |
| Graduate School | | | | |
| Other | | | | |
| Skills, Licenses or other Information | | | | |

## MILITARY:

| Military Branch | Dates of active duty | | Military Rank |
|---|---|---|---|
| | From | To | |

## SERVICE RECORD

| Date | Location | Description |
|---|---|---|
| 2/22/2019 | Savannah, GA | START Serious - Observed installing EOTD on end of train without blue flag protection - 2/22/19 - 30 Days Actual Suspension |
| 5/12/2017 | Savannah, GA | START Serious- Employee was in violation of OR G60 when found working without blue signal protection and OR5 working with cellphone within 4 feet of the track |
| 12/16/2011 | Savannah, GA | CarmanSavannah, GA |
| 3/11/2011 | GA | START Minor - Failure to protect his assignment - Counseled on importance of protecting his assignment and covered absentee policy and GR-6. |
| 3/11/2011 | GA | START Serious - Verbal Insubordination - 25 days deferred suspension. |
| 9/21/2010 | GA | START Minor - Failrue to follow bulletin instructions associated with attending safety workshop - Discussed the importance and responsibility in complying with bulletin instructions. |
| 10/16/2006 | GA | Student CarmanGA Division Mechanical Dept. |

# EXHIBIT J

| | |
|---|---|
| **From:** | Barnett, Dianne |
| **nt:** | Tuesday, November 06, 2018 6:27 AM |
| **. o:** | Weatherman, Steve W |
| **Cc:** | Lewis, Robert A.; Reynolds, Todd L.; Wilson, Rennie R.; Barnett, Dianne |
| **Subject:** | ETHICS & COMPLIANCE COMPLAINT (SGF LM WARE / SAVANNAH) |

Steve,

As discussed, I have investigated the allegations contained within the complaint against SGF Lewis Ware over the past few weeks. In conclusion, I found no evidence to support the allegations related to employees being punished for bad ordering cars and being retaliated against when they bad order cars. I did find, however, that Mr. Ware has removed bad order tags from three cars that were cited in the complaint that he deemed as not defective (BKTY 152743, BKTY 153453 and he directed a Transportation supervisor to remove the tags from GATX 32106 after the Transportation supervisor repaired the car with guidance from Mr. Ware. Looking at the inspection and shopping histories, it does not appear that other locations took exception to the cars after they departed Savannah. Contrary to the allegation in the report and the statements made by several employees, Mr. Ware has no history of being disciplined for improperly removing bad order tags and did not admit to regularly removing tags. However, I suspect that it has occurred in the past more frequently than reported in this complaint. I feel that Mr. Ware's management style is different than that of the supervisors preceding him and that has resulted in misunderstandings between him and his direct reports. I advised Mr. Ware to have another carman with him to confirm that a car is not defective and have that carman remove the bad order tags, noting why they were removed on the tags to insure transparency in the inspection and repair processes. Also discussed our anti-retaliation policy found in Corporate Policy 328 (Prohibition Against Workplace Harassment) with Mr. Ware. He will receive a follow up letter to confirm our conversation regarding the policy.

My notes and a summary of my findings (by complaint) are listed below. Please feel free to contact me with any clarifying questions.

INTERVIEWED EMPLOYEES
- ✓ Mechanical Superintendent Cortez Mason / 10-3-18 / 11:23 AM & 10-31-18 / 9:15 AM
- ✓ Carman Shane Fowler / 10-4-18 / 11:50 AM & 10-18-18 / 6:45 PM
- ✓ Carman Kelvin Taylor / 10-4-18 / 12:40 PM & 10-18-18 / 6:45 PM
- ✓ Carman Jared Blocker / 10-19-18 / 5:15 AM
- ✓ Carman Steve Daniels / 10-19-18 / 5:15 AM
- ✓ Carman Cliff Hester / 10-19-18 / 7:20 AM
- ✓ Senior General Foreman Lewis Ware / 10-30-18 / 10:55 AM
- ✓ Carman Dustin Wade / 10-19-18 / 5:15 AM
- ✓ WGL Eddie Johnson / 10-30-18 / 1:15 PM
- ✓ Carman Randy Higginbotham / 10-30-18 / 1:50 PM
- ✓ Terminal Supt. Calvin Law / 10-31-18 / 12:20 PM
- ✓ Senior Terminal Supervisor Waylon Kimble / 11-1-18 / 12:08 PM

ALLEGATIONS

#1 **SGF Ware** is improperly removing bad order tags from defective railcars

Each employee interviewed was asked, specifically, about their personal knowledge of this issue. Mechanical Superintendent Cortez Mason reported on 10/3 and on 10/31 that he had a conversation with Mr. Ware when Mr. Ware was assigned to Macon as a Mechanical Supervisor about a rumor that he had heard regarding Mr. Ware removing bad order tags. Mr. Ware denied removing tags improperly. On another occasion, Mr. Cortez reported that he was in the company vehicle with Mr. Ware when Mr. Ware reported to him that he had made a repair on a rail car and removed the tag. Mr. Mason reported that he instructed him to never make another repair or remove another bad order tag – he told him that the carmen were responsible for performing those tasks. I asked Mr. Ware about these encounters and he reported that he did not recall those conversations with Mr. Mason. Carman Shane Fowler stated that he personally witnessed Mr. Ware cross over a cut of cars without proper protection or permission and remove a bad order tag from a car in forwarding yard. Mr. Ware denies that this ever occurred. There were no other witnesses of this alleged observation.

#2 SGF Ware has a history of removing bad order tags and has previously been disciplined while working as a General Forman in Macon, GA for removing bad order tags

I reached out to Domingo Rodriguez in HR regarding Mr. Ware's personnel record and there is no history of discipline or an investigation into this matter in the past.

#3 SGF Ware retaliates against employees who bad order railcar threatening to bring them up on charges, assigning additional duties, or assigning menial task

I found no substantiating evidence to support this allegation. According to Shane Fowler and Kelvin Taylor, they are required to do "more work" whenever there is a bad order and the yardmaster has to report the cars to Mr. Ware whenever there is a bad order in a train. Mr. Ware reported that all three shifts participate in repairing rail cars whenever the bad order count begins to increase which includes employees on 2nd and 3rd shifts. He acknowledged that he does have a request for the yardmaster to notify him whenever two or more cars are bad ordered in a train as he lives nearby and can often come in to confirm the defect. I asked Mr. Ware if he assigns busy work to employees who bad order cars, he responded no. He stated that his process for managing his bad order count is to make sure that all three shifts participate in making repairs. Mr. Fowler and Mr. Taylor accused Mr. Ware of showing favoritism towards the employees on 1st shift. I did not find evidence of this through my investigation although Mr. Ware does have a long-standing work relationship with several of the carmen who worked with him at Macon in the past. The employees on every shift reported that they participate in transporting water to the locomotive pad, cleaning up trash that has accumulated and whatever additional tasks Mr. Ware assigns to them but several (Shane Fowler, Kelvin Taylor, Steve Daniels, Jared Blocker and Dustin Wade) report that it seems that 2nd shift gets the 'worst of it'.

#4 SGF Ware instructed Carmen to carry the company shop phone with them while they are out in the yard inspecting railcars in violation of FRA guidelines.

An audio recording was provided by Mr. Taylor in which he, Mr. Ware and Mr. Fowler were having a conversation about the carmen keeping the company shop phone in the truck with them whenever they went out to inspect cars. At no time in the recording does Mr. Ware direct the employees to keep the cellphone on their person while they are inspecting trains – he tells them that they need to leave the phone in the truck and periodically check it when they return from inspecting cars in the event that he needs to contact them for any reason. Mr. Fowler seems particularly agitated in citing that the yardmaster always got in touch with the carmen if past SGFs needed to get in touch with them. Having the company-provided cellphone in the truck is not a violation of FRA or company policies.

#5A On August 15, 2018, **Carmen Kelvin Taylor and Shane Fowler** bad ordered two railcars for defective cross keys. Said repairs couldn't be made while the railcars were in train because in order to make the necessary repairs the railcars had to be uncoupled.

1. BKTY 152743
2. BKTY 153453

SGF Ware pulled the bad order tickets off of the two railcars

> Mr. Ware confirmed that both BKTY cars were bad ordered by Mr. Fowler for worn cross keys. He reported that one of the two cars came to the shop and was not found to be defective after it had been disassembled to double check the condition of the key. Mr. Ware stated that he removed the bad order tags from both cars because they were not defective and he said that he explained to Mr. Fowler why they were not defective. Mr. Fowler disagreed with Mr. Ware's assessment and requested an email from Mr. Ware stating that the cars were not defective which Mr. Ware declined. Since departing Savannah, both cars have incurred multiple inspections by Mechanical personnel (BKTY 152743 – 6 inbound and 12 brake tests / BKTY 153453 - 4 inbound and 6 brake tests) with no draft issues cited or repairs made to the draft systems.

#5B August 15, 2018 SGF Ware retaliated against Taylor and Fowler for bad ordering the railcars by instructing them to do repair work on the first three cars on Shed Track #1 (NS 245017, NS 244365, SOU 550507). The first shift employees are typically responsible for repairing railcars in Shed Track #1. SGF Ware allegedly told Taylor and Fowler that they were being assigned the extra work because he needed to get his bad order count down due to them (Fowler and Taylor) having just bad order railcars.

> Mr. Ware confirmed that he did assign the employees to repair the cars in the shop after they bad ordered cars in order to manage his bad order count which he stated in an audio recording that I received. Mr. Ware reported that Mr. Fowler and Mr. Taylor complain about anything extra that they have to do aside from inspecting the 'few cars' that are released to them during their shift because they have never been made to work in the shop. He stated that he did not assign them to repair the cars as punishment but because everyone has to pitch in to help when the bad order count increases. Mr. Ware reported that he generally makes every shift repair cars, work on locomotives, clean up or restock supplies if they are not performing train inspections. WGL Eddie Johnson reported that prior to Mr. Ware coming to Savannah, the previous SGF also had 2nd and 3rd shifts making repairs whenever the bad order count increased.

#5C August 16, 2018 SGF Ware instructs Taylor and Fowler to allow the two railcars to leave in train although the bad order repairs had not been made. SGF Ware threatened that he would write both Taylor and Fowler up for failure to follow instructions if they didn't let the railcars go. (Employees allegedly have an audio recording of this conversation)

> Reference #5A. I reviewed the audio recording that was provided in which Mr. Ware told Mr. Fowler that he had inspected the cars and found that they were not defective. He went on to tell Mr. Fowler that the cars would be leaving the shop and instructed him not to tag them or he would handle him for failure to follow instructions – he told him that if the car was taken apart and found to have no defects, it would constitute falsifying a bad order. Mr. Fowler requested an email stating not to bad order the cars. Mr. Ware asserted that he made the decisions as the 'officer on this property' and declined Mr. Fowler's request.

#6 On September 19, 2018, Carmen Taylor and Fowler bad order two railcars in track R3 scheduled to go out in Train 377. (GATX 32106 was bad ordered for a mangled cut lever).

On September 19, 2018 while inspecting a train on another track Taylor and Fowler overheard **Yardmaster Eddie Childress** asked SGF Ware over the radio about the bad ordered railcars in Train 377 and SGF Ware replied back the railcars had been fixed. YM Childress asked again about the railcars to verify they had been fixed and SGF Ware allegedly stated, "The cars have been repaired"

3

On September 19, 2018 Carmen Fowler asked over the radio who made the repairs as the only two Carmen working were Fowler and Taylor and they were both inspecting the other train, to which SGF Ware alleged replied "It's been repaired."

1. According to Fowler per the CBA the SGF position isn't allowed to make repairs to railcars only Carmen.

On September 19, 2018 later in the shift SGF Ware confronted Fowler regarding his radio transmission and SGF Ware allegedly told Fowler he (Ware) had been training Transportation Department employees to make repairs to railcars and a Trainmaster made the repairs.

Mr. Ware recalled the situation and reported that he was performing a Mechanical education session with Senior Terminal Supervisor Waylon Kimble where Mr. Kimble volunteered to make the repair on the car to protect train performance. Mr. Ware stated that he did not foul the track and only provided tools and verbal instructions on how to remove and replace the cut lever. Mr. Kimble confirmed that he made the repair because he wanted to learn more about car-related operations. I discussed with Mr. Ware the fact that there was no repair bill in the system for the repair on the car and he reported that he forgot to have someone prepare the bill for it. Mr. Fowler reported that he never got around to entering the bad ordered car into the computer so it was not necessary to release the car from bad order status. Mr. Ware has been instructed to have a carman make repairs whenever found to eliminate any time claims for violating CBA Rule #37.

#7 September 19, 2018 SGF Ware retaliated against Taylor and Fowler for bad ordering the two railcars by instructing them to take 15 cases of water to the Engine Terminal instead of 10 cases that he had previously instructed them. SGF Ware also instructed them to pick up the trash bags and water bottles Transportation Department employees had thrown on the ground around the Engine Terminal.

Mr. Ware reported that he did have the employees take 15 cases of water to the engine terminal instead of 10 because he realized when he stopped to check the water inventory on his way out of the yard, that there was no water in the engine terminal. He reported that his instructions to the employees to take an additional 5 cases of water to the engine terminal was because the shop had run out of water and had to purchase a pallet locally until their order arrived. Mr. Ware reported that his actions were aimed at insuring that the train crews had an adequate supply available.

Fowler and Taylor stated:

- They feared retaliation by SGF Ware for coming forward with their concerns about bad ordered cars being sent out without being proper repaired.
- The second shift was the only shift which has been singled out by SGF Ware for retaliation
- The morale of the Mechanical Department employees is low and the employees are miserable
- Carmen Steve Daniels would substantiate the allegations made by Fowler and Taylor
  I feel that both employees are sincere in their concerns about being disciplined for bad ordering cars. Mr. Ware places a lot of emphasis on managing his bad order count (as he should) and I believe that a lack of consistency in requiring 2nd and 3rd shifts to fully participate in making repairs has resulted in confusion about Mr. Ware's motivation. Mr. Ware reported that he has regularly required that all shifts work in the shop (when not inspecting trains) since the Clean Sheet process was implemented at Savannah. Mr. Fowler seems to become easily agitated and questions why certain decisions are made by Mr. Ware which results in more conversations between the two and that may be the reason that it appears that 2nd shift is singled out.

4

Dianne
717-919-2830

# EXHIBIT K



Norfolk Southern Corporation
Mechanical Department
4998 Austell Powder Springs Road
Austell, GA 30106

**S. Dianne Barnett**
Director Mechanical Operations
Telephone: (770) 405-3665
Mobile:  (717) 919-2830
Fax: (678) 512-5117

September 25, 2019

Mr. Lewis Ware
316 W. Leyland Ct.
Statesboro, Georgia 30458

Dear Lewis,

This letter is to confirm our conversation regarding your violation of blue flag protection.

As a result of recent actions, your 2019 annual incentive award, payable in 2020, will be reduced by 25%.

As a supervisor, you are expected to set a positive example and adhere to the SPIRIT values at all times. Be advised that any future incidents of a similar nature may result in more severe discipline up to and including dismissal.

Please contact me if you have any questions.

Sincerely,

S. Dianne Barnett