**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **SHANE FOWLER and** | ) | |
| **KELVIN TAYLOR,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | **1:21-CV-3303-MLB** |
| **NORFOLK SOUTHERN RAILWAY** | ) | |
| **COMPANY, DIANNE BARNETT,** | ) | |
| **STEPHEN WEATHERMAN, and** | ) | |
| **LEWIS WARE** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF LEWIS M. WARE

1.     At all times material to this case, I have been employed by Norfolk Southern Railway Company as a mechanical supervisor.  I started work in Macon, Georgia as a fireman and oiler in 1990 at the age of 18.  I worked for several years as a carman and then as a gang leader traveling to various locations in the Georgia Division to conduct carman training.

2.     I became a Mechanical Supervisor for Norfolk Southern in March of 2016, went to St. Louis, Missouri in February of 2017 as a General Foreman, and was assigned to Dillard Yard in Savannah in November of 2017, as Senior General Foreman.  I also have responsibility for Norfolk Southern yards in Augusta, Brunswick and Jacksonville.

1

PD.38053730.1

3.     Both Kelvin Taylor and Shane Fowler were working as carmen at Dillard Yard when I arrived in 2017.  It became apparent to me that they had been accustomed to working at a leisurely pace, and resented my efforts to assign them additional duties when the number of cars "Bad Ordered" for defects needing repair were high or when the mechanical work was slack and they could be used for clean-up, water delivery and other routine chores.  I have not assigned Fowler and Taylor to any different work than I have to other carmen employees at Dillard Yard.

4.     It is part of my job to evaluate Bad Order defects reported by carmen during their inspection of the trains.  I do so when I want to make sure that the defect is actually present and that taking the car out of service for repairs is necessary. Carmen with less experience may at times not properly evaluate a defect, particularly something like the degree of wear on a coupler mechanism cross key which holds the coupler in place.

5.     I have inspected literally thousands of coupler cross keys during my work for Norfolk Southern, and on August 15, 2018 I concluded that the cross keys on the two cars which Taylor and Fowler proposed to Bad Order were clearly not in need of replacement.   When Taylor and Fowler strongly disagreed with my conclusion not to send the cars to the repair track, I told them that I would take full responsibility for my decision, and there was no need for me to put my instructions in an email.

2

6.     Railcars (including the cross keys) are inspected each time they enter a yard, and the subsequent inspection records on those two cars which were researched by Dianne Barnett fully supported my judgment that the two cross keys were not defective.

7.     There is no truth to the allegation that I have frequently threatened to "write-up" Fowler and Taylor but I do expect them to follow my instructions, and at times I have to remind them if they are not doing as I requested.

8.     Carmen under my supervision are not disciplined because they Bad Order railcars but they can be disciplined when they violate the rules.  The Bad Orders written by Shane Fowler and Kelvin Taylor were by no means the highest number among carmen under my supervision.  Attached as Exhibit A is a list of Bad Order entries at locations under my supervision for the months of July, August and September of 2018.  The greatest number of Bad Orders by far were entered by carman Charles Hester who had 22 in that 3-month period.  Hester received no discipline in the remainder of 2018, in 2019, or 2020.  The next highest was Kelvin Taylor with seven; Shane Fowler had six, as did two others, Jared Blocker and Edward Higginbotham.  Mr. Blocker had no discipline in the remainder of 2018, in 2019, or in 2020, but received a letter of caution for an FRA safety appliance infraction on September 27, 2019.  Mr. Higginbotham received no discipline in the remainder of 2018, in 2019 or in 2020.

3

9.     The OSHA charge letter allegation that I had stated to Fowler and Taylor that Dillard Yard had a weekly "Goal" of ten Bad Order cars is simply incorrect.  In August and September of 2018, the weekly expectation was 20, and in January of 2019, it was reduced to 12.

10.    On November 14, 2018, Macon Mechanical Supervisor Phillip Reynolds and I were conducting a "saturation rules check" at the Savannah operation.  Mason Yard is a short distance from Dillard Yard and is considered part of the Savannah operation.

11.    Saturation rules checks are regularly required in order to comply with Federal Railroad Administration ("FRA") regulations for the enforcement of safety procedures.  A saturation rules check in the mechanical department involves two or more supervisors going to the various work sites to observe carmen in the performance of their jobs and to evaluate whether they are in compliance with the safety requirements and procedures involved with their work.

12.    DMMO Dianne Barnett had previously scheduled the saturation check for Savannah for the month of November and November 14 was selected to perform the safety checks.  On that day Supervisor Reynolds and I observed carmen working in both Dillard Yard and at the Mason Yard which serves the Port of Savannah.

13.    When we arrived at Mason Yard, we observed that carmen Fowler and Taylor were working on a freight car in a lengthy train without Blue Flag protection.

4

Neither of them denied that there was no Blue Flag compliance when they were confronted, but instead explained that they were following the recently amended Rule 22 "Movement Protection" procedure by communicating with the locomotive engineer on the engine connected to the train.

14.     The fact that the car on which Taylor and Fowler were working was part of a train which may have been approximately a mile long and extended out on the main track by no means negates the rule requirement to post a Blue Flag signal at the front and rear of the train which they had neglected to do. There is no train that is "too long" for Blue Flag compliance.

15.     When Rule 22 was amended in June of 2018, I had conducted training for all of the carmen under my supervision, during which I pointed out that the language of bulletin ODB No. 5 which explains the amendment, specifically states that it covers movement protection "within the confines of perimeter blue signal protection."

16.     I have not permitted Fowler, Taylor or any other carmen in Savannah or elsewhere in the area of my responsibility to use only movement protection under Rule 22 where Blue Flag protection is required. Both rules must be followed.

17.     Since their Blue Flag violation was a first offense on that rule, Taylor and Fowler were offered the same 30-day deferred suspension normally offered to other first time offenders under Norfolk Southern's "START" program, in which

employees have the option to accept responsibility and appropriate discipline without going through the formal disciplinary investigative hearing provided in the carmen's union collective bargaining agreement which they also have the option to do.

18.    The START discipline offer was discussed with Fowler and Taylor at a conference held on November 17, 2018, attended by me and Lewis Smith, the carmen's union representative.  Taylor, Fowler and the union representative agreed to the proposed START discipline and signed the form acknowledging that acceptance.

19.    I did not speak with Dianne Barnett about the November 14, 2018 Blue Flag violation committed by Taylor and Fowler at the time it occurred or when the START discipline was offered and accepted.  Barnett was on vacation that week, and for that reason I discussed the case with Terry Williams, the Senior General Foreman at Inman Yard in Atlanta, who was the designated contact for such matters in Barnett's absence.

20.    The allegation that the Blue Flag violation committed by Taylor and Fowler was some kind of "set-up" orchestrated by Ms. Barnett and me or that I made a statement to that effect is completely false.

21.    As to Fowler and Taylor's allegation that I have approved the release of railcars with defective sliding doors fixed in place with wedges to prevent their

6

movement, I have done so depending on the type of mechanical defect with the doors.  The temporary solution with wedges has been observed by FRA inspectors on many occasions without any question or assertion that it is an unsafe procedure.

22.    I have been instructed in Norfolk Southern's policy prohibiting acts of retaliation against employees who engage in protected activities.  Except for their admitted Blue Flag violation on November 14, 2018, I have not issued any other discipline to Shane Fowler or Kelvin Taylor.

I hereby declare that the foregoing facts are true and correct based on my personal knowledge and under penalty of perjury.

Dated this _12th_ day of July, 2022.

Lewis M. Ware

# EXHIBIT A

| | DATE | E | TYPE | INITIAL/ NUMBER | TRAIN/SYMBOL | TRACK | REASON B/O | IN |
|---|---|---|---|---|---|---|---|---|
| Taylor | 7/2/18 | E | L | NS 254914 | 156 | L3 | Brake Beam | iCi |
| Crawford | 7-2-18 | E | A | 504-1011.41 | L-2 | C-2 | "A" Test Center Rails | mc |
| Blocker | 7-3-18 | E | B | ATW 163145 | 373 | LT03 | (A) Trainline LrKt | JB |
| Blocker | ↓ | ↓ | ↓ | Sou 529017 | ↓ | ↓ | Bell crank LrKt | ↓ |
| Crawford | 7-4-18 | E | B | BKTY-157306 | 156 | L-3 | Adams Lock "B" | uc |
| Hester | 7-5-18 | E | L | MCEX 350238 | | #11 | DOORS | PPH |
| Hester | 7-6-18 | E | L | TELX 640991 | | #11 | DOORS | CCH |
| Daniels | 7-6-18 | E | B | ATW 122023 | 373 | L1 | Rools | SD |
| Wiebonski | 7-7-18 | E | B | LAEX 1844 | | C4-13 | 5171 | Lhe |
| Wiebonski | 7-7-18 | E | A | LAEX 1851 | | C4-13 | 5171 | NW |
| Johnson | 7-9-18 | E | L | TILX B41340 | | | RBI 3 d 4 | ES |
| Johnson | 7-9-18 | E | L | 64 456 | | | " " | EJ |
| Hester | 7-10-18 | E | L | UTCX 1430 | | L-2 | DOORS | CCH |
| Hester | 7-10-18 | E | B | Sou 531631 | | L-3 | LNR | CCH |
| Daniels | 7-11-18 | E | B | CITX 13006 | 373 | L-1 | Dent Inside Car | SD |
| Hester | 7-12-18 | E | L | AEX 12372 | WA? | / | DOORS | CCH |
| Hester | 7-12-18 | E | B | TBOX 666657 | | #30 | 5171 / 0599 | CCH |
| Hester | 7-12-18 | E | B | TBOX 662960 | | #30 | DOK | CCH |
| Hester | 7-12-18 | E | T | GATX 220371 | | #8 | TREX APPLIANCES "AL" | CCH |
| Taylor | 7/12/18 | E | H | NW 150004 | 156 C4-13 | Safety Appliance A/E | iCT |
| Fowler | 7/12/18 | E | H | NS 1502998 | 156 | C7-3 | Brake H3 | S.F. |
| Higginson | 7/13/18 | E | L | SAN 000540 | 373 | | Angle Cock A | RH |
| Richardson | 7-15-18 | E | B | NOKL 88102 | 373 | L3 | Door | CH |

| Name | DATE | E | type | INITIAL/ NUMBER | TRAIN Symbol | TRAIN | REASON B/O | IN |
|---|---|---|---|---|---|---|---|---|
| Fowler | C836 | | | WRWK 261281 | F | B | AEUD XKry Retthueckraw | SF |
| Hester | 08-27-18 | E | B | TBOX 668315 | | HD | ADJRS | CBK |
| Hester | 8-28-18 | E | T | ACFX 45720 | | LT4 | 5(?) | |
| Hester | 8-28-18 | E | T | ACFX 45352 | | LTu | 5(?) | |
| Fowler | 8-28-18 | E | H | NS 254892 | 156 | LTO1 | #2 TOP ROD | SF |
| unknown | 8-28-18 | | | NS 451237 | 322 | | HOT BEARING | |
| Wade | 8/31/18 | E | T | UTLX 630671 | 377 | LTO3 | Piston wont release | D.W |
| Wrzeombski | 8/31/18 | E | H | HEX 8813 | 377 | LTO3 | A-END sill step | N.W. |
| Higginarlee | 9-3-18 | E | B | TBOX 675126 | 373 | LTO3 | B End Bell Mouth & CL | KA |
| Taylor | 9/5/18 | E | D | DY-1-y 152835 | 156 | L1 | Door | 15 |
| Wrzeowski | 9-8-18 | E | B | NS 46357 | Rd | R-1 | 5(?) | Will |
| Johnson | 9-10-18 | E | G | GUNX 320024 | W | wo1 | S/A | EJ |
| Johnson | 9-10-18 | E | G | STEX 1544 | | Pro1 | S/A | ES |
| Johnson | 9-10-18 | E | G | STEX 100308 | | Rt-1 | S/A | ES |
| Wade | 9-11-18 | E | T | ULX 679538 | 377 | LTO1 | Draft          DW | ES |
| Blocker | 9-11-18 | E | G | NELX 8 | 373 | LTO3 | B/L Ladder | JB |
| Taylor | 9-12-18 | E | D | KCS 161004 | 156 | R3 | Door | 8 |
| Hester | 9-13-18 | E | T | GLUX 23152 | | L-1 | AMFF-Curlage | ArK |
| Hester | 9-13-18 | E | H | PRSX 1053 | | 27 | 5(?) | CCK |
| Taylor | 11-14-18 | L | D | ATW 749474 | | Cho | Derail | 15 |
| Richardson | 9-15-18 | E | B | NS 407423 | 377 | L2 | Door / Hand Brake | CK |
| Blocker | 9-16-18 | E | B | ATW 163266 | 6544 | B1 | Doors | JB |
| Bloc... | 9-16-18 | L | T | AZXX 10034 | | CAB | (B) Train line | J-1 |

| DATE | TYPE | INITIAL/ NUMBER | TRAIL/ MARK | SPARE/ MARK | REASON B/O | |
|---|---|---|---|---|---|---|
| 08-18-18 | E | H | OE 641059 | 4# | | HESTER |
| 07-18-18 | E | B | FRDX 502636 | L-7 | OOBB | HESTER |
| 09-14-18 | F | B | CN 1113685 | 3V3 | 1921 | #3 Brake Beam | BLOCKER |
| 09-30-18 | E | 7 | DDU 567 | | | 1.18 rdr |
| 09-30-18 | E | 9 | VSB 944430 | 0-1 | | Meikle |
| 09-30-18 | E | ? | SCL 528815 | L13 | 313 | Door | Daniels |
| 09-30-18 | E | 7 | TTLX 518757 | 708# | | 5121 | Fresnel |
| 09-30-18 | E | 7 | TTLX 518342 | 5## | | CP3 | Hester |
| 09-30-18 | J | 7 | TTLX 555340 | 5## | | Bentes | CBL |
| 09-25 | E | T | GATX 259826 | L13 | 151 | B. Brg | AB |
| 09-26-18 | N | E | NREX 600023 | 4#9 | | DDDR | OCB |
| 09-26-18 | E | J | TTLX 986692 | E-4 | | 06.5 | POT |
| 09-26-18 | F | 9 | ADX 473360 | P3 | | | POT |
| 09/06/18 | E | T | UTLX 674740 | L3 | 377 | STL | PGM |
| | E | G | | | | Air Brake (Broken Empty) | PGM |
| 09-24-18 | H | 3 | NEX 184983 | 322 | L-7 | Mr. Hufele Broken | PJM |
| 9-29 | H | E | 3N ?D | - | ? | 5121 | MW |
| 9-20 | D | E | C&P 130068 | 277 | 4703 | 5121 | CS |
| 1-50 | D | L | LRS 2617 | 277 | | Door | HCD |
| 9-30 | E | H | SCL 1018 24 | E-3 | 156 | | Maginvalue |
| | E | H | SOU 103 895 | E-3 | 156 | Cracked Cill AL-3 | HCD |
| | E | H | SOU 103 895 | E-3 | 156 | Missing Reject Rod | RH |
| | E | H | SOU 103 363 | E-3 | 156 | Cracked Cill AL-3 | HCD |

| | DATE | | | INITIAL/ NUMBER | MAIN Spooled | TRACK | REASON B/O | | IN |
|---|---|---|---|---|---|---|---|---|---|
| Fowler | 9-30 | E | L | NS 244257 | 186 | R3 | Brakes | | 5E |