Lewis Ware, Jr.                                        8/10/2022

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHANE FOWLER and
KELVIN TAYLOR,

       Plaintiffs,       CIVIL ACTION FILE

       vs.             NO. 1:21-cv-3303-MLB

NORFOLK SOUTHERN RAILWAY
COMPANY, et al.,

       Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~


VIDEOCONFERENCE DEPOSITION OF

LEWIS M. WARE JR.



August 10, 2022

9:05 a.m.



900 Circle 75 Parkway

Suite 500

Atlanta, Georgia



Joel P. Moyer, CCR 2745

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Lewis Ware, Jr.                                          8/10/2022

```
 1                   APPEARANCES OF COUNSEL

 2   On behalf of the Plaintiffs:

 3        WILLIAM C. TUCKER JR., Esquire
          J. THOMAS WALKER, Esquire (via Zoom)
 4        Maples, Tucker & Jacobs, LLC
          2001 Park Place North
 5        Suite 1325
          Birmingham, Alabama 35203
 6        (205) 322-2333
          bill@mtandj.com
 7        tom@mtandj.com

 8   On behalf of the Defendant:

 9        SYDNEY F. FRAZIER JR., Esquire
          Phelps Dunbar, LLP
10        2001 Park Place North
          Suite 700
11        Birmingham, Alabama 35203
          (205) 716-5200
12        sydney.frazier@phelps.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Lewis Ware, Jr.                                          8/10/2022

                                                          Page 3
 1                    INDEX TO EXAMINATIONS
 2   WITNESS:  LEWIS M. WARE JR.
 3   EXAMINATION                                    PAGE
 4   By Mr. Tucker                                     5
 5                       - - -
 6
                     INDEX TO EXHIBITS
 7
     PLAINTIFF'S EXHIBITS                           PAGE
 8
     Exhibit 1   Notice of Deposition of Lewis Ware   9
 9
     Exhibit 2   Declaration of Dianne Barnett       10
10
     Exhibit 3   Allegations                         10
11
     Exhibit 4   Email from Dianne Barnett to Steve  10
12               Weatherman, 11-6-2018
13   Exhibit 5   Annual Review 2018, L.M. Ware Jr.   10
                 (NSRC_0021 - 23)
14
     Exhibit 6   DMMO Scorecards 2nd Qtr 2017        10
15
     Exhibit 7   Letter from Dianne Barnett to       10
16               Lewis Ware, 9-25-2019
17   Exhibit 8   Color overhead view of Mason Yard   10
18   Exhibit 9   Color aerial view with handwriting  10
                 by Mr. Fowler
19
     Exhibit 10  General Blue Signal Requirements,   10
20               NS Operating Rules, 1-1-2015
21   Exhibit 11  Norfolk Southern Corporation        10
                 Operations Division ODB No. 5
22               5-21-2018
23   Exhibit 12  Career Service Record, Lewis        12
                 Maurice Ware (NSRC_0031 - 32)
24
25   (Continued on next page)

Lewis Ware, Jr.                                              8/10/2022

                                                              Page 4

1    Exhibit 13   Declaration of Lewis M. Ware        19

2    Exhibit 14   Operations Division Bulletin #5      20

3    Exhibit 15   Annual Review 2016, L.M. Ware Jr.    39
                  (NSRC_0015 - 17)
4
     Exhibit 16   Annual Review 2017, L.M. Ware Jr.    40
5                 (NSRC_0018 - 20)

6    Exhibit 17   Handwritten drawing                  80

7    Exhibit 18   Storehouse list from Linwood Yard    89

8    Exhibit 19   Saturation check report             102

9

10

11   (Original Exhibits 1 through 18 have been attached
     to the original transcript.  Exhibit 19 was not
12   provided to the court reporter at the time of
     production and therefore not included with the
13   transcript.)

14

15

16

17

18

19

20

21

22

23

24

25

Lewis Ware, Jr.                                                    8/10/2022

                                                               Page 5
1              Deposition of LEWIS M. WARE JR.

2                   August 10, 2022

3         (Whereupon the witness was sworn.)

4              MR. FRAZIER:  Hang on one half second.

5         (Whereupon off-the-record discussions

6         ensued.)

7                   LEWIS M. WARE JR.,

8    having been first duly sworn, was examined and

9    testified as follows:

10                       EXAMINATION

11   BY MR. TUCKER:

12        Q      Mr. Ware, give us your full name.

13        A      Lewis Maurice Ware Jr.

14        Q      And you live in Savannah?

15        A      Statesboro, Georgia.

16        Q      Statesboro?  How far is that from

17   Savannah?

18        A      About 45 miles.

19        Q      So you drive that every day?

20        A      Yes.

21        Q      How old are you?

22        A      51.

23        Q      And you are employed by Norfolk

24   Southern?

25        A      That is correct.

Lewis Ware, Jr.                                    8/10/2022

```
                                             Page 6
 1        Q      All right.  And what is your job title?
 2        A      Senior general foreman.
 3        Q      Okay.  Have you ever been deposed
 4   before like this?
 5        A      No.
 6        Q      Okay.  Let's go over a couple of dos
 7   and don'ts.  We're here to ask you questions under
 8   oath about the claims brought by Mr. Shane Fowler
 9   and Kelvin Taylor.  You understand that?
10        A      Yes.
11        Q      And you understand that you're under
12   oath and sworn to tell the truth?
13        A      Yes.
14        Q      All right.  I'm going to ask questions.
15   If you don't understand them, please let me know
16   because I'm bad liable to ask a bad question or it
17   doesn't make sense.  Just let me know because, if
18   you answer, we're going to assume you understood
19   the question and tried to answer it truthfully.
20   Okay?
21        A      (Nods head affirmatively.)
22        Q      And that's another one.  You can't
23   shake your head.  You've got to say yes or no or
24   whatever.
25              MR. FRAZIER:  Answer out loud.
```

Lewis Ware, Jr.                                    8/10/2022

Page 7

```
 1        A      Yes.
 2   BY MR. TUCKER:
 3        Q      Yeah.  Okay.  See, he can't write down
 4   shakes of the head.
 5        A      I understand.
 6        Q      Uh-huhs and huh-uh.  Everybody does it.
 7   Don't worry about it.
 8               If you need a break, let us know.  This
 9   is not an endurance contest.  You know, restroom,
10   water, coffee, whatever, just let us know.
11        A      Yes.
12        Q      I don't know how long we'll be here,
13   but we need to try to not talk over each other.  In
14   other words, let me get my question out, and I'll
15   try to let you get your answer out.  It happens.
16   But if we could avoid it, it's better.
17               All right.  Let's get started.
18               You know Shane Fowler and Kelvin
19   Taylor?
20        A      Yes.
21        Q      How long have you known them?
22        A      I've been in Savannah approximately
23   four years.  Four years, four -- almost five years
24   now.
25        Q      Have you been the senior general in
```

Lewis Ware, Jr.                                          8/10/2022

Page 8

1    Savannah that whole --

2         A      Yes.

3         Q      Why don't we go over that right now.

4    Give me a sketch of your work history.

5         A      I started out in Macon, Georgia, as a

6    fireman and oiler, and that was 1990, from 1990 to

7    1990 -- January 1991, I went to carman school,

8    became a carman in '90 -- March of -- January of

9    '91.

10               I was a carman for 26 years in Macon,

11   Georgia.  And I got promoted to a supervisor in

12   Macon, Georgia.  That was March 16 of '16.  Then I

13   was promoted to general foreman to St. Louis,

14   Missouri, in February of '17.  Yeah, February of

15   '17.

16               Then I was out there, and I got

17   promoted again from St. Louis to Savannah as a

18   senior general foreman in November of --

19   actually -- yeah, November of '17.

20        Q      Okay.  Had you not actually met Taylor

21   and Fowler when you were working in Macon in your

22   capacity as some sort of training facilitator?

23        A      Yes, sir.  I was training gang leader.

24        Q      What were you?

25        A      Training gang leader.

Lewis Ware, Jr.                                         8/10/2022

Page 9

```
 1        Q       Okay.  That's the word.  Gang leader.

 2        A       Yes.

 3        Q       You still worked as a carman, but you

 4   also did training?

 5        A       I also -- I was assigned the training

 6   gang leader's position which I went around the

 7   territory, the areas, and trained carmen on

 8   different bulletins and safety procedures what was

 9   going on.

10        Q       Whatever --

11        A       Safety workshops, yes.

12        Q       Whatever was going on in the industry?

13        A       Yeah.  That is correct.

14        Q       All right.  In that capacity though,

15   you were working that job full-time as training

16   gang leader?

17        A       Only when training was needed.

18        Q       Okay.

19        A       That job was only when needed, when

20   training is due at that time.

21               MR. TUCKER:  All right.  I'm going to

22   make Exhibit 1, Syd, the depo notice for him.

23               MR. FRAZIER:  Okay.  All right.

24        (Plaintiff's Exhibit 1 was marked for

25        identification.)
```

Lewis Ware, Jr.                                          8/10/2022

1              MR. TUCKER:  Then I'm going to offer as

2     Number 2 through 11 the same exhibits as yesterday.

3              (Plaintiff's Exhibit 2, Plaintiff's Exhibit

4              3, Plaintiff's Exhibit 4, Plaintiff's Exhibit

5              5, Plaintiff's Exhibit 6, Plaintiff's Exhibit

6              7, Plaintiff's Exhibit 8, Plaintiff's Exhibit

7              9, Plaintiff's Exhibit 10, and Plaintiff's

8              Exhibit 11 were marked for identification.)

9              MR. FRAZIER:  I want to reserve the

10    opportunity to object to them because they were not

11    offered yesterday and I did not have an opportunity

12    to voice any objections to them.

13             So to speed things along, if you're

14    agreeable to it, if you're agreeable to it, I want

15    to reserve objection to them.

16             MR. TUCKER:  To which ones?

17             MR. FRAZIER:  Are you agreeable with

18    that?  To any or all of them.

19             MR. TUCKER:  You're objecting?

20             MR. FRAZIER:  I'm not objecting.  I

21    just want to reserve objection to them.  I want to

22    be able to object to them at a later point in time

23    is all I'm asking for now.

24             MR. TUCKER:  Whatever.

25             MR. FRAZIER:  Okay.  If that's

Lewis Ware, Jr.                                          8/10/2022

Page 11

1    agreeable, then --

2              MR. TUCKER:  No, no.  I'm not

3    agreeable.

4              MR. FRAZIER:  Okay.  Well --

5              MR. TUCKER:  State an objection.  I

6    don't get it.

7              MR. FRAZIER:  Well, that's pleasant and

8    cooperative, Bill.

9              MR. TUCKER:  Well, I tried to -- I

10   mean, I --

11             MR. FRAZIER:  Just hold on.

12             MR. TUCKER:  I don't get it.

13             MR. FRAZIER:  I'm sorry you, quote,

14   "don't get it."

15             Object to Plaintiff's Exhibit Number 6,

16   which is a DMMO scorecard for the second quarter of

17   2017, on the grounds that it has no relevance to

18   Mr. Ware and otherwise is -- contains information

19   on other divisions not involving Mr. Ware and

20   Ms. Barnett which is not relevant to this case at

21   all.

22             And the offer you made was 1 through

23   11.

24             MR. TUCKER:  Yeah.

25             MR. FRAZIER:  Correct?  Okay.  That's

Lewis Ware, Jr.                                      8/10/2022

Page 12

1    the objection that I have.

2              MR. TUCKER:  All right.

3          (Plaintiff's Exhibit 12 was marked for

4          identification.)

5    BY MR. TUCKER:

6          Q     Mr. Ware, and now I'm going to offer

7    Number 12.  Would you take a look at that?  What is

8    that?

9          A     That's my career service record.

10         Q     Okay.  During your career, were you

11   ever disciplined?

12         A     I had a START.  It's not --

13             MR. FRAZIER:  Let's clarify for the

14   record.  You're not representing, are you,

15   Mr. Tucker, this is his current service record?

16             MR. TUCKER:  I don't know.  It's just

17   the only thing y'all gave us.

18             MR. FRAZIER:  Well, we produced that

19   quite some time ago.

20             MR. TUCKER:  I understand.

21             MR. FRAZIER:  But I'm just asking --

22             MR. TUCKER:  Have you got a current

23   one?

24             MR. FRAZIER:  Out of his personnel

25   file, it was one that was in his file --

Lewis Ware, Jr.                                    8/10/2022

1               MR. TUCKER:  I understand that.

2               MR. FRAZIER:  -- and this is a copy.

3               MR. TUCKER:  We're --

4               MR. FRAZIER:  Okay.  Now let's see if

5      he can answer the question.

6               MR. TUCKER:  We're subject to whatever

7      you gave us because we don't have access to it.

8      Don't want it, but --

9               MR. FRAZIER:  I understand that.  I

10     want the record to reflect that that's not his

11     current service record.

12               But, Mr. Ware, his question to you was

13     have you ever been disciplined while you were

14     employed at Norfolk Southern.

15     A     Yes.

16     BY MR. TUCKER:

17     Q     For what?

18     A     Personal protective equipment while --

19     personal protective equipment while working.

20     Q     Oh, okay.  What did you not have on?

21     A     My personal protective equipment for

22     cutting, using a torch.

23     Q     Oh, like a vest or something?

24     A     A jacket and the gloves and this

25     cutting glass.

Lewis Ware, Jr.                                      8/10/2022

Page 14

1            MR. FRAZIER:  When you were a carman?

2            THE WITNESS:  When I was a carman.

3     BY MR. TUCKER:

4         Q     And I'm assuming carman on the rip

5     track in Macon?

6         A     I was out on the line of road.

7         Q     Oh, like a road truck?

8         A     Road truck.

9         Q     Okay.  Did you work the road truck job

10    a lot?

11        A     No.

12        Q     Anything else?

13        A     That's the only one I'm aware of.

14        Q     All right.  You also got disciplined

15    for violating the blue flag law, didn't you, by

16    Dianne Barnett?

17        A     I didn't get violate -- I didn't get

18    that violation.

19        Q     Sir?  You didn't get disciplined by

20    Dianne for violating the blue flag law?

21        A     I got disciplined, but I did not

22    violate the blue flag law.

23        Q     Well, why did she discipline you for

24    it?

25        A     I was in company of a transportation

Lewis Ware, Jr.                                        8/10/2022

Page 15

1    officer.

2          Q      Who did violate?

3          A      Well, I don't know what rules they

4    follow, but the transportation have different rules

5    from a mechanic.  And I don't know what -- I know

6    during that incident this individual got protection

7    movement from the yardmaster, and he got his own

8    protection.

9          Q      He got movement protection from the

10   yardmaster?

11         A      No.  It was not movement protection.

12         Q      What was it?

13         A      It was called control and -- they have

14   a different rule than I have, than mechanical have.

15   He talked to the yardmaster, told him that he was

16   going to be in the track working, and that's

17   what -- that's what happened in that incident.

18         Q      And you didn't get fouled the track?

19         A      I did not foul the track.

20         Q      Okay.  What was the -- what was the

21   violation about?  Well, the federal government said

22   you violated -- not you, Norfolk Southern violated

23   it, didn't it?

24         A      Yes.

25         Q      Okay.  What is it they know that you

Lewis Ware, Jr.                                          8/10/2022

1    don't know?

2         A       Repeat the question.

3         Q       Why would the federal government say

4    that there was a blue flag violation?

5         A       Because the individual involved had

6    twos.

7         Q       And he was between the cars?

8         A       Yes.

9         Q       And there was no blue flag; right?

10        A       Yes.

11        Q       Okay.  And you knew there was no blue

12   flag when you did it; right?

13        A       I didn't do anything.

14        Q       You were --

15        A       I was there.

16        Q       I understand you were there.  And if --

17   you should have told him not to do it; right?

18        A       Repeat the question.

19        Q       Shouldn't you have told him, don't do

20   this?  Don't go between these cars.  Don't do this

21   repair.  We need to get the carman back.  We need

22   to blue flag the track and do it by the rule?

23        A       No.  He had his own protection with the

24   yardmaster.

25        Q       Obviously, that protection was not

Page 17

1    legal; correct, since the government cited you for

2    it?

3         A       As I repeated -- stated the first time,

4    transportation have their own protection.

5         Q       But he wasn't operating as a

6    transportation department employee.  He was

7    repairing a freight car.

8         A       And they do that all the time with air

9    hoses and knuckles.

10        Q       On the line of road?

11        A       And in the yard.

12        Q       This is going to be interesting,

13   Mr. Ware.

14                All right.  What have you done to get

15   ready for this deposition?

16        A       I've talked to my lawyer.

17        Q       Okay.

18        A       I reviewed Dianne Barnett's

19   investigation report.  I reviewed the blue flag

20   rule.  I looked at the OD -- Operation Bulletin 5

21   rule -- bulletin.  I reviewed the FRA letter.

22        Q       FRA letter?

23        A       Yes.

24        Q       Which one was that?

25        A       The one that you had done to

Lewis Ware, Jr.                                              8/10/2022

Page 18

1    investigate the two cars that was in question.

2         Q     Okay.  Was that the letter from the FRA

3    about their results of that?

4         A     Yes.

5         Q     And that's where you learned that the

6    FRA had recommended a citation or a violation?

7         A     Yes.

8         Q     Okay.  Is that on your career service

9    record?  Excuse me.  I'm sorry.  Is Dianne

10   Barnett's discipline on your career service record

11   now?

12        A     That, I don't know.

13        Q     Okay.  Did you review anything else?

14        A     That's all I can recall at this time.

15        Q     All right.  Did you look at any of the

16   exhibits that were used yesterday in Dianne

17   Barnett's deposition?

18              MR. FRAZIER:  Objection.  Asked and

19   answered.  He said he reviewed her report, and

20   that's an exhibit.

21              MR. TUCKER:  No.  But, I mean, there

22   were a lot more exhibits than just her --

23              MR. FRAZIER:  Well, no.  You said, did

24   you review any of them?  That was your question.

25   He answered the question.

Lewis Ware, Jr.                                                    8/10/2022

Page 19

 1              MR. TUCKER:  He answered for one of

 2     them, but I want to know did he look at any of the

 3     others.

 4              MR. FRAZIER:  And if the others include

 5     the blue flag rule and the bulletin, he reviewed

 6     those as well as he said.

 7     BY MR. TUCKER:

 8         Q     Did you look at any of the -- like the

 9     pictures of the overheads of Mason Yard?

10         A     Yes.

11         Q     Okay.  Did you read Dianne Barnett's

12     declaration?

13         A     No.

14              MR. TUCKER:  Okay.  Joel, can I put

15     that to the side?

16              THE COURT REPORTER:  Yeah.

17         (Whereupon off-the-record discussions

18         ensued.)

19         (Plaintiff's Exhibit 13 was marked for

20         identification.)

21     BY MR. TUCKER:

22         Q     Number 13 is your declaration.  Did you

23     go over that again getting ready for the

24     deposition?

25         A     Yes.

Lewis Ware, Jr.                                          8/10/2022

Page 20

1          (Plaintiff's Exhibit 14 was marked for

2          identification.)

3     BY MR. TUCKER:

4          Q     And this is Number 14, which is an

5     Operation Division Bulletin Number 5.  What -- this

6     is different --

7               MR. FRAZIER:  The format's different.

8     BY MR. TUCKER:

9          Q     The format's different.  That's the

10    word.

11               Is this a PowerPoint?

12         A     No.

13         Q     What is Number 5, this format?

14         A     I've never seen this in this format.  I

15    had a bulletin.

16         Q     You've got --

17               MR. FRAZIER:  The 8 1/2-by-11 --

18               MR. TUCKER:  Right.

19               MR. FRAZIER:  -- bulletin.

20               MR. TUCKER:  Right.  And I'm trying to

21    find it.  I can't lay my hands on it.  You've got

22    that, Number 11?

23         A     That's correct.  That is correct.

24    BY MR. TUCKER:

25         Q     Okay.  And you've never seen Number 14?

Lewis Ware, Jr.                                    8/10/2022

Page 21

1          A       Not in that format.

2          Q       And is this the only format you've ever

3     seen it?

4          A       Yes.

5          Q       Did this not get given to carmen in

6     Savannah?

7          A       I didn't give it to them.

8          Q       Okay.

9          A       I gave them this.

10         Q       All right.  "This" being Number 11?

11                 MR. FRAZIER:  "This" referring to

12    Exhibit Number 11.  Thank you.

13                 MR. TUCKER:  Okay.

14    BY MR. TUCKER:

15         Q       Where was this given out, was it put?

16         A       It was put on the bulletin board.  I

17    also left several copies on the table in the

18    breakroom.

19         Q       Okay.  Let me ask you something.  And I

20    know I'm skipping around, but I'm going to -- I did

21    want to go into this, and now's a good time to do

22    it.

23                 Tell me:  There's the car -- the

24    mechanical department in Savannah is -- and I don't

25    mean this in a derogatory way.  It's smaller.  It's

Lewis Ware, Jr.                                    8/10/2022

                                                    Page 22

1    not a big operation like a hump yard like Macon or

2    Birmingham or something like that, but it's smaller

3    in number, people, but you have a lot of territory

4    that you supervise.  Is that a good way to put it?

5         A     Yes.

6         Q     Okay.  You got may -- excuse me.

7    Macon.

8               You've got Savannah, which are Dillard

9    and Mason yards.  You've got Jacksonville.  You got

10   what else?

11        A     Augusta, Brunswick.

12        Q     Okay.  How many men or carmen work --

13              MR. FRAZIER:  And Macon.

14              THE WITNESS:  I don't have Macon.

15              MR. TUCKER:  He doesn't have Macon.

16              MR. FRAZIER:  Sorry.  Thank you.

17              MR. TUCKER:  No.

18              MR. FRAZIER:  Thought he did have

19   Macon.

20              MR. TUCKER:  Macon had him.

21              MR. FRAZIER:  Yeah.  He did have it at

22   one time.  Okay.

23              MR. TUCKER:  He was a mechanical

24   supervisor in Macon.

25   BY MR. TUCKER:

Lewis Ware, Jr.                                          8/10/2022

Page 23

1       Q       How many people work -- carmen work in

2   Jacksonville now?

3       A       Zero.

4       Q       That done now by a wheel truck?

5       A       Zero mechanical employees in

6   Jacksonville.

7       Q       I understand.  But if you need a carman

8   in Jacksonville, do they come out on a wheel truck

9   from Macon?

10      A       No.  Valdosta.

11      Q       Valdosta.  Okay.

12              How many in Augusta?

13      A       No mechanical employees in Augusta.

14      Q       How many in Brunswick?

15      A       No mechanical employees in Brunswick.

16      Q       How many in Savannah right now?

17      A       Four.  Just four active employees in

18   Savannah right now.

19      Q       And that would be Fowler, Taylor, who?

20      A       Charles Hester and Stephen Thornton.

21      Q       Stephen who?

22      A       Thornton.

23      Q       How do you --

24      A       T-H-O-R-T -- T-H-O-R-N-T-O-N.

25      Q       T-O-N.

Lewis Ware, Jr.                                        8/10/2022

Page 24

1        A       Yeah, Thornton.

2        Q       Thornton.  All right.  How many of you

3   got furloughed in Savannah right now?

4        A       Nobody that's currently on furlough

5   status.  I have two out on medical.

6        Q       Okay.  Okay.  Now, in Savannah you have

7   what's called a rip track.  Am I right about that?

8        A       Yes.

9        Q       What does "rip" stand for?

10       A       Repair.  Repair cars.  I don't know.

11  It's just repair cars.

12       Q       I've always heard a rip track is --

13  then somebody told me one time it's short for

14  repair in place.  That sounds more like a repair in

15  the yard, but that's neither here nor there.

16               Is the rip track in Savannah a covered

17  shed?

18       A       Yes.

19       Q       Okay.  How many tracks does it have?

20       A       Two.

21       Q       Two.  Okay.  And you may -- you can

22  make -- are there any repairs on freight cars you

23  can't make in Savannah?

24       A       Ask the question again, please.

25       Q       Are there any repairs to a freight car

Lewis Ware, Jr.                                          8/10/2022

Page 25

1    that you cannot make in Savannah?

2          A     Plug doors.

3          Q     Can't repair plug doors in Savannah?

4          A     No.

5          Q     Why?

6          A     Because they -- too many parts and too

7    much -- the complex of the design of the doors, we

8    cannot make repairs on the doors in Savannah.

9          Q     Okay.  Have you ever made plug door

10   repairs in Savannah?

11         A     Some.  If it's a light repair, we make

12   some repairs, but majority of the time when they

13   come back from industry they done used the forklift

14   against them and there's nothing we can do with

15   them in our shop.

16         Q     Can you repair regular sliding boxcar

17   doors?

18         A     On certain repairs if they have been

19   knocked off the track, we can re-track the doors

20   and replace the door heads.  But, like I said --

21   like I said -- stated earlier, if it's been to a

22   industry, they have damaged the doors to a severity

23   of we can't replace it, no.

24         Q     Okay.  And you cannot hang plug doors

25   in Savannah?

Lewis Ware, Jr.                                              8/10/2022

Page 26

 1          A       No.

 2          Q       Why?  You don't have the lifting

 3   capacity?

 4          A       We don't have the crane to do that

 5   with.

 6          Q       That's what I mean, the lifting --

 7          A       Yes.

 8          Q       -- capacity.  You have to have a crane

 9   or a boom?

10          A       Yes.

11          Q       Okay.  So is there any -- all right.

12   And then you've got Dillard Yard which your carmen

13   do car inspecting and air brake tests?

14          A       Yes.

15          Q       And they -- now -- and then you've got

16   Mason Yard.  What is Mason Yard?

17          A       Mason Yard is an intermodal yard.

18          Q       All right.  And it's gotten bigger here

19   recently, hasn't it?

20          A       Yes.

21          Q       All right.  In Mason Yard, is an

22   intermodal facility, is that where these different

23   kinds of intermodal cars have containers taken off

24   of them, put on them, moved around, mixed and

25   matched, unload trains, make up trains for

Lewis Ware, Jr.                                        8/10/2022

Page 27

1    containers coming off ships?

2         A     Yes.

3         Q     All right.  The -- you looked -- if you

4    looked at the -- you saw these pictures, I guess?

5         A     Yes.

6         Q     All right.  And those are Exhibits --

7               MR. FRAZIER:  8 and 9.

8    BY MR. TUCKER:

9         Q     -- 8 and 9.

10               You agree on Exhibit 9 that where

11   they're marked in the red marker is approximately

12   where blue flags are installed on the Mason Yard

13   tracks as they existed when this overhead was shot?

14               MR. FRAZIER:  Object to the form of the

15   question.

16   BY MR. TUCKER:

17        Q     You can answer.

18        A     Repeat the question.

19        Q     Do you agree with the location of the

20   red markers on Exhibit 9 that those are the

21   approximate locations of blue flags which are

22   installed on the tracks at Mason Yard at the time

23   this overhead was shot?

24               MR. FRAZIER:  Same objection.  Go

25   ahead.

Lewis Ware, Jr.                                        8/10/2022

Page 28

 1        A      I don't know when that shot -- when

 2   this picture was taken.

 3   BY MR. TUCKER:

 4        Q      Okay.  So you think that's Mason Yard?

 5        A      Yeah.  Look like it's Mason Yard, but I

 6   don't know the date it was taken.

 7        Q      Okay.  Were blue flags put -- installed

 8   permanently in Mason Yard since you've been to

 9   Savannah?

10        A      I don't know.

11        Q      You don't know.  You don't know whether

12   there are blue flags on the end of the track at

13   Mason Yard?

14        A      They have added more tracks to this

15   yard, so I can't answer that question totally that

16   they have blue flags on the tracks they put over

17   there now.  I don't know.

18        Q      I'm not asking you about now.  I'm

19   talking about specifically in 2018.

20        A      2018.  Okay.  Yes, the flags should be

21   in that location.

22        Q      Okay.  That's all I'm getting at.

23               All right.  And at the time in 2018,

24   there were three tracks -- loading tracks, I call

25   them -- or were there more?

Lewis Ware, Jr.                                    8/10/2022

Page 29

 1        A      I don't know.

 2        Q      All right.  Are you familiar with

 3   what's called doubling over or tripling over?

 4        A      Yes.

 5        Q      What is that?

 6        A      When the train is ready to part,

 7   they'll pull out the tracks that have been

 8   inspected, double them over, triple them over until

 9   the train is consist together.

10        Q      And make up a complete train?

11        A      Yes.

12        Q      All right.  Am I -- am I correct that

13   at Mason Yard Norfolk Southern carmen do not

14   inspect the cars and trains going out or do the air

15   brake tests; but if repairs are required, they have

16   to make the repairs?

17               MR. FRAZIER:  Is that today?

18               MR. TUCKER:  Then, 2018.  Good point.

19   Thank you.

20        A      Yes.  They will be dispatched by the

21   yardmaster if they got a car with an issue in that

22   yard to go take a look at it.

23   BY MR. TUCKER:

24        Q      Okay.  But they don't do the inspection

25   and the air brake test?

Lewis Ware, Jr.                                          8/10/2022

Page 30

1          A      No.

2          Q      Okay.  And that's -- we're talking

3    about 2018, as he pointed out; right?

4          A      Yes.

5          Q      All right.  Okay.  And when you say

6    "pull out, double over," you're talking about like

7    pull a whole track out, throw switches, back into

8    another track, couple up to that track, pull it

9    out, then back into another track if they're going

10   to triple over, and then that's a complete train?

11         A      Yes.

12         Q      Who hangs the EOT on a train like that?

13         A      Transportation.

14         Q      The crew of the train itself?

15         A      Yes.

16         Q      Okay.  All right.  Did you read

17   Mr. Fowler or Mr. Taylor's deposition?

18         A      No.

19         Q      Did you ever -- did you talk -- did you

20   read any summary of it?

21         A      No.

22         Q      Did anybody tell you anything about it?

23               MR. FRAZIER:  Object to any questions

24   or conversations you had with your lawyer about it.

25               MR. TUCKER:  I didn't ask what he said.

Lewis Ware, Jr.                                    8/10/2022

Page 31

1    I just said, did anybody tell you about it?

2              MR. FRAZIER:  Object to what his lawyer

3    may have told him or not told him.  That's

4    privileged communication.

5              MR. TUCKER:  Are you directing him not

6    to answer?

7              MR. FRAZIER:  That's correct.

8              MR. TUCKER:  Okay.  You need to make --

9              MR. FRAZIER:  You can ask him whether

10   or not he talked to anybody else about it other

11   than his lawyer.

12             MR. TUCKER:  No.  That's okay.

13   BY MR. TUCKER:

14        Q     Mr. Ware, have you ever used the

15   expression in conversations with carmen that your

16   bad order count was too high?

17        A     No.

18        Q     Never said anything like that?

19        A     No.

20        Q     Okay.  What's your -- what's your bad

21   order count today?

22        A     Repeat that question again.

23        Q     What is your bad order count today?

24        A     Zero.

25        Q     What's zero?  You're not allowed to

Lewis Ware, Jr.                                    8/10/2022

Page 32

1    have any bad orders in your yard?

2         A     I don't have -- my count today is zero

3    in Savannah.

4         Q     Okay.  You answered the question.  So

5    you've got no bad orders pending repairs?

6         A     No.

7         Q     No, that's wrong, or you --

8         A     No.  I have two heavy cars that's in --

9    that's been derailed, got to be repaired.  But far

10   as on that report that I received in the morning

11   time, I don't have -- I have zero bad orders.

12        Q     Okay.  What is your bad order count

13   goal today?

14        A     I don't have a goal.

15        Q     Have you ever had a bad order goal?

16        A     No.

17        Q     Never?

18        A     No.

19        Q     Okay.  You've never had an expectation?

20        A     Repeat the question?

21        Q     Have you ever had a bad order

22   expectation?

23        A     Meaning?

24        Q     I'm asking you.

25        A     I don't know -- I don't understand the

Lewis Ware, Jr.                                      8/10/2022

Page 33

1    question.  What is my expectation?

2         Q      No.  What are the expectations for you?

3    What are your goals set by your managers as to how

4    many bad orders you are -- you should have in your

5    yard at any one time?

6         A      I don't have a goal, if that's the

7    question you're asking.  I do not have a goal.

8         Q      Never had one?

9         A      No.

10        Q      Never -- okay.  Have you ever made the

11   comment "if it rolled in, it can roll out"?

12        A      I made the comment "if it rolled in

13   safely, we'll make sure it roll out safely."

14        Q      That isn't what I asked you.  Have you

15   ever made the comment "if it rolled in, it can roll

16   out"?

17        A      No.

18        Q      Okay.  Did you listen to the audio

19   recording of -- that Mr. Fowler did of your

20   conversation with him about the two couplers?

21        A      No.

22        Q      You never listened to it?

23        A      No.

24        Q      Okay.  It's up to you.

25               You don't look like you're having fun.

Lewis Ware, Jr.                                    8/10/2022

```
 1                MR. FRAZIER:  Mr. Tucker, that's an

 2     inappropriate comment.

 3                MR. TUCKER:  Well, I mean, he's --

 4                MR. FRAZIER:  I move to strike it.

 5                MR. TUCKER:  -- staring daggers.  I

 6     mean --

 7                MR. FRAZIER:  Please don't --

 8                MR. TUCKER:  I'm not trying to make him

 9     mad, but --

10                MR. FRAZIER:  Please don't --

11                MR. TUCKER:  -- he seems to be getting

12     mad for nothing.

13                MR. FRAZIER:  But your personal

14     comments about him are inappropriate.  Please don't

15     do that.

16                MR. TUCKER:  I didn't say.  I just said

17     he looked that way.

18     BY MR. TUCKER:

19         Q     Okay.  Have you ever seen a DMMO

20     scorecard?

21         A     Yes.

22         Q     Okay.  Have you got Exhibit Number 6

23     over there?

24                MR. FRAZIER:  Are you asking me that

25     question?
```

Lewis Ware, Jr.                                    8/10/2022

Page 35

```
 1              MR. TUCKER:  No.  I'm asking him.

 2              MR. FRAZIER:  Okay.

 3              MR. TUCKER:  He did not.  It was over

 4    here in the pile.

 5    BY MR. TUCKER:

 6         Q     This is the one we're looking at.

 7              MR. FRAZIER:  This referring to

 8    Plaintiff's Exhibit 6?

 9              MR. TUCKER:  6, yes.

10              THE WITNESS:  Okay.

11              MR. TUCKER:  You see this one?  This.

12              MR. FRAZIER:  What's -- identify it for

13    us, please.

14              MR. TUCKER:  It's the one Ms. Barnett

15    identified as hers.

16              MR. FRAZIER:  I know, but what is the

17    entry on the top of the page so we can get it?

18              MR. TUCKER:  2017 - Targets for

19    Scorecard.

20              MR. FRAZIER:  2017 - Targets for

21    Scorecard?

22              MR. TUCKER:  Yes.

23              THE WITNESS:  Okay.

24              MR. FRAZIER:  Let me make sure I'm with

25    you on it.
```

Lewis Ware, Jr.                                    8/10/2022

Page 36

1              THE WITNESS:  Is that right?

2              MR. FRAZIER:  Is it this one?

3              MR. TUCKER:  No.  It's that one.

4              MR. FRAZIER:  Hold on.

5              MR. TUCKER:  It's the only one that

6    doesn't have a division on it.

7              MR. FRAZIER:  Okay.  I've got it.

8    Thank you.

9    BY MR. TUCKER:

10        Q     All right.  Mr. Ware, would you look

11   down at the seventh block?  Does that say "Bad

12   Orders" on the scorecard?

13        A     Yes.

14        Q     All right.  And what is the first entry

15   on the Bad Orders block of this scorecard?

16        A     Bad order count.

17        Q     Okay.  Have you ever seen that phrase

18   used before today?

19        A     No.

20        Q     Okay.  You're aware that Ms. Barnett

21   identified that as her scorecard for the Georgia

22   division for the year 2017?

23             MR. FRAZIER:  Object to the form of the

24   question.  Object to the question as to the comment

25   on somebody else's testimony.

Lewis Ware, Jr.                                          8/10/2022

Page 37

 1              MR. TUCKER:  I'm just asking him was he

 2     aware.

 3         A     No.

 4     BY MR. TUCKER:

 5         Q     Okay.  All right.  Take a look, if you

 6     would, at Number 5.  You've got it?

 7         A     13, 12, 11, 6.  No 5.

 8         Q     Oh, there we go.

 9              MR. FRAZIER:  Because he was hiding it

10     over there from you.

11              MR. TUCKER:  It caught on the stapler.

12     BY MR. TUCKER:

13         Q     What is Number 5?

14         A     Repeat the question again.  What is --

15         Q     What is Number 5?

16         A     Annual review for 2018.

17         Q     For you?

18         A     Yes.

19         Q     Okay.  If I can find my copy of it, do

20     you get such an annual review every year?

21         A     Yes.

22         Q     Do you review anybody else?

23         A     No.

24         Q     Have you ever?

25         A     No.

Lewis Ware, Jr.                                          8/10/2022

Page 38

1        Q        Okay.   There was one comment in there

2    on the final appraisal that "Lewis needs to be

3    mindful to maintain a clear separation between his

4    personal and professional connections while on the

5    job."

6                     What was that about?

7                     MR. FRAZIER:  Find it and read it

8    before you answer, please, Mr. Ware.

9        A        This is not --

10                    MR. FRAZIER:  He referred to a

11   paragraph that's got a whole lot in it.  See if you

12   can find it.

13   BY MR. TUCKER:

14       Q        Yeah.  It's right --

15       A        Right here?

16       Q        Second block up.

17       A        Yes, I'm aware of this.

18       Q        What was that about?

19       A        I have an employee that I've worked

20   with prior to becoming a supervisor in Savannah.

21   His name is Eddie Johnson, carman.  And it was

22   reported that since I knew this guy from previous

23   employment in Macon that I gave him favoritism.

24       Q        Oh.  Is he in -- was he in Savannah?

25       A        Yes.  He's currently out on medical

Lewis Ware, Jr.                                          8/10/2022

Page 39

 1   now.

 2        Q     Okay.  Was there anything to that?

 3        A     No, sir.

 4              MR. FRAZIER:  His name was Eddie?

 5              THE WITNESS:  Eddie Johnson.

 6              MR. FRAZIER:  Johnson.  Thank you.

 7              THE WITNESS:  Yes, sir.

 8   BY MR. TUCKER:

 9        Q     All right.  How old is Eddie?  I'm

10   just -- older carman?

11        A     I think he's 53, I guess.

12        Q     Oh.  A young man?

13        A     If that's what you want to call it.

14              MR. TUCKER:  Mr. Frazier and I would

15   call it exactly that.

16        (Plaintiff's Exhibit 15 was marked for

17        identification.)

18   BY MR. TUCKER:

19        Q     15, is that your evaluation from the

20   year 2016?

21        A     Yes.

22        Q     Your appraiser for this evaluation was

23   David Malhoit?

24        A     Yes.

25        Q     Where was Mr. Malhoit?

Lewis Ware, Jr.                                    8/10/2022

                                                   Page 40

1          A       Macon, Georgia.

2          Q       Okay.  Did part of this time in '16,

3    was part of it in Macon and part of it in

4    St. Louis?

5          A       No.  The complete -- 2016 was all in

6    Macon.

7          Q       Okay.  All right.  Now, am I correct

8    that at the time that this evaluation was done

9    there were three categories.  You could either --

10   in the different blocks.  You could be an exceeds

11   expectations, solid performer, or needs

12   improvement.  Do I remember that correctly?

13                 Are those the three blocks that it

14   could be?

15         A       Yes.

16         Q       All right.  And that -- and you were

17   willing to relocate for a promotion?

18         A       Yes.

19         (Plaintiff's Exhibit 16 was marked for

20         identification.)

21   BY MR. TUCKER:

22         Q       Okay.  Now, this will be 16.  Same

23   questions.

24         A       Okay.

25         Q       Is that your evaluation for 2017?

Lewis Ware, Jr.                                    8/10/2022

                                                    Page 41

1              MR. TUCKER:  Syd, I should have done

2    something so it would be Exhibit 17 as well as

3    2017, but I messed it up.

4         A     Yes.

5    BY MR. TUCKER:

6         Q     Okay.  And we've already looked at

7    2018.  That was the one -- Exhibit 5 from

8    yesterday?

9              MR. FRAZIER:  Is that a question?

10             MR. TUCKER:  Yes.

11        A     The question?

12   BY MR. TUCKER:

13        Q     I'm sorry.  2018's evaluation was

14   already in evidence from yesterday; correct?

15             MR. FRAZIER:  He doesn't know what was

16   in evidence from yesterday.

17             MR. TUCKER:  No.  That's Exhibit 5 from

18   yesterday.

19             MR. FRAZIER:  Yeah.  But I'm just

20   saying that Exhibit 5 is one he's already looked

21   at.

22             MR. TUCKER:  That's -- yeah.

23             MR. FRAZIER:  Yeah.

24   BY MR. TUCKER:

25        Q     We've already looked at 2018?

Lewis Ware, Jr.                                    8/10/2022

Page 42

1        A       Yeah.

2        Q       Syd made a good suggestion.  I was

3    making it more complicated.

4                All right.  I'm wanting to go to

5    Exhibit Number 16.

6        A       Okay.

7        Q       And I want to go to --

8                MR. FRAZIER:  That's the 2017

9    evaluation?

10               MR. TUCKER:  That's right.

11               MR. FRAZIER:  Thank you.

12   BY MR. TUCKER:

13       Q       I want to look at this in light of your

14   testimony you've never heard the phrase "bad order

15   count" used.  And I'd like to look at your final

16   appraisal from -- who was this from?  Dianne

17   Barnett?

18       A       2017?

19       Q       Yes.

20       A       Yes.

21               MR. FRAZIER:  I'm going object to -- if

22   that's the question so far, I'm going to object to

23   the form of the question.

24   BY MR. TUCKER:

25       Q       It was written -- your appraisal was

Lewis Ware, Jr.                                          8/10/2022

Page 43

1    done by Dianne Barnett; right?

2              MR. FRAZIER:  No.  I wasn't objecting

3    to that part.  I was objecting to the part where

4    you said he testified he'd never heard of bad order

5    counts.  He said he never had one.  That's two

6    different things.  That's my objection.

7    BY MR. TUCKER:

8         Q    Have you ever heard the phrase "bad

9    order count"?  I thought you testified you'd never

10   heard of it.

11        A    Repeat the question because you-all are

12   all over the table.  Repeat the question again.

13        Q    Have you ever heard the phrase "bad

14   order count" used as far as an expectation or a

15   goal?

16        A    Yes.

17        Q    Where?  If you're looking for the block

18   on this exhibit, it's the Note Final Appraisal.

19        A    So what's the question?

20        Q    The question -- well, the question is:

21   You told us earlier you'd never had a bad order

22   count.  But now I'm looking at your evaluation, and

23   it says you were, quote, "instrumental in lowering

24   the bad order count," close quote.

25        A    Because I believe in repairing cars.

Lewis Ware, Jr.                                    8/10/2022

1        Q      That's not -- I'm sure you do, but

2   that's not the problem.  The problem is you told us

3   you never had a bad order count as an expectation

4   or goal, yet here it is.  And you read this at the

5   time you got it, didn't you?

6        A      Exhibit 16?

7        Q      Yes.

8        A      Yes.

9        Q      All right.  Because you said, "I do

10  concur with the comments, and I will continue to

11  improve my abilities and observations with the

12  rules check process and hold every employee

13  accountable for their compliance to the rules and

14  local bulletins."

15               That was your comment after you read

16  it; correct?

17        A      Yes.

18        Q      Okay.  And I'll go back up, and I'll

19  look again in the note on final appraisal, and you

20  may want to look at it there.  It says that you

21  easily picked up where your predecessor left off,

22  quote, "pushing to meet the safety, bad order, and

23  productivity goals"; correct?

24        A      Yes.

25        Q      So you did have bad order goals, didn't

Lewis Ware, Jr.                                      8/10/2022

Page 45

1    you?

2         A      Yes.

3         Q      Okay.  And let's -- where is -- have

4    you got your affidavit?

5                You testified earlier that you'd never

6    had a bad order expectation as I recollect, if the

7    word -- it will speak for itself.  You never had

8    goals; you had no bad order count.

9                You swore to tell the truth in an

10   affidavit submitted in this case.  Check your

11   signature out.  And read me, please, paragraph

12   Number 9 that you swore was the truth.  I want you

13   to read it out loud, please, sir.

14        A      Number 9:  "The OSHA charge letter

15   allegation that I had stated to Fowler and Taylor

16   that Dillard Yard had a weekly goal of 10 bad order

17   count cars is simply incorrect.  In August and

18   September of 2018, the weekly expectation was 20,

19   and in January of 2019 it was reduced to 12."

20        Q      Okay.  So at the time, the bad order

21   goal or expectation that you say you had never

22   heard of or had was 20 and was later reduced to 12;

23   is that correct?

24        A      Repeat the question again now?  I'm

25   trying to --

Lewis Ware, Jr.                                        8/10/2022

                                                        Page 46

1        Q     The bad order count that you said you'd
2   never had, have never heard of, was 20 in September
3   2018 and was later reduced to 12; is that correct?
4        A     No.  I didn't -- I didn't have a count.
5   I mean, I know the bad order count, but I didn't
6   have a certain number of what the count was going
7   to be.
8        Q     Well, what is Number 9, that paragraph
9   you swore was the truth?
10        A     Repeat the question, and I'll answer
11   it.
12             MR. TUCKER:  Read it for him again,
13   please.
14        (The record was read by the reporter.)
15        A     Yes.
16   BY MR. TUCKER:
17        Q     So you did have a bad order count?
18        A     Yes, but it wasn't ten.
19        Q     Okay.  It was 20?
20        A     20.
21        Q     So what you testified earlier about not
22   having a bad order count was not the truth?
23             MR. FRAZIER:  Object to the form of the
24   question.
25   BY MR. TUCKER:

Lewis Ware, Jr.                                            8/10/2022

Page 47

1        Q      Am I correct about that?

2               MR. FRAZIER:  Object to the form of the

3     question.

4        A      Repeat the question.  I'll answer.

5               MR. TUCKER:  Repeat it for him, please.

6               (The record was read by the reporter.)

7        A      Yes.

8     BY MR. TUCKER:

9        Q      All right.  Now I want to go to

10    September of 2018 and the two BKTY cars.  Okay?

11       A      Okay.

12       Q      All right.  Am I correct that those

13    cars -- well, I'll tell you what do.  Why don't

14    we -- I'm changing subjects.  Why don't we take a

15    break?

16              MR. FRAZIER:  You want to take a break?

17    Go ahead.

18              (Proceedings in recess, 9:57 a.m. to

19              10:09 a.m.)

20    BY MR. TUCKER:

21       Q      Back to September of 2018 and the two

22    BKTY cars, are those boxcars?  Were those boxcars?

23       A      Yes.

24       Q      Okay.  Tell me -- tell me what happened

25    to lead to the dispute about the couplers.

Lewis Ware, Jr.                                                8/10/2022

Page 48

1          A        With who?

2          Q        With Fowler and Taylor.

3          A        They -- Fowler had bad order cars for a

4     defective draft gear retainer.

5          Q        Okay.  Let me -- hold on now just a

6     second because you're going to have -- I'm not a

7     carman.  Draft gear retainers?

8          A        Yes.

9          Q        Is that what I might have heard called

10    a swing gate?

11         A        Swing gate, yes.

12         Q        Okay.  All right.  Was this on second

13    shift?

14         A        Yes.

15         Q        All right.  And he bad ordered those

16    two cars whose name appears in the report; correct?

17         A        Yes.

18         Q        I mean whose numbers appear in the

19    report.

20                  MR. FRAZIER:  Right.  Yeah.

21    BY MR. TUCKER:

22         Q        Were they coupled together, or were

23    they separate in the train?

24                  MR. FRAZIER:  The two cars, the two

25    BKTY cars?

Lewis Ware, Jr.                                         8/10/2022

1              MR. TUCKER:  Yeah, that's what I'm

2    getting at.

3              MR. FRAZIER:  Okay.

4         A    I don't recall.

5    BY MR. TUCKER:

6         Q    But it was an outbound train; correct?

7         A    Yes.

8         Q    On second shift?

9         A    Yes.

10        Q    And that would be between 11:00 and --

11   excuse me.  Between 3:00 and 11:00?

12        A    Yes.

13        Q    Okay.  Was this -- what time of the day

14   or night was this?

15        A    I don't recall.

16        Q    Did you have to come from home?

17        A    To?

18        Q    You got called to the scene; right?

19        A    No.

20        Q    You didn't go -- did you go look at the

21   cars?

22        A    After the cars was set up the previous

23   day.

24        Q    Okay.  I misunder- -- all right.  So --

25             MR. FRAZIER:  Yeah.  There are a couple

Lewis Ware, Jr.                                          8/10/2022

Page 50

1   kinks in that that I really wasn't aware of either

2   until he explained it, but go ahead and answer.  Go

3   ahead and answer.

4              MR. TUCKER:  Yeah.

5              MR. FRAZIER:  You were asking what

6   happened, what happened --

7              MR. TUCKER:  I know.  And I think you

8   and I are both going to get enlightened here.

9              MR. FRAZIER:  Yeah, go ahead.  How did

10  it go?

11  BY MR. TUCKER:

12       Q     Go ahead, Mr. Ware.

13       A     The cars was set up from the previous

14  day.

15       Q     Okay.

16              MR. FRAZIER:  Two or three?

17       A      It was two cars --

18              MR. FRAZIER:  Okay.

19       A     -- at this time.  I examined the cars

20  the next day and determined they was okay to

21  depart --

22  BY MR. TUCKER:

23       Q     All right.

24       A     -- that day.

25       Q     So -- and I'll call him Fowler or --

Lewis Ware, Jr.                                        8/10/2022

1          A          Shane.

2          Q          Shane Fowler --

3          A          Yes.

4          Q          -- bad ordered them out of an outbound

5     train the night before or the second shift before?

6          A          Yes.

7          Q          On -- and then the next day -- which

8     would have been what day?  -- whatever date it was

9     in September --

10         A          Okay.

11         Q          -- did you -- did you find them -- I

12    mean, they're set out, and you went and looked at

13    them?

14         A          Did my inspection.

15         Q          Okay.  And where were they set out?

16         A          They were still in the yard.

17         Q          Okay.  Do y'all have an expedite track

18    or something like an expedite track where you can

19    make light running repairs and not have to bring it

20    to the rip track?

21         A          We have a wash track.

22         Q          Okay.  Is it used for the same purpose?

23         A          It's wherever transportation decide to

24    set them at.  That's out of mine.

25         Q          Okay.  And you're sort of the victim of

Lewis Ware, Jr.                                          8/10/2022

Page 52

1   transportation?

2        A      Yes.

3        Q      All right.  When did you look at them?

4   The next morning, like start of the workday?

5        A      Yes.

6        Q      Had they -- had those cars caused a

7   delay in the -- that outbound train the day before?

8        A      Yes, but they -- process of sending

9   them out of the outbound train.

10       Q      Okay.  Let me -- do you remember the

11  train number?  Is it in the report?

12              MR. FRAZIER:  Which report?  Dianne's?

13              MR. TUCKER:  Dianne Barnett's.

14              MR. FRAZIER:  The question is:  "Do you

15  remember the train number?"  Let's start with that.

16       A      I have two options.  It was Train 377

17  or 156 because we don't have 156 anymore, so I

18  don't remember the train symbol at this time.

19       Q      Okay.  But it was an outbound train?

20       A      It was outbound train, yes, outbound

21  train.

22       Q      Where would that be going?  To Macon?

23       A      377 goes to Birmingham; 156 went toward

24  Augusta, Georgia.

25       Q      Okay.  And if it went to Augusta, then

Lewis Ware, Jr.                                    8/10/2022

Page 53

1    cars would go from there on to Columbia or

2    wherever?

3         A       Wherever, yes.

4                 MR. TUCKER:  Okay.  Okay.  The number's

5    not in there on this one, Syd.

6                 MR. FRAZIER:  Okay.

7    BY MR. TUCKER:

8         Q       Mr. Ware, there's -- in the -- take a

9    look at Dianne Barnett's report.  It's Number --

10                MR. FRAZIER:  4.

11   BY MR. TUCKER:

12        Q       -- 4.

13        A       I don't have Number 4.

14        Q       You don't?  You do now.  There you go.

15        A       Okay.

16        Q       I'm just going to stick those right

17   there in middle.

18                MR. FRAZIER:  Okay.

19   BY MR. TUCKER:

20        Q       Yeah.  Go ahead and look at it.

21                MR. FRAZIER:  You want him to look at

22   the whole report?

23                MR. TUCKER:  No, no.

24                MR. FRAZIER:  Thank you.

25   BY MR. TUCKER:

Lewis Ware, Jr.                                    8/10/2022

Page 54

1        Q        And when I said that, I realized.  I'm

2    looking there in the first paragraph, and she

3    discussed the two BKTY cars and then the GATX

4    32106.

5                 Were those -- was the -- were those all

6    three at the same time, or was the GATX 32106 the

7    car on which the -- Mr. Kimble made the repair?

8        A        These two separate incidents.

9        Q        Okay.  All right.  That's kind of what

10   I thought.

11                All right.  Had Mr. Fowler only bad

12   ordered two cars from the train in the September

13   incident the night before?

14       A        I don't recall.

15       Q        Okay.  But these two, he had?

16       A        Yes.

17       Q        BKTY?

18       A        Yes.

19       Q        All right.  The mechanical department

20   is responsible for time -- let me ask that a

21   different way.

22                How are train delays accounted for?

23   You want your trains to go out on time; correct?

24       A        Yes.

25       Q        Okay.  And when the -- and the

Lewis Ware, Jr.                                    8/10/2022

Page 55

```
 1   different departments, transportation and
 2   mechanical, are accountable for time on delays if
 3   their department caused it; right?
 4         A     Yes.
 5         Q     All right.  And if a train is put
 6   together by the transportation department, then
 7   it's turned over to the mechanical department at
 8   Dillard Yard for inspection and air brake test;
 9   right?
10         A     Yes.
11         Q     All right.  And at Dillard Yard in
12   2018, was the complete FRA-required mechanical
13   inspection done at -- on cars after they were
14   outbound, that is, once they were in the outbound
15   train?
16         A     Repeat the question again?
17         Q     Yes, sir, and let me try it again.
18               Trains come into a yard, and they get
19   broken up.  Cars are switched around.  New trains
20   are made up.  Cars are put together.  Cars are
21   delivered to other places.  That's what a yard's
22   for; right?
23         A     Yes.
24         Q     Mix, match, and send things to where
25   they're supposed to go; is that right?
```

Lewis Ware, Jr.                                    8/10/2022

 1      A      Yes.

 2      Q      Okay.  The railroad is required by the

 3 federal safety laws to do mechanical inspections of

 4 the cars, correct, for the -- the minimum safety

 5 standards that apply to freight cars?

 6      A      Yes.

 7      Q      All right.  And they're required -- the

 8 mechanical department is required to do the air

 9 brake test on trains before they depart your yard?

10      A      Yes.

11      Q      Okay.  Is the complete mechanical

12 inspection done in Dillard Yard in 2018, was it

13 done inbound or outbound?

14      A      Outbound.

15      Q      Okay.  Because Dillard Yard is not a

16 hump yard; correct?  It's a flat switching yard?

17      A      That is correct.

18      Q      All right.  How many tracks does it

19 have, classification?

20      A      38.

21      Q      38?  Okay.

22             And so when the train is turned over to

23 you, you being the mechanical department, by

24 transportation, how long are you given -- were you

25 given in 2018 to -- from the time it's turned over

Lewis Ware, Jr.                                      8/10/2022

Page 57

1    to you and transportation said, it's not on our

2    clock anymore, how long did you have to complete

3    your inspection before the train was required to

4    leave?

5          A     Transportation set a departure time.

6    If we're going back to 2018, we had two hours to

7    do -- to inspect and release the train.

8          Q     All right.

9                MR. FRAZIER:  Regardless of its length?

10   BY MR. TUCKER:

11         Q     Well, that's what I was fixing to ask.

12   What if it was a 50-car train, or what if it's a

13   150-car train?

14         A     Well, that was taken in consideration

15   with the car count.  I think 20 -- I'm not for

16   sure, but the play book we had in 2018 when we

17   started the PSR, I think we had two minutes per

18   car.

19         Q     You had what?

20         A     Two minutes per car inspection.  I'm

21   not for sure.  I'm just --

22         Q     Okay.  That -- that two minutes was a

23   two man minutes per car to inspect it and do the

24   air brake test?

25         A     Yes.

Lewis Ware, Jr.                                        8/10/2022

Page 58

1        Q       So let's just say it's a hundred-car
2    train.  How many men in 2018 -- and when I say
3    "men," did you have any female car -- carmen?
4        A       No.
5        Q       Okay.  How many carmen would be
6    inspecting?  Did it vary according to shift?
7        A       It varied according to shift.  Varied
8    according to shift.
9        Q       All right.  You had more people working
10   in 2018 also, did you not?
11       A       Yes.
12       Q       You wish you had --
13               MR. FRAZIER:  More than now?
14   BY MR. TUCKER:
15       Q       More than now.
16       A       Yes.
17       Q       Okay.  Can you really operate Dillard
18   Yard with only four carmen?
19       A       No.
20       Q       I didn't think so.  And the inspection
21   requires that the train be walked on both -- up one
22   side and down the other?
23       A       Yes.
24       Q       Looking at all kinds of stuff:  safety
25   appliances, coupler draft gears.  Complete

Lewis Ware, Jr.                                      8/10/2022

Page 59

1    mechanical inspections so those cars are safe to go

2    out on the line of road?

3         A     Yes.

4         Q     Okay.  Then you've got to do the air

5    brake test, and that's going to require walking

6    both sides twice?

7         A     You can do one side walking.  The other

8    side can be done performing the roll-by inspection.

9    As the train is departing the yard --

10        Q     Okay.

11        A     -- somebody can get stationed at a

12   certain point, and they watch the other side as it

13   depart the yard.

14        Q     And if they see something with the

15   piston or something, they can --

16        A     They can stop it in the track.

17        Q     -- and take care of it?

18        A     Yes.

19        Q     Okay.  All right.  So assume you've got

20   two cars out of that train that night and then --

21   whether they were coupled up or not.  But for

22   purposes of illustration, you've got -- a carman

23   bad orders them.  He would -- like Mr. Fowler, he

24   would call the yardmaster, right, and say, I've got

25   this car and this car, and they're position number

Lewis Ware, Jr.                                    8/10/2022

Page 60

1   whatever and whatever the numbers are from the head

2   end so the yardmaster would know; correct?

3        A     Yes.

4        Q     All right.  Then at that point when

5   he's through with that inspection, he's not going

6   to do the brake test because he doesn't need to.

7   If he's determined he can't make the repair there

8   in the train, then he's got to take the blue flags

9   off, give the track back to transportation.

10            They've got to get an engine -- or an

11  engine from somewhere, get there, couple up, pull

12  those two cars out, switch them out to somewhere,

13  put the train back together.  And this is going to

14  take a lot of time; right?

15       A     No.  Part of -- what's your question?

16  You asked me --

17       Q     I want to know if that's the process

18  that would have been followed in 2018.

19       A     Well, you mentioned about they got

20  to -- they can't perform the brake test.  He

21  complete the brake test.  They complete the whole

22  inspection.  Then the train is given back to

23  transportation to set the bad orders right.

24       Q     Okay.  Because they can put the train

25  back together, and then he can just do a set and

Lewis Ware, Jr.                                    8/10/2022

                                                    Page 61
1    release to be sure he's got a complete air system.

2    And then it can go because the Class 1 test has

3    already been done?

4        A      That is correct.

5        Q      I got it.  Okay.  Makes sense.  All

6    right.  But that takes a bunch of time?

7        A      Time, yes.

8        Q      All right.  And y'all -- you,

9    mechanical, and transportation, both departments --

10   are graded on how many trains they make late;

11   correct?

12       A      Make departure time.

13       Q      Correct.

14       A      Yes.

15       Q      All right.  One of the reasons for that

16   is that train crewmen are called.  If the departure

17   time is going to be noon, the train crew's called

18   for whatever they have to have to be gone at noon,

19   and they've only got 12 hours because of the hours

20   of service law; right?

21       A      Yes.

22       Q      Transportation people, signal

23   departments, some other -- train crews, they're

24   like airline pilots.  They -- certain number of

25   hours, and they have to come off the clock; right?

Lewis Ware, Jr.                                        8/10/2022

Page 62

1          A       That's correct.

2          Q       Okay.  Mechanical department though is

3    not covered by that; right?

4          A       That's incorrect.

5          Q       You're covered by the hours of service

6    law?

7          A       When you got locomotive employees,

8    they're covered by hours of service when they're

9    out there switching in the shop.  But I don't have

10   it.  I'm just --

11         Q       Right.  No, no.  I understand.

12         A       Yeah, yeah.

13         Q       They'd be like a hostler?

14         A       A hostler, yes.

15         Q       Right.

16         A       Yes.

17         Q       But Shane Fowler and Kelvin Taylor

18   would not --

19         A       No.

20         Q       -- be covered; right?

21         A       No.

22         Q       All right.  Okay.  Do you know how late

23   the train was?

24         A       I don't recall.

25         Q       Okay.  Did you hear about that?  Do you

Lewis Ware, Jr.                                                8/10/2022

Page 63

1    have to report late trains caused by switching out

2    bad orders?

3          A       Yes.

4          Q       To whom?

5          A       Dianne Barnett.

6          Q       Okay.  When did you report it that day?

7          A       I don't recall.

8          Q       Why didn't you go out there that night

9    when you found them?

10         A       Because I had intentions of checking

11   that morning when I got there at the beginning of

12   my shift.

13         Q       Okay.  When did the delay get reported

14   to Dianne?

15         A       Most likely the next -- the same night

16   I sent out texts.

17         Q       The same night was the delay --

18              MR. FRAZIER:  Most likely.

19   BY MR. TUCKER:

20         Q       -- occurred?

21         A       Most likely.  The same night they were

22   sent out if it was -- if it was a delay.

23         Q       Okay.  Did you get any criticism for

24   not going to the yard and checking the bad order

25   delay right then?

Lewis Ware, Jr.                                      8/10/2022

Page 64

1         A      No.

2         Q      Okay.  But you would have had to drive

3    from Statesboro?

4         A      I was in Savannah at the time.

5         Q      When the cars were set out?

6         A      Yes.  In '18, I was still in Savannah.

7    I was only 15 minutes away.

8         Q      Why didn't you go out there?

9         A      Because, like you stated earlier, I got

10   Jacksonville; I got Augusta; I got Brunswick during

11   that time.

12        Q      Right.

13        A      I have other things going on.

14        Q      Okay.  Well, nobody ever said you

15   weren't working, now.

16        A      Hey.

17        Q      All right.  And when those bad orders

18   are pulled out, that time is accountable to the

19   mechanical department as opposed to transportation;

20   correct?

21        A      It's several -- variety of issues that

22   can reflect back to either department.  And I

23   elaborate, if the train is set out late, then we're

24   not responsible if the train's set out late.  But

25   if the train's set out on time and we have bad

Lewis Ware, Jr.                                    8/10/2022

Page 65

1    orders, yes, I have to report it to Dianne.

2              And it's no big -- it's no reprimand

3    for that.  It's just letting them know that's

4    what's going on with the train.

5         Q     Well, aren't you evaluated on on-time

6    performance and train delays?

7         A     No, I'm not evaluated on that.  I don't

8    think I am.  I haven't seen anything I was

9    evaluated on on-time performance.

10        Q     Is Dianne evaluated on that?

11        A     I do not know.

12        Q     There's Number 6 right there.  Go back

13   and look at the page applicable to the Georgia

14   division.  Here's what it looks like.

15             MR. FRAZIER:  That's the one with 3.87

16   in the lower right-hand corner?

17             MR. TUCKER:  Yes.

18   BY MR. TUCKER:

19        Q     You got it?

20        A     I'm on the page if that's what you're

21   talking about.

22        Q     All right.  If you look at the -- see

23   the bad order block we looked at earlier?

24        A     Yes.

25        Q     If you look above it, on-time

Lewis Ware, Jr.                                    8/10/2022

Page 66

1    performance and delays.  See that?

2         A     Yes.

3         Q     There's a scorecard for that.  Train

4    reliability, what is train reliability?

5         A     They making a destination without any

6    delays.

7         Q     For instance, it doesn't pull a coupler

8    out?

9         A     Yes.  I'm assuming that's what they

10   mean, yes.

11        Q     Okay.  Reduce car train delays.

12        A     That's back to online -- I'm assuming

13   it's online incidents.

14        Q     Inbound bad order percentage?

15        A     We don't do inbound inspections.

16        Q     That's right.  All right.

17              Now, look -- so you go look at it then

18   the next day.  What did you find?

19        A     I looked at the coupler components, and

20   everything was in place.  Swing -- that gate had

21   the locking tab and the bolt in place.  And with

22   that being in place, the draft key retainer would

23   not come out.

24        Q     Had it been repaired since the night

25   before?

Lewis Ware, Jr.                                          8/10/2022

Page 67

1          A        No.

2          Q        Nothing had been done to it?

3          A        No.

4          Q        Would the ability to see all of these

5     components be affected by whether or not the slack

6     was in or out on the car?

7          A        Yes.

8          Q        Okay.  Tell me how that would work.

9          A        If the slack was pulled out, you can

10    see -- see the components, the key itself, but the

11    other side of the key has a slot on it where it do

12    not -- it won't come out but one side of the car.

13         Q        I understand.  But if the slack is in,

14    then you can't see it; right?

15         A        Far as the --

16                  MR. FRAZIER:  The locking tab?

17    BY MR. TUCKER:

18         Q        Yeah, because it's back up inside

19    the --

20         A        It will seal itself, the sill -- the

21    center sill will seal itself.

22         Q        The center sill?

23         A        Yes.

24         Q        I couldn't come up with the phrase.

25    You see what I'm getting at.

Lewis Ware, Jr.                                        8/10/2022

Page 68

```
 1        A       I see what you're getting at, yes.

 2        Q       And that would be correct?

 3                MR. FRAZIER:  What would be correct?

 4    I'm sorry.

 5    BY MR. TUCKER:

 6        Q       That you couldn't see the cross key if

 7    the slack was in because the coupler shank is back

 8    into the center sill?

 9        A       At the time of my inspection, it was

10    pulled out.

11        Q       I know.  I know.

12        A       Yeah.

13        Q       But that might not be the case in the

14    yard depending on how the slack is?

15        A       Yeah.

16                MR. FRAZIER:  He said at the time he

17    looked at it, it was not the case.  It was pulled.

18                MR. TUCKER:  No.  Well, I know.

19                MR. FRAZIER:  Okay.

20                MR. TUCKER:  I know.  It wasn't in the

21    train.

22                MR. FRAZIER:  But your question

23    suggested that it was not.  I'm just trying to keep

24    this straight.

25    BY MR. TUCKER:
```

Lewis Ware, Jr.                                      8/10/2022

Page 69

 1      Q      No, no.  My suggestion is that in the
 2   yard it could have been different because the slack
 3   could have been in.  That's all I'm getting at.
 4      A      I see what you're saying.  The slack
 5   was in; you couldn't see anything.
 6      Q      Okay.
 7      A      But you could look with a light and
 8   see, make sure that the bolt and the tab is still
 9   on the swing gate.  That's still visible if you
10   look up in your sill, the center sill.
11      Q      Okay.  Now --
12             MR. FRAZIER:  Even if the slack's in?
13      A      Even if the slack's in.
14             MR. FRAZIER:  Okay.
15      A      You can look -- get a flashlight and
16   look up there and see if the bolt in place.
17   BY MR. TUCKER:
18      Q      So had you had one of those -- did you
19   have one or both of those cars broken down, coupler
20   taken out, anything?
21      A      Only -- no on -- on these two cars, no.
22      Q      Okay.  Did any other carman look at --
23   or anybody look at it other than you?
24      A      Not that I'm aware of.
25      Q      Okay.  So how did you have a

Lewis Ware, Jr.                                      8/10/2022

Page 70

1    confrontation with Fowler about the two couplers?

2         A       I told them the car was okay.  I

3    inspected them.  They're okay to go.  And he kept

4    continuing to say they were not okay to go.

5         Q       Okay.  Was that in person?

6         A       It was in person, in-person

7    conversation.

8         Q       When would that have been?

9         A       The following day.  When I did

10   inspection that morning, they reported that

11   afternoon.

12        Q       Okay.  But did he get in at 11:00?

13   Shane Fowler and Taylor?

14        A       Repeat that question now.

15        Q       Did they come in at 11:00 in the

16   morning?

17        A       No.  3:00.  That shift was 3:00 to

18   11:00.

19        Q       I'm sorry.  Yeah, second shift.  So

20   they came in at 3:00.  So that's what I was getting

21   at.  You didn't have this discussion with Fowler or

22   Taylor -- did you have a discussion with Taylor

23   also about them?

24        A       He was in the room when the discussion

25   was going on.

Lewis Ware, Jr.                                          8/10/2022

Page 71

1        Q       Got it.  But that was at 3:00 right
2    after they got to work?
3        A       Yes.
4        Q       All right.  Did the train -- did the --
5    were the cars empty or loads?
6        A       That, I don't remember.
7        Q       Okay.  Did they go back out on the next
8    train in the same direction they would have gone
9    the day before?
10       A       Yes.
11       Q       All right.  Did you go to the cars and
12   look at them, or did you just have this discussion
13   in the office, the carmen shack?
14       A       Like I stated earlier, I inspected the
15   car that morning when I reported to duty in the
16   yard, and then we discussed it that afternoon when
17   they reported to work.
18       Q       But that's what I want to know, where
19   that discussion took place.  Was that in the carmen
20   shack, or was it out by the cars?
21       A       No.  It was in the -- in the breakroom.
22       Q       Breakroom.  That's what I'm talking
23   about.  All right.
24               And did Shane Fowler ask you -- did you
25   tell Shane Fowler to pull the tags off the cars and

Lewis Ware, Jr.                                          8/10/2022

Page 72

1    let them go?

2          A      I removed the tags from the car --

3          Q      Okay.

4          A      -- that morning.

5          Q      All right.  All right.  And did he tell

6    you that the -- that the coupler could pull out in

7    his opinion?

8          A      Yes, and that was his opinion.

9          Q      All right.  Did you think that that was

10   a good-faith opinion, that he honestly believed

11   that?

12         A      Everybody got a right to their own

13   opinion.

14         Q      Well, I know, but I want to know if you

15   thought he was lying about it or whether you think

16   he was genuinely concerned the coupler might pull

17   out.

18                MR. FRAZIER:  Object to the form of the

19   question.

20         A      I think he had a concern about the

21   coupler pulling out.

22   BY MR. TUCKER:

23         Q      Okay.  That coupler pulling out is a

24   dangerous thing; right?

25         A      Yes.

Lewis Ware, Jr.                                      8/10/2022

Page 73

1        Q      Because if it's out on the line of

2   road, it could -- train separate, a derailment, a

3   wreck, all kinds of bad stuff.

4        A      Yes.

5        Q      Correct?  Okay.

6               All right.  So if a carman has a

7   genuine belief that the -- that the coupler in this

8   case or in any condition was a real safety concern,

9   shouldn't he bad order it?

10       A      He can.  But as being their manager, in

11  my experience and from my inspection, I made the

12  decision to say the car was okay.

13       Q      Okay.  Did he ask you to put that in

14  writing?

15       A      Yes, he did.

16       Q      Why didn't you do it?

17       A      I don't have to when I -- if that's the

18  case, I'll be writing instructions every day.

19       Q      What would have happened if that

20  coupler had come out down the line of road like he

21  feared?  Who would have been in trouble?

22               MR. FRAZIER:  Object to the form of the

23  question.  You can answer.

24               THE WITNESS:  Say it again, sir?

25               MR. FRAZIER:  Yeah.  Object to the form

Lewis Ware, Jr.                                    8/10/2022

Page 74

1    of the question, but you can answer.  If you

2    remember his question, answer the question.

3         A     I stated to Mr. Fowler that I would

4    take responsibility for it.

5    BY MR. TUCKER:

6         Q     And he asked you to put that in

7    writing?

8         A     Yes.

9         Q     And you wouldn't do it?

10        A     No.

11        Q     Okay.  Do you agree that a defect with

12   the swing gate or draft gear retainer, there's no

13   code to put that into the computer if it has to be

14   repaired, that it must be entered as a cross key

15   defect?

16        A     Repeat that question again?

17        Q     Yeah.  Is there a code that you enter

18   into the billing system?  Is there a code for a --

19   a swing gate defect?

20        A     It would be draft system if you put it

21   in as a defect.

22        Q     Okay.  All right.  If a carman has a

23   good-faith belief, good-faith concern, that there

24   was a safety problem like Mr. Fowler had about

25   these two cars, draft system, and he bad orders it

Lewis Ware, Jr.                                    8/10/2022

1    but it is later found not to be a defect, can the

2    carman be disciplined for falsifying a bad order

3    tag?

4         A    Yes.

5         Q    Why?

6         A    Because, technically, you cannot gauge

7    any of the components from a visual inspection.

8         Q    So he would be -- what rule would he be

9    breaking?  How would he be falsifying the bad order

10   if he thought it was bad?

11        A    In order to determine that the

12   components he said was bad, they had to be brought

13   into the shop, broken down.  We got tools to -- we

14   got double LR book to judge the gaugement and

15   measurements of these components.

16             So if that car would have came in and

17   we'd have went through and seen that all the

18   components was still in compliance, you couldn't

19   technically bad order the car.

20        Q    And he could be written up for it?

21        A    Yes.  Possibility, yes.

22        Q    Okay.  Is there not a Norfolk Southern

23   rule that applies to Shane Fowler or Taylor or any

24   carmen, you, anybody on the railroad, that when in

25   doubt, you should take the safest course?

Lewis Ware, Jr.                                    8/10/2022

Page 76

1        A      I don't know about a rule about that.

2   I mean --

3        Q      You don't know that rule?

4        A      No.

5        Q      Would you agree with me that if

6   Mr. Fowler thought that the car had a defect that

7   could cause the coupler to come out --

8        A      Yes.

9        Q      -- that for him the safest course would

10  be to shop the car to be sure?

11       A      Yes.

12       Q      Okay.  Did you tell Mr. Fowler -- did

13  he tell you during that conversation that he was

14  afraid that the coupler could come out of the cars?

15       A      Yes.

16       Q      And did you tell him that -- yes, but

17  that it hadn't come out yet?

18       A      Yes, I told him I had looked at it and

19  it hadn't come out yet.

20       Q      Okay.  Tell me what you were made --

21  what did you learn -- what were you told by Dianne

22  Barnett when she came down to do her investigation

23  of Mr. Fowler and Mr. Taylor's complaints to the --

24  on the ethics and compliance hotline?

25              MR. FRAZIER:  You're asking him what

Lewis Ware, Jr.                                    8/10/2022

Page 77

1   she told him?

2            MR. TUCKER:  Anybody told him.

3            MR. FRAZIER:  I'm sorry.  What anybody?

4            MR. TUCKER:  Anybody, yes.

5            MR. FRAZIER:  About?  About?

6            MR. TUCKER:  The complaints.

7            MR. FRAZIER:  About the complaints?

8            MR. TUCKER:  Yeah, and her

9   investigation of them.

10           MR. FRAZIER:  All right.  Well, let's

11   see what he says about that.

12       A     Initially, she didn't mention any

13   names.  But as she went into the investigation and

14   certain issues, then I realized who it was.

15   BY MR. TUCKER:

16       Q     Okay.  Who complained about -- I'm

17   fixing to ask -- strike that.

18            Mr. Johnson, you remember a while ago?

19   Eddie Johnson, the man about whom there was a

20   complaint made about your personal and professional

21   connections?

22       A     What's the question?

23       Q     Do you remember that name, Eddie

24   Johnson, you told us about earlier?

25       A     Yes.

Lewis Ware, Jr.                                    8/10/2022

Page 78

1      Q      All right.  Who made that complaint?

2      A      She didn't give -- during her

3  investigation, she didn't give me a name of who

4  made the complaint.

5      Q      Was that an ethics and compliance issue

6  also?

7      A      I don't know.

8      Q      Who investigated that?

9      A      It was Dianne.

10     Q      And there was an ethics investigation

11 by Dianne Barnett about favoritism shown by you to

12 Eddie Johnson?

13     A      It was part of the questions that I --

14 that she asked me during her investigation.

15     Q      On the Fowler and Taylor matter?

16     A      I don't remember.  She did ask me the

17 question.  I don't know if it was during the same

18 time.  I don't remember.

19     Q      Okay.  Did you figure out who that one

20 was?

21     A      No.

22     Q      Did you try to figure it out?

23     A      No.

24     Q      Did you ever remove bad order tags in

25 Macon, Georgia, as a supervisor?

Lewis Ware, Jr.                                        8/10/2022

Page 79

1        A        Yes.

2        Q        How many?

3        A        I know one incident I had when I was

4   with Cortez Mason.  I pulled tags on a car, but it

5   was repaired.

6        Q        But there were other instances also,

7   weren't there?

8        A        Could have been.

9        Q        Okay.  How many could there have been?

10       A        Don't know.

11       Q        30?  40?

12       A        I have no idea.

13       Q        Okay.  So many, you can't remember?

14       A        I don't remember.

15       Q        Okay.  Did you require carmen in

16   Savannah to carry a company shop phone with them

17   while they were in the yard inspecting?

18       A        Not while they in the yard, no.

19       Q        Okay.  Let me ask you:  When you had

20   the discussion with Fowler and Taylor about the two

21   BKTY cars after they got to work at 3:00, had the

22   cars already been sent back out on a train?

23       A        No.  They were still in the yard.

24       Q        Still in the yard?

25       A        Yes.

Lewis Ware, Jr.                                    8/10/2022

```
                                                   Page 80
 1              MR. TUCKER:  Okay.  Okay.  I want --
 2    you got a sticker?
 3         (Plaintiff's Exhibit 17 was marked for
 4         identification.)
 5    BY MR. TUCKER:
 6         Q    Mr. Ware, I'm going to show you 17, and
 7    I've only got that one copy.  And don't giggle at
 8    my artwork, now.  Okay?  I know I'm not an artist,
 9    but --
10              MR. FRAZIER:  He's not much of a
11    giggler, but go ahead.
12              MR. TUCKER:  Yeah.  Yeah.
13    BY MR. TUCKER:
14         Q    I've drawn here just a car, the
15    outline:  wheels, rails, ties, and that line that
16    I'm pointing to.  And I'm doing that to show that
17    that's a cut lever.  Okay?  I know it's not to
18    scale, but generally speaking, is that what we're
19    looking at with a cut lever?
20              MR. FRAZIER:  You're asking whether
21    this diagram reflects --
22              MR. TUCKER:  Right.  And I know --
23              MR. FRAZIER:  I know what you're
24    talking about.
25              MR. TUCKER:  Yes.  And I know it's not
```

Lewis Ware, Jr.                                    8/10/2022

Page 81

1    to scale.

2              MR. FRAZIER:  Well, I know.  But you

3    hadn't written on it that that's the one you're

4    talking about, and there are several straight lines

5    in there, and I just want to -- if you don't mind

6    so we can get this straight for later.

7              Okay.

8              MR. TUCKER:  Is that better?

9              MR. FRAZIER:  Now --

10       A     So what's your question?

11             MR. FRAZIER:  Yeah.

12   BY MR. TUCKER:

13       Q     What's my question?  My question is:

14   Is that a schematic, not to scale, that generally

15   shows where a cut lever is on the end of a railroad

16   freight car?

17       A     It's on the end of the car, yes.

18       Q     Okay.  I'm not -- it's not to scale.

19   I'm just -- I want to get this straight, what a cut

20   lever is.

21       A     Okay.

22       Q     Where it is.  Now let's talk about what

23   it is.  What is the function of a cut lever?

24       A     To separate cars.

25       Q     Okay.  How does it work?

Lewis Ware, Jr.                                        8/10/2022

Page 82

1        A       It picks up the lock lift.  It kicks
2   the lock up and let the knuckle open.
3        Q       Okay.  And so it's a part of the
4   uncoupling system?
5        A       Draft system, yes.
6        Q       Right.  And it has to be -- it's
7   subject to FRA, Federal Railroad Administration,
8   rules about standards on freight cars?
9        A       Yes.
10       Q       Okay.  And if it's bent, broken to a
11  certain extent, it has to be repaired before the
12  car can go on the line of road?
13       A       Yes.
14       Q       Okay.  Now, would you agree with me
15  that most freight cars from the middle of the --
16  and that's the coupler.  That's the coupler.  Okay?
17  -- that the gauge of the rail between the inside of
18  the rails is 4 feet, 8 1/2 inches?
19       A       I don't know that answer for sure.
20       Q       That sound right?
21       A       I really don't know.  If you say it is,
22  I mean, I don't -- haven't took a measurement on
23  that side.
24       Q       I think Mr. Frazier even will agree I'm
25  right when I say that.

Lewis Ware, Jr.                                          8/10/2022

Page 83

1                     Would you agree with me that, generally

2      speaking, freight cars are about 10 feet, 8 inches

3      across the outside from the edges of a grab iron to

4      the edges of a grab iron?

5           A      Approximately, yes.

6           Q      Okay.  Now, would -- again, the blue

7      flag -- excuse me.  The cut lever is a steel -- and

8      I know depending on what kind of cut lever it is.

9      It extends from the middle of the coupler where --

10     under the bottom where it attaches out to the side

11     where it can be lifted up and rotate; correct?

12          A      Yes.

13          Q      All right.  And so from the middle of

14     that car out to where the end of the cut lever is

15     is going to be about 5 feet?

16          A      Approximately.

17          Q      Okay.  On the -- and the car that you

18     were helping Mr. Kimble, the transportation

19     supervisor, was that a -- was that a tank car?

20          A      Yes.

21          Q      And is that the GATX 32106?

22          A      Yes.

23          Q      Okay.  All right.  And you did help

24     him; correct?

25          A      No.  He did it on his own.  I'm telling

Lewis Ware, Jr.                                          8/10/2022

Page 84

1    you, I just watched him and told him what he needed

2    to do.

3         Q       Okay.  Where did he get the cut lever

4    from?

5         A       I went to the shop and got him a cut

6    lever.

7         Q       So you did help him?

8         A       No, I didn't help install and remove

9    the old -- install the new cut lever.

10        Q       Okay.  So you're not contending you

11   didn't help him at all.  You're only now contending

12   you didn't help him install it?

13               MR. FRAZIER:  Object to the form of the

14   question.

15   BY MR. TUCKER:

16        Q       Correct?

17        A       I retrieved a cut lever for him to

18   replace, but I did not help remove the old cut

19   lever and install the new cut lever.

20        Q       All right.  But you were telling him

21   what to do?

22        A       That is correct.

23        Q       Okay.  And did you tell Ms. Barnett

24   that Mr. Kimble volunteered to make the repair to

25   protect train performance?

Lewis Ware, Jr.                                    8/10/2022

Page 85

1          A        Yes.

2          Q        All right.  Why didn't you do it?

3          A        Because we would have had -- at the

4    time, we had a process going across educating,

5    cross training, and I think it was the perfect time

6    for him to do it to know how to remove a cut lever

7    and apply a cut lever.

8          Q        But if you had done it, you would have

9    had to put the blue flags up, wouldn't you?

10         A        That is correct.

11         Q        Okay.  And if you had done it, the

12   train would have been -- the car would have had to

13   be blue flagged again and repaired even in the --

14   on the car if the train would have been late;

15   right?

16         A        No.

17         Q        How early did it go out?  I mean, did

18   it go out on time?

19         A        That train left to depart on time.

20         Q        Okay.  And it would not have been late

21   if you had blue flagged the track?

22         A        No.

23         Q        Okay.  Did you have to take any other

24   car out of that train?

25         A        Not that I recall.

Page 86

```
 1      Q     Okay.  All right.  What kind of cut
 2  lever was that?
 3      A     Standard cut lever.
 4      Q     Was this at night?
 5      A     Early evening.
 6      Q     Okay.  And you -- and in order to
 7  comply with the blue flag law, you would not have
 8  been able to move any part of your body in the --
 9  in what's called the foul of the car, that is,
10  inside the outside edges of that car; correct?
11      A     Repeat the question.
12      Q     You would not have been able to put any
13  part of your body, including your hands, inside the
14  outside edges of the car?
15      A     That is correct.
16            MR. TUCKER:  Okay.  All right.  Now,
17  Syd, let's take a short break.  Okay?  I want to
18  run to the restroom.
19            MR. FRAZIER:  Sure.
20      (Proceedings in recess, 10:56 a.m. to
21      11:10 a.m.)
22  BY MR. TUCKER:
23      Q     Mr. Ware, the evening that this was
24  done at Dillard Yard with that tank car cut lever,
25  was it just the two of you, you and Mr. Kimble, the
```

Lewis Ware, Jr.                                    8/10/2022

Page 87

1    transportation train -- I call him trainmaster,

2    but --

3              MR. FRAZIER:  Terminal -- terminal

4    superintendent.

5              MR. TUCKER:  Terminal superintendent.

6              MR. FRAZIER:  That's what I've seen in

7    the record, terminal superintendent.

8    BY MR. TUCKER:

9         Q    That's what you understood him to be,

10   terminal superintendent?

11        A    Yes.

12        Q    Okay.  Were you the only two --

13             MR. FRAZIER:  If I'm wrong, tell us I'm

14   wrong, but that's what I saw in the record.

15             MR. TUCKER:  He's often wrong, but he's

16   never been in doubt.

17             MR. FRAZIER:  No.  I'm --

18        A    Actually, terminal supervisor.

19             MR. FRAZIER:  Terminal supervisor.

20   Okay.

21   BY MR. TUCKER:

22        Q    All right.  But y'all were the only two

23   there?

24        A    Yes.

25        Q    All right.  And he was the only one

Lewis Ware, Jr.                                        8/10/2022

Page 88

1    that did the -- took off and installed the cut

2    lever?

3            A       Yes.

4            Q       Okay.  All right.  How much did that

5    cut lever weigh?

6            A       I have no idea.

7            Q       Any idea?

8            A       No.

9            Q       Okay.

10           A       Never tried to weigh one.

11           Q       All right.  Do you have a storehouse

12   list where you are?

13           A       Storehouse?

14           Q       Yeah.

15           A       I order my material, yes.

16           Q       Okay.  And when you order materials,

17   they have weights; right?

18           A       No.  No.  I don't see any weights when

19   I place my order, no.

20           Q       Do you see orders -- do you see weights

21   on shipments that come in of materials?

22           A       Yes, I do see the weights on it, yes.

23   But it will be a book.

24           Q       Okay.

25           A       I mean, it's nothing individual.  But

Lewis Ware, Jr.                                    8/10/2022

Page 89

1   some things are individual, but cut levers come in

2   like 20 at a time.

3        Q      All right.  So if the cut lever weighed

4   however many -- 20 cut levers, if you divide it by

5   20, you'd know it was -- about how much they weigh;

6   right?

7        A      Yes.

8               MR. TUCKER:  All right.  All right.

9   Let me have 18.

10              THE COURT REPORTER:  18.

11       (Plaintiff's Exhibit 18 was marked for

12       identification.)

13  BY MR. TUCKER:

14       Q      All right.  I'm going to represent to

15  you that this is a storehouse list from Linwood

16  Yard, Southern -- Norfolk Southern.

17              MR. FRAZIER:  What yard, Bill?

18              MR. TUCKER:  Linwood.

19              MR. FRAZIER:  L-I-N-W-O-O-D?

20              MR. TUCKER:  L-I-N-W-O-O-D.

21              MR. FRAZIER:  Which is where?

22              MR. TUCKER:  Salisbury.

23              THE WITNESS:  North Carolina.

24              MR. FRAZIER:  North Carolina.  Okay.

25  Y'all know it; I don't.  Go ahead.

Lewis Ware, Jr.                                    8/10/2022

Page 90

1    BY MR. TUCKER:

2         Q      And I'm going to ask you to look on the

3    third page at miscellaneous material.  And I know

4    it's cut off a little bit, but you recognize that's

5    Cut Lever Number 44, Number 33, D-101, and --

6              MR. FRAZIER:  What page are we looking

7    at?

8              MR. TUCKER:  The third page, right

9    here.

10             MR. FRAZIER:  Okay.  Go ahead.

11   BY MR. TUCKER:

12        Q      See that?

13        A      Uh-huh, yes.

14        Q      All right.  Do those weights look about

15   right?  This cut lever that you were dealing with

16   probably weighed somewhere between 27 and 35

17   pounds?

18        A      I don't know what that D cut lever

19   mean.  What is a D cut lever?

20        Q      I don't know.

21        A      So I don't know.  It's a variety of cut

22   levers.  I don't know.

23        Q      Would that be about right?  30 pounds?

24        A      Like I say, I don't know.

25        Q      Well, you've lifted a lot of them,

Lewis Ware, Jr.                                          8/10/2022

Page 91

1    haven't you?

2        A      Yeah, but I haven't weighed them.  I

3    would have to weigh them individually.

4        Q      All right.  And putting a cut lever on

5    is a two-man job, isn't it?

6        A      No.

7        Q      How do you -- how do you -- how do you

8    get the old cut lever off?

9        A      Either they got a bolt in the bracket

10   or quarter in the bracket.

11       Q      Okay.  You don't have to cut it off?

12       A      No.

13       Q      And so that bolt in the bracket are on

14   the outside -- on the bracket on the end of the

15   car, not where it attaches to the coupler?

16       A      Yes.

17       Q      All right.  How does it attach to the

18   coupler?

19       A      It hooks in the lock lift.

20       Q      All right.

21              MR. FRAZIER:  Hooks in the lock lift?

22       A      Yes, up under the coupler.

23              MR. TUCKER:  Under the coupler.

24              MR. FRAZIER:  Okay.  Go ahead.

25   BY MR. TUCKER:

Lewis Ware, Jr.                                    8/10/2022

Page 92

1          Q       And so in order to attach the end of

2     the cut lever on the end of the car, whoever is

3     putting it on, if he was trying to do it by

4     himself, would have to hold the cut lever up while

5     he was attaching it with bolts?

6          A       That is incorrect.

7          Q       Tell me where -- tell me what I'm wrong

8     about.

9          A       The handle sits in a slot on the cut

10    lever bracket.  It holds its own weight.

11         Q       Okay.  And then you bolt it on?

12         A       Yes.

13         Q       Okay.  All right.  And how long did it

14    take -- once you decided to do this, how long did

15    it take you to do it?

16                 MR. FRAZIER:  Object to the form of the

17    question.  He didn't say he did it.

18         A       I didn't do it.  I didn't install

19    the --

20                 MR. FRAZIER:  The question was how

21    long.

22    BY MR. TUCKER:

23         Q       How long.

24         A       How long would it take Mr. Kimble to do

25    it?

Lewis Ware, Jr.                                          8/10/2022

Page 93

1          Q        Yeah.

2          A        Probably 20 minutes.

3          Q        How long -- when -- did you call Kimble

4     and ask him to do it?

5          A        Yes, I did.

6          Q        Okay.  And he said he would?

7          A        Yes.

8          Q        Why didn't he get billed?

9          A        I forgot to get it billed.  I failed to

10    get it put it in a system as a billable repair.

11         Q        And that -- would that repair have been

12    charged out to the owner of the car?

13         A        Yes.

14         Q        Which was General American?  It's a

15    private owner car; right?

16         A        Yes.

17         Q        Okay.  So it would have been General

18    American Transportation?  That's GATX, isn't it?

19         A        I'm not for sure.

20         Q        Okay.  Not Norfolk Southern though?

21         A        No.

22         Q        Okay.  And if you don't put a bill in

23    to -- if you had put a bill in and the carman said

24    he didn't do it, then it might look like you did

25    it, didn't it?

Lewis Ware, Jr.                                    8/10/2022

Page 94

1        A       I forgot to get the bill put in.

2   That's the bottom line.

3        Q       Did you tell Dianne Barnett that a

4   carman other than you had broken down or looked at

5   the couplers on the two BKTY cars?

6        A       No.

7        Q       Okay.  Did Dianne Barnett tell you why

8   she thought you violated the blue flag law?

9        A       Yes.

10       Q       Why?

11       A       Because the FRA department thought,

12  since the transportation guy used two certain

13  tools, I guess, it violated the blue flag rule.

14       Q       You had -- you helped him and took part

15  to the extent that, number one, you asked him to do

16  it; number two, you provided him the replacement;

17  number three, you provided him the tools; and

18  number four, you provided him how to do it while

19  you were there at the scene.  Correct?

20       A       Yes.

21       Q       Okay.  All right.  I want to go to

22  Mason Yard.  Have you -- did you ever tell any

23  carmen -- Fowler, Taylor, or anybody else -- in

24  2018 that the ODB 5 movement protection bulletin

25  provisions could be used in place of the blue flag

Lewis Ware, Jr.                                        8/10/2022

1    law?

2          A      No.

3          Q      Okay.  Look, Mr. Ware, if you would,

4    would you pull the two Mason Yard Google overheads

5    off, please, sir?

6                 On what shift did that incident occur?

7          A      Second shift.

8          Q      Second.  Same.  Everything to do with

9    Fowler and Taylor was on the second shift that

10   we're here about, was it not?

11         A      Yes.

12         Q      Okay.  How many -- general question,

13   not based -- how many trains a day in the fall of

14   2018 was Norfolk Southern running into and out of

15   Savannah?

16                MR. FRAZIER:  Dillard Yard now, not

17   Mason?

18                MR. TUCKER:  Mason and Dillard.

19                MR. FRAZIER:  Okay.  So the question is

20   combination?

21                MR. TUCKER:  Correct.

22                MR. FRAZIER:  All --

23                MR. TUCKER:  Just the Savannah area

24   which includes both.

25                MR. FRAZIER:  Okay.  Thank you.

Lewis Ware, Jr.                                         8/10/2022

1              MR. TUCKER:  Yeah.

2         A    Mason and Dillard Yard?

3    BY MR. TUCKER:

4         Q    Mason and Dillard, yes, sir.

5         A    We had -- Dillard Yard, we had two

6    train, 156 and 17 -- 377 that departs.  And then we

7    had a 373 in 2018.  So we had a 373, 377, and 156

8    out of Dillard.

9              And Mason, we had a 231, 232, and a 207

10   and a 208.

11        Q    And those were all pig trains?

12        A    Pig trains in Mason.

13        Q    Right.  And when I say "pig train,"

14   that --

15        A    Intermodal.

16        Q    -- container intermodal.

17        A    All intermodal.

18        Q    All right.  Are those what they call

19   key trains?

20        A    Yes.

21        Q    All right.  Tell -- explain to

22   Mr. Frazier what a key train is?

23             MR. FRAZIER:  Key train?

24             MR. TUCKER:  Key, K-E-Y.

25             MR. FRAZIER:  K-E-Y?

Lewis Ware, Jr.                                    8/10/2022

1                  MR. TUCKER:  Yeah.

2          A      That's a top train.  It goes --

3    BY MR. TUCKER:

4          Q      Top train.

5          A      It goes -- it's not a local.  It goes

6    to another destination, and they track and report

7    the train's performance.

8          Q      There's some of those trains, those

9    intermodal trains, that actually have financial

10   penalties with them, aren't there?

11         A      I assume.

12         Q      J.B. Hunt?

13         A      FedEx, UPS.

14         Q      UPS?

15         A      Yes.

16         Q      All right.

17                MR. FRAZIER:  Well, help me with why

18   it's called a pig, P-I-G, train.

19                MR. TUCKER:  Piggyback.

20                MR. FRAZIER:  Doesn't carry pig iron.

21   I know that.

22                MR. TUCKER:  Piggyback.

23                MR. FRAZIER:  Piggyback.  You mean one

24   container on top of another?

25                MR. TUCKER:  No.

Lewis Ware, Jr.                                    8/10/2022

Page 98

1              MR. FRAZIER:  What does it mean?

2              MR. TUCKER:  A piggyback originally, it

3     was a -- it was a truck trailer, and they ran them

4     up on there, just loading them circus style, and

5     they sat there on their --

6              MR. FRAZIER:  Wheels.

7              MR. TUCKER:  -- truck wheels.

8              MR. FRAZIER:  Yeah.

9              MR. TUCKER:  And fifth-wheel attached.

10             MR. FRAZIER:  Yeah.  Bolted them both,

11    tied them down.

12             MR. TUCKER:  And that was -- they load

13    piggyback.

14             Well, no railroad man could -- would

15    let that go without a nickname, so he called it a

16    pig train.

17             MR. FRAZIER:  I got it.  Thank you very

18    much for that explanation.

19             MR. TUCKER:  Yeah.

20             MR. FRAZIER:  Go ahead.

21             MR. TUCKER:  You hardly see those

22    anymore, but they still call them pig trains.

23    BY MR. TUCKER:

24        Q    These are now mostly stack trains where

25    they stack containers and well cars; correct?

Lewis Ware, Jr.                                          8/10/2022

Page 99

```
 1        A       Yes, sir.

 2        Q       And would I be -- well, would I be

 3   correct that if Mr. Fowler and Mr. Taylor were

 4   talking to the train crew at Mason Yard, they would

 5   have been recorded?

 6                MR. FRAZIER:  If they talked to him on

 7   the radio or on the phone?

 8                MR. TUCKER:  On the radio, yes.  I'm

 9   sorry.  On the radio, it would have been recorded.

10   Good point.

11        A       All radio communication is recorded.

12   BY MR. TUCKER:

13        Q       Okay.  That would be on the

14   transportation channel or the carman's channel?

15        A       Yes.

16        Q       Alrighty.  Okay.

17                Why did you happen to be in Mason Yard

18   that night before -- let me ask you.  Was it at

19   night, dark?

20        A       It was night.  It was night.

21        Q       It was dark?

22        A       It was dark.

23        Q       Okay.  I'm sorry.  Go ahead.  How did

24   you happen to be there?

25        A       Well, as officers, we're required to do
```

Lewis Ware, Jr.                                            8/10/2022

                                                          Page 100

1    certain rules checks.  And the night of question

2    was a saturation rules check which included General

3    Foreman Philip Reynolds.  I don't know if -- he was

4    an officer, company officer, Philip Reynolds.  And

5    he was assigned to come to -- to Savannah, and

6    Mr. Reynolds and I was performing a saturation

7    rules check.

8         Q     What was his first name?

9         A     Philip Reynolds.

10        Q     Philip Reynolds.  All right.

11              Okay.  And you -- you were going to be

12   checking mechanical department people?

13        A     That is correct.

14        Q     And what was that date?

15        A     I think it was the 14th.  I'm not -- I

16   think it was the 14th.

17        Q     November?

18        A     November 14th.  It's in --

19        Q     That sounds right.

20        A     Yeah.

21        Q     If we call it "that night," that's what

22   we're talking about, the night of this Mason Yard

23   incident?

24        A     That is correct.

25        Q     Okay.  In November.

Lewis Ware, Jr.                                        8/10/2022

                                                       Page 101

```
 1                 How many carmen did you have working
 2    second shift in Savannah that -- that night?
 3         A      Two.
 4         Q      Fowler and Taylor?
 5         A      Yes.
 6         Q      Who else did you check with Reynolds
 7    during the 24 hours before and the 24 hours after
 8    the Mason Yard incident?
 9         A      Did I have third shift that night?  I
10    can't remember.  I think I did day shift.  I'm not
11    for sure.  But he came down, and we did the
12    saturation rules check.
13         Q      How far into the shift did the Mason
14    Yard incident occur?
15         A      Around six hours, I guess.
16         Q      And was this the first check you had
17    run on Fowler and Taylor?
18         A      I don't remember.
19         Q      Did you do a report?
20         A      I did a report.
21         Q      What was on the report?
22         A      I don't remember.  I'd have to pull it
23    back up.
24         Q      Can you pull it up right now?
25         A      No.  I'd have to get a file.  It's sent
```

Lewis Ware, Jr.                                    8/10/2022

                                               Page 102

1    into the office.  I don't -- I can try to get it.

2         Q      Yeah, if you would.

3         A      Okay.

4         Q      Would that be for the whole saturation

5    check?

6         A      Should be for the whole saturation

7    check.

8              MR. TUCKER:  Okay.  Let's do that.

9         (Proceedings in recess, 11:26 a.m. to

10        11:33 a.m.)

11             MR. TUCKER:  We discussed this earlier

12   I'm putting this in the record.  I've asked for a

13   copy of the report of the saturation check.

14   Mr. Ware advises he can't access it.

15             I've asked Mr. Frazier if he would look

16   for it and provide us a copy later, and I will

17   offer that as Number 19.

18        (Plaintiff's Exhibit 19 was marked for

19        identification.)

20             MR. FRAZIER:  Well, my response to it

21   is that what the court ordered us to do, provided

22   for you, was to take the depositions of Ms. Barnett

23   and Mr. Ware and no other discovery.

24             Mr. Ware made an effort to try to

25   locate the document, and it cannot be accessed, at

Lewis Ware, Jr.                                        8/10/2022

                                                        Page 103

1    least not -- not with his effort today, and that's

2    the answer to the question.

3              MR. TUCKER:  Okay.

4    BY MR. TUCKER:

5         Q     Do you remember what the number of the

6    train was in Mason Yard?

7         A     I don't remember.

8         Q     Do you remember what time it was due

9    out?

10        A     No.

11        Q     Was it late that night?

12        A     I don't it was.

13        Q     Okay.  Tell me what -- why Fowler and

14   Taylor were sent -- or had to go to Mason Yard.

15        A     As we was going to ready, the

16   yardmaster requested their assistance at Mason

17   Yard.

18        Q     Okay.  That's not unusual.  That occurs

19   sometimes?

20        A     No.

21        Q     It doesn't occur?

22        A     It's not unusual.

23        Q     Got it.  All right.  And was the

24   problem a slack adjuster on the last car?

25        A     It had something to do with the braking

Lewis Ware, Jr.                                          8/10/2022

Page 104

1    system.

2         Q     Okay.  And the slack adjuster is a part

3    of the train brake system, is it not?

4         A     Yes.

5         Q     It takes out the slack of the brake

6    rigging under the cars?

7         A     Yes.

8         Q     All right.  So it's a critical part of

9    a train braking system?

10        A     Yes.

11        Q     And was it your understanding that that

12   was on the last car?

13        A     Yes.

14        Q     If you'll find the two pictures, the

15   overheads?

16        A     All right.

17        Q     All right.  If you look at Number 8,

18   was it Mason Yard?

19        A     Yeah.

20        Q     If you hold the exhibit so that north

21   is to the top?  You see where it says "North" in

22   the bottom right?

23        A     Bottom right?

24        Q     Down here.

25        A     Where?

Lewis Ware, Jr.                                      8/10/2022

Page 105

1       Q       Right here.

2       A       Yeah, north.  Okay.

3       Q       Got it?

4       A       Yes.

5       Q       All right.  The train extended out of

6    Mason Yard to the north; correct?

7       A       Yes.  That's the direction it goes.

8       Q       All right.  And --

9       A       Well, correction.  It goes west.

10   Trains go back west.

11      Q       I know.

12      A       Okay.

13      Q       Railroad west is actually directionally

14   north right here.

15      A       Okay.

16      Q       That -- we're on the same wavelength.

17      A       Okay.

18      Q       And the train had been, as I understand

19   it, tripled over.  So the train extended from the

20   bottom or the south end of the yard all the way out

21   onto the main line off a mile or more into the

22   woods?

23      A       Yes.

24      Q       Okay.  Where -- at the time -- when did

25   you and Reynolds first become aware of this

Lewis Ware, Jr.                                          8/10/2022

Page 106

1    situation?

2              MR. FRAZIER:  Which situation?

3              MR. TUCKER:  Of them being called to

4    Mason Yard.

5         A     At the time they departed the yard, we

6    was monitoring the radio for radio communication.

7    BY MR. TUCKER:

8         Q     Okay.  Where were you?

9         A     On the east end of the yard.

10        Q     In a car or a truck or whatever?

11        A     In a truck at Dillard Yard.

12        Q     Okay.  So what did you do when you

13   heard that?  Did you go to Mason Yard?

14        A     Yes.

15        Q     Where?  Where did you go at Mason Yard?

16        A     I came in the entrance, like the only

17   entrance in that way, through the traffic, through

18   the yard, and over to Mason Yard.

19        Q     Okay.  But where did you go to watch

20   them?

21        A     The road beside the tracks.  They was

22   actually doing their repairs without blue flag

23   protection.

24        Q     So you didn't get there until after

25   they had already gotten movement protection?

Lewis Ware, Jr.                                     8/10/2022

Page 107

1          A      Yes.

2          Q      Okay.  Did you hear that over the

3    radio?

4          A      No.

5          Q      Why?

6          A      Mason Yard -- I didn't hear that part

7    about movement protection.

8          Q      Okay.  Why not?

9          A      I didn't hear it.

10         Q      Were you monitoring the radio?

11         A      Yes, I was, before they left the yard.

12         Q      Okay.  What did -- did you monitor the

13   radio after they left the yard?

14         A      Bits and pieces.

15         Q      Why -- you weren't listening to see

16   what they were doing?

17         A      I was on the cell phone also talking to

18   transportation at the time.

19         Q      Who?

20         A      Waylon Kimble and this other guy.

21   Can't think of his name.

22         Q      What were you calling them about?

23         A      To assist my route to Mason Yard.

24         Q      What do you mean?

25         A      I hadn't been over there that much.  I

Lewis Ware, Jr.                                    8/10/2022

Page 108

1    wasn't too familiar with the yard itself.

2         Q       Oh, okay.  I got you.  And did you ask

3    him about the train?  Was it late, how long,

4    anything like that?

5         A       No.

6         Q       Okay.  Did you find out that the

7    train -- that Mr. Fowler and Mr. Taylor had asked

8    the crew for movement protection?

9                 MR. FRAZIER:  Did he find out that

10   night?

11   BY MR. TUCKER:

12        Q       Anytime.  Did you find out --

13        A       I found out after we, Mr. Reynolds and

14   I, approached them and told them they was working

15   under blue flag protection, they needed to get out

16   in the clear.  Then that's when they stated they

17   had movement protection.

18        Q       Okay.  So what did you understand

19   movement protection was?

20        A       As the bulletin states, it do not

21   supersede --

22        Q       I didn't ask --

23        A       -- blue flag protection.

24        Q       I understand that, Mr. Ware.  And I

25   know what you want to say.  I want to know --

Lewis Ware, Jr.                                        8/10/2022

Page 109

1              MR. FRAZIER:  Well, that's his answer

2     to your question.

3     BY MR. TUCKER:

4        Q      -- what you understood movement

5     protection to be.  When they said, we had movement

6     protection, what did you understand they were

7     telling you?

8        A      That they thought they had protection.

9        Q      Okay.  Under ODB 5?

10       A      Yes.

11       Q      Okay.  What would they have to do in

12    order to get protection under ODB 5?

13       A      Got to be in a confined perimeter with

14    blue flag protection.

15       Q      I understand that.  I'm asking you what

16    would they have to do with the train crew to get

17    what they thought was movement protection?

18             MR. FRAZIER:  Objection to form of the

19    question.  He's told what you they had to do.

20    That's what the rule requires them to do.  You

21    asked him what they had to do under the rule.  He

22    just told you.

23       A      Blue flag protection.

24    BY MR. TUCKER:

25       Q      That's not what I asked you.  I

Lewis Ware, Jr.                                   8/10/2022

1    asked --

2              MR. FRAZIER:  That is what you asked

3    him.

4    BY MR. TUCKER:

5         Q      -- you what --

6              MR. FRAZIER:  But ask him again.

7    BY MR. TUCKER:

8         Q      -- did they do to get what they thought

9    was protection under ODB 5?

10        A      To blue flag the track they was working

11   to get protection.

12        Q      No, sir.  That's not what I asked you.

13   I'm asking you -- I'm sorry if you don't understand

14   this simple question.

15              What did Mr. Fowler and Mr. Taylor have

16   to do to comply with ODB 5 as they understood it?

17              MR. FRAZIER:  Objection to the form of

18   the question.  You're asking him what they

19   understood?  Go ahead.

20              MR. TUCKER:  No.

21              MR. FRAZIER:  Answer it.

22              MR. TUCKER:  You're coaching the

23   witness.  Why don't you just --

24              MR. FRAZIER:  You're asking him exactly

25   that question, Bill.  I'm not coaching him for

Lewis Ware, Jr.                                    8/10/2022

Page 111

1   anything.  Answer it again.

2        A      They would have to provide a blue

3   flag -- blue flag protection in order to work on

4   the ODB -- Operation Bulletin 5.

5   BY MR. TUCKER:

6        Q      That's not what I asked you.  I want to

7   know -- they told you, we got movement protection;

8   right?

9        A      Yes.

10        Q      Okay.  What did that mean to them as

11   you understood it?

12             MR. FRAZIER:  Object to the form of the

13   question.

14   BY MR. TUCKER:

15        Q      Did you try to find out?

16        A      I don't understand the question.  What

17   are you saying?  Repeat the question.

18        Q      I will.  I'll try to make it as simple

19   as possible.

20        A      Okay.

21        Q      We'll slow it down.

22             What did they do to try to get

23   protection?  Question mark.  How about that?  What

24   did they do?

25             MR. FRAZIER:  Object to the form of the

Lewis Ware, Jr.                                      8/10/2022

Page 112

1   question.

2        A      They stated they had movement

3   protection.

4   BY MR. TUCKER:

5        Q      Okay.  What was that?  What did -- what

6   would be required to get movement protection if

7   that rule had applied?

8               MR. FRAZIER:  Object to the form of the

9   question.  Go ahead.

10       A      Blue flag the tracks with blue flag

11  protection.

12  BY MR. TUCKER:

13       Q      That's not what I'm asking you.  I know

14  you say it was required.

15       A      That's what they required to do to get

16  movement protection.

17       Q      I know that, Mr. Ware.

18       A      Okay.

19       Q      But they said they had movement

20  protection.  What did they think they had -- what

21  did they do in order to get the protection they

22  thought they had?

23              MR. FRAZIER:  Object to the form of the

24  question.

25  BY MR. TUCKER:

Lewis Ware, Jr.                                          8/10/2022

                                                        Page 113

1       Q       Did you try to find out?  What does

2   movement protection require if it's an applicable

3   rule?

4       A       Talk to -- talk to the engineer.

5       Q       Okay.  And what do you talk to them

6   about?

7       A       Engineer or the equipment operator.

8       Q       Okay.  And what would they be required

9   to ask or talk about?

10      A       That blue flag protection is applied

11  and I need movement protection in order to do what

12  I need to do.

13      Q       What did they have -- what would -- do

14  you know what ODB 5 requires?

15      A       Yes.

16      Q       What?

17      A       Blue flag protection and communication

18  with the controlling operator.

19      Q       Okay.  What communication with

20  controlling --

21      A       Requesting movement protection.

22      Q       Okay.  What does the engineer have to

23  do to give it to them --

24              MR. FRAZIER:  Object to the form of the

25  question.

Lewis Ware, Jr.                                          8/10/2022

                                                        Page 114

1    BY MR. TUCKER:

2         Q     -- or the equipment operator?

3               MR. FRAZIER:  Go ahead.

4    BY MR. TUCKER:

5         Q     You don't know, do you?

6         A     They had to set the brakes and reply

7    back to them that the movement have stopped and

8    they can do what they need to do.

9         Q     Okay.  Just --

10        A     Perform their test.

11        Q     -- set the brake?  Just set the brake?

12        A     Yes.

13        Q     Okay.  Let's look at it.  Look at --

14   look at Number 14.

15        A     Okay.

16        Q     Which number is that?  You're looking

17   at a different one.

18              MR. FRAZIER:  No.  What's the number of

19   the exhibit, he's asking?

20        A     11.

21   BY MR. TUCKER:

22        Q     That's fine.  Read it from 11.  What's

23   required?

24              MR. FRAZIER:  Your question is what is

25   the engineer required to do?

Lewis Ware, Jr.                                          8/10/2022

Page 115

1              MR. TUCKER:  Yes.

2              MR. FRAZIER:  Is that your question?

3              MR. TUCKER:  Yeah.

4              MR. FRAZIER:  Okay.

5        A       "Mechanical Department Movement

6    Protection - Locomotives within Perimeter Blue

7    Signal Protection or operated by LSE outside Blue

8    Signal Protection.

9              "If an operator is not at the controls

10   of the controlling unit, there must be a blue

11   signal displayed as required by Operating Rule 651.

12             If a locomotive is coupled to another

13   locomotive or is on the same track in a position to

14   couple to a locomotive, an employee must

15   communicate with the equipment operator to

16   establish movement protection before fouling the

17   locomotives for the purposes of coupling or

18   uncoupling air hoses and other electrical or

19   mechanical connections inspecting, making

20   adjustments, and/or operating appliances."

21        Q       Okay.  So how do you get movement

22   protection?

23        A       Communicate with the equipment

24   operator.

25        Q       Okay.  And what does the equipment

Lewis Ware, Jr.                                    8/10/2022

Page 116

1   operator have to do?

2        A       "Verbally request movement protection

3   from the equipment operator.  To communicate that

4   movement protection has been provided, positive

5   identification must be established between

6   equipment operator and each individual who requests

7   movement protection.

8                "While using the radio to request

9   movement protection, employees must identify their

10  name and occupation.  While using the radio to

11  grant movement protection, employees must identify

12  their name, protection [sic], and engine number."

13       Q       Okay.  And again, tell me what does the

14  engineer or equipment --

15       A       Fully apply the independent brake and,

16  when the air is coupled make that brake reduction

17  sufficient to hold the locomotive, place the

18  reverse lever in neutral position and open the

19  generator field switch.

20       Q       Okay.  So it's more than just apply the

21  brake?

22       A       Yes, it is.

23       Q       Okay.  Well, you didn't tell us that

24  earlier, and I thought you knew what you were

25  talking about.

Lewis Ware, Jr.                                    8/10/2022

Page 117

1          A       Well, you --

2          Q       Would you --

3          A       -- didn't make a plain question.  I

4      mean, your question was vague.

5          Q       It was vague?

6          A       Yes.

7                  MR. FRAZIER:  Well, let's don't --

8      don't worry about whether his question is vague or

9      not.  If you don't understand it, then tell him you

10     don't understand it.

11     BY MR. TUCKER:

12         Q       What does "vague" mean?

13         A       I don't understand it.

14         Q       Okay.  You don't understand what

15     "vague" means?

16         A       (No response.)

17         Q       Are you going to answer the question,

18     Mr. Ware?

19         A       I do understand the word, the

20     definition of "vague," sir.

21         Q       Okay.  What is it?

22         A       Unclear.

23         Q       Okay.  That's pretty good.

24                 Would you agree with me that the

25     movement protection steps that the equipment

Lewis Ware, Jr.                                    8/10/2022

                                                   Page 118
1    operator or engineer would have to do were the same

2    as what the transportation people would call

3    movement of three-point protection?

4         A     I don't know -- well, basically, it's

5    the same as far as my understanding of three-step

6    protection, yes.

7         Q     Yeah, mine too.

8         A     Yeah.

9         Q     Yeah.  Okay.  All right.  All right.

10              Now, let's assume for a moment the

11   facts as you've told us about them.  The train

12   extends out of the Mason Yard up into the main line

13   to the north.

14        A     Yes.

15        Q     Railroad west.  Was it your

16   understanding that the train extended up there over

17   a mile?

18        A     Yes.

19        Q     All right.  How would the carmen,

20   Mr. Taylor and Mr. Fowler, how should they have

21   established blue flag protection for that train?

22        A     On the end they was working, they lined

23   the switch against movement from a blue light

24   because it was at nighttime.

25        Q     Right.

Lewis Ware, Jr.                                    8/10/2022

Page 119

1        A       Find the head --

2        Q       And when you say "the movement on which

3    they were working," that would be the south end?

4        A       The south end.

5        Q       Got it.

6        A       Okay.  Then they had to find the north

7    end of the train, put a light in front of the

8    locomotives, and also put a light on the

9    controlling stands of the locomotive.

10       Q       And when you say the "controlling

11   stand," that's the engineer's control stand where

12   his throttle and all and he would be?

13       A       Yes.

14       Q       Okay.  How would they get to the head

15   end?

16       A       They have to drive around till they

17   find the head end of the train on the main track

18   and put a light out and then find the head end and

19   put a light on the locomotives.

20       Q       Okay.  And in order to do that, they

21   would have had to have portable blue signals or

22   blue lights?

23       A       That is correct.

24       Q       Did they have those that night?

25       A       They should have.

Lewis Ware, Jr.                                         8/10/2022

Page 120

1        Q       Okay.  Were they available at Dillard

2    Yard?

3        A       Yes.

4        Q       Okay.  And to find the north end, how

5    would -- would they have had to carry these from

6    somewhere they could park a truck to the north end

7    of the train?

8        A       Yes.

9        Q       How would they do that?  Just walking

10   the track?

11       A       Yes.

12       Q       They couldn't walk in the gauge of the

13   track though, could they?

14       A       No.

15       Q       Okay.  So you've got to walk on the

16   ballast slope?

17       A       Yes.

18       Q       All right.  At night?

19       A       Yes.

20       Q       And they would have to drive -- find

21   some way to get to the head end of the train.

22   Would they have to walk it, the whole mile or more?

23               MR. FRAZIER:  He said drive, Bill.

24               MR. TUCKER:  Let me get my question

25   out.

Lewis Ware, Jr.                                              8/10/2022

                                                           Page 121

1    BY MR. TUCKER:

2         Q      Would they have to walk it the whole

3    way?  I'm going to find out if there's other

4    options.

5         A      No.  They could drive to another

6    crossing and try to find the head end in front of

7    the train or behind the train until they determine

8    where the head end is at, and then they have to

9    walk to the head end and do the -- or go to the

10   other crossing and put a light out and then put a

11   light on the locomotive control stand.

12        Q      What kind of walking conditions would

13   that have been to the north of that train?  Do you

14   know?

15        A      It's regular railroad ballasts, I mean,

16   track conditions.

17        Q      Okay.

18        A      Standard railroad track conditions.

19        Q      All right.  And would they have then --

20   then they would carry this equipment in, install

21   it, and they'd have to walk back out; correct?

22        A      It -- it wouldn't have took two people

23   to do this blue flag protection.  One could have

24   walked up and did this protection.  The other one

25   could have waited and transmitted on the radio

Lewis Ware, Jr.                                    8/10/2022

Page 122

1   what -- it was for lock down and then perform the

2   task.

3        Q       Okay.

4        A       But, I mean, both of them wanted to go.

5   It's fine, whatever it takes to get it blue

6   flagged.

7        Q       I understand that.

8        A       Yeah.

9        Q       I see what you're getting at there

10   about that.  But isn't that slack adjuster repair a

11   two-man job?

12        A       I don't know the conditions of the

13   slack adjuster.  I know we had it taken up, but it

14   could have been a one-man job.

15        Q       But it could also be a two-man job;

16   right?

17        A       Yes, possibility.

18        Q       Okay.  So if it's a two-man job --

19   well, let's say it's a one-man job at best.  One of

20   them goes up, gets the blue flag protection.  And

21   he can tell his partner, okay, we got a blue flag,

22   because they're on the same team.  They can do

23   that?

24        A       Yes.

25        Q       Okay.  Then he can do the repair, and

Lewis Ware, Jr.                                    8/10/2022

                                                    Page 123

1    then they can -- and then he'd have to take the

2    blue flag off and get out of there?

3         A    Yes.

4         Q    All right.  But if it's a two-man job,

5    then one or both of them have got to go up, find

6    the head end, somewhere north or south of it, walk

7    back in the dark on the -- off the -- off the

8    track.  Can't walk on the ties or the heads of the

9    ties.

10             You know if there are any creeks up

11   there, bridges that do or do not have walkways,

12   anything like -- you don't know about that?

13        A    I don't know about that.

14             MR. FRAZIER:  Object to the form of the

15   question.  Go ahead.

16   BY MR. TUCKER:

17        Q    All right.  And then put the blue flag

18   on the locomotive and -- or light -- the blue light

19   signal on the track, what, 150 feet in front?

20        A    Yes.

21        Q    All right.  Then get -- walk back out,

22   get back in the vehicle, drive all the way back to

23   the rear, do the repair.  Then they got to get back

24   in the truck, go back up to the head end wherever

25   it is, walk north or south of that, and take the

Lewis Ware, Jr.                                          8/10/2022

                                                        Page 124

1   blue flags down?

2          A     Yes.

3          Q     Now, could they ride the locomotive

4   out, or would they walk out, or could they ride

5   out?

6          A     They had to walk out.

7          Q     They couldn't ride in the locomotive?

8          A     No.

9          Q     Okay.  That would take a while,

10  wouldn't it?

11         A     Yes.

12         Q     Okay.  And if you got movement

13  protection, it would be much quicker, would it not?

14               MR. FRAZIER:  Object to the form of the

15  question.

16  BY MR. TUCKER:

17         Q     Wouldn't it?

18         A     Cannot get movement protection, not

19  blue flag protection.

20         Q     If you did this job with movement

21  protection, not blue flag protection, it would not

22  take near as long?

23               MR. FRAZIER:  Object to the form of the

24  question.

25         A     Blue -- in order to get movement

Lewis Ware, Jr.                                    8/10/2022

Page 125

1    protection, you got to have blue flag protection.

2         Q     Sir, I understand that.  But if you

3    only asked the engineer to give you movement

4    protection, then it wouldn't take near as long;

5    correct?

6               MR. FRAZIER:  Object to the form of the

7    question.

8         A     You cannot get movement protection

9    without blue flag protection.

10   BY MR. TUCKER:

11        Q     Mr. Ware, I understand that.

12        A     Well --

13              MR. FRAZIER:  Don't argue with --

14        A     -- I don't know what you're trying

15   to --

16              MR. TUCKER:  I am arguing with him

17   because he's evading answering the question.

18              MR. FRAZIER:  He's not either.  He's

19   answering it precisely.

20              MR. TUCKER:  Syd, quit.

21   BY MR. TUCKER:

22        Q     Mr. Ware?

23        A     Yes, sir.

24        Q     They claimed to have movement

25   protection; right?  You don't have to sneer, sir.

Lewis Ware, Jr.                                    8/10/2022

                                                    Page 126

1        A     I'm just --

2        Q     I know.  You don't like me.

3        A     No.  It's not about liking.  Ain't no

4   personal about liking.  We having a consideration.

5        Q     Good.

6        A     Okay.

7        Q     Then let's have a conversation about

8   what they did.  They got movement -- what they

9   thought was movement protection; right?  There were

10  no blue signals on the perimeters; right?  I agree

11  with that.  All right?

12             They asked the engineer for the

13  three-step protection which they thought gave them

14  movement protection.  They thought that was

15  compliance, and they did their -- they started to

16  perform the work.

17             MR. FRAZIER:  Object --

18  BY MR. TUCKER:

19        Q    That would --

20             MR. FRAZIER:  Excuse me.  I apologize.

21             MR. TUCKER:  Would you let me get

22  finished?

23             MR. FRAZIER:  I apologize.  I thought

24  you were finished.  Excuse me.

25             MR. TUCKER:  I'm not.

Lewis Ware, Jr.                                    8/10/2022

                                                Page 127

 1              MR. FRAZIER:  Go ahead.

 2    BY MR. TUCKER:

 3        Q      When they did that, that was certainly

 4    faster than if they had gone through the whole

 5    process of establishing blue flag protection as you

 6    described earlier; correct?

 7              MR. FRAZIER:  Object to the form of the

 8    question.  Go ahead.

 9        A      Yes.

10    BY MR. TUCKER:

11        Q      Okay.  Now, have you ever told anybody

12    that the movement protection ODB rule took the

13    place of the blue flag law in circumstances like

14    the one that occurred a Mason Yard that night?

15              MR. FRAZIER:  Objection.  Asked and

16    answered.  Answer it again.

17        A      No.

18              MR. TUCKER:  Okay.  I don't think I'd

19    asked it.

20              MR. FRAZIER:  Yeah, you did.

21              MR. TUCKER:  I did?  Well.

22              MR. FRAZIER:  It's all right.  Happens

23    in the best of families.

24              MR. TUCKER:  Syd, let me talk to Tom

25    for just a minute, and we may be about done.

Lewis Ware, Jr.                                         8/10/2022

Page 128

 1                  MR. FRAZIER:  Sure.

 2   BY MR. TUCKER:

 3        Q      Well, did you take them out of service

 4   that night?

 5        A      Yes.

 6        Q      Okay.  Did you later have a

 7   confrontation or discussion with Fowler and Taylor

 8   in the carmen's breakroom about this situation?

 9        A      About the night in question?

10        Q      The Mason Yard, yes.

11        A      No.  I don't remember.

12        Q      All right.  Mr. Fowler has said that he

13   overheard you tell a transportation department

14   supervisor that Dianne Barnett had set up -- set

15   them up to catch them in this blue flag.  Did you

16   do that?

17        A      That is entirely not true.

18        Q      Okay.  Are you -- what do you know

19   about what he said other than what I just told you?

20        A      I have no idea what you're talking

21   about.

22        Q      Okay.  I didn't ask you that.

23               Well, I did and I didn't, and I

24   apologize.  I want to know had you heard of that

25   allegation before.

Lewis Ware, Jr.                                     8/10/2022

                                                    Page 129

 1              MR. FRAZIER:  Object to the form of the

 2    question.

 3    BY MR. TUCKER:

 4        Q     You know what "allegation" means?

 5        A     Yes.

 6        Q     Okay.  Had you heard about that

 7    allegation by Mr. Fowler before?

 8              MR. FRAZIER:  Before when?

 9    BY MR. TUCKER:

10        Q     Anytime before today.

11        A     No.

12        Q     Okay.  Is there a place in the restroom

13    part of the carmen's break area where there's a fan

14    where someone in the breakroom restroom could

15    overhear conversations outside?

16        A     There's a fan in the restroom, but it

17    constantly blows to suck out the exhaust fan.  So,

18    I mean, maybe.  I don't know how good a person's

19    hearing is.

20        Q     Okay.

21        A     I don't know.

22        Q     Okay.  You don't know whether you'd

23    hear over that or not?

24        A     No.

25              MR. TUCKER:  All right.  Now let me

Lewis Ware, Jr.                                      8/10/2022

Page 130

1    talk to Tom, and I may be about done.

2            MR. FRAZIER:  All right.  Before you do

3    that, there's one thing I want to make on the

4    record just to make sure it's clear.

5            When you answered Mr. Tucker's question

6    about not having heard it before today, did you

7    intend to exclude conversations you had had with

8    your lawyer?

9            THE WITNESS:  Yes.

10           MR. FRAZIER:  Thank you.

11   BY MR. TUCKER:

12       Q    So you did know about it.  You just

13   learned about it from your lawyer?

14           MR. FRAZIER:  Object to the form of the

15   question.

16       A    Yes.

17           MR. FRAZIER:  I'm just trying to

18   clarify that he learned about it before today.  And

19   you don't get to ask him about what he had with his

20   lawyer, but thank you.

21           MR. TUCKER:  Won't take but a second.

22   I don't know that I've got anything else.

23       (Whereupon off-the-record discussions

24       ensued.)

25           MR. TUCKER:  We're through, Mr. Ware.

Lewis Ware, Jr.                                    8/10/2022

                                                   Page 131

1            THE WITNESS:  Thank you.

2            MR. FRAZIER:  No questions for the

3    witness at this time.  Thank you.

4            THE COURT REPORTER:  Reading and

5    signing or waiving?

6            MR. FRAZIER:  Yes, I think so.

7            THE COURT REPORTER:  And same

8    transcript orders as yesterday?

9            MR. FRAZIER:  Exactly.

10           MR. TUCKER:  (Nods head affirmatively).

11       (Deposition concluded at 12:00 p.m.)

12       (Pursuant to Rule 30(e) of the Federal Rules

13       of Civil Procedure and/or O.C.G.A.

14       9-11-30(e), signature of the witness has been

15       reserved.)

16

17

18

19

20

21

22

23

24

25

Lewis Ware, Jr.                                    8/10/2022

Page 132

 1   STATE OF GEORGIA:

 2   COUNTY OF FULTON:

 3

 4         I hereby certify that the foregoing

 5         transcript was reported, as stated in the

 6         caption, and the questions and answers

 7         thereto were reduced to typewriting under my

 8         direction; that the foregoing pages represent

 9         a true, complete and correct transcript of

10         the evidence given upon said hearing, and I

11         further certify that I am not of kin or

12         counsel to the parties in the case; am not in

13         the employ of counsel for any of said

14         parties; nor am I in any way interested in

15         the result of said case.

16

17

18

19

20

21

22         _____

23         Joel P. Moyer, CCR 2745

24

25

Lewis Ware, Jr.                                          8/10/2022

Page 133

1              DISCLOSURE OF NO CONTRACT

2              I, Joel P. Moyer, Certified Court
   Reporter, do hereby disclose pursuant to
3  Article 10.B. of the Rules and Regulations of the
   Board of Court Reporting of the Judicial Council of
4  Georgia that I am a Georgia Certified Court
   Reporter; I was contacted by the party taking the
5  deposition to provide court reporting services of
   this deposition; I will not be taking this
6  deposition under any contract that is prohibited by
   O.C.G.A. 15-14-27(a) and (b) or Article 7.C. Of the
7  Rules and Regulations of the Board; and I am not
   disqualified for a relationship of interest under
8  O.C.G.A. 9-11-28(c).

9              There is no contract to provide reporting
   services between myself or any person with whom I
10 have a principal and agency relationship nor any
   attorney at law in this action, party to this
11 action, party having a financial interest in this
   action, or agent for an attorney at law in this
12 action, party to this action, or party having a
   financial interest in this action.  Any and all
13 financial arrangements beyond my usual and
   customary rates have been disclosed and offered to
14 all parties.

15             This 24th day of August 2022.

16

17

18

19

20             --------------------------
               Joel P. Moyer, CCR 2745
21

22

23

24

25

Lewis Ware, Jr.                                          8/10/2022

**A**

**a.m** 1:15 47:18
    47:19 86:20,21
    102:9,10
**abilities** 44:11
**ability** 67:4
**able** 10:22 86:8
    86:12
**access** 13:7
    102:14
**accessed** 102:25
**accountable**
    44:13 55:2
    64:18
**accounted** 54:22
**action** 1:4
    133:10,11,11
    133:12,12,12
**active** 23:17
**added** 28:14
**adjuster** 103:24
    104:2 122:10
    122:13
**adjustments**
    115:20
**Administration**
    82:7
**advises** 102:14
**aerial** 3:18
**affidavit** 45:4,10
**affirmatively**
    6:21 131:10
**afraid** 76:14
**afternoon** 70:11
    71:16
**agency** 133:10
**agent** 133:11
**ago** 12:19 77:18
**agree** 27:10,19
    74:11 76:5
    82:14,24 83:1
    117:24 126:10
**agreeable** 10:14
    10:14,17 11:1
    11:3

**ahead** 27:25
    47:17 50:2,3,9
    50:12 53:20
    80:11 89:25
    90:10 91:24
    98:20 99:23
    110:19 112:9
    114:3 123:15
    127:1,8
**Ain't** 126:3
**air** 17:8 26:13
    29:14,25 55:8
    56:8 57:24
    59:4 61:1
    115:18 116:16
**airline** 61:24
**al** 1:7
**Alabama** 2:5,11
**allegation** 45:15
    128:25 129:4,7
**Allegations** 3:10
**allowed** 31:25
**Alrighty** 99:16
**American** 93:14
    93:18
**and/or** 115:20
    131:13
**annual** 3:13 4:3
    4:4 37:16,20
**answer** 6:18,19
    6:25 7:15 13:5
    27:17 28:15
    31:6 38:8
    46:10 47:4
    50:2,3 73:23
    74:1,2 82:19
    103:2 109:1
    110:21 111:1
    117:17 127:16
**answered** 18:19
    18:25 19:1
    32:4 127:16
    130:5
**answering**
    125:17,19
**answers** 132:6

**anybody** 30:22
    31:1,10 37:22
    69:23 75:24
    77:2,3,4 94:23
    127:11
**anymore** 52:17
    57:2 98:22
**Anytime** 108:12
    129:10
**apologize**
    126:20,23
    128:24
**appear** 48:18
**APPEARAN...**
    2:1
**appears** 48:16
**appliances**
    58:25 115:20
**applicable** 65:13
    113:2
**applied** 112:7
    113:10
**applies** 75:23
**apply** 56:5 85:7
    116:15,20
**appraisal** 38:2
    42:16,25 43:18
    44:19
**appraiser** 39:22
**approached**
    108:14
**approximate**
    27:21
**approximately**
    7:22 27:11
    83:5,16
**area** 95:23
    129:13
**areas** 9:7
**argue** 125:13
**arguing** 125:16
**arrangements**
    133:13
**Article** 133:3,6
**artist** 80:8
**artwork** 80:8

**asked** 18:18
    33:14 60:16
    74:6 78:14
    94:15 102:12
    102:15 108:7
    109:21,25
    110:1,2,12
    111:6 125:3
    126:12 127:15
    127:19
**asking** 10:23
    12:21 28:18
    32:24 33:7
    34:24 35:1
    37:1 50:5
    76:25 80:20
    109:15 110:13
    110:18,24
    112:13 114:19
**assigned** 9:5
    100:5
**assist** 107:23
**assistance**
    103:16
**assume** 6:18
    59:19 97:11
    118:10
**assuming** 14:4
    66:9,12
**Atlanta** 1:2,20
**attach** 91:17
    92:1
**attached** 4:11
    98:9
**attaches** 83:10
    91:15
**attaching** 92:5
**attorney** 133:10
    133:11
**audio** 33:18
**August** 1:14 5:2
    45:17 133:15
**Augusta** 22:11
    23:12,13 52:24
    52:25 64:10
**available** 120:1

**avoid** 7:16
**aware** 14:13
    36:20 37:2
    38:17 50:1
    69:24 105:25

**B**

**b** 133:6
**back** 16:21
    25:13 30:7,9
    44:18 47:21
    57:6 60:9,13
    60:22,25 64:22
    65:12 66:12
    67:18 68:7
    71:7 79:22
    101:23 105:10
    114:7 121:21
    123:7,21,22,22
    123:23,24
**bad** 6:16,16
    31:16,20,23
    32:1,5,11,12
    32:15,21 33:4
    36:11,15,16
    42:14 43:4,8
    43:13,21,24
    44:3,22,25
    45:6,8,16,20
    46:1,5,17,22
    48:3,15 51:4
    54:11 59:23
    60:23 63:2,24
    64:17,25 65:23
    66:14 73:3,9
    74:25 75:2,9
    75:10,12,19
    78:24
**ballast** 120:16
**ballasts** 121:15
**Barnett** 3:9,11
    3:15 11:20
    14:16 35:14
    36:20 42:17
    43:1 63:5
    76:22 78:11

Lewis Ware, Jr.                                           8/10/2022

Page 135

84:23 94:3,7
102:22 128:14
**Barnett's** 17:18
18:10,17 19:11
52:13 53:9
**based** 95:13
**basically** 118:4
**becoming** 38:20
**beginning** 63:11
**behalf** 2:2,8
**belief** 73:7 74:23
**believe** 43:25
**believed** 72:10
**bent** 82:10
**best** 122:19
127:23
**better** 7:16 81:8
**beyond** 133:13
**big** 22:1 65:2
**bigger** 26:18
**bill** 11:8 89:17
93:22,23 94:1
110:25 120:23
**bill@mtandj.c...**
2:6
**billable** 93:10
**billed** 93:8,9
**billing** 74:18
**Birmingham**
2:5,11 22:2
52:23
**bit** 90:4
**Bits** 107:14
**BKTY** 47:10,22
48:25 54:3,17
79:21 94:5
**block** 36:11,15
38:16 43:17
65:23
**blocks** 40:10,13
**blows** 129:17
**blue** 3:19 14:15
14:20,22 16:4
16:9,11,22
17:19 19:5
27:12,21 28:7

28:12,16 60:8
83:6 85:9,13
85:21 86:7
94:8,13,25
106:22 108:15
108:23 109:14
109:23 110:10
111:2,3 112:10
112:10 113:10
113:17 115:6,7
115:10 118:21
118:23 119:21
119:22 121:23
122:5,20,21
123:2,17,18
124:1,19,21,25
125:1,9 126:10
127:5,13
128:15
**board** 21:16
133:3,7
**body** 86:8,13
**bolt** 66:21 69:8
69:16 91:9,13
92:11
**Bolted** 98:10
**bolts** 92:5
**book** 57:16
75:14 88:23
**boom** 26:9
**bottom** 83:10
94:2 104:22,23
105:20
**boxcar** 25:16
**boxcars** 47:22
47:22
**bracket** 91:9,10
91:13,14 92:10
**brake** 26:13
29:15,25 55:8
56:9 57:24
59:5 60:6,20
60:21 104:3,5
114:11,11
116:15,16,21
**brakes** 114:6

**braking** 103:25
104:9
**break** 7:8 47:15
47:16 86:17
129:13
**breaking** 75:9
**breakroom**
21:18 71:21,22
128:8 129:14
**bridges** 123:11
**bring** 51:19
**broken** 55:19
69:19 75:13
82:10 94:4
**brought** 6:8
75:12
**Brunswick**
22:11 23:14,15
64:10
**bulletin** 4:2
17:20,21 19:5
20:5,15,19
21:16 94:24
108:20 111:4
**bulletins** 9:8
44:14
**bunch** 61:6

---

**C**

**C** 2:3
**call** 28:24 39:13
39:15 50:25
59:24 87:1
93:3 96:18
98:22 100:21
118:2
**called** 15:13
24:7 29:3 48:9
49:18 61:16,17
86:9 97:18
98:15 106:3
**calling** 107:22
**capacity** 8:22
9:14 26:3,8
**caption** 132:6
**car** 17:7 21:23

24:25 26:13
29:21 54:7
57:15,18,20,23
58:3 59:25,25
66:11 67:6,12
70:2 71:15
72:2 73:12
75:16,19 76:6
76:10 79:4
80:14 81:16,17
82:12 83:14,17
83:19 85:12,14
85:24 86:9,10
86:14,24 91:15
92:2 93:12,15
103:24 104:12
106:10
**care** 59:17
**career** 3:23 12:9
12:10 18:8,10
**carman** 8:7,8,10
9:3 14:1,2,4
16:21 23:7
38:21 39:10
48:7 59:22
69:22 73:6
74:22 75:2
93:23 94:4
**carman's** 99:14
**carmen** 9:7 21:5
22:12 23:1
26:12 29:13
31:15 58:3,5
58:18 71:13,19
75:24 79:15
94:23 101:1
118:19
**carmen's** 128:8
129:13
**Carolina** 89:23
89:24
**carry** 79:16
97:20 120:5
121:20
**cars** 16:7,20
18:1 24:10,11

24:22 26:23
29:14 32:8
43:25 45:17
47:10,13,22
48:3,16,24,25
49:21,22 50:13
50:17,19 52:6
53:1 54:3,12
55:13,19,20,20
56:4,5 59:1,20
60:12 64:5
69:19,21 71:5
71:11,20,25
74:25 76:14
79:21,22 81:24
82:8,15 83:2
94:5 98:25
104:6
**case** 11:20 45:10
68:13,17 73:8
73:18 132:12
132:15
**catch** 128:15
**categories** 40:9
**caught** 37:11
**cause** 76:7
**caused** 52:6 55:3
63:1
**CCR** 1:23
132:23 133:20
**cell** 107:17
**center** 67:21,22
68:8 69:10
**certain** 25:18
46:6 59:12
61:24 77:14
82:11 94:12
100:1
**certainly** 127:3
**Certified** 133:2
133:4
**certify** 132:4,11
**changing** 47:14
**channel** 99:14
99:14
**charge** 45:14

charged 93:12
Charles 23:20
check 4:8 44:12
  45:10 100:2,7
  101:6,12,16
  102:5,7,13
checking 63:10
  63:24 100:12
checks 100:1
Circle 1:18
circumstances
  127:13
circus 98:4
citation 18:6
cited 17:1
Civil 1:4 131:13
claimed 125:24
claims 6:8
clarify 12:13
  130:18
Class 61:2
classification
  56:19
clear 38:3
  108:16 130:4
clock 57:2 61:25
close 43:24
coaching 110:22
  110:25
code 74:13,17
  74:18
coffee 7:10
Color 3:17,18
Columbia 53:1
combination
  95:20
come 23:8 25:13
  49:16 55:18
  61:25 66:23
  67:12,24 70:15
  73:20 76:7,14
  76:17,19 88:21
  89:1 100:5
coming 27:1
comment 33:11
  33:12,15 34:2

36:24 38:1
  44:15
comments 34:14
  44:10
communicate
  115:15,23
  116:3
communication
  31:4 99:11
  106:6 113:17
  113:19
company 1:7
  14:25 79:16
  100:4
complained
  77:16
complaint 77:20
  78:1,4
complaints
  76:23 77:6,7
complete 29:10
  30:10 40:5
  55:12 56:11
  57:2 58:25
  60:21,21 61:1
  132:9
complex 25:7
compliance
  44:13 75:18
  76:24 78:5
  126:15
complicated
  42:3
comply 86:7
  110:16
components
  66:19 67:5,10
  75:7,12,15,18
computer 74:13
concern 72:20
  73:8 74:23
concerned 72:16
concluded
  131:11
concur 44:10
condition 73:8

conditions
  121:12,16,18
  122:12
confined 109:13
confrontation
  70:1 128:7
connections
  38:4 77:21
  115:19
consideration
  57:14 126:4
consist 29:9
constantly
  129:17
contacted 133:4
container 96:16
  97:24
containers
  26:23 27:1
  98:25
contains 11:18
contending
  84:10,11
contest 7:9
continue 44:10
Continued 3:25
continuing 70:4
contract 133:1,6
  133:9
control 15:13
  119:11 121:11
controlling
  113:18,20
  115:10 119:9
  119:10
controls 115:9
conversation
  33:20 70:7
  76:13 126:7
conversations
  30:24 31:15
  129:15 130:7
cooperative
  11:8
copies 21:17
copy 13:2 37:19

80:7 102:13,16
corner 65:16
Corporation
  3:21
correct 5:25
  9:13 11:25
  17:1 20:23,23
  29:12 31:7
  40:7 41:14
  44:16,23 45:23
  46:3 47:1,12
  48:16 49:6
  54:23 56:4,15
  56:17 60:2
  61:4,11,13
  62:1 64:20
  68:2,3 73:5
  83:11,24 84:16
  84:22 85:10
  86:10,15 94:19
  95:21 98:25
  99:3 100:13,24
  105:6 119:23
  121:21 125:5
  127:6 132:9
correction 105:9
correctly 40:12
Cortez 79:4
Council 133:3
counsel 2:1
  132:12,13
count 31:16,21
  31:23 32:2,12
  36:16 42:15
  43:9,14,22,24
  44:3 45:8,17
  46:1,4,5,6,17
  46:22 57:15
counts 43:5
COUNTY 132:2
couple 6:6 30:8
  49:25 60:11
  115:14
coupled 48:22
  59:21 115:12
  116:16

coupler 58:25
  66:7,19 68:7
  69:19 72:6,16
  72:21,23 73:7
  73:20 76:7,14
  82:16,16 83:9
  91:15,18,22,23
couplers 33:20
  47:25 70:1
  94:5
coupling 115:17
course 75:25
  76:9
court 1:1 4:12
  19:16 89:10
  102:21 131:4,7
  133:2,3,4,5
covered 24:16
  62:3,5,8,20
crane 26:4,8
creeks 123:10
crew 30:14 99:4
  108:8 109:16
crew's 61:17
crewmen 61:16
crews 61:23
critical 104:8
criticism 63:23
cross 68:6 74:14
  85:5
crossing 121:6
  121:10
current 12:15
  12:22 13:11
currently 24:4
  38:25
customary
  133:13
cut 80:17,19
  81:15,19,23
  83:7,8,14 84:3
  84:5,9,17,18
  84:19 85:6,7
  86:1,3,24 88:1
  88:5 89:1,3,4
  90:4,5,15,18

Lewis Ware, Jr.                                               8/10/2022

90:19,21 91:4
91:8,11 92:2,4
92:9
**cutting** 13:22,25

**D**

**D** 90:18,19
**D-101** 90:5
**daggers** 34:5
**damaged** 25:22
**dangerous**
  72:24
**dark** 99:19,21
  99:22 123:7
**date** 28:6 51:8
  100:14
**David** 39:23
**day** 5:19 49:13
  49:23 50:14,20
  50:24 51:7,8
  52:7 63:6
  66:18 70:9
  71:9 73:18
  95:13 101:10
  133:15
**dealing** 90:15
**decide** 51:23
**decided** 92:14
**decision** 73:12
**declaration** 3:9
  4:1 19:12,22
**defect** 74:11,15
  74:19,21 75:1
  76:6
**defective** 48:4
**Defendant** 2:8
**Defendants** 1:8
**definition**
  117:20
**delay** 52:7 63:13
  63:17,22,25
**delays** 54:22
  55:2 65:6 66:1
  66:6,11
**delivered** 55:21
**depart** 50:21

56:9 59:13
85:19
**departed** 106:5
**departing** 59:9
**department**
  17:6 21:24
  54:19 55:3,6,7
  56:8,23 62:2
  64:19,22 94:11
  100:12 115:5
  128:13
**departments**
  55:1 61:9,23
**departs** 96:6
**departure** 57:5
  61:12,16
**depending**
  68:14 83:8
**depo** 9:22
**deposed** 6:3
**deposition** 1:10
  3:8 5:1 17:15
  18:17 19:24
  30:17 131:11
  133:5,5,6
**depositions**
  102:22
**derailed** 32:9
**derailment** 73:2
**derogatory**
  21:25
**described** 127:6
**design** 25:7
**destination** 66:5
  97:6
**determine** 75:11
  121:7
**determined**
  50:20 60:7
**diagram** 80:21
**Dianne** 3:9,11
  3:15 14:16,20
  17:18 18:9,16
  19:11 42:16
  43:1 52:13
  53:9 63:5,14

65:1,10 76:21
78:9,11 94:3,7
128:14
**Dianne's** 52:12
**different** 9:8
  15:4,14 20:6,7
  20:9 26:22
  40:10 43:6
  54:21 55:1
  69:2 114:17
**Dillard** 22:8
  26:12 45:16
  55:8,11 56:12
  56:15 58:17
  86:24 95:16,18
  96:2,4,5,8
  106:11 120:1
**directing** 31:5
**direction** 71:8
  105:7 132:8
**directionally**
  105:13
**discipline** 14:23
  18:10
**disciplined**
  12:11 13:13
  14:14,19,21
  75:2
**disclose** 133:2
**disclosed** 133:13
**DISCLOSURE**
  133:1
**discovery**
  102:23
**discussed** 54:3
  71:16 102:11
**discussion** 70:21
  70:22,24 71:12
  71:19 79:20
  128:7
**discussions** 5:5
  19:17 130:23
**dispatched**
  29:20
**displayed**
  115:11

**dispute** 47:25
**disqualified**
  133:7
**DISTRICT** 1:1
  1:1
**divide** 89:4
**division** 1:2 3:21
  4:2 20:5 36:6
  36:22 65:14
**divisions** 11:19
**DMMO** 3:14
  11:16 34:19
**document**
  102:25
**doing** 80:16
  106:22 107:16
**don'ts** 6:7
**door** 25:9,20
**doors** 25:2,3,7,8
  25:17,19,22,24
**dos** 6:6
**double** 29:8 30:6
  75:14
**doubling** 29:3
**doubt** 75:25
  87:16
**draft** 48:4,7
  58:25 66:22
  74:12,20,25
  82:5
**drawing** 4:6
**drawn** 80:14
**drive** 5:19 64:2
  119:16 120:20
  120:23 121:5
  123:22
**due** 9:20 103:8
**duly** 5:8
**Dunbar** 2:9
**duty** 71:15

**E**

**earlier** 25:21
  43:21 45:5
  46:21 64:9
  65:23 71:14

77:24 102:11
116:24 127:6
**early** 85:17 86:5
**easily** 44:21
**east** 106:9
**Eddie** 38:21
  39:4,5,9 77:19
  77:23 78:12
**edges** 83:3,4
  86:10,14
**educating** 85:4
**effort** 102:24
  103:1
**either** 40:9 50:1
  64:22 91:9
  125:18
**elaborate** 64:23
**electrical** 115:18
**else's** 36:25
**Email** 3:11
**employ** 132:13
**employed** 5:23
  13:14
**employee** 17:6
  38:19 44:12
  115:14
**employees** 23:5
  23:13,15,17
  62:7 116:9,11
**employment**
  38:23
**empty** 71:5
**endurance** 7:9
**engine** 60:10,11
  116:12
**engineer** 113:4,7
  113:22 114:25
  116:14 118:1
  125:3 126:12
**engineer's**
  119:11
**enlightened**
  50:8
**ensued** 5:6
  19:18 130:24
**enter** 74:17

Lewis Ware, Jr.                                                      8/10/2022

Page 138

entered 74:14
entirely 128:17
entrance 106:16
  106:17
entry 35:17
  36:14
EOT 30:12
equipment
  13:18,19,21
  113:7 114:2
  115:15,23,25
  116:3,6,14
  117:25 121:20
Esquire 2:3,3,9
establish 115:16
established
  116:5 118:21
establishing
  127:5
et 1:7
ethics 76:24
  78:5,10
evading 125:17
evaluated 65:5,7
  65:9,10
evaluation
  39:19,22 40:8
  40:25 41:13
  42:9 43:22
evening 86:5,23
Everybody 7:6
  72:12
evidence 41:14
  41:16 132:10
exactly 39:15
  110:24 131:9
EXAMINATI...
  3:3 5:10
EXAMINATI...
  3:1
examined 5:8
  50:19
exceeds 40:10
exclude 130:7
excuse 18:9 22:6
  49:11 83:7

126:20,24
exhaust 129:17
exhibit 3:8,9,10
  3:11,13,14,15
  3:17,18,19,21
  3:23 4:1,2,3,4
  4:6,7,8,11 9:22
  9:24 10:3,3,4,4
  10:5,5,6,6,7,8
  11:15 12:3
  18:20 19:19
  20:1 21:12
  27:10,20 34:22
  35:8 39:16
  40:19 41:2,7
  41:17,20 42:5
  43:18 44:6
  80:3 89:11
  102:18 104:20
  114:19
exhibits 3:6,7
  4:11 10:2
  18:16,22 27:6
existed 27:13
expectation
  32:19,22 33:1
  43:14 44:3
  45:6,18,21
expectations
  33:2 40:11
expedite 51:17
  51:18
experience
  73:11
explain 96:21
explained 50:2
explanation
  98:18
expression
  31:15
extended 105:5
  105:19 118:16
extends 83:9
  118:12
extent 82:11
  94:15

**F**

F 2:9
facilitator 8:22
facility 26:22
facts 118:11
failed 93:9
fall 95:13
falsifying 75:2,9
familiar 29:2
  108:1
families 127:23
fan 129:13,16,17
far 5:16 32:9
  42:22 43:14
  67:15 101:13
  118:5
faster 127:4
favoritism 38:23
  78:11
feared 73:21
February 8:14
  8:14
federal 15:21
  16:3 56:3 82:7
  131:12
FedEx 97:13
feet 82:18 83:2
  83:15 123:19
female 58:3
field 116:19
fifth-wheel 98:9
figure 78:19,22
file 1:4 12:25,25
  101:25
final 38:2 42:15
  43:18 44:19
financial 97:9
  133:11,12,13
find 20:21 37:19
  38:7,12 51:11
  66:18 104:14
  108:6,9,12
  111:15 113:1
  119:1,6,17,18
  120:4,20 121:3

121:6 123:5
fine 114:22
  122:5
finished 126:22
  126:24
fireman 8:6
first 5:8 17:3
  36:14 54:2
  100:8 101:16
  105:25
five 7:23
fixing 57:11
  77:17
flag 14:15,20,22
  16:4,9,12,22
  17:19 19:5
  83:7 86:7 94:8
  94:13,25
  106:22 108:15
  108:23 109:14
  109:23 110:10
  111:3,3 112:10
  112:10 113:10
  113:17 118:21
  121:23 122:20
  122:21 123:2
  123:17 124:19
  124:21 125:1,9
  127:5,13
  128:15
flagged 85:13,21
  122:6
flags 27:12,21
  28:7,12,16,20
  60:8 85:9
  124:1
flashlight 69:15
flat 56:16
follow 15:4
followed 60:18
following 70:9
follows 5:9
foregoing 132:4
  132:8
foreman 6:2
  8:13,18 100:3

forgot 93:9 94:1
forklift 25:13
form 27:14
  36:23 42:23
  46:23 47:2
  72:18 73:22,25
  84:13 92:16
  109:18 110:17
  111:12,25
  112:8,23
  113:24 123:14
  124:14,23
  125:6 127:7
  129:1 130:14
format 20:13,14
  21:1,2
format's 20:7,9
foul 15:19 86:9
fouled 15:18
fouling 115:16
found 63:9 75:1
  108:13
four 7:23,23,23
  23:17,17 58:18
  94:18
Fowler 1:3 3:18
  6:8 7:18 8:21
  23:19 30:17
  33:19 45:15
  48:2,3 50:25
  51:2 54:11
  59:23 62:17
  70:1,13,21
  71:24,25 74:3
  74:24 75:23
  76:6,12,23
  78:15 79:20
  94:23 95:9
  99:3 101:4,17
  103:13 108:7
  110:15 118:20
  128:7,12 129:7
FRA 17:21,22
  18:2,6 82:7
  94:11
FRA-required

Lewis Ware, Jr.                                                    8/10/2022

55:12
**Frazier** 2:9 5:4
6:25 9:23 10:9
10:17,20,25
11:4,7,11,13
11:25 12:13,18
12:21,24 13:2
13:4,9 14:1
18:18,23 19:4
20:7,17,19
21:11 22:13,16
22:18,21 27:7
27:14,24 29:17
30:23 31:2,7,9
34:1,4,7,10,13
34:24 35:2,7
35:12,16,20,24
36:2,4,7,23
37:9 38:7,10
39:4,6,14 41:9
41:15,19,23
42:8,11,21
43:2 46:23
47:2,16 48:20
48:24 49:3,25
50:5,9,16,18
52:12,14 53:6
53:10,18,21,24
57:9 58:13
63:18 65:15
67:16 68:3,16
68:19,22 69:12
69:14 72:18
73:22,25 76:25
77:3,5,7,10
80:10,20,23
81:2,9,11
82:24 84:13
86:19 87:3,6
87:13,17,19
89:17,19,21,24
90:6,10 91:21
91:24 92:16,20
95:16,19,22,25
96:22,23,25
97:17,20,23

98:1,6,8,10,17
98:20 99:6
102:15,20
106:2 108:9
109:1,18 110:2
110:6,17,21,24
111:12,25
112:8,23
113:24 114:3
114:18,24
115:2,4 117:7
120:23 123:14
124:14,23
125:6,13,18
126:17,20,23
127:1,7,15,20
127:22 128:1
129:1,8 130:2
130:10,14,17
131:2,6,9
**freight** 17:7
24:22,25 56:5
81:16 82:8,15
83:2
**front** 119:7
121:6 123:19
**full** 5:12
**full-time** 9:15
**Fully** 116:15
**FULTON** 132:2
**fun** 33:25
**function** 81:23
**furlough** 24:4
**furloughed** 24:3
**further** 132:11

———————
**G**
**gang** 8:23,25 9:1
9:6,16
**gate** 48:10,11
66:20 69:9
74:12,19
**GATX** 54:3,6
83:21 93:18
**gauge** 75:6
82:17 120:12

**gaugement**
75:14
**gear** 48:4,7
74:12
**gears** 58:25
**general** 3:19 6:2
7:25 8:13,18
93:14,17 95:12
100:2
**generally** 80:18
81:14 83:1
**generator**
116:19
**genuine** 73:7
**genuinely** 72:16
**Georgia** 1:1,20
5:15 8:5,11,12
36:21 40:1
52:24 65:13
78:25 132:1
133:4,4
**getting** 19:23
28:22 34:11
49:2 67:25
68:1 69:3
70:20 122:9
**giggle** 80:7
**giggler** 80:11
**give** 5:12 8:4
21:7 60:9 78:2
78:3 113:23
125:3
**given** 21:5,15
56:24,25 60:22
132:10
**glass** 13:25
**gloves** 13:24
**go** 6:6 8:3 16:20
19:23 21:21
27:24 29:22
37:8 42:4,7
44:18 47:9,17
49:20,20 50:2
50:2,9,10,12
53:1,14,20
54:23 55:25

59:1 61:2 63:8
64:8 65:12
66:17 70:3,4
71:7,11 72:1
80:11 82:12
85:17,18 89:25
90:10 91:24
94:21 98:15,20
99:23 103:14
105:10 106:13
106:15,19
110:19 112:9
114:3 121:9
122:4 123:5,15
123:24 127:1,8
**goal** 32:13,14,15
33:6,7 43:15
44:4 45:16,21
**goals** 33:3 44:23
44:25 45:8
**goes** 52:23 97:2
97:5,5 105:7,9
122:20
**going** 6:14,18
9:9,12,21 10:1
12:6 15:16
17:12 21:20
29:14 30:9
42:21,22 46:6
48:6 50:8
52:22 53:16
57:6 59:5 60:5
60:13 61:17
63:24 64:13
65:4 70:25
80:6 83:15
85:4 89:14
90:2 100:11
103:15 117:17
121:3
**good** 21:21 22:4
29:18 42:2
99:10 117:23
126:5 129:18
**good-faith** 72:10
74:23,23

**Google** 95:4
**gotten** 26:18
106:25
**government**
15:21 16:3
17:1
**grab** 83:3,4
**graded** 61:10
**grant** 116:11
**grounds** 11:17
**guess** 27:4 39:11
94:13 101:15
**guy** 38:22 94:12
107:20

———————
**H**
**half** 5:4
**handle** 92:9
**hands** 20:21
86:13
**handwriting**
3:18
**Handwritten**
4:6
**hang** 5:4 25:24
**hangs** 30:12
**happen** 99:17,24
**happened** 15:17
47:24 50:6,6
73:19
**happens** 7:15
127:22
**head** 6:21,23 7:4
60:1 119:1,14
119:17,18
120:21 121:6,8
121:9 123:6,24
131:10
**heads** 25:20
123:8
**hear** 62:25
107:2,6,9
129:23
**heard** 24:12
42:14 43:4,8
43:10,13 45:22

Lewis Ware, Jr.                                          8/10/2022

Page 140

106:13 128:24
129:6 130:6
**hearing** 129:19
132:10
**heavy** 32:8
**help** 83:23 84:7
84:8,11,12,18
97:17
**helped** 94:14
**helping** 83:18
**Hester** 23:20
**Hey** 64:16
**hiding** 37:9
**high** 31:16
**history** 8:4
**hold** 11:11 36:4
44:12 48:5
92:4 104:20
116:17
**holds** 92:10
**home** 49:16
**honestly** 72:10
**hooks** 91:19,21
**hoses** 17:9
115:18
**hostler** 62:13,14
**hotline** 76:24
**hours** 57:6
61:19,19,25
62:5,8 101:7,7
101:15
**huh-uh** 7:6
**hump** 22:1
56:16
**hundred-car**
58:1
**Hunt** 97:12

———————

**I**

**idea** 79:12 88:6
88:7 128:20
**identification**
9:25 10:8 12:4
19:20 20:2
39:17 40:20
80:4 89:12

102:19 116:5
**identified** 35:15
36:21
**identify** 35:12
116:9,11
**illustration**
59:22
**improve** 44:11
**improvement**
40:12
**in-person** 70:6
**inappropriate**
34:2,14
**inbound** 56:13
66:14,15
**inches** 82:18
83:2
**incident** 15:6,17
54:13 79:3
95:6 100:23
101:8,14
**incidents** 54:8
66:13
**include** 19:4
**included** 4:12
100:2
**includes** 95:24
**including** 86:13
**incorrect** 45:17
62:4 92:6
**independent**
116:15
**INDEX** 3:1,6
**individual** 15:6
16:5 88:25
89:1 116:6
**individually**
91:3
**industry** 9:12
25:13,22
**information**
11:18
**Initially** 77:12
**inside** 67:18
82:17 86:10,13
**inspect** 29:14

57:7,23
**inspected** 29:8
70:3 71:14
**inspecting** 26:13
58:6 79:17
115:19
**inspection** 29:24
51:14 55:8,13
56:12 57:3,20
58:20 59:8
60:5,22 68:9
70:10 73:11
75:7
**inspections** 56:3
59:1 66:15
**install** 84:8,9,12
84:19 92:18
121:20
**installed** 27:12
27:22 28:7
88:1
**instance** 66:7
**instances** 79:6
**instructions**
73:18
**instrumental**
43:23
**intend** 130:7
**intentions** 63:10
**interest** 133:7
133:11,12
**interested**
132:14
**interesting**
17:12
**intermodal**
26:17,22,23
96:15,16,17
97:9
**investigate** 18:1
**investigated**
78:8
**investigation**
17:19 76:22
77:9,13 78:3
78:10,14

**involved** 16:5
**involving** 11:19
**iron** 83:3,4
97:20
**issue** 29:21 78:5
**issues** 64:21
77:14

———————

**J**

**J** 2:3
**J.B** 97:12
**jacket** 13:24
**Jacksonville**
22:9 23:2,6,8
64:10
**Jacobs** 2:4
**January** 8:7,8
45:19
**job** 6:1 9:15,19
14:9 38:5 91:5
122:11,14,15
122:18,19
123:4 124:20
**Joel** 1:23 19:14
132:23 133:2
133:20
**Johnson** 38:21
39:5,6 77:18
77:19,24 78:12
76:1,3 78:7,17
79:3,10 80:8
80:17,22,23,25
81:2 82:19,21
83:8 85:6 89:5
89:25 90:3,18
90:20,21,22,24
97:21 100:3
105:11 108:25
108:25 111:7
112:13,17
113:14 114:5
118:4 121:14
122:12,13
123:10,12,13
125:14 126:2
128:18,24
129:4,18,21,22
130:12,22

**Kimble** 54:7
83:18 84:24
86:25 92:24
93:3 107:20
**kin** 132:11
**kind** 54:9 83:8
86:1 121:12
**kinds** 26:23
58:24 73:3
**kinks** 50:1
**knew** 16:11
38:22 116:24
**knocked** 25:19
**know** 6:15,17
7:8,9,10,12,18
12:16 15:3,5,5
15:25 16:1
18:12 19:2
21:20 24:10
28:1,6,10,11
28:11,17 29:1
32:25 35:16
41:15 46:5
50:7 60:2,17
62:22 65:3,11
68:11,11,18,20
71:18 72:14,14

**Jr** 1:11 2:3,9 3:2
3:13 4:3,4 5:1
5:7,13
**judge** 75:14
**Judicial** 133:3

———————

**K**

**K-E-Y** 96:24,25
**keep** 68:23
**Kelvin** 1:3 6:9
7:18 62:17
**kept** 70:3
**key** 66:22 67:10
67:11 68:6
74:14 96:19,22
96:23,24
**kicks** 82:1

Lewis Ware, Jr.                                         8/10/2022

Page 141

known 7:21
knuckle 82:2
knuckles 17:9

**L**

L-I-N-W-O-O...
 89:19,20
L.M 3:13 4:3,4
late 61:10 62:22
 63:1 64:23,24
 85:14,20
 103:11 108:3
law 14:15,20,22
 61:20 62:6
 86:7 94:8 95:1
 127:13 133:10
 133:11
laws 56:3
lawyer 17:16
 30:24 31:2,11
 130:8,13,20
lay 20:21
lead 47:25
leader 8:23,25
 9:1,16
leader's 9:6
learn 76:21
learned 18:5
 130:13,18
leave 57:4
left 21:17 44:21
 85:19 107:11
 107:13
legal 17:1
length 57:9
let's 6:6 7:17
 12:13 13:4
 45:3 52:15
 58:1 77:10
 81:22 86:17
 102:8 114:13
 117:7 118:10
 122:19 126:7
letter 3:15 17:21
 17:22 18:2
 45:14

letting 65:3
lever 80:17,19
 81:15,20,23
 83:7,8,14 84:3
 84:6,9,17,19
 84:19 85:6,7
 86:2,3,24 88:2
 88:5 89:3 90:5
 90:15,18,19
 91:4,8 92:2,4
 92:10 116:18
levers 89:1,4
 90:22
Lewis 1:11 3:2,8
 3:16,23 4:1 5:1
 5:7,13 38:2
liable 6:16
lift 82:1 91:19
 91:21
lifted 83:11
 90:25
lifting 26:2,6
light 25:11
 42:13 51:19
 69:7 118:23
 119:7,8,18,19
 121:10,11
 123:18,18
lights 119:22
liking 126:3,4
line 14:6 17:10
 59:2 73:1,20
 80:15 82:12
 94:2 105:21
 118:12
lined 118:22
lines 81:4
Linwood 4:7
 89:15,18
list 4:7 88:12
 89:15
listen 33:18
listened 33:22
listening 107:15
little 90:4
live 5:14

LLC 2:4
LLP 2:9
load 98:12
loading 28:24
 98:4
loads 71:5
local 44:14 97:5
locate 102:25
location 27:19
 28:21
locations 27:21
lock 82:1,2
 91:19,21 122:1
locking 66:21
 67:16
locomotive 62:7
 115:12,13,14
 116:17 119:9
 121:11 123:18
 124:3,7
locomotives
 115:6,17 119:8
 119:19
long 7:12,21
 56:24 57:2
 92:13,14,21,23
 92:24 93:3
 108:3 124:22
 125:4
look 12:7 18:15
 19:2,8 28:5
 29:22 33:25
 36:10 37:5
 42:13,15 44:19
 44:20 49:20
 52:3 53:9,20
 53:21 65:13,22
 65:25 66:17,17
 69:7,10,15,16
 69:22,23 71:12
 90:2,14 93:24
 95:3 102:15
 104:17 114:13
 114:13,14
looked 17:20
 27:3,4 34:17

41:6,20,25
 51:12 65:23
 66:19 68:17
 76:18 94:4
looking 35:6
 43:17,22 54:2
 58:24 80:19
 90:6 114:16
looks 65:14
lot 14:10 18:22
 22:3 38:11
 60:14 90:25
loud 6:25 45:13
Louis 8:13,17
 40:4
lower 65:16
lowering 43:23
LR 75:14
LSE 115:7
lying 72:15

**M**

M 1:11 3:2 4:1
 5:1,7
Macon 8:5,10
 8:12,21 14:5
 22:1,7,13,14
 22:15,19,20,24
 23:9 38:23
 40:1,3,6 52:22
 78:25
mad 34:9,12
main 105:21
 118:12 119:17
maintain 38:3
majority 25:12
making 42:3
 66:5 115:19
Malhoit 39:23
 39:25
man 39:12 57:23
 77:19 98:14
manager 73:10
managers 33:3
Maples 2:4
March 8:8,12

mark 111:23
marked 9:24
 10:8 12:3
 19:19 20:1
 27:11 39:16
 40:19 80:3
 89:11 102:18
marker 27:11
markers 27:20
Mason 3:17 19:9
 22:9 26:16,16
 26:17,21 27:12
 27:22 28:4,5,8
 28:13 29:13
 79:4 94:22
 95:4,17,18
 96:2,4,9,12
 99:4,17 100:22
 101:8,13 103:6
 103:14,16
 104:18 105:6
 106:4,13,15,18
 107:6,23
 118:12 127:14
 128:10
match 55:24
matched 26:25
material 88:15
 90:3
materials 88:16
 88:21
matter 78:15
Maurice 3:23
 5:13
mean 11:10
 18:21 21:25
 26:6 34:3,6
 46:5 48:18
 51:12 66:10
 76:2 82:22
 85:17 88:25
 90:19 97:23
 98:1 107:24
 111:10 117:4
 117:12 121:15
 122:4 129:18

Lewis Ware, Jr.                                        8/10/2022

**Meaning** 32:23
**means** 117:15
  129:4
**measurement**
  82:22
**measurements**
  75:15
**mechanic** 15:5
**mechanical**
  15:14 21:24
  22:23 23:5,13
  23:15 54:19
  55:2,7,12 56:3
  56:8,11,23
  59:1 61:9 62:2
  64:19 100:12
  115:5,19
**medical** 24:5
  38:25
**meet** 44:22
**men** 22:12 58:2
  58:3
**mention** 77:12
**mentioned**
  60:19
**messed** 41:3
**met** 8:20
**middle** 53:17
  82:15 83:9,13
**mile** 105:21
  118:17 120:22
**miles** 5:18
**mind** 81:5
**mindful** 38:3
**mine** 51:24
  118:7
**minimum** 56:4
**minute** 127:25
**minutes** 57:17
  57:20,22,23
  64:7 93:2
**miscellaneous**
  90:3
**Missouri** 8:14
**misunder-** 49:24
**Mix** 55:24

**mixed** 26:24
**moment** 118:10
**monitor** 107:12
**monitoring**
  106:6 107:10
**morning** 32:10
  52:4 63:11
  70:10,16 71:15
  72:4
**move** 34:4 86:8
**moved** 26:24
**movement** 15:7
  15:9,11 94:24
  106:25 107:7
  108:8,17,19
  109:4,5,17
  111:7 112:2,6
  112:16,19
  113:2,11,21
  114:7 115:5,16
  115:21 116:2,4
  116:7,9,11
  117:25 118:3
  118:23 119:2
  124:12,18,20
  124:25 125:3,8
  125:24 126:8,9
  126:14 127:12
**Moyer** 1:23
  132:23 133:2
  133:20

       **N**
**name** 5:12 38:21
  39:4 48:16
  77:23 78:3
  100:8 107:21
  116:10,12
**names** 77:13
**near** 124:22
  125:4
**need** 7:8,13
  16:21,21 23:7
  31:8 60:6
  113:11,12
  114:8

**needed** 9:17,19
  84:1 108:15
**needs** 38:2 40:11
**neither** 24:15
**neutral** 116:18
**never** 20:14,25
  31:18 32:17,19
  33:8,10,22
  42:14 43:4,5,9
  43:21 44:3
  45:5,7,21 46:2
  46:2 87:16
  88:10
**new** 55:19 84:9
  84:19
**nickname** 98:15
**night** 49:14 51:5
  54:13 59:20
  63:8,15,17,21
  66:24 86:4
  99:18,19,20,20
  100:1,21,22
  101:2,9 103:11
  108:10 119:24
  120:18 127:14
  128:4,9
**nighttime**
  118:24
**Nods** 6:21
  131:10
**noon** 61:17,18
**Norfolk** 1:6 3:21
  5:23 13:14
  15:22 29:13
  75:22 89:16
  93:20 95:14
**north** 2:4,10
  89:23,24
  104:20,21
  105:2,6,14
  118:13 119:6
  120:4,6 121:13
  123:6,25
**NORTHERN**
  1:1
**note** 43:18 44:19

**notice** 3:8 9:22
**November** 8:18
  8:19 100:17,18
  100:25
**now's** 21:21
**NS** 3:20
**NSRC_0015** 4:3
**NSRC_0018** 4:5
**NSRC_0021**
  3:13
**NSRC_0031**
  3:23
**number** 10:2
  11:15 12:7
  19:22 20:4,5
  20:13,22,25
  21:10,12 22:3
  34:22 37:6,13
  37:15 42:5
  45:12,14 46:6
  46:8 52:11,15
  53:9,13 59:25
  61:24 65:12
  90:5,5 94:15
  94:16,17,18
  102:17 103:5
  104:17 114:14
  114:16,18
  116:12
**number's** 53:4
**numbers** 48:18
  60:1

       **O**
**O.C.G.A** 131:13
  133:6,8
**oath** 6:8,12
**object** 10:10,22
  11:15 27:14
  30:23 31:2
  36:23,24 42:21
  42:22 46:23
  47:2 72:18
  73:22,25 84:13
  92:16 111:12
  111:25 112:8

  112:23 113:24
  123:14 124:14
  124:23 125:6
  126:17 127:7
  129:1 130:14
**objecting** 10:19
  10:20 43:2,3
**objection** 10:15
  10:21 11:5
  12:1 18:18
  27:24 43:6
  109:18 110:17
  127:15
**objections** 10:12
**observations**
  44:11
**Obviously** 16:25
**occupation**
  116:10
**occur** 95:6
  101:14 103:21
**occurred** 63:20
  127:14
**occurs** 103:18
**OD** 17:20
**ODB** 3:21 94:24
  109:9,12 110:9
  110:16 111:4
  113:14 127:12
**off-the-record**
  5:5 19:17
  130:23
**offer** 10:1 11:22
  12:6 102:17
**offered** 10:11
  133:13
**office** 71:13
  102:1
**officer** 15:1
  100:4,4
**officers** 99:25
**Oh** 13:20,23
  14:7 37:8
  38:24 39:12
  108:2
**oiler** 8:6

Lewis Ware, Jr.                                              8/10/2022

**okay** 6:3,6,20
7:3 8:20 9:1,18
9:23 10:25
11:4,25 12:10
13:4,20 14:9
15:20,25 16:11
17:17 18:2,8
18:13 19:11,14
20:25 21:8,13
21:19 22:6,12
22:22 23:11
24:6,6,19,21
25:9,24 26:11
28:4,7,20,22
29:24 30:2,5
30:16 31:8,12
31:20 32:4,12
32:19 33:10,18
33:24 34:19,22
35:2,10,23
36:7,17,20
37:5,19 38:1
39:2 40:2,7,22
40:24 41:6
42:6 44:18
45:3,20 46:19
47:10,11,24
48:5,12 49:3
49:13,24 50:15
50:18,20 51:10
51:15,17,22,25
52:10,19,25
53:4,4,6,15,18
54:9,15,25
56:2,11,15,21
57:22 58:5,17
59:4,10,19
60:24 61:5
62:2,22,25
63:6,13,23
64:2,14 66:11
67:8 68:19
69:6,11,14,22
69:25 70:2,3,4
70:5,12 71:7
72:3,23 73:5

73:12,13 74:11
74:22 75:22
76:12,20 77:16
78:19 79:9,13
79:15,19 80:1
80:1,8,17 81:7
81:18,21,25
82:3,10,14,16
83:6,17,23
84:3,10,23
85:11,20,23
86:1,6,16,17
87:12,20 88:4
88:9,16,24
89:24 90:10
91:11,24 92:11
92:13 93:6,17
93:20,22 94:7
94:21 95:3,12
95:19,25 99:13
99:16,23
100:11,25
102:3,8 103:3
103:13,18
104:2 105:2,12
105:15,17,24
106:8,12,19
107:2,8,12
108:2,6,18
109:9,11
111:10,20
112:5,18 113:5
113:8,19,22
114:9,13,15
115:4,21,25
116:13,20,23
117:14,21,23
118:9 119:6,14
119:20 120:1,4
120:15 121:17
122:3,18,21,25
124:9,12 126:6
127:11,18
128:6,18,22
129:6,12,20,22
**old** 5:21 39:9

84:9,18 91:8
**older** 39:10
**on-time** 65:5,9
65:25
**once** 55:14
92:14
**one-man** 122:14
122:19
**ones** 10:16
**online** 66:12,13
**open** 82:2
116:18
**operate** 58:17
**operated** 115:7
**operating** 3:20
17:5 115:11,20
**operation** 17:20
20:5 22:1
111:4
**Operations** 3:21
4:2
**operator** 113:7
113:18 114:2
115:9,15,24
116:1,3,6
118:1
**opinion** 72:7,8
72:10,13
**opportunity**
10:10,11
**opposed** 64:19
**options** 52:16
121:4
**order** 31:16,21
31:23 32:12,15
32:21 36:16
42:14 43:4,9
43:14,21,24
44:3,22,25
45:6,8,16,20
46:1,5,17,22
48:3 63:24
65:23 66:14
73:9 75:2,9,11
75:19 78:24
86:6 88:15,16

88:19 92:1
109:12 111:3
112:21 113:11
119:20 124:25
**ordered** 48:15
51:4 54:12
102:21
**orders** 32:1,5,11
33:4 36:12,15
59:23 60:23
63:2 64:17
65:1 74:25
88:20 131:8
**original** 4:11,11
**originally** 98:2
**OSHA** 45:14
**outbound** 49:6
51:4 52:7,9,19
52:20,20 55:14
55:14 56:13,14
**outline** 80:15
**outside** 83:3
86:10,14 91:14
115:7 129:15
**overhead** 3:17
27:13,23
**overheads** 19:9
95:4 104:15
**overhear** 129:15
**overheard**
128:13
**owner** 93:12,15

────────

**P**

**P** 1:23 132:23
133:2,20
**P-I-G** 97:18
**p.m** 131:11
**page** 3:3,7,25
35:17 65:13,20
90:3,6,8
**pages** 132:8
**paragraph**
38:11 45:11
46:8 54:2
**park** 2:4,10

120:6
**Parkway** 1:18
**part** 29:6 40:2,3
40:3 43:3,3
60:15 78:13
82:3 86:8,13
94:14 104:2,8
107:6 129:13
**parties** 132:12
132:14 133:14
**partner** 122:21
**parts** 25:6
**party** 133:4,10
133:11,12,12
**penalties** 97:10
**pending** 32:5
**people** 22:3 23:1
58:9 61:22
100:12 118:2
121:22
**percentage**
66:14
**perfect** 85:5
**perform** 60:20
114:10 122:1
126:16
**performance**
65:6,9 66:1
84:25 97:7
**performer**
40:11
**performing** 59:8
100:6
**perimeter**
109:13 115:6
**perimeters**
126:10
**permanently**
28:8
**person** 70:5,6
133:9
**person's** 129:18
**personal** 13:18
13:19,21 34:13
38:4 77:20
126:4

Lewis Ware, Jr.                                             8/10/2022

personnel 12:24
Phelps 2:9
Philip 100:3,4,9
  100:10
phone 79:16
  99:7 107:17
phrase 36:17
  42:14 43:8,13
  67:24
picked 44:21
picks 82:1
picture 28:2
pictures 19:9
  27:4 104:14
pieces 107:14
pig 96:11,12,13
  97:18,20 98:16
  98:22
piggyback 97:19
  97:22,23 98:2
  98:13
pile 35:4
pilots 61:24
piston 59:15
place 2:4,10
  24:14 66:20,21
  66:22 69:16
  71:19 88:19
  94:25 116:17
  127:13 129:12
places 55:21
plain 117:3
Plaintiff's 3:7
  9:24 10:3,3,4,4
  10:5,5,6,6,7,7
  11:15 12:3
  19:19 20:1
  35:8 39:16
  40:19 80:3
  89:11 102:18
Plaintiffs 1:4 2:2
play 57:16
pleasant 11:7
please 6:15
  24:24 34:7,10
  34:14 35:13

38:8 45:11,13
  46:13 47:5
  95:5
plug 25:2,3,9,24
point 10:22
  29:18 59:12
  60:4 99:10
pointed 30:3
pointing 80:16
portable 119:21
position 9:6
  59:25 115:13
  116:18
positive 116:4
possibility 75:21
  122:17
possible 111:19
pounds 90:17,23
PowerPoint
  20:11
precisely 125:19
predecessor
  44:21
pretty 117:23
previous 38:22
  49:22 50:13
principal 133:10
prior 38:20
private 93:15
privileged 31:4
probably 90:16
  93:2
problem 44:2,2
  74:24 103:24
Procedure
  131:13
procedures 9:8
Proceedings
  47:18 86:20
  102:9
process 44:12
  52:8 60:17
  85:4 127:5
produced 12:18
production 4:12
productivity

44:23
professional
  38:4 77:20
prohibited
  133:6
promoted 8:11
  8:13,17
promotion
  40:17
protect 84:25
protection 15:6
  15:8,9,11
  16:23,25 17:4
  94:24 106:23
  106:25 107:7
  108:8,15,17,19
  108:23 109:5,6
  109:8,12,14,17
  109:23 110:9
  110:11 111:3,7
  111:23 112:3,6
  112:11,16,20
  112:21 113:2
  113:10,11,17
  113:21 115:6,7
  115:8,16,22
  116:2,4,7,9,11
  116:12 117:25
  118:3,6,21
  121:23,24
  122:20 124:13
  124:18,19,21
  124:21 125:1,1
  125:4,8,9,25
  126:9,13,14
  127:5,12
protective 13:18
  13:19,21
provide 102:16
  111:2 133:5,9
provided 4:12
  94:16,17,18
  102:21 116:4
provisions 94:25
PSR 57:17
pull 29:7 30:6,7

30:8 60:11
  66:7 71:25
  72:6,16 95:4
  101:22,24
pulled 64:18
  67:9 68:10,17
  79:4
pulling 72:21,23
purpose 51:22
purposes 59:22
  115:17
pursuant 131:12
  133:2
pushing 44:22
put 19:14 21:15
  21:16 22:4
  26:24 28:7,16
  55:5,20 60:13
  60:24 73:13
  74:6,13,20
  85:9 86:12
  93:10,22,23
  94:1 119:7,8
  119:18,19
  121:10,10
  123:17
putting 91:4
  92:3 102:12

―――――――
        Q
―――――――
Qtr 3:14
quarter 11:16
  91:10
question 6:16,19
  7:14 13:5,12
  16:2,18 18:1
  18:24,25 24:24
  27:15,18 28:15
  31:22 32:4,20
  33:1,7 34:25
  36:24,24 37:14
  41:9,11 42:22
  42:23 43:11,12
  43:19,20,20
  45:24 46:10,24
  47:3,4 52:14

55:16 60:15
  68:22 70:14
  72:19 73:23
  74:1,2,2,16
  77:22 78:17
  81:10,13,13
  84:14 86:11
  92:17,20 95:12
  95:19 100:1
  103:2 109:2,19
  110:14,18,25
  111:13,16,17
  111:23 112:1,9
  112:24 113:25
  114:24 115:2
  117:3,4,8,17
  120:24 123:15
  124:15,24
  125:7,17 127:8
  128:9 129:2
  130:5,15
questions 6:7,14
  30:23 40:23
  78:13 131:2
  132:6
quicker 124:13
quit 125:20
quite 12:19
quote 11:13
  43:23,24 44:22

―――――――
        R
―――――――
radio 99:7,8,9
  99:11 106:6,6
  107:3,10,13
  116:8,10
  121:25
rail 82:17
railroad 56:2
  75:24 81:15
  82:7 98:14
  105:13 118:15
  121:15,18
rails 80:15 82:18
RAILWAY 1:6
ran 98:3

Lewis Ware, Jr.                                    8/10/2022

Page 145

rates 133:13
re-track 25:19
read 19:11
    30:16,20 38:7
    44:4,15 45:11
    45:13 46:12,14
    47:6 114:22
Reading 131:4
ready 17:15
    19:23 29:6
    103:15
real 73:8
realized 54:1
    77:14
really 50:1
    58:17 82:21
rear 123:23
reasons 61:15
recall 18:14 49:4
    49:15 54:14
    62:24 63:7
    85:25
received 32:10
recess 47:18
    86:20 102:9
recognize 90:4
recollect 45:6
recommended
    18:6
record 3:23 12:9
    12:14,15 13:10
    13:11 18:9,10
    46:14 47:6
    87:7,14 102:12
    130:4
recorded 99:5,9
    99:11
recording 33:19
red 27:11,20
Reduce 66:11
reduced 45:19
    45:22 46:3
    132:7
reduction
    116:16
referred 38:10

referring 21:11
    35:7
reflect 13:10
    64:22
reflects 80:21
Regardless 57:9
regular 25:16
    121:15
Regulations
    133:3,7
relationship
    133:7,10
release 57:7
    61:1
relevance 11:17
relevant 11:20
reliability 66:4,4
relocate 40:17
remember
    40:12 52:10,15
    52:18 71:6
    74:2 77:18,23
    78:16,18 79:13
    79:14 101:10
    101:18,22
    103:5,7,8
    128:11
remove 78:24
    84:8,18 85:6
removed 72:2
repair 16:21
    24:10,10,11,14
    24:14 25:3,11
    25:16 54:7
    60:7 84:24
    93:10,11
    122:10,25
    123:23
repaired 32:9
    66:24 74:14
    79:5 82:11
    85:13
repairing 17:7
    43:25
repairs 24:22,25
    25:8,10,12,18

29:15,16 32:5
    51:19 106:22
Repeat 16:2,18
    27:18 31:22
    32:20 37:14
    43:11,12 45:24
    46:10 47:4,5
    55:16 70:14
    74:16 86:11
    111:17
repeated 17:3
replace 25:20,23
    84:18
replacement
    94:16
reply 114:6
report 4:8 17:19
    18:19 32:10
    48:16,19 52:11
    52:12 53:9,22
    63:1,6 65:1
    97:6 101:19,20
    101:21 102:13
reported 38:22
    63:13 70:10
    71:15,17 132:5
reporter 4:12
    19:16 46:14
    47:6 89:10
    131:4,7 133:2
    133:4
reporting 133:3
    133:5,9
represent 89:14
    132:8
representing
    12:14
reprimand 65:2
request 116:2,8
requested
    103:16
Requesting
    113:21
requests 116:6
require 59:5
    79:15 113:2

required 29:15
    56:2,7,8 57:3
    99:25 112:6,14
    112:15 113:8
    114:23,25
    115:11
Requirements
    3:19
requires 58:21
    109:20 113:14
reserve 10:9,15
    10:21
reserved 131:15
response 102:20
    117:16
responsibility
    74:4
responsible
    54:20 64:24
restroom 7:9
    86:18 129:12
    129:14,16
result 132:15
results 18:3
retainer 48:4
    66:22 74:12
retainers 48:7
retrieved 84:17
reverse 116:18
review 3:13 4:3
    4:4 18:13,24
    37:16,20,22
reviewed 17:18
    17:19,21 18:19
    19:5
Reynolds 100:3
    100:4,6,9,10
    101:6 105:25
    108:13
ride 124:3,4,7
rigging 104:6
right 6:1,14 7:17
    8:3 9:14,21,23
    12:2 14:14
    16:9,12,17
    17:14 18:15

20:18,20 21:10
    23:16,18 24:2
    24:3,7 26:11
    26:18,21 27:3
    27:6 28:23
    29:2,12 30:3,5
    30:16 36:1,10
    36:14 37:5
    38:14,15 39:9
    40:7,16 42:4
    42:10 43:1
    44:9 47:9,12
    48:12,15,20
    49:18,24 50:23
    52:3 53:16
    54:9,11,19
    55:3,5,9,11,22
    55:25 56:7,18
    57:8 58:9
    59:19,24 60:4
    60:14,23 61:6
    61:8,15,20,25
    62:3,11,15,20
    62:22 63:25
    64:12,17 65:12
    65:22 66:16,16
    67:14 71:1,4
    71:11,23 72:5
    72:5,9,12,24
    73:6 74:22
    77:10 78:1
    80:22 82:6,20
    82:25 83:13,23
    84:20 85:2,15
    86:1,16 87:22
    87:25 88:4,11
    88:17 89:3,6,8
    89:8,14 90:8
    90:14,15,23
    91:4,17,20
    92:13 93:15
    94:21 96:13,18
    96:21 97:16
    100:10,19
    101:24 103:23
    104:8,16,17,22

Lewis Ware, Jr.                                          8/10/2022

Page 146

104:23 105:1,5
105:8,14 111:8
118:9,9,19,25
120:18 121:19
122:16 123:4
123:17,21
125:25 126:9
126:10,11
127:22 128:12
129:25 130:2
**right-hand**
65:16
**rip** 14:4 24:7,9
24:12,16 51:20
**road** 14:6,7,8,9
17:10 59:2
73:2,20 82:12
106:21
**roll** 33:11,13,15
**roll-by** 59:8
**rolled** 33:11,12
33:15
**room** 70:24
**rotate** 83:11
**route** 107:23
**rule** 15:14 16:22
17:20,21 19:5
75:8,23 76:1,3
94:13 109:20
109:21 112:7
113:3 115:11
127:12 131:12
**rules** 3:20 15:3,4
44:12,13 82:8
100:1,2,7
101:12 131:12
133:3,7
**run** 86:18
101:17
**running** 51:19
95:14
—————————
**S**
**safe** 59:1
**safely** 33:13,13
**safest** 75:25 76:9

**safety** 9:8,11
44:22 56:3,4
58:24 73:8
74:24
**Salisbury** 89:22
**sat** 98:5
**saturation** 4:8
100:2,6 101:12
102:4,6,13
**Savannah** 5:14
5:17 7:22 8:1
8:17 21:6,24
22:8 23:16,18
24:3,6,16,23
25:1,3,8,10,25
28:9 32:3
38:20,24 64:4
64:6 79:16
95:15,23 100:5
101:2
**saw** 27:4 87:14
**saying** 41:20
69:4 111:17
**says** 43:23 44:20
77:11 104:21
**scale** 80:18 81:1
81:14,18
**scene** 49:18
94:19
**schematic** 81:14
**school** 8:7
**scorecard** 11:16
34:20 35:19,21
36:12,15,21
66:3
**Scorecards** 3:14
**seal** 67:20,21
**second** 5:4 11:16
38:16 48:6,12
49:8 51:5
70:19 95:7,8,9
101:2 130:21
**see** 7:3 13:4
35:11 38:11
59:14 65:22
66:1 67:4,10

67:10,14,25
68:1,6 69:4,5,8
69:16 77:11
88:18,20,20,22
90:12 98:21
104:21 107:15
122:9
**seen** 20:14,25
21:3 34:19
36:17 65:8
75:17 87:6
**send** 55:24
**sending** 52:8
**senior** 6:2 7:25
8:18
**sense** 6:17 61:5
**sent** 63:16,22
79:22 101:25
103:14
**separate** 48:23
54:8 73:2
81:24
**separation** 38:3
**September**
45:18 46:2
47:10,21 51:9
54:12
**service** 3:23
12:9,15 13:11
18:8,10 61:20
62:5,8 128:3
**services** 133:5,9
**set** 33:3 49:22
50:13 51:12,15
51:24 57:5
60:23,25 64:5
64:23,24,25
114:6,11,11
128:14,14
**seventh** 36:11
**severity** 25:22
**shack** 71:13,20
**shake** 6:23
**shakes** 7:4
**Shane** 1:3 6:8
7:18 51:1,2

62:17 70:13
71:24,25 75:23
**shank** 68:7
**shed** 24:17
**shift** 48:13 49:8
51:5 58:6,7,8
63:12 70:17,19
95:6,7,9 101:2
101:9,10,13
**shipments** 88:21
**ships** 27:1
**shop** 25:15 62:9
75:13 76:10
79:16 84:5
**short** 24:13
86:17
**shot** 27:13,23
28:1
**show** 80:6,16
**shown** 78:11
**shows** 81:15
**sic** 116:12
**side** 19:15 58:22
59:7,8,12
67:11,12 82:23
83:10
**sides** 59:6
**signal** 3:19
61:22 115:7,8
115:11 123:19
**signals** 119:21
126:10
**signature** 45:11
131:14
**signing** 131:5
**sill** 67:20,21,22
68:8 69:10,10
**simple** 110:14
111:18
**simply** 45:17
**sir** 8:23 14:19
39:3,7 45:13
55:17 73:24
95:5 96:4 99:1
110:12 117:20
125:2,23,25

**sits** 92:9
**situation** 106:1
106:2 128:8
**six** 101:15
**sketch** 8:4
**skipping** 21:20
**slack** 67:5,9,13
68:7,14 69:2,4
103:24 104:2,5
122:10,13
**slack's** 69:12,13
**sliding** 25:16
**slope** 120:16
**slot** 67:11 92:9
**slow** 111:21
**smaller** 21:25
22:2
**sneer** 125:25
**solid** 40:11
**somebody** 24:13
36:25 59:11
**sorry** 11:13 18:9
22:16 41:13
68:4 70:19
77:3 99:9,23
110:13
**sort** 8:22 51:25
**sound** 82:20
**sounds** 24:14
100:19
**south** 105:20
119:3,4 123:6
123:25
**Southern** 1:6
3:21 5:24
13:14 15:22
29:13 75:22
89:16,16 93:20
95:14
**speak** 45:7
**speaking** 80:18
83:2
**specifically**
28:19
**speed** 10:13
**St** 8:13,17 40:4

Lewis Ware, Jr.                                                8/10/2022

Page 147

stack 98:24,25
stand 24:9
    119:11,11
    121:11
Standard 86:3
    121:18
standards 56:5
    82:8
stands 119:9
stapler 37:11
staring 34:5
start 12:12 52:4
    52:15
started 7:17 8:5
    57:17 126:15
State 11:5 132:1
stated 17:3
    25:21 45:15
    64:9 71:14
    74:3 108:16
    112:2 132:5
states 1:1 108:20
Statesboro 5:15
    5:16 64:3
stationed 59:11
status 24:5
steel 83:7
Stephen 23:20
    23:21
steps 117:25
Steve 3:11
stick 53:16
sticker 80:2
stop 59:16
stopped 114:7
storehouse 4:7
    88:11,13 89:15
straight 68:24
    81:4,6,19
strike 34:4
    77:17
stuff 58:24 73:3
style 98:4
subject 13:6
    82:7
subjects 47:14

submitted 45:10
suck 129:17
sufficient
    116:17
suggested 68:23
suggestion 42:2
    69:1
Suite 1:19 2:5
    2:10
summary 30:20
superintendent
    87:4,5,7,10
supersede
    108:21
supervise 22:4
supervisor 8:11
    22:24 38:20
    78:25 83:19
    87:18,19
    128:14
supposed 55:25
sure 33:13 35:24
    44:1 57:16,21
    61:1 69:8
    76:10 82:19
    86:19 93:19
    101:11 128:1
    130:4
swing 48:10,11
    66:20 69:9
    74:12,19
switch 60:12
    116:19 118:23
switched 55:19
switches 30:7
switching 56:16
    62:9 63:1
swore 45:9,12
    46:9
sworn 5:3,8 6:12
Syd 9:22 41:1
    42:2 53:5
    86:17 125:20
    127:24
SYDNEY 2:9
sydney.frazier...

2:12
symbol 52:18
system 61:1
    74:18,20,25
    82:4,5 93:10
    104:1,3,9

───────
           T
───────
T-H-O-R-N-T...
    23:24
T-H-O-R-T
    23:24
T-O-N 23:25
tab 66:21 67:16
    69:8
table 21:17
    43:12
tag 75:3
tags 71:25 72:2
    78:24 79:4
take 12:7 29:22
    37:5 47:14,16
    53:8 59:17
    60:8,14 74:4
    75:25 85:23
    86:17 92:14,15
    92:24 102:22
    123:1,25 124:9
    124:22 125:4
    128:3 130:21
taken 26:23 28:2
    28:6 57:14
    69:20 122:13
takes 61:6 104:5
    122:5
talk 7:13 30:19
    81:22 113:4,4
    113:5,9 127:24
    130:1
talked 15:15
    17:16 31:10
    99:6
talking 28:19
    30:2,6 65:21
    71:22 80:24
    81:4 99:4

100:22 107:17
    116:25 128:20
tank 83:19
    86:24
Targets 35:18
    35:20
task 122:2
Taylor 1:3 6:9
    7:19 8:20
    23:19 45:15
    48:2 62:17
    70:13,22,22
    75:23 78:15
    79:20 94:23
    95:9 99:3
    101:4,17
    103:14 108:7
    110:15 118:20
    128:7
Taylor's 30:17
    76:23
team 122:22
technically 75:6
    75:19
tell 6:12 21:23
    30:22 31:1
    45:9 47:13,24
    47:24 67:8
    71:25 72:5
    76:12,13,16,20
    84:23 87:13
    92:7,7 94:3,7
    94:22 96:21
    103:13 116:13
    116:23 117:9
    122:21 128:13
telling 83:25
    84:20 109:7
ten 46:18
terminal 87:3,3
    87:5,7,10,18
    87:19
territory 9:7
    22:3
test 29:25 55:8
    56:9 57:24

59:5 60:6,20
    60:21 61:2
    114:10
testified 5:9 43:4
    43:9 45:5
    46:21
testimony 36:25
    42:14
tests 26:13 29:15
texts 63:16
thank 21:12
    22:16 29:19
    36:8 39:6
    42:11 53:24
    95:25 98:17
    130:10,20
    131:1,3
thereto 132:7
they'd 62:13
    121:21
thing 12:17
    72:24 130:3
things 10:13
    43:6 55:24
    64:13 89:1
think 28:4 39:11
    50:7 57:15,17
    58:20 65:8
    72:9,15,20
    82:24 85:5
    100:15,16
    101:10 107:21
    112:20 127:18
    131:6
third 90:3,8
    101:9
THOMAS 2:3
Thornton 23:20
    23:22 24:1,2
thought 22:18
    43:9 54:10
    72:15 75:10
    76:6 94:8,11
    109:8,17 110:8
    112:22 116:24
    126:9,13,14,23

Lewis Ware, Jr.                                              8/10/2022

Page 148

**three** 28:24 40:9
  40:13 50:16
  54:6 94:17
**three-point**
  118:3
**three-step** 118:5
  126:13
**throttle** 119:12
**throw** 30:7
**tied** 98:11
**ties** 80:15 123:8
  123:9
**till** 119:16
**time** 4:12 9:20
  10:22 12:19
  17:3,8 18:14
  21:21 22:22
  24:13 25:12
  27:22 28:23
  32:11 33:5
  40:2,8 44:5
  45:20 49:13
  50:19 52:18
  54:6,20,23
  55:2 56:25
  57:5 60:14
  61:6,7,12,17
  64:4,11,18,25
  68:9,16 78:18
  85:4,5,18,19
  89:2 103:8
  105:24 106:5
  107:18 131:3
**title** 6:1
**today** 29:17
  31:21,23 32:2
  32:13 36:18
  103:1 129:10
  130:6,18
**told** 15:15 16:17
  16:19 24:13
  31:3,3 43:21
  44:2 70:2
  76:18,21 77:1
  77:2,24 84:1
  108:14 109:19

109:22 111:7
  118:11 127:11
  128:19
**Tom** 127:24
  130:1
**tom@mtandj....**
  2:7
**tools** 75:13
  94:13,17
**top** 35:17 97:2,4
  97:24 104:21
**torch** 13:22
**totally** 28:15
**track** 14:5 15:16
  15:18,19 16:22
  24:7,12,16
  25:19 28:12
  30:7,8,8,9
  51:17,18,20,21
  59:16 60:9
  85:21 97:6
  110:10 115:13
  119:17 120:10
  120:13 121:16
  121:18 123:8
  123:19
**tracks** 24:19
  27:13,22 28:14
  28:16,24,24
  29:7 56:18
  106:21 112:10
**traffic** 106:17
**trailer** 98:3
**train** 29:6,9,10
  30:10,12,14
  48:23 49:6
  51:5 52:7,9,11
  52:15,16,18,19
  52:20,21 54:12
  54:22 55:5,15
  56:22 57:3,7
  57:12,13 58:2
  58:21 59:9,20
  60:8,13,22,24
  61:16,17,23
  62:23 64:23

65:4,6 66:3,4
  66:11 68:21
  71:4,8 73:2
  79:22 84:25
  85:12,14,19,24
  87:1 96:6,13
  96:22,23 97:2
  97:4,18 98:16
  99:4 103:6
  104:3,9 105:5
  105:18,19
  108:3,7 109:16
  118:11,16,21
  119:7,17 120:7
  120:21 121:7,7
  121:13
**train's** 64:24,25
  97:7
**trained** 9:7
**training** 8:22,23
  8:25 9:4,5,15
  9:17,20 85:5
**trainmaster**
  87:1
**trains** 26:25,25
  29:14 54:23
  55:18,19 56:9
  61:10 63:1
  95:13 96:11,12
  96:19 97:8,9
  98:22,24
  105:10
**transcript** 4:11
  4:13 131:8
  132:5,9
**transmitted**
  121:25
**transportation**
  14:25 15:4
  17:4,6 30:13
  51:23 52:1
  55:1,6 56:24
  57:1,5 60:9,23
  61:9,22 64:19
  83:18 87:1
  93:18 94:12

99:14 107:18
  118:2 128:13
**tried** 6:19 11:9
  88:10
**triple** 29:8 30:10
**tripled** 105:19
**tripling** 29:3
**trouble** 73:21
**truck** 14:7,8,9
  23:4,8 98:3,7
  106:10,11
  120:6 123:24
**true** 128:17
  132:9
**truth** 6:12 45:9
  45:12 46:9,22
**truthfully** 6:19
**try** 7:13,15
  55:17 78:22
  102:1,24
  111:15,18,22
  113:1 121:6
**trying** 20:20
  34:8 45:25
  68:23 92:3
  125:14 130:17
**Tucker** 2:3,4 3:4
  5:11 7:2 9:21
  10:1,16,19,24
  11:2,5,9,12,24
  12:2,5,15,16
  12:20,22 13:1
  13:3,6,16 14:3
  18:21 19:1,7
  19:14,21 20:3
  20:8,18,20,24
  21:13,14 22:15
  22:17,20,23,25
  27:8,16 28:3
  29:18,23 30:25
  31:5,8,12,13
  34:1,3,5,8,11
  34:16,18 35:1
  35:3,5,9,11,14
  35:18,22 36:3
  36:5,9 37:1,4

37:11,12 38:13
  39:8,14,18
  40:21 41:1,5
  41:10,12,17,22
  41:24 42:10,12
  42:24 43:7
  46:12,16,25
  47:5,8,20
  48:21 49:1,5
  50:4,7,11,22
  52:13 53:4,7
  53:11,19,23,25
  57:10 58:14
  63:19 65:17,18
  67:17 68:5,18
  68:20,25 69:17
  72:22 74:5
  77:2,4,6,8,15
  80:1,5,12,13
  80:22,25 81:8
  81:12 84:15
  86:16,22 87:5
  87:8,15,21
  89:8,13,18,20
  89:22 90:1,8
  90:11 91:23,25
  92:22 95:18,21
  95:23 96:1,3
  96:24 97:1,3
  97:19,22,25
  98:2,7,9,12,19
  98:21,23 99:8
  99:12 102:8,11
  103:3,4 106:3
  106:7 108:11
  109:3,24 110:4
  110:7,20,22
  111:5,14 112:4
  112:12,25
  114:1,4,21
  115:1,3 117:11
  120:24 121:1
  123:16 124:16
  125:10,16,20
  125:21 126:18
  126:21,25

127:2,10,18,21
127:24 128:2
129:3,9,25
130:11,21,25
131:10
**Tucker's** 130:5
**turned** 55:7
56:22,25
**twice** 59:6
**two** 18:1 24:5,20
24:21 32:8
33:20 43:5
47:10,21 48:16
48:24,24 50:16
50:17 52:16
54:3,8,12,15
57:6,17,20,22
57:23 59:20
60:12 69:21
70:1 74:25
79:20 86:25
87:12,22 94:5
94:12,16 95:4
96:5 101:3
104:14 121:22
**two-man** 91:5
122:11,15,18
123:4
**twos** 16:6
**typewriting**
132:7

**U**

**Uh-huh** 90:13
**Uh-huhs** 7:6
**Unclear** 117:22
**uncoupling** 82:4
115:18
**understand** 6:9
6:11,15 7:5
12:20 13:1,9
16:16 23:7
32:25 62:11
67:13 105:18
108:18,24
109:6,15

110:13 111:16
117:9,10,13,14
117:19 122:7
125:2,11
**understanding**
104:11 118:5
118:16
**understood** 6:18
87:9 109:4
110:16,19
111:11
**unit** 115:10
**UNITED** 1:1
**unload** 26:25
**unusual** 103:18
103:22
**UPS** 97:13,14
**usual** 133:13

**V**

**vague** 117:4,5,8
117:12,15,20
**Valdosta** 23:10
23:11
**varied** 58:7,7
**variety** 64:21
90:21
**vary** 58:6
**vehicle** 123:22
**Verbally** 116:2
**vest** 13:23
**victim** 51:25
**VIDEOCONF...**
1:10
**view** 3:17,18
**violate** 14:17,22
15:2
**violated** 15:22
15:22 94:8,13
**violating** 14:15
14:20
**violation** 14:18
15:21 16:4
18:6
**visible** 69:9
**visual** 75:7

**voice** 10:12
**volunteered**
84:24
**vs** 1:5

**W**

**waited** 121:25
**waiving** 131:5
**walk** 120:12,15
120:22 121:2,9
121:21 123:6,8
123:21,25
124:4,6
**walked** 58:21
121:24
**WALKER** 2:3
**walking** 59:5,7
120:9 121:12
**walkways**
123:11
**want** 10:9,14,21
10:21 13:8,10
19:2 21:21
39:13 42:7,13
44:20 45:12
47:9,16 53:21
54:23 60:17
71:18 72:14
80:1 81:5,19
86:17 94:21
108:25,25
111:6 128:24
130:3
**wanted** 122:4
**wanting** 42:4
**Ware** 1:11 3:2,8
3:13,16,23 4:1
4:3,4 5:1,7,12
5:13 11:18,19
12:6 13:12
17:13 31:14
36:10 38:8
50:12 53:8
80:6 86:23
95:3 102:14,23
102:24 108:24

112:17 117:18
125:11,22
130:25
**wash** 51:21
**wasn't** 17:5 43:2
46:18 50:1
68:20 108:1
**watch** 59:12
106:19
**watched** 84:1
**water** 7:10
**wavelength**
105:16
**way** 21:25 22:4
34:17 54:21
105:20 106:17
120:21 121:3
123:22 132:14
**Waylon** 107:20
**we'll** 7:12 33:13
111:21
**we're** 6:7,18
13:3,6 30:2
35:6 57:6
64:23 80:18
95:10 99:25
100:22 105:16
130:25
**we've** 41:6,25
**Weatherman**
3:12
**weekly** 45:16,18
**weigh** 88:5,10
89:5 91:3
**weighed** 89:3
90:16 91:2
**weight** 92:10
**weights** 88:17
88:18,20,22
90:14
**went** 8:7 9:6
51:12 52:23,25
75:17 77:13
84:5
**weren't** 64:15
79:7 107:15

**west** 105:9,10,13
118:15
**wheel** 23:4,8
**wheels** 80:15
98:6,7
**WILLIAM** 2:3
**willing** 40:17
**wish** 58:12
**witness** 3:2 5:3
14:2 22:14
35:10,23 36:1
39:5,7 73:24
89:23 110:23
130:9 131:1,3
131:14
**woods** 105:22
**word** 9:1 20:10
45:7 117:19
**words** 7:14
**work** 8:4 14:9
22:12 23:1,1
67:8 71:2,17
79:21 81:25
111:3 126:16
**workday** 52:4
**worked** 9:3
38:19
**working** 8:21
9:15 13:19
15:16 58:9
64:15 101:1
108:14 110:10
118:22 119:3
**workshops** 9:11
**worry** 7:7 117:8
**wouldn't** 74:9
85:9 121:22
124:10,17
125:4
**wreck** 73:3
**write** 7:3
**writing** 73:14,18
74:7
**written** 42:25
75:20 81:3
**wrong** 32:7

87:13,14,15
92:7

---

**X**

---

**Y**

y'all 12:17 51:17
61:8 87:22
89:25
yard 3:17 4:7
17:11 19:9
22:1 24:15
26:12,16,16,17
26:17,21 27:12
27:22 28:4,5,8
28:13,15 29:13
29:22 32:1
33:5 45:16
51:16 55:8,11
55:18 56:9,12
56:15,16,16
58:18 59:9,13
63:24 68:14
69:2 71:16
79:17,18,23,24
86:24 89:16,17
94:22 95:4,16
96:2,5 99:4,17
100:22 101:8
101:14 103:6
103:14,17
104:18 105:6
105:20 106:4,5
106:9,11,13,15
106:18,18
107:6,11,13,23
108:1 118:12
120:2 127:14
128:10
yard's 55:21
yardmaster
15:7,10,15
16:24 29:21
59:24 60:2
103:16
yards 22:9

yeah 7:3 8:14,19
9:13 11:24
19:16 22:21
24:1 28:5
38:14 41:19,22
41:23 42:1
48:20 49:1,25
50:4,9 53:20
62:12,12 67:18
68:12,15 70:19
73:25 74:17
77:8 80:12,12
81:11 88:14
91:2 93:1 96:1
97:1 98:8,10
98:19 100:20
102:2 104:19
105:2 115:3
118:7,8,9
122:8 127:20
year 36:22 37:20
39:20
years 7:23,23,23
8:10
yesterday 10:2
10:11 18:16
41:8,14,16,18
131:8
you-all 43:11
young 39:12

---

**Z**

zero 23:3,5
31:24,25 32:2
32:11
Zoom 2:3

---

**0**

---

**1**

1 3:8 4:11 9:22
9:24 11:22
61:2
1-1-2015 3:20
1/2 82:18
1/2-by-11 20:17

1:21-cv-3303-...
1:5
10 1:14 3:9,10
3:11,13,14,15
3:17,18,19,19
3:21 5:2 10:7
45:16 83:2
10.B 133:3
10:09 47:19
10:56 86:20
102 4:8
11 3:21 10:2,8
11:23 20:22
21:10,12 37:7
114:20,22
11-6-2018 3:12
11:00 49:10,11
70:12,15,18
11:10 86:21
11:26 102:9
11:33 102:10
12 3:23,23 12:3
12:7 37:7
45:19,22 46:3
61:19
12:00 131:11
13 4:1 19:19,22
37:7
1325 2:5
14 4:2 20:1,4,25
114:14
14th 100:15,16
100:18
15 4:3 39:16,19
64:7
15-14-27(a)
133:6
150 123:19
150-car 57:13
156 52:17,17,23
96:6,7
16 4:4 8:12,12
40:2,19,22
42:5 44:6
17 4:3,6 8:14,15
8:19 41:2 80:3

80:6 96:6
18 4:7,11 64:6
89:9,10,11
19 4:1,8,11
102:17,18
1990 8:6,6,7
1991 8:7

---

**2**

2 3:9 10:2,3
20 4:2,5 45:18
45:22 46:2,19
46:20 57:15
89:2,4,5 93:2
2001 2:4,10
2016 4:3 39:20
40:5
2017 3:14 4:4
11:17 35:18,20
36:22 40:25
41:3 42:8,18
2018 3:13 28:19
28:20,23 29:18
30:3 37:16
41:7,25 45:18
46:3 47:10,21
55:12 56:12,25
57:6,16 58:2
58:10 60:18
94:24 95:14
96:7
2018's 41:13
2019 45:19
2022 1:14 5:2
133:15
205 2:6,11
207 96:9
208 96:10
23 3:13
231 96:9
232 96:9
24 101:7,7
24th 133:15
26 8:10
27 90:16
2745 1:23

132:23 133:20
2nd 3:14

---

**3**

3 3:10 10:4
3.87 65:15
3:00 49:11 70:17
70:17,20 71:1
79:21
30 79:11 90:23
30(e) 131:12
32 3:23
32106 54:4,6
83:21
322-2333 2:6
33 90:5
35 90:16
35203 2:5,11
373 96:7,7
377 52:16,23
96:6,7
38 56:20,21
39 4:3

---

**4**

4 3:11 10:4
53:10,12,13
82:18
40 4:4 79:11
44 90:5
45 5:18

---

**5**

5 3:4,13,21 4:2
10:5 17:20
20:5,13 37:6,7
37:13,15 41:7
41:17,20 83:15
94:24 109:9,12
110:9,16 111:4
113:14
5-21-2018 3:22
50-car 57:12
500 1:19
51 5:22
53 39:11

Lewis Ware, Jr.

| 6 | | | | |
|---|---|---|---|---|
| **6** 3:14 10:5<br>11:15 34:22<br>35:8,9 37:7<br>65:12<br>**651** 115:11 | | | | |

| 7 | | | | |
|---|---|---|---|---|
| **7** 3:15 10:6<br>**7.C** 133:6<br>**700** 2:10<br>**716-5200** 2:11<br>**75** 1:18 | | | | |

| 8 | | | | |
|---|---|---|---|---|
| **8** 3:17 10:6<br>20:17 27:7,9<br>82:18 83:2<br>104:17<br>**80** 4:6<br>**89** 4:7 | | | | |

| 9 | | | | |
|---|---|---|---|---|
| **9** 3:8,18 10:7<br>27:7,9,10,20<br>45:12,14 46:8<br>**9-11-28(c)** 133:8<br>**9-11-30(e)**<br>131:14<br>**9-25-2019** 3:16<br>**9:05** 1:15<br>**9:57** 47:18<br>**90** 8:8<br>**900** 1:18<br>**91** 8:9 | | | | |