**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3

 4

 5    SHANE FOWLER and KEVIN TAYLOR,

 6       Plaintiff,

 7

 8

 9
      vs.                         CASE NUMBER
10                             1:21-CV-3303-MLB

11

12

13

      NORFOLK SOUTHERN RAILWAY COMPANY, et al,
14
         Defendant.
15
      --------------------------/
16

17

18            The sworn statement of STEVEN DANIELS, a

19    witness in the above-entitled cause, taken

20    pursuant to Notice and agreement, before Naomi

21    McCracken, Court Reporter and Notary Public, at

22    the Offices of Coastal Court Reporting, 100 Bull

23    Street, Savannah, Georgia, on the 12th day of

24    April 2022, commencing at or about the hour of

25    10:16 a.m.
```

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 2

```
1    APPEARANCES OF COUNSEL:

2

       FOR THE PLAINTIFF:
3
            W.C. TUCKER, JR., ESQUIRE
4           Maples, Tucker & Jacobs, L.L.C.
            2001 Park Place
5           Suite 1325
            Birmingham, Alabama 35203
6           carla@mtandj.com
            205-322-2333
7

8

9

10

11

12                    -    -    -

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 3

1

2                       I N D E X

3

4

5

6                                              PAGE

7

8   EXHIBIT INDEX ------------------------------ 3

9
    OPENING REMARKS AND STIPULATIONS ----------- 4
10

11

12

13

14

15

16  DIRECT EXAMINATION:
        By Mr. Tucker --------------------------- 4
17

18

19

20

21

22

23

24
    CERTIFICATE -------------------------------- 43
25

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 4

1          D O C U M E N T A R Y   E V I D E N C E

2      NUMBER                 DESCRIPTION                    PAGE

3      PX-1        Printout                              27

4      PX-2        Blue Flag Incident                    31

5      PX-3        Career Cert Record                    31

6      PX-4        Operations Division Bulletin          34
                   Number 5
7
       PX-5        Google Overhead Map                   37
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Steven Daniels**
**SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY**

Page 5

```
 1                  STEVEN DANIELS,
 2   having been produced and first duly sworn as a
 3   witness, testified as follows:
 4                  DIRECT EXAMINATION
 5   BY MR. TUCKER:
 6        Q    Tell us your full name, please, sir.
 7        A    Steven Daniels.  Do you need my
 8   birthday?
 9        Q    No.  Just what is your middle initial?
10        A    D.
11        Q    How old -- and you go by Steve?
12        A    Yeah.  Steve.  Steven.
13        Q    Steve, how old are you?
14        A    Fifty-one.
15        Q    And where do you live?  Just the city.
16        A    Rincon, Georgia.
17        Q    And you realize we're here to take your
18   sworn statement in the matter of Shane Fowler
19   and Kelvin Taylor's claims against Norfolk
20   Southern arising out of a violation of the
21   Whistleblower Law?
22        A    Yes, sir.
23        Q    Okay.  Under oath and penalty of
24   perjury?
25        A    Yes, sir.
```

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 6

1        **Q**     Okay.  And your name has come up in

2     this case and I want to ask you some questions

3     about your knowledge of it and involvement in

4     the matters that Kelvin and Shane have raised.

5     Let's go over a little bit about you, generally.

6             Where are you from, originally?

7        A     Augusta, Georgia.

8        **Q**     And do I understand your father is a

9     retired sergeant major in the Army?

10       A     Yes.

11       **Q**     All right.  And did you move to Rincon,

12    Georgia to -- when you got a job with Norfolk

13    Southern?

14       A     Yes, sir.

15       **Q**     When did you go to work for Norfolk

16    Southern?

17       A     October of 2006.

18       **Q**     In '06?

19       A     Yes.

20       **Q**     In what department?

21       A     Mechanical.

22       **Q**     And was that here in Savannah?

23       A     Yes.

24       **Q**     And were you specifically hired in the

25    carman craft?

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 7

```
 1        A    Yes.
 2        Q    And did you go through a student
 3    apprentice program and become a journeyman?
 4        A    No, no.  They send you to school when
 5    you get hired.
 6        Q    Okay.  And when did you make
 7    journeyman?
 8        A    I came out of my time in 2008.
 9        Q    Okay.  As a journeyman carman?
10        A    Yeah.
11        Q    Okay.  And you've been working there as
12    that --
13        A    Ever since, yes.
14        Q    Okay.  Now you currently off right now
15    with a hip problem; correct?
16        A    Yes, sir.
17        Q    Do I understand you're going to have
18    surgery on it?
19        A    Yeah.  Soon.  I'm going through
20    physical therapy right now.
21        Q    Okay.  How many years did you have with
22    the railroad?
23        A    This year makes 16.
24        Q    Okay.  And is that -- all of your work
25    done at Dillard yard?
```

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 8

```
 1      A    Yes.

 2      Q    And the surrounding area?

 3      A    Yes.

 4      Q    Does that include the Mason yard, the

 5   pig yard?

 6      A    Yes.

 7      Q    Okay.  What is the Mason yard?

 8      A    It's intermodal yard where the ships

 9   come in. It's a container port.

10      Q    Containers offloaded, containers are

11   loaded?

12      A    Yeah, yeah, yeah.

13      Q    Some or all or both?

14      A    Yes.  Loaded, offloaded.

15      Q    Okay.  Did -- and as a carman, did you

16   -- did you work -- did you repair cars as well

17   as inspect trains?

18      A    Yes.

19      Q    Do you know Shane Fowler and Kelvin

20   Taylor?

21      A    Yes.

22      Q    Are they social friends of yours?

23      A    Yes.

24      Q    Okay.  The fact that they are social

25   friends of yours, would that cause you tell
```

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 9

1    anything other than the truth about what I'm

2    fixing to ask you?

3        A    No.

4        Q    All right.  Do you know Lewis Ware?

5        A    Yes.

6        Q    And how do you know Lewis Ware?

7        A    When I first met him in the -- before

8    he came a mechanical supervisor.  He was a

9    training -- a training leader for Norfolk

10   Southern.

11       Q    Was that out of Macon?

12       A    Yes, out of Macon.

13       Q    All right.  And in that capacity, did

14   he come to -- down from Macon to Savannah?

15       A    Every six -- probably every six months

16   to train.

17       Q    Did you have any problems with him

18   then?

19       A    Not at all.

20       Q    All right.  Who were the supervisors

21   for whom you worked at -- and when I say

22   "Supervisor," let me go over a couple of things.

23   As a carman in Savannah, how many -- you were --

24   carman did the work and then there were

25   supervisor personnel who --

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 10

```
 1        A    I was under three supervisors before
 2   Lewis came.
 3        Q    That's what I -- but there's only been
 4   one supervisor level official at Dillard yard in
 5   the mechanical department, there's not one every
 6   shift?
 7        A    No.  There's only one over everything.
 8        Q    Okay.  So -- and are they at the what's
 9   called the senior general foreman level?
10        A    Yes.  Yes.
11        Q    Okay.  And that's what Lewis was the
12   last time you saw him and all the time we're
13   going to talk about today?
14        A    Yes.
15        Q    All right.  Who were the others?
16        A    Mario Lembo, Sam Goodman and
17   Jonathan -- what's Jonathan's last name?
18        Q    Hensen.
19        A    Hensen, yes.
20        Q    All right.  Are you familiar with --
21   were you aware of the fact that Mr. Fowler and
22   Mr. Taylor had made a hotline complaint to the
23   Ethics and Compliance Department of Norfolk
24   Southern about Mr. Ware?
25        A    Yes.
```

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 11

1        Q     What was your understanding of what

2     their complaints were about, if you know?

3        A     Just about him -- him constantly, you

4     know, watching them.  And every time they go in

5     the yard doing work.  I just -- when they talked

6     to me about it, they said that he followed them

7     over to Mason yard.  And, to my knowledge, which

8     is true, is that the work they were doing, all

9     they had to do and all they was ever instructed

10    to do, was let them know that we was in the area

11    in order to perform our duties.  But he got them

12    for a blue flag violation, which was -- I don't

13    understand how that happened.

14       Q     Do you know other people that had done

15    that job the same way?

16       A     Yes.  A lot of other people since we've

17    been there, and that has never happened.

18       Q     All right.  Was Ware vindictive?

19       A     Very.

20       Q     Were you interviewed by Diane Barnett

21    about that?

22       A     Yes.

23       Q     What did you tell her about Mr. Ware?

24       A     Just that he's -- you know, he likes to

25    threaten.  He likes to, you know, let you know

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 12

1    that he's the supervisor.  It's always -- you

2    know, it's just feel like he's constantly got a

3    foot on your neck.

4        Q    Did he lead by example or intimidation?

5        A    No, no.  Intimidation.

6        Q    You learned a little something about

7    leadership watching your dad, didn't you?

8        A    Absolutely.

9        Q    Would your dad have led like Lewis

10   Ware?

11       A    Not at all.

12       Q    What are bad order tags?

13       A    They're orange tags that we have to put

14   on the side of the car when something's wrong

15   with the car in order for transportation to

16   know, in order, you know, to take them out so

17   they can't be pulling on the train when the

18   train go out.

19       Q    All right.  In addition to their

20   complaint about their treatment at Mason yard,

21   they complained about Ware pulling bad order

22   tags and about making them do more work than

23   other people and they --

24       A    They did a lot.

25       Q    Was that your observation --

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 13

```
 1        A    Yeah, yeah, yeah.
 2        Q    -- that he was retaliating against
 3   Fowler and Taylor?
 4        A    Yes.  It's -- no, we was -- a lot of us
 5   actually seen him pull a bad -- bad order tag
 6   off.
 7        Q    We're going to go back over that in
 8   just a minute.
 9        A    Yeah.
10        Q    There was also some problems with a
11   couple of cars which involved a cross key.  And
12   I'll get over that -- go over that in just a
13   minute.
14             And initial, about two cars which take
15   -- which Ware and a transportation guy evidently
16   fixed?
17             Were you aware of that?
18        A    Yes, I was aware of it, and I was
19   surprised because transportation shouldn't be
20   fixing -- shouldn't be doing our work, shouldn't
21   be crossing over to our craft.
22        Q    And plus, is it more important even if
23   they didn't blue flag the traps?
24        A    Yes.
25        Q    Now, you got a blue flag violation on
```

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 14

1    your record, do you not?

2         A    Yes, I do.

3         Q    Okay.  That -- is that, in any way,

4    like what happened to Fowler and Taylor at Mason

5    yard?

6         A    Somewhat, yes, yes.  Not a blue flag in

7    a trap, but -- for instance, but in our yard,

8    the flags are there.  You don't have to use

9    portable flags, they are automatically there,

10   so...

11        Q    Is the --

12        A    But, I mean, it's a little different

13   from going over in the Mason yard.

14        Q    And the movement protection that they

15   thought they were using, you don't need to use

16   that --

17        A    No, you don't.

18        Q    -- at Dillard yard because the flags

19   are there?

20        A    Yeah, they're there.

21        Q    Okay.  All right.  Let's go over real

22   quick, what -- the railroad -- there's certain

23   rules that apply to the railroad from the

24   Federal Railroad Administration about

25   requirements on cars.

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 15

```
 1              And these are safety rules and laws,
 2    right?
 3       A    Yes.
 4       Q    And there are car inspectors, like
 5    yourself, that inspect these cars, and if they
 6    find they have to do a certain kind of
 7    inspection, and that's an important safety
 8    function of the car -- the carman's craft, isn't
 9    it?
10       A    Yes.
11       Q    And that's what you're trying to do?
12       A    Yes.
13       Q    All right.  If you find a bad order on
14    a car, if it's in a train, can the car be fixed
15    if it's still -- can the car, under certain
16    circumstances, be fixed while it's still in the
17    train?
18       A    Yes, it can be fixed.  And most of the
19    time if there's a car that's fixable, then we'll
20    fix it before it leaves so it can go.  But if
21    it's not fixable, you have to bad order.  You
22    have to call the tower to let them know.
23       Q    You have to pull the car out of the
24    train?
25       A    Yeah.  They have to pull -- when they
```

**Steven Daniels**
**SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY**

Page 16

1    switch it out, they have to switch it out before

2    the train leaves.

3        Q    But all this is done under blue flag

4    protection?

5        A    Yes, sir.

6        Q    Including the repair?

7        A    Yes.

8        Q    All right.  Now, when that's done, if

9    it has to be pulled out, can that cause train

10    delays?

11        A    It can.

12        Q    And is that the problem that the -- is

13    the railroad trying to not do repairs in order

14    to save train delays?

15        A    I think so.

16        Q    Was your that your observation?

17        A    Yeah.  They want to get the train out.

18    You know, it's all about, you know, the

19    customer, trying to get it to the customer at

20    any cost.

21        Q    It's also about their evaluations, too,

22    it is not?

23        A    Yes, sir.

24        Q    Have you -- has Ware ever told you to

25    stop delaying trains and quit bad ordering so

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 17

1      many cars?

2          A    Absolutely.

3          Q    Does he tell you that his job's on the

4      line?

5          A    He's never said that his job is on the

6      line, but he's always made it seems like it was

7      a definite problem for us bad ordering, it's

8      going to become a problem.  One time when he was

9      talking about bad orders that -- we all, as a

10     group, didn't bad order cars for months because

11     it just felt intimidating.

12         Q    That's not the safe way to run a

13     railroad, is it?

14         A    Not at all because our job as a

15     mechanical inspectors are to make sure that when

16     that equipment leaves the yard, it's in the best

17     shape it is to go up that road.

18         Q    Okay.  There's a lot of hazardous

19     materials come in and out of Dillard yard?

20         A    Yes, sir.

21         Q    Including things like chlorine and that

22     sort of thing?

23         A    Yes, sir.

24         Q    All right.  Now, the bad order tag is a

25     physical tag that if you find a bad order, you

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 18

1   attach it on each side of the car?

2       A    Yes.  You put the date, you put the

3   location, you put the car number, and then where

4   it's bad ordered at and what's the bad order

5   for.

6       Q    Okay.  And then were you under

7   instructions of -- and the other carman that if

8   you had a bad order, that you were to call Lewis

9   Ware?

10      A    Immediately.

11      Q    And why?

12      A    Immediately.

13      Q    Why?

14      A    I don't understand why, Mr. Tucker, but

15  it was to a point where he just didn't want bad

16  orders and he put it out, if you going to bad

17  order, call me first and let me know.

18      Q    Did he ever pull bad a order tag off of

19  one of your cars?

20      A    Oh, several.

21      Q    Before you had your interview with

22  Diane Barnett?

23      A    Oh, several.  Yes.

24      Q    Did you tell Diane Barnett about that?

25      A    She knows.

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 19

```
 1        Q    I mean, you told her about it?
 2        A    Yeah, yeah.  She knows.
 3        Q    Okay.  Have you heard that Ware had a
 4   history of removing bad orders when he was in
 5   Macon as a mechanical supervisor?
 6        A    Yep.
 7        Q    How did you hear about it?  People in
 8   Macon?
 9        A    Yeah.  People in Macon.  There was a
10   guy that used to work with us named Dustin --
11   named Dustin.  He told us that had happened up
12   there a lot with him when he was up there.
13        Q    Okay.  Are you familiar with BKTY cars?
14        A    BKTY.  Yeah.  Oh, yeah.
15        Q    They have cross keys and swing gates on
16   the couplers?
17        A    Yes.
18        Q    Are you familiar with the situation
19   that arose where Mr. Fowler and Mr. Taylor
20   thought that there were two cars that had a
21   problem and Ware ordered them to remove the bad
22   order tags?
23        A    Over in R3.
24        Q    Okay.  You're familiar with that?
25        A    Yes.
```

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 20

1      **Q**     Did you get called or did you happen to

2      be able to look at those cars?

3      **A**     I wasn't on duty at the time.

4      **Q**     Okay.  So you didn't have a chance to

5      look at them?

6      **A**     Huh-uh.  I just heard what happened,

7      that when I got there the next, I talked to

8      Taylor and them and they said that,

9      mysteriously, those cars were being pulled, and

10     said that Lewis Ware said they was fixed already

11     so they could go.

12     **Q**     All right.  Is there a difference

13     between a cross key and a swing gate?

14     **A**     Well, there's a cross key in most all

15     the cars.  But you have a cross key and you have

16     a cross key retainer that goes on certain -- on

17     certain cross keys, and then you got cross keys

18     that go in that sits in, like in a cushion unit,

19     and then you got the swing gates on the outside

20     that protects that cross key from moving.

21     **Q**     Okay.  Were you aware that Shane and

22     Kelvin's problem was with the -- with that swing

23     gate?

24     **A**     It probably was broke.

25     **Q**     Yeah.  Not actually the cross key.

**Steven Daniels**
**SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY**

Page 21

```
 1        A    Yeah.  The problem -- the swing gate

 2    was probably bent or either broke, and when it's

 3    like that and very loose, you have to change it.

 4    And then a lot of times when it's like that in

 5    the train and the cushion unit is collapsed, you

 6    can't get in there to change it so it has to be

 7    put in a bad order in order to be changed at the

 8    mechanical shop.

 9        Q    Is the broken -- do you remember --

10    it's my understanding that there was no way that

11    the computer system didn't have a write-up for

12    the swing gate, and the closest way to describe

13    the problem would be a cross key problem?

14        A    Yeah.

15        Q    Is that right?

16        A    That's part of the draft system.

17        Q    All right.  So you could write it up

18    and it could be a problem with the swing gate,

19    but the cross key would technically still be

20    okay because it was not broken?

21        A    Yes.

22        Q    And if that cross -- if that swing gate

23    failed, the key could come out even though it

24    was -- not anything wrong with it?

25        A    Yeah.  Eventually, with the vibration
```

**Steven Daniels**
**SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY**

Page 22

1    of the train moving, it'll move out a little bit

2    by little bit.  It can come out.  Sometimes it

3    don't come out, but eventually, the vibration

4    will make that key move that retainer and that

5    cross key move.

6        Q    And if the swing gate were broken

7    enough to where the cross key can come out, but

8    it hadn't yet, then everybody is just getting

9    lucky so far; is that --

10       A    Yeah.

11       Q    -- what it is?

12       A    Because if that -- because if that

13   cross key comes out, that'd cause a real

14   problem.  That coupler comes out.

15       Q    Then when it does, if it's in a

16   train --

17       A    It separates the train --

18       Q    It separates the train, puts it in all

19   emergency and you could have derailments --

20       A    Yes.

21       Q    -- and wrecks and everything else,

22   right?

23       A    Yes.  That's a job problem, there.

24       Q    Right.  If you saw the swing gate

25   broken like that, would a report, in your

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 23

1    opinion as a journeyman carman, experienced

2    employee, would that be a good-faith report of a

3    safety problem?

4        A    Yes.

5        Q    Okay.  You think that management should

6    threaten you for trying to report that and get

7    it fixed?

8        A    Yeah, they shouldn't, but they put

9    pressure on us.

10       Q    All right?

11       A    You know?

12       Q    Were you familiar in -- where they blue

13   flagged -- excuse me -- with a situation which

14   developed in September of 2018 when Mr. Fowler

15   and Mr. Taylor, on their shift, had blue flagged

16   two cars and a train that one -- at least one of

17   which was later repaired by Lewis Ware and a

18   transportation department manager?

19       A    Yes.

20       Q    How did you hear about it?

21       A    From Shane and Kelvin Taylor.

22       Q    Were you working first shift then?

23       A    No.  I was -- what shift was I on then?

24       Q    Were they working second --

25       A    Yeah.

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 24

```
 1        Q     -- and you were working third?
 2        A     Yeah, yeah.  They was on second shift
 3    then.
 4        Q     Okay.  And you were on third?
 5        A     I was on third with --
 6        Q     Who were you working with?
 7        A     -- Shane -- With Jared Blocker.
 8        Q     Jared Blocker?
 9        A     Yes.
10        Q     Okay.  Did you -- did Diane Barnett ask
11    you about that situation?
12        A     No, she didn't ask about that
13    situation.
14        Q     But you knew about it?
15        A     Yeah, I knew about it.  I knew about it
16    because they say he ran those cars.
17        Q     All right.  Were you aware that he
18    had -- Ware and the transportation --
19        A     Yeah.  They so-called repaired it
20    themselves.
21        Q     Yeah.  With no blue flag?
22        A     Yeah.  That's what shocked me.
23        Q     Well, that's a blue flag violation in
24    and of itself, isn't it?
25        A     Yeah.  Automatically.  And if whoever
```

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 25

1      was with him in transportation repaired that

2      car, that was illegal.

3           Q     All right.

4           A     He shouldn't of.

5           Q     Because he's not qualified to do it?

6           A     No.  He's not -- he's not qualified to

7      step over to our craft to even perform that job.

8           Q     Okay.  Would you agree that Ware had

9      harassed and threatened and attempted to

10     intimidate employees about making -- putting bad

11     order tags on actual bad orders?

12          A     Yep.  And he even got to the point

13     where, "You bad order it, you fix it."

14          Q     Was that a form of retaliation?

15          A     Yeah.  To me, it is.

16          Q     Did he do it to you?

17          A     Oh, yes.

18          Q     Before all this?

19          A     Several times before.

20          Q     All right.  Okay.  Did it appear to you

21     that Ware gave Fowler and Taylor more nitpicky

22     kind of duties appearing as if he were

23     retaliating against them because they were

24     trying to do their job right?

25          A     Yes, sir.

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 26

1    Q    On your observation, were Fowler and

2    Taylor good, well-qualified carmen?

3        A    Oh, yeah.  Our whole crew is good.

4        Q    Were you good?

5        A    Yes.  Yeah, yeah.

6        Q    Okay.

7        A    Yeah.  It's the only job I've ever

8    loved.

9        Q    In your blue flag discipline that's

10   listed on your career service report, that

11   didn't involve the use of the movement

12   protection rules, did it?

13       A    No.

14       Q    So it's not anywhere close to the

15   swing, is it?

16       A    No.  That was just me taking a

17   shortcut.

18       Q    And you actually did it?

19       A    Yes.

20       Q    Okay.  And you shouldn't have done it?

21       A    No, I shouldn't have.  I shouldn't

22   have.

23       Q    Were you trying to help them get their

24   train out?

25       A    Yeah, yeah.  I was -- yeah, doing

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 27

```
 1     something, trying to take a shortcut, but...
 2            MR. TUCKER:  All right.  We'll
 3       mark this as Number 1.
 4              (Whereupon, Plaintiff's Exhibit
 5               Number 1 was marked for
 6               identification.)
 7   BY MR. TUCKER:
 8       Q    That was printed out by Kelvin Taylor.
 9            Exhibit 1, are you familiar with that?
10            I'm not sick.  This pollen is just
11   killing me.
12       A    Yeah.
13       Q    Do you remember that?
14       A    Yeah.  He was right.  We were a great
15   team.
16       Q    Was it because of his leadership or in
17   spite of it?
18       A    In spite of it.
19       Q    But that confirms the same kind of
20   thing about train delays are the very -- most
21   important thing?
22       A    Yes.
23       Q    All right.  Now, have you ever been
24   told by Lewis Ware to carry a cell phone --
25       A    In the yard.
```

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 28

```
 1        Q      -- in the yard, outside the truck?
 2        A      Yep.  Keep it on my person.
 3        Q      Okay.  Was it your understanding that
 4   that was a wrong or right?
 5        A      That's wrong.
 6        Q      Okay.  Why did he do it?
 7        A      He does it to keep up with us, that's
 8   why he does it.
 9        Q      Okay.
10        A      To make sure that he can contact us at
11   all times no matter what you're doing.
12        Q      Did you do it?
13        A      Yeah.  Several times.
14        Q      Okay.
15        A      Because if you didn't do it, and he was
16   trying to get in contact with you and he
17   couldn't, he would call the tower and the tower
18   would just call you over and over and over
19   again.  "This is Lewis Ware, call when me you
20   get a chance," and that was just constantly.
21        Q      That's over the radio?
22        A      Yes.  Constantly.
23        Q      But if Lewis called you over the cell
24   phone, then that wouldn't be recorded, would it?
25        A      No.
```

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 29

1    **Q**    The radio would, but the cell phone

2    would not?

3    A    Yeah.  The radio would be recorded.

4    All radio communications are recorded.

5    **Q**    Would the cell phone conversation be

6    about things he wouldn't want anybody to know he

7    was saying?

8    A    Probably.  Most of the time.

9    **Q**    Like run things, no bad order, and

10   such?

11   A    Yeah.  Yeah.  How it look, what's wrong

12   with it, you know, you think we can run it?  It

13   was about trying to get that train out like it's

14   supposed to be.

15   **Q**    Did it appear to you to be more

16   important to get the train out of the mechanical

17   department's --

18   A    It appeared to be but --

19   **Q**    -- time than safety?

20   A    Yeah.  I wasn't worried about the time

21   part.

22   I was worried about the safety part because if

23   and when that train go out and something is

24   wrong with it, it's going to fall back on me.

25   If it gets up that road and it goes into

**Steven Daniels**
**SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY**

Page 30

1    emergency because of something that I didn't do

2    or something I've missed, then it's going to

3    fall on me and I'm going to have to go and chase

4    that train.  And then it's going to be my job,

5    it ain't going to be his.

6         Q    Have you ever known Lewis Ware to be

7    dishonest?

8         A    Of course.  Of course.

9         Q    All right.  You got a start for

10   violating a blue flag and working with cell

11   phone within 4 feet of the track.

12            Do you remember that?

13        A    This is with Jonathan.

14        Q    That was?

15        A    Yeah.  That was with Jonathan, yes.

16        Q    All right.  Had Hensen told you to

17   carry the cell phone in the yard?

18        A    No.  He never tell us to carry no cell

19   phone.

20        Q    But after he left --

21        A    Oh, it becomes a stickler to make sure

22   that -- Lewis made sure that he got the cell

23   phone and he made sure that we was always in

24   communication with him with that cell phone.

25        Q    Okay.

**COASTAL COURT REPORTING INC.**
**800.791.1100   - COASTALCOURT.COM**

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 31

1    A    There was only one cell phone there so

2    every shift someone had to have that cell phone.

3    Q    That blue flag incident mentioned in

4    that start, which I'll mark Number 2, that

5    didn't have anything to do with the movement

6    protection rules --

7    A    No.

8    Q    -- that we're going talk about in a

9    minute, did it?

10    A    No, it didn't.

11                (Whereupon, Plaintiff's Exhibit

12                Number 2 was marked for

13                identification.)

14          MR. TUCKER:  And I'll make Number

15       3 your career cert record.

16          THE WITNESS:  Yeah.

17                (Whereupon, Plaintiff's Exhibit

18                Number 3 was marked for

19                identification.)

20    BY MR. TUCKER:

21    Q    You've seen that?

22    A    Yeah, I've seen it.

23    Q    All right.  Now, that looks like much

24    younger Steve Daniels; is that right?

25    A    Yeah.  That looks like one.  That's

**Steven Daniels**
**SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY**

Page 32

1    probably a picture when I first got there.  It

2    might be.  I don't know.

3        **Q**    Well, you still got your hair.

4        A    Yeah.  I've got a lot of gray, too.

5        **Q**    They can turn gray but not loose.

6        A    Yeah.

7        **Q**    All right.  So there was one on here

8    that I saw on March 11 of 2011, failure to

9    protect your assignment and verbal

10    insubordination.

11        A    Yeah.

12        **Q**    What was that about?

13        A    Well, failure protect your assignment

14    is like -- if all three of us are working

15    vacation relief, which other people go on

16    vacation, we have to fill in their jobs when

17    they leave.  If you call in saying that you

18    can't work because got to do something or you

19    got an emergency or whatever, they'll say you're

20    not protecting the job.

21            So that's what they said that I was

22    doing.  I had a child that had just been born,

23    she was almost one, and I told my supervisor

24    that I couldn't make it because my wife got

25    called in.  She's a registered nurse.  So I had

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 33

1    to stay home and keep the baby.  Which they had

2    other vacation relieve which could have worked

3    it.

4              So when I told him I can't work, he

5    asked me a question I've always been stunned by.

6    He said, "Whose job is more important, yours or

7    your wife's?"  So I paused for a minute.  And so

8    I went back and I asked him the same question,

9    "Whose job more important, yours or your

10   wife's?"  He hung the phone up in my face.  He

11   was at Dillard yard that next morning.

12        Q    Who was that?

13        A    David Walker.

14        Q    Out of Macon?

15        A    Yeah.  He was there the next morning

16   and he wrote me up for insubordination, failure

17   to protect my job.

18        Q    Well, you didn't think you did wrong,

19   did you?

20        A    I didn't.

21        Q    Why did you sign it?

22        A    I just -- I don't know.  I'm not very

23   confrontational with a lot of stuff.  It's just

24   --

25        Q    Well, if you'd have gone to a formal

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 34

1    investigation, they might've fired you, right?

2        A    Yep.  That's why I never went to a

3    formal investigation because to me, it's more

4    intimidating.

5        Q    Is that -- the way they treated you, is

6    that any way to treat somebody?

7        A    No.

8        Q    Is that the way your father would've

9    treated his soldiers?

10       A    Absolutely not.

11           MR. TUCKER:  I'm going to make

12      this Number 4.

13               (Whereupon, Plaintiff's Exhibit

14               Number 4 was marked for

15               identification.)

16   BY MR. TUCKER:

17       Q    This is an Operations Division Bulletin

18   Number 5.

19           Are you familiar with that document?

20       A    Yeah.  I seen it sitting on the table

21   at work.

22       Q    All right.

23       A    Now, they don't train you with this,

24   they just put it on the table and expect you to

25   adhere to it and train yourself.

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 35

1      **Q**    Okay.  So you received no instruction

2   on this other than just seeing a copy of it?

3      **A**    Yeah.  This is a bulletin.  Most the

4   time they come out with a certain things, they

5   just get the bulletin and set it on the table

6   and you got to read it and try to interpret it

7   --

8      **Q**    Well --

9      **A**    -- the best way you can.

10      **Q**    Did you ever -- are you familiar with

11   what that change said?

12      **A**    The verbal request of moving protection

13   by calling them and letting you know that you

14   are going to fix something, and --

15      **Q**    Right.

16      **A**    -- you know...

17      **Q**    Was it your understanding that that

18   bulletin, as it applied to the carmen, could be

19   used instead of the blue flag involved if there

20   were no blue flags available?

21      **A**    To me, that's what it's saying.

22      **Q**    Was that your understanding of -- is

23   that essentially what Fowler and Taylor thought,

24   also?

25      **A**    Yes.  When they went over to Mason

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 36

1    yard.

2        Q    All right.  Now, at Mason yard -- what

3    is Mason yard?  It's an intermodal yard?

4        A    Yeah, intermodal yard.

5        Q    Okay.  Does it have blue flags on it?

6        A    Yeah.  It -- I think it had blue flags

7    on certain tracks.  But most the time, you have

8    to have portable blue flags because they don't

9    have to work blue flag protection over there.

10   So a lot of times we have to bring our own in

11   order to put them up.

12       Q    All right.

13       A    But they do have the Rail Links over

14   there, which is the people that inspects most of

15   them trains over there.

16       Q    All right.  If a train is put

17   together -- I mean, do you put the train

18   together out of different tracks before you do

19   the air brake test?

20       A    Yeah.  Now, we, as the mechanical

21   department in Dillard yard, we don't do the air

22   brake test and stuff over there.  We don't get

23   to inspect our own trains over there.

24       Q    All right.

25       A    But we have go fix them if they tear

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 37

1    up, though.

2        **Q**    Okay.  That's where I'm going.

3            So your trains, when you inspect them,

4    you can inspect them in different cuts before

5    they're put together?

6        A    You can.

7        **Q**    Okay.  Now, in Mason yard -- I'm going

8    to give you this hypothetical.  Assume this.

9            That a train had been put together --

10       A    Uh-huh.

11       **Q**    -- and there was a problem on the last

12   car --

13       A    Uh-huh.

14       **Q**    -- on the train, and that the train

15   extended way out of Mason yard, it'll go up the

16   road a mile or so, right?

17       A    Yeah.  It could be 2 miles long.

18       **Q**    Okay.  And there's a Google overhead,

19   Exhibit 5.

20       A    Yeah.

21            (Whereupon, Plaintiff's Exhibit

22            Number 5 was marked for

23            identification.)

24   BY MR. TUCKER:

25       **Q**    Okay.  You recognize that as Mason

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 38

1    yard?

2        A    Yeah.

3        Q    As it existed back when all this

4    happened?

5        A    Back then.

6        Q    Correct?

7        A    Yeah.

8        Q    And that's different now, though,

9    right?

10       A    Yeah.  It's a lot different now.

11       Q    Okay.  When -- do you remember what

12   date on which it occurred?

13       A    No, I don't remember, exactly, the

14   date.

15       Q    Okay.  About November 14, 2018?

16       A    Yeah.  That sounds about right.

17       Q    They used the -- they followed the

18   Exhibit 4 guidelines about getting movement

19   protection?

20       A    Yes.

21       Q    All right.  They had not been given

22   portable blue flags?

23       A    No.

24       Q    All right.  And they did it according

25   to the movement protection rule where they got

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 39

1      the engineer --

2          A    Yeah.

3          Q    -- and they followed those rules?

4              Were you aware and did you know, of

5      your own knowledge, that the other carmen had

6      done the exact same thing?

7          A    Of course.

8          Q    All right.  But did any of them get in

9      trouble?

10         A    Nope.

11         Q    Is that because Ware was trying to

12     retaliate against Lewis and --

13         A    He said something out against them.  It

14     was -- it was -- that's second shift.  It's

15     different.

16         Q    Were you aware that they overhead Lewis

17     Ware telling the transportation department

18     supervisor that it was Diane Barnett's idea that

19     she -- they had set them up?

20         A    Outside the bathroom, yeah.  Him and

21     that supervisor standing out there.

22         Q    All right.  Does that shock you?

23         A    No, no.

24         Q    Sounds like just what they would do?

25         A    (Nonverbal response.)

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 40

1       Q      You've got answer "yes" or "no."

2       A      Yes.

3       Q      Okay.  So they were treated different

4    from everybody else?

5       A      Yes.

6       Q      At Mason yard, it could've been several

7    ways that could've been handled, I guess.  But

8    one of the ways that it could be handled would

9    be that they could cut -- if the problem's with

10   the last car --

11      A      Just cut it off.

12      Q      -- you could cut off, pull the train

13   out of the track --

14      A      Um-hmm.

15      Q      -- blue flag it, fix it in probably no

16   time, take the flag down, shove the train back

17   down, couple up, do whatever you're required to

18   do to make it ready, and then it could've left,

19   right?

20      A      Yes.  You could do it that way.  That's

21   logical.  But to them --

22      Q      That would take --

23      A      That would be --

24      Q      -- a little time?

25      A      That would take a little time, so they

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 41

1    want it done.

2        Q    All right.  Or you could have kept the

3    train intact, put the blue flag up, walked or

4    got a ride around to a road somewhere and walked

5    into the woods to find the engine, put a

6    portable blue flag and derail up in front of the

7    engine and gone in the engine and blue flag the

8    throttle, right?

9        A    Um-hmm.

10       Q    Is that right?  You got to say "yes" or

11   "no."

12       A    Yes.

13       Q    Okay.  Now, that would take them a real

14   long time, right?

15       A    Yes.

16       Q    Or you could hope people would follow

17   -- that management would hope they'd follow the

18   operation division bulletin as an excuse not to

19   do that and you could get away with it until you

20   decided you wanted to retaliate?

21       A    Yeah.

22       Q    Is that what happened to Fowler and

23   Taylor?

24       A    Yes, sir.

25       Q    Okay.  Have you ever heard of putting a

**Steven Daniels**
**SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY**

Page 42

1   wedge under a door to move the car to a repair

2   facility, a boxcar door?

3        A    Putting a wedge under a door?

4        Q    In a door to keep -- yeah.

5        A    Are you talking about so the car can

6   go?

7        Q    Yeah.

8        A    Yeah.

9        Q    Is that proper?

10       A    More than likely, no, it's not.

11       Q    Okay.

12       A    They do it most of the time so they can

13   just get the train out.

14       Q    All right.  Did you ever hear Lewis

15   say, "If it rolled in, it can roll out"?

16       A    Absolutely.

17       Q    Did Lewis or any other supervisor ever

18   tell you about a bad order count or what their

19   bad order count or something?

20       A    Bad order count, delay time, they

21   constantly bombard you about that.  Yeah.

22       Q    Mr. Daniels, I appreciate you taking

23   the time to answer my questions.

24            Have you got anything else or is that

25   --

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 43

1      A    No, sir.

2      Q    Okay.

3           MR. TUCKER:  Thank you, ma'am.  I

4      appreciate it.  That's all we got.

5           THE WITNESS:  Thank you.

6                (SIGNATURE WAIVED.)

7                (Whereupon, the sworn statement of

8                Steven Daniels was concluded at

9                approximately 10:58 a.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 44

1                    C E R T I F I C A T E

2

3    STATE OF SOUTH CAROLINA:

4    DORCHESTER COUNTY:

5

6       I, Naomi McCracken, Court Reporter and Notary

7    Public in and for the above county and state, do

8    hereby certify that the foregoing testimony was

9    taken before me at the time and place

10   herein-before set forth; that the witness was by

11   me first duly sworn to testify to the truth, the

12   whole truth, and nothing but the truth, that

13   thereupon the foregoing testimony was later

14   reduced by computer transcription; and I certify

15   that this is a true and correct transcript of my

16   stenographic notes so taken.

17      I further certify that I am not of counsel to

18   either party, nor interested in the event of

19   this cause.

20

21                    _____

22                    Naomi McCracken

23                    Court Reporter

24                    Notary Public

25                    Beaufort, South Carolina

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

## A

able 20:2
aboveentitled 1:19
absolutely 12:8 17:2 34:10 42:16
actual 25:11
addition 12:19
adhere 34:25
administration 14:24
agree 25:8
agreement 1:20
aint 30:5
air 36:19,21
al 1:13
alabama 2:5
answer 40:1 42:23
anybody 29:6
appear 25:20 29:15
appearances 2:1
appeared 29:18
appearing 25:22
applied 35:18
apply 14:23
appreciate 42:22 43:4
apprentice 7:3
approximately 43:9
april 1:24
area 8:2 11:10
arising 5:20
army 6:9
arose 19:19
asked 33:5,8
assignment 32:9 32:13
assume 37:8
atlanta 1:2
attach 18:1

attempted 25:9
augusta 6:7
automatically 14:9 24:25
available 35:20
aware 10:21 13:17,18 20:21 24:17 39:4,16

## B

baby 33:1
back 13:7 29:24 33:8 38:3,5 40:16
bad 12:12,21 13:5,5 15:13 15:21 16:25 17:7,9,10,24 17:25 18:4,4,8 18:15,16,18 19:4,21 21:7 25:10,11,13 29:9 42:18,19 42:20
barnett 11:20 18:22,24 24:10
barnetts 39:18
bathroom 39:20
beaufort 44:25
bent 21:2
best 17:16 35:9
birmingham 2:5
birthday 5:8
bit 6:5 22:1,2
bkty 19:13,14
blocker 24:7,8
blue 4:4 11:12 13:23,25 14:6 16:3 23:12,15 24:21,23 26:9 30:10 31:3 35:19,20 36:5 36:6,8,9 38:22 40:15 41:3,6,7
bombard 42:21

born 32:22
boxcar 42:2
brake 36:19,22
bring 36:10
broke 20:24 21:2
broken 21:9,20 22:6,25
bull 1:22
bulletin 4:6 34:17 35:3,5 35:18 41:18

## C

c 2:3,4 4:1,1 44:1,1
call 15:22 18:8 18:17 28:17,18 28:19 32:17
called 10:9 20:1 28:23 32:25
calling 35:13
cant 12:17 21:6 32:18 33:4
capacity 9:13
car 12:14,15 15:4,8,14,14 15:15,19,23 18:1,3 25:2 37:12 40:10 42:1,5
career 4:5 26:10 31:15
carla 2:6
carman 6:25 7:9 8:15 9:23,24 18:7 23:1
carmans 15:8
carmen 26:2 35:18 39:5
carolina 44:3,25
carry 27:24 30:17,18
cars 8:16 13:11 13:14 14:25

15:5 17:1,10 18:19 19:13,20 20:2,9,15 23:16 24:16
case 1:9 6:2
cause 1:19 8:25 16:9 22:13 44:19
cell 27:24 28:23 29:1,5 30:10 30:17,18,22,24 31:1,2
cert 4:5 31:15
certain 14:22 15:6,15 20:16 20:17 35:4 36:7
certificate 3:24
certify 44:8,14 44:17
chance 20:4 28:20
change 21:3,6 35:11
changed 21:7
chase 30:3
child 32:22
chlorine 17:21
circumstances 15:16
city 5:15
claims 5:19
close 26:14
closest 21:12
coastal 1:22
collapsed 21:5
com 2:6
come 6:1 8:9 9:14 17:19 21:23 22:2,3,7 35:4
comes 22:13,14
commencing 1:24

communication 30:24
communicatio... 29:4
company 1:13
complained 12:21
complaint 10:22 12:20
complaints 11:2
compliance 10:23
computer 21:11 44:14
concluded 43:8
confirms 27:19
confrontational 33:23
constantly 11:3 12:2 28:20,22 42:21
contact 28:10,16
container 8:9
containers 8:10 8:10
conversation 29:5
copy 35:2
correct 7:15 38:6 44:15
cost 16:20
couldnt 28:17 32:24
couldve 40:6,7 40:18
counsel 2:1 44:17
count 42:18,19 42:20
county 44:4,7
couple 9:22 13:11 40:17
coupler 22:14
couplers 19:16

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

course 30:8,8
  39:7
court 1:1,21,22
  44:6,23
craft 6:25 13:21
  15:8 25:7
crew 26:3
cross 13:11
  19:15 20:13,14
  20:15,16,17,17
  20:20,25 21:13
  21:19,22 22:5
  22:7,13
crossing 13:21
currently 7:14
cushion 20:18
  21:5
customer 16:19
  16:19
cut 40:9,11,12
cuts 37:4

_____

**D**

d 3:2 4:1,1 5:10
dad 12:7,9
daniels 1:18 5:1
  5:7 31:24
  42:22 43:8
date 18:2 38:12
  38:14
david 33:13
day 1:23
decided 41:20
defendant 1:14
definite 17:7
delay 42:20
delaying 16:25
delays 16:10,14
  27:20
department
  6:20 10:5,23
  23:18 36:21
  39:17
departments
  29:17

derail 41:6
derailments
  22:19
describe 21:12
description 4:2
developed 23:14
diane 11:20
  18:22,24 24:10
  39:18
didnt 12:7 13:23
  17:10 18:15
  20:4 21:11
  24:12 26:11
  28:15 30:1
  31:5,10 33:18
  33:20
difference 20:12
different 14:12
  36:18 37:4
  38:8,10 39:15
  40:3
dillard 7:25 10:4
  14:18 17:19
  33:11 36:21
direct 3:16 5:4
discipline 26:9
dishonest 30:7
district 1:1,1
division 1:2 4:6
  34:17 41:18
document 34:19
doing 11:5,8
  13:20 26:25
  28:11 32:22
dont 11:12 14:8
  14:15,17 18:14
  22:3 32:2
  33:22 34:23
  36:8,21,22
  38:13
door 42:1,2,3,4
dorchester 44:4
draft 21:16
duly 5:2 44:11

dustin 19:10,11
duties 11:11
  25:22
duty 20:3

_____

**E**

e 3:2 4:1,1,1,1
  44:1,1
either 21:2
  44:18
emergency
  22:19 30:1
  32:19
employee 23:2
employees 25:10
engine 41:5,7,7
engineer 39:1
equipment
  17:16
esquire 2:3
essentially 35:23
et 1:13
ethics 10:23
evaluations
  16:21
event 44:18
eventually 21:25
  22:3
everybody 22:8
  40:4
evidently 13:15
exact 39:6
exactly 38:13
examination
  3:16 5:4
example 12:4
excuse 23:13
  41:18
exhibit 3:8 27:4
  27:9 31:11,17
  34:13 37:19,21
  38:18
existed 38:3
expect 34:24
experienced

23:1
extended 37:15

_____

**F**

f 44:1
face 33:10
facility 42:2
fact 8:24 10:21
failed 21:23
failure 32:8,13
  33:16
fall 29:24 30:3
familiar 10:20
  19:13,18,24
  23:12 27:9
  34:19 35:10
far 22:9
father 6:8 34:8
federal 14:24
feel 12:2
feet 30:11
felt 17:11
fiftyone 5:14
fill 32:16
find 15:6,13
  17:25 41:5
fired 34:1
first 5:2 9:7
  18:17 23:22
  32:1 44:11
fix 15:20 25:13
  35:14 36:25
  40:15
fixable 15:19,21
fixed 13:16
  15:14,16,18
  20:10 23:7
fixing 9:2 13:20
flag 4:4 11:12
  13:23,25 14:6
  16:3 24:21,23
  26:9 30:10
  31:3 35:19
  36:9 40:15,16
  41:3,6,7

flagged 23:13,15
flags 14:8,9,18
  35:20 36:5,6,8
  38:22
follow 41:16,17
followed 11:6
  38:17 39:3
follows 5:3
foot 12:3
foregoing 44:8
  44:13
foreman 10:9
form 25:14
formal 33:25
  34:3
forth 44:10
fowler 1:5 5:18
  8:19 10:21
  13:3 14:4
  19:19 23:14
  25:21 26:1
  35:23 41:22
friends 8:22,25
front 41:6
full 5:6
function 15:8
further 44:17

_____

**G**

gate 20:13,23
  21:1,12,18,22
  22:6,24
gates 19:15
  20:19
general 10:9
generally 6:5
georgia 1:1,23
  5:16 6:7,12
getting 22:8
  38:18
give 37:8
given 38:21
go 5:11 6:5,15
  7:2 9:22 11:4
  12:18 13:7,12

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

14:21 15:20
17:17 20:11,18
29:23 30:3
32:15 36:25
37:15 42:6
**goes** 20:16 29:25
**going** 7:17,19
10:13 13:7
14:13 17:8
18:16 29:24
30:2,3,4,5 31:8
34:11 35:14
37:2,7
**good** 26:2,3,4
**goodfaith** 23:2
**goodman** 10:16
**google** 4:7 37:18
**gray** 32:4,5
**great** 27:14
**group** 17:10
**guess** 40:7
**guidelines** 38:18
**guy** 13:15 19:10

**H**

**hadnt** 22:8
**hair** 32:3
**handled** 40:7,8
**happen** 20:1
**happened** 11:13
11:17 14:4
19:11 20:6
38:4 41:22
**harassed** 25:9
**hazardous** 17:18
**hear** 19:7 23:20
42:14
**heard** 19:3 20:6
41:25
**help** 26:23
**hensen** 10:18,19
30:16
**hereinbefore**
44:10
**hes** 11:24 12:1,2

17:5,6 25:5,6,6
**hip** 7:15
**hired** 6:24 7:5
**history** 19:4
**home** 33:1
**hope** 41:16,17
**hotline** 10:22
**hour** 1:24
**huhuh** 20:6
**hung** 33:10
**hypothetical**
37:8

**I**

**idea** 39:18
**identification**
27:6 31:13,19
34:15 37:23
**ill** 13:12 31:4,14
**illegal** 25:2
**im** 7:19 9:1
27:10 30:3
33:22 34:11
37:2,7
**immediately**
18:10,12
**important** 13:22
15:7 27:21
29:16 33:6,9
**incident** 4:4
31:3
**include** 8:4
**including** 16:6
17:21
**index** 3:8
**initial** 5:9 13:14
**inspect** 8:17
15:5 36:23
37:3,4
**inspection** 15:7
**inspectors** 15:4
17:15
**inspects** 36:14
**instance** 14:7
**instructed** 11:9

**instruction** 35:1
**instructions**
18:7
**insubordination**
32:10 33:16
**intact** 41:3
**interested** 44:18
**intermodal** 8:8
36:3,4
**interpret** 35:6
**interview** 18:21
**interviewed**
11:20
**intimidate** 25:10
**intimidating**
17:11 34:4
**intimidation**
12:4,5
**investigation**
34:1,3
**involve** 26:11
**involved** 13:11
35:19
**involvement** 6:3
**isnt** 15:8 24:24
**itll** 22:1 37:15
**ive** 26:7 30:2
31:22 32:4
33:5

**J**

**jacobs** 2:4
**jared** 24:7,8
**job** 6:12 11:15
17:5,14 22:23
25:7,24 26:7
30:4 32:20
33:6,9,17
**jobs** 17:3 32:16
**jonathan** 10:17
30:13,15
**jonathans** 10:17
**journeyman** 7:3
7:7,9 23:1
**jr** 2:3

**K**

**keep** 28:2,7 33:1
42:4
**kelvin** 5:19 6:4
8:19 23:21
27:8
**kelvins** 20:22
**kept** 41:2
**kevin** 1:5
**key** 13:11 20:13
20:14,15,16,20
20:25 21:13,19
21:23 22:4,5,7
22:13
**keys** 19:15 20:17
20:17
**killing** 27:11
**kind** 15:6 25:22
27:19
**knew** 24:14,15
24:15
**know** 8:19 9:4,6
11:2,4,10,14
11:24,25,25
12:2,16,16
15:22 16:18,18
18:17 23:11
29:6,12 32:2
33:22 35:13,16
39:4
**knowledge** 6:3
11:7 39:5
**known** 30:6
**knows** 18:25
19:2

**L**

12:4,4
**law** 5:21
**laws** 15:1
**lead** 12:4
**leader** 9:9
**leadership** 12:7
27:16

**learned** 12:6
**leave** 32:17
**leaves** 15:20
16:2 17:16
**led** 12:9
**left** 30:20 40:18
**lembo** 10:16
**letting** 35:13
**level** 10:4,9
**lewis** 9:4,6 10:2
10:11 12:9
18:8 20:10
23:17 27:24
28:19,23 30:6
30:22 39:12,16
42:14,17
**likes** 11:24,25
**line** 17:4,6
**links** 36:13
**listed** 26:10
**little** 6:5 12:6
14:12 22:1,2
40:24,25
**live** 5:15
**loaded** 8:11,14
**location** 18:3
**logical** 40:21
**long** 37:17 41:14
**look** 20:2,5
29:11
**looks** 31:23,25
**loose** 21:3 32:5
**lot** 11:16 12:24
13:4 17:18
19:12 21:4
32:4 33:23
36:10 38:10
**loved** 26:8
**lucky** 22:9

**M**

**m** 1:25 4:1 43:9
**maam** 43:3
**macon** 9:11,12
9:14 19:5,8,9

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

33:14
**major** 6:9
**making** 12:22
  25:10
**management**
  23:5 41:17
**manager** 23:18
**map** 4:7
**maples** 2:4
**march** 32:8
**mario** 10:16
**mark** 27:3 31:4
**marked** 27:5
  31:12,18 34:14
  37:22
**mason** 8:4,7
  11:7 12:20
  14:4,13 35:25
  36:2,3 37:7,15
  37:25 40:6
**materials** 17:19
**matter** 5:18
  28:11
**matters** 6:4
**mccracken** 1:21
  44:6,22
**mean** 14:12 19:1
  36:17
**mechanical** 6:21
  9:8 10:5 17:15
  19:5 21:8
  29:16 36:20
**mentioned** 31:3
**met** 9:7
**middle** 5:9
**mightve** 34:1
**mile** 37:16
**miles** 37:17
**minute** 13:8,13
  31:9 33:7
**missed** 30:2
**months** 9:15
  17:10
**morning** 33:11

33:15
**move** 6:11 22:1
  22:4,5 42:1
**movement** 14:14
  26:11 31:5
  38:18,25
**moving** 20:20
  22:1 35:12
**mtandj** 2:6
**mysteriously**
  20:9

**N**

**n** 3:2 4:1,1
**name** 5:6 6:1
  10:17
**named** 19:10,11
**naomi** 1:20 44:6
  44:22
**neck** 12:3
**need** 5:7 14:15
**never** 11:17 17:5
  30:18 34:2
**nitpicky** 25:21
**nonverbal** 39:25
**nope** 39:10
**norfolk** 1:13
  5:19 6:12,15
  9:9 10:23
**northern** 1:1
**notary** 1:21 44:6
  44:24
**notes** 44:16
**notice** 1:20
**november** 38:15
**number** 1:9 4:2
  4:6 18:3 27:3,5
  31:4,12,14,18
  34:12,14,18
  37:22
**nurse** 32:25

**O**

**o** 4:1
**oath** 5:23

**observation**
  12:25 16:16
  26:1
**occurred** 38:12
**october** 6:17
**offices** 1:22
**official** 10:4
**offloaded** 8:10
  8:14
**oh** 18:20,23
  19:14 25:17
  26:3 30:21
**okay** 5:23 6:1
  7:6,9,11,14,21
  7:24 8:7,15,24
  10:8,11 14:3
  14:21 17:18
  18:6 19:3,13
  19:24 20:4,21
  21:20 23:5
  24:4,10 25:8
  25:20 26:6,20
  28:3,6,9,14
  30:25 35:1
  36:5 37:2,7,18
  37:25 38:11,15
  40:3 41:13,25
  42:11 43:2
**old** 5:11,13
**opening** 3:9
**operation** 41:18
**operations** 4:6
  34:17
**opinion** 23:1
**orange** 12:13
**order** 11:11
  12:12,15,16,21
  13:5 15:13,21
  16:13 17:10,24
  17:25 18:4,8
  18:17,18 19:22
  21:7,7 25:11
  25:13 29:9
  36:11 42:18,19

42:20
**ordered** 18:4
  19:21
**ordering** 16:25
  17:7
**orders** 17:9
  18:16 19:4
  25:11
**originally** 6:6
**outside** 20:19
  28:1 39:20
**overhead** 4:7
  37:18 39:16

**P**

**page** 3:6 4:2
**park** 2:4
**part** 21:16 29:21
  29:22
**party** 44:18
**paused** 33:7
**penalty** 5:23
**people** 11:14,16
  12:23 19:7,9
  32:15 36:14
  41:16
**perform** 11:11
  25:7
**perjury** 5:24
**person** 28:2
**personnel** 9:25
**phone** 27:24
  28:24 29:1,5
  30:11,17,19,23
  30:24 31:1,2
  33:10
**physical** 7:20
  17:25
**picture** 32:1
**pig** 8:5
**place** 2:4 44:9
**plaintiff** 1:6 2:2
**plaintiffs** 27:4
  31:11,17 34:13
  37:21

**please** 5:6
**plus** 13:22
**point** 18:15
  25:12
**pollen** 27:10
**port** 8:9
**portable** 14:9
  36:8 38:22
  41:6
**pressure** 23:9
**printed** 27:8
**printout** 4:3
**probably** 9:15
  20:24 21:2
  29:8 32:1
  40:15
**problem** 7:15
  16:12 17:7,8
  19:21 20:22
  21:1,13,13,18
  22:14,23 23:3
  37:11
**problems** 9:17
  13:10 40:9
**produced** 5:2
**program** 7:3
**proper** 42:9
**protect** 32:9,13
  33:17
**protecting** 32:20
**protection** 14:14
  16:4 26:12
  31:6 35:12
  36:9 38:19,25
**protects** 20:20
**public** 1:21 44:7
  44:24
**pull** 13:5 15:23
  15:25 18:18
  40:12
**pulled** 16:9 20:9
**pulling** 12:17,21
**pursuant** 1:20
**put** 12:13 18:2,2

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

18:3,16 21:7
23:8 34:24
36:11,16,17
37:5,9 41:3,5
**puts** 22:18
**putting** 25:10
41:25 42:3
**px1** 4:3
**px2** 4:4
**px3** 4:5
**px4** 4:6
**px5** 4:7

**Q**

**qualified** 25:5,6
**question** 33:5,8
**questions** 6:2
42:23
**quick** 14:22
**quit** 16:25

**R**

**r** 4:1 44:1
**r3** 19:23
**radio** 28:21 29:1
29:3,4
**rail** 36:13
**railroad** 7:22
14:22,23,24
16:13 17:13
**railway** 1:13
**raised** 6:4
**ran** 24:16
**read** 35:6
**ready** 40:18
**real** 14:21 22:13
41:13
**realize** 5:17
**received** 35:1
**recognize** 37:25
**record** 4:5 14:1
31:15
**recorded** 28:24
29:3,4
**reduced** 44:14

**registered** 32:25
**relief** 32:15
**relieve** 33:2
**remarks** 3:9
**remember** 21:9
27:13 30:12
38:11,13
**remove** 19:21
**removing** 19:4
**repair** 8:16 16:6
42:1
**repaired** 23:17
24:19 25:1
**repairs** 16:13
**report** 22:25
23:2,6 26:10
**reporter** 1:21
44:6,23
**reporting** 1:22
**request** 35:12
**required** 40:17
**requirements**
14:25
**response** 39:25
**retainer** 20:16
22:4
**retaliate** 39:12
41:20
**retaliating** 13:2
25:23
**retaliation** 25:14
**retired** 6:9
**ride** 41:4
**right** 6:11 7:14
7:20 9:4,13,20
10:15,20 11:18
12:19 14:21
15:2,13 16:8
17:24 20:12
21:15,17 22:22
22:24 23:10
24:17 25:3,20
25:24 27:2,14
27:23 28:4

30:9,16 31:23
31:24 32:7
34:1,22 35:15
36:2,12,16,24
37:16 38:9,16
38:21,24 39:8
39:22 40:19
41:2,8,10,14
42:14
**rincon** 5:16 6:11
**road** 17:17
29:25 37:16
41:4
**roll** 42:15
**rolled** 42:15
**rule** 38:25
**rules** 14:23 15:1
26:12 31:6
39:3
**run** 17:12 29:9
29:12

**S**

**safe** 17:12
**safety** 15:1,7
23:3 29:19,22
**sam** 10:16
**savannah** 1:23
6:22 9:14,23
**save** 16:14
**saw** 10:12 22:24
32:8
**saying** 29:7
32:17 35:21
**school** 7:4
**second** 23:24
24:2 39:14
**seeing** 35:2
**seen** 13:5 31:21
31:22 34:20
**send** 7:4
**senior** 10:9
**separates** 22:17
22:18
**september** 23:14

**sergeant** 6:9
**service** 26:10
**set** 35:5 39:19
44:10
**shane** 1:5 5:18
6:4 8:19 20:21
23:21 24:7
**shape** 17:17
**shes** 32:25
**shift** 10:6 23:15
23:22,23 24:2
31:2 39:14
**ships** 8:8
**shock** 39:22
**shocked** 24:22
**shop** 21:8
**shortcut** 26:17
27:1
**shouldnt** 13:19
13:20,20 23:8
25:4 26:20,21
26:21
**shove** 40:16
**sick** 27:10
**side** 12:14 18:1
**sign** 33:21
**signature** 43:6
**sir** 5:6,22,25
6:14 7:16 16:5
16:23 17:20,23
25:25 41:24
43:1
**sits** 20:18
**sitting** 34:20
**situation** 19:18
23:13 24:11,13
**six** 9:15,15
**socalled** 24:19
**social** 8:22,24
**soldiers** 34:9
**somebody** 34:6
**somethings**
12:14
**somewhat** 14:6

**soon** 7:19
**sort** 17:22
**sounds** 38:16
39:24
**south** 44:3,25
**southern** 1:13
5:20 6:13,16
9:10 10:24
**specifically** 6:24
**spite** 27:17,18
**standing** 39:21
**start** 30:9 31:9
**state** 44:3,7
**statement** 1:18
5:18 43:7
**states** 1:1
**stay** 33:1
**stenographic**
44:16
**step** 25:7
**steve** 5:11,12,13
31:24
**steven** 1:18 5:1,7
5:12 43:8
**stickler** 30:21
**stipulations** 3:9
**stop** 16:25
**street** 1:23
**student** 7:2
**stuff** 33:23
36:22
**stunned** 33:5
**suite** 2:5
**supervisor** 9:8
9:22,25 10:4
12:1 19:5
32:23 39:18,21
42:17
**supervisors** 9:20
10:1
**supposed** 29:14
**sure** 17:15 28:10
30:21,22,23
**surgery** 7:18

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 50

| | | | | |
|---|---|---|---|---|
| **surprised** 13:19 | 42:18 | **time** 7:8 10:12 | **trap** 14:7 | 32:16 33:2 |
| **surrounding** 8:2 | **telling** 39:17 | 10:12 11:4 | **traps** 13:23 | **verbal** 32:9 |
| **swing** 19:15 | **test** 36:19,22 | 15:19 17:8 | **treat** 34:6 | 35:12 |
| 20:13,19,22 | **testified** 5:3 | 20:3 29:8,19 | **treated** 34:5,9 | **vibration** 21:25 |
| 21:1,12,18,22 | **testify** 44:11 | 29:20 35:4 | 40:3 | 22:3 |
| 22:6,24 26:15 | **testimony** 44:8 | 36:7 40:16,24 | **treatment** 12:20 | **vindictive** 11:18 |
| **switch** 16:1,1 | 44:13 | 40:25 41:14 | **trouble** 39:9 | **violating** 30:10 |
| **sworn** 1:18 5:2 | **thank** 43:3,5 | 42:12,20,23 | **truck** 28:1 | **violation** 5:20 |
| 5:18 43:7 | **thatd** 22:13 | 44:9 | **true** 11:8 44:15 | 11:12 13:25 |
| 44:11 | **thats** 10:3,11 | **times** 21:4 25:19 | **truth** 9:1 44:11 | 24:23 |
| **system** 21:11,16 | 15:7,11,19 | 28:11,13 36:10 | 44:12,12 | **vs** 1:9 |
| | 16:8 17:12 | **today** 10:13 | **try** 35:6 | |
| **T** | 21:16 22:23 | **told** 16:24 19:1 | **trying** 15:11 | **W** |
| **t** 4:1 44:1,1 | 24:22,23 26:9 | 19:11 27:24 | 16:13,19 23:6 | **w** 2:3 |
| **table** 34:20,24 | 28:5,7,21 | 30:16 32:23 | 25:24 26:23 | **waived** 43:6 |
| 35:5 | 31:25 32:21 | 33:4 | 27:1 28:16 | **walked** 41:3,4 |
| **tag** 13:5 17:24 | 34:2 35:21 | **tower** 15:22 | 29:13 39:11 | **walker** 33:13 |
| 17:25 18:18 | 37:2 38:8 | 28:17,17 | **tucker** 2:3,4 | **want** 6:2 16:17 |
| **tags** 12:12,13,22 | 39:14 40:20 | **track** 30:11 | 3:16 5:5 18:14 | 18:15 29:6 |
| 19:22 25:11 | 43:4 | 40:13 | 27:2,7 31:14 | 41:1 |
| **take** 5:17 12:16 | **therapy** 7:20 | **tracks** 36:7,18 | 31:20 34:11,16 | **wanted** 41:20 |
| 13:14 27:1 | **theres** 10:3,5,7 | **train** 9:16 12:17 | 37:24 43:3 | **ware** 9:4,6 10:24 |
| 40:16,22,25 | 14:22 15:19 | 12:18 15:14,17 | **turn** 32:5 | 11:18,23 12:10 |
| 41:13 | 17:18 20:14 | 15:24 16:2,9 | **two** 13:14 19:20 | 12:21 13:15 |
| **taken** 1:19 44:9 | 37:18 | 16:14,17 21:5 | 23:16 | 16:24 18:9 |
| 44:16 | **theyll** 32:19 | 22:1,16,17,18 | | 19:3,21 20:10 |
| **talk** 10:13 31:8 | **theyre** 12:13 | 23:16 26:24 | **U** | 23:17 24:18 |
| **talked** 11:5 20:7 | 14:20 37:5 | 27:20 29:13,16 | **u** 4:1 | 25:8,21 27:24 |
| **talking** 17:9 | **thing** 17:22 | 29:23 30:4 | **uhhuh** 37:10,13 | 28:19 30:6 |
| 42:5 | 27:20,21 39:6 | 34:23,25 36:16 | **umhmm** 40:14 | 39:11,17 |
| **taylor** 1:5 8:20 | **things** 9:22 | 36:17 37:9,14 | 41:9 | **wasnt** 20:3 |
| 10:22 13:3 | 17:21 29:6,9 | 37:14 40:12,16 | **understand** 6:8 | 29:20 |
| 14:4 19:19 | 35:4 | 41:3 42:13 | 7:17 11:13 | **watching** 11:4 |
| 20:8 23:15,21 | **think** 16:15 23:5 | **training** 9:9,9 | 18:14 | 12:7 |
| 25:21 26:2 | 29:12 33:18 | **trains** 8:17 | **understanding** | **way** 11:15 14:3 |
| 27:8 35:23 | 36:6 | 16:25 36:15,23 | 11:1 21:10 | 17:12 21:10,12 |
| 41:23 | **third** 24:1,4,5 | 37:3 | 28:3 35:17,22 | 34:5,6,8 35:9 |
| **taylors** 5:19 | **thought** 14:15 | **transcript** 44:15 | **unit** 20:18 21:5 | 37:15 40:20 |
| **team** 27:15 | 19:20 35:23 | **transcription** | **united** 1:1 | **ways** 40:7,8 |
| **tear** 36:25 | **threaten** 11:25 | 44:14 | **use** 14:8,15 | **wedge** 42:1,3 |
| **technically** | 23:6 | **transportation** | 26:11 | **wellqualified** |
| 21:19 | **threatened** 25:9 | 12:15 13:15,19 | | 26:2 |
| **tell** 5:6 8:25 | **three** 10:1 32:14 | 23:18 24:18 | **V** | **went** 33:8 34:2 |
| 11:23 17:3 | **throttle** 41:8 | 25:1 39:17 | **v** 4:1 | 35:25 |
| 18:24 30:18 | | | **vacation** 32:15 | **weve** 11:16 |

COASTAL COURT REPORTING INC.
800.791.1100  –  COASTALCOURT.COM

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

| | | | |
|---|---|---|---|
| **whats** 10:8,17 | 28:1 30:17 | **1** | **8** |
| 18:4 29:11 | 33:11 36:1,2,3 | **1** 1:10 27:3,5,9 | |
| **whistleblower** | 36:3,4,21 37:7 | **10** 1:25 43:9 | **9** |
| 5:21 | 37:15 38:1 | **100** 1:22 | |
| **wife** 32:24 | 40:6 | **11** 32:8 | |
| **wifes** 33:7,10 | **yeah** 5:12 7:10 | **12th** 1:23 | |
| **witness** 1:19 5:3 | 7:19 8:12,12 | **1325** 2:5 | |
| 31:16 43:5 | 8:12 13:1,1,1,9 | **14** 38:15 | |
| 44:10 | 14:20 15:25 | **16** 1:25 7:23 | |
| **woods** 41:5 | 16:17 19:2,2,9 | | |
| **work** 6:15 7:24 | 19:14,14 20:25 | **2** | |
| 8:16 9:24 11:5 | 21:1,14,25 | **2** 31:4,12 37:17 | |
| 11:8 12:22 | 22:10 23:8,25 | **2001** 2:4 | |
| 13:20 19:10 | 24:2,2,15,19 | **2006** 6:17 | |
| 32:18 33:4 | 24:21,22,25 | **2008** 7:8 | |
| 34:21 36:9 | 25:15 26:3,5,5 | **2011** 32:8 | |
| **worked** 9:21 | 26:7,25,25,25 | **2018** 23:14 | |
| 33:2 | 27:12,14 28:13 | 38:15 | |
| **working** 7:11 | 29:3,11,11,20 | **2022** 1:24 | |
| 23:22,24 24:1 | 30:15 31:16,22 | **2053222333** 2:6 | |
| 24:6 30:10 | 31:25 32:4,6 | **21cv3303mlb** | |
| 32:14 | 32:11 33:15 | 1:10 | |
| **worried** 29:20 | 34:20 35:3 | **27** 4:3 | |
| 29:22 | 36:4,6,20 | | |
| **wouldnt** 28:24 | 37:17,20 38:2 | **3** | |
| 29:6 | 38:7,10,16 | **3** 3:8 31:15,18 | |
| **wouldve** 34:8 | 39:2,20 41:21 | **31** 4:4,5 | |
| **wrecks** 22:21 | 42:4,7,8,21 | **34** 4:6 | |
| **write** 21:17 | **year** 7:23 | **35203** 2:5 | |
| **writeup** 21:11 | **years** 7:21 | **37** 4:7 | |
| **wrong** 12:14 | **yep** 19:6 25:12 | | |
| 21:24 28:4,5 | 28:2 34:2 | **4** | |
| 29:11,24 33:18 | **youd** 33:25 | **4** 3:9,16 30:11 | |
| **wrote** 33:16 | **younger** 31:24 | 34:12,14 38:18 | |
| | **youre** 7:17 | **43** 3:24 | |
| **X** | 15:11 19:24 | | |
| **x** 3:2 | 28:11 32:19 | **5** | |
| | 40:17 | **5** 4:6 34:18 | |
| **Y** | **youve** 7:11 | 37:19,22 | |
| **y** 4:1 | 31:21 40:1 | **58** 43:9 | |
| **yard** 7:25 8:4,5 | | | |
| 8:7,8 10:4 11:5 | **Z** | **6** | |
| 11:7 12:20 | | | |
| 14:5,7,13,18 | **0** | **7** | |
| 17:16,19 27:25 | **06** 6:18 | | |

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

**A**

**able** 20:2
**aboveentitled** 1:19
**absolutely** 12:8 17:2 34:10 42:16
**actual** 25:11
**addition** 12:19
**adhere** 34:25
**administration** 14:24
**agree** 25:8
**agreement** 1:20
**aint** 30:5
**air** 36:19,21
**al** 1:13
**alabama** 2:5
**answer** 40:1 42:23
**anybody** 29:6
**appear** 25:20 29:15
**appearances** 2:1
**appeared** 29:18
**appearing** 25:22
**applied** 35:18
**apply** 14:23
**appreciate** 42:22 43:4
**apprentice** 7:3
**approximately** 43:9
**april** 1:24
**area** 8:2 11:10
**arising** 5:20
**army** 6:9
**arose** 19:19
**asked** 33:5,8
**assignment** 32:9 32:13
**assume** 37:8
**atlanta** 1:2
**attach** 18:1

**attempted** 25:9
**augusta** 6:7
**automatically** 14:9 24:25
**available** 35:20
**aware** 10:21 13:17,18 20:21 24:17 39:4,16

**B**

**baby** 33:1
**back** 13:7 29:24 33:8 38:3,5 40:16
**bad** 12:12,21 13:5,5 15:13 15:21 16:25 17:7,9,10,24 17:25 18:4,4,8 18:15,16,18 19:4,21 21:7 25:10,11,13 29:9 42:18,19 42:20
**barnett** 11:20 18:22,24 24:10
**barnetts** 39:18
**bathroom** 39:20
**beaufort** 44:25
**bent** 21:2
**best** 17:16 35:9
**birmingham** 2:5
**birthday** 5:8
**bit** 6:5 22:1,2
**bkty** 19:13,14
**blocker** 24:7,8
**blue** 4:4 11:12 13:23,25 14:6 16:3 23:12,15 24:21,23 26:9 30:10 31:3 35:19,20 36:5 36:6,8,9 38:22 40:15 41:3,6,7
**bombard** 42:21

**born** 32:22
**boxcar** 42:2
**brake** 36:19,22
**bring** 36:10
**broke** 20:24 21:2
**broken** 21:9,20 22:6,25
**bull** 1:22
**bulletin** 4:6 34:17 35:3,5 35:18 41:18

**C**

**c** 2:3,4 4:1,1 44:1,1
**call** 15:22 18:8 18:17 28:17,18 28:19 32:17
**called** 10:9 20:1 28:23 32:25
**calling** 35:13
**cant** 12:17 21:6 32:18 33:4
**capacity** 9:13
**car** 12:14,15 15:4,8,14,14 15:15,19,23 18:1,3 25:2 37:12 40:10 42:1,5
**career** 4:5 26:10 31:15
**carla** 2:6
**carman** 6:25 7:9 8:15 9:23,24 18:7 23:1
**carmans** 15:8
**carmen** 26:2 35:18 39:5
**carolina** 44:3,25
**carry** 27:24 30:17,18
**cars** 8:16 13:11 13:14 14:25

15:5 17:1,10 18:19 19:13,20 20:2,9,15 23:16 24:16
**case** 1:9 6:2
**cause** 1:19 8:25 16:9 22:13 44:19
**cell** 27:24 28:23 29:1,5 30:10 30:17,18,22,24 31:1,2
**cert** 4:5 31:15
**certain** 14:22 15:6,15 20:16 20:17 35:4 36:7
**certificate** 3:24
**certify** 44:8,14 44:17
**chance** 20:4 28:20
**change** 21:3,6 35:11
**changed** 21:7
**chase** 30:3
**child** 32:22
**chlorine** 17:21
**circumstances** 15:16
**city** 5:15
**claims** 5:19
**close** 26:14
**closest** 21:12
**coastal** 1:22
**collapsed** 21:5
**com** 2:6
**come** 6:1 8:9 9:14 17:19 21:23 22:2,3,7 35:4
**comes** 22:13,14
**commencing** 1:24

**communication** 30:24
**communicatio...** 29:4
**company** 1:13
**complained** 12:21
**complaint** 10:22 12:20
**complaints** 11:2
**compliance** 10:23
**computer** 21:11 44:14
**concluded** 43:8
**confirms** 27:19
**confrontational** 33:23
**constantly** 11:3 12:2 28:20,22 42:21
**contact** 28:10,16
**container** 8:9
**containers** 8:10 8:10
**conversation** 29:5
**copy** 35:2
**correct** 7:15 38:6 44:15
**cost** 16:20
**couldnt** 28:17 32:24
**couldve** 40:6,7 40:18
**counsel** 2:1 44:17
**count** 42:18,19 42:20
**county** 44:4,7
**couple** 9:22 13:11 40:17
**coupler** 22:14
**couplers** 19:16

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

**course** 30:8,8 39:7
**court** 1:1,21,22 44:6,23
**craft** 6:25 13:21 15:8 25:7
**crew** 26:3
**cross** 13:11 19:15 20:13,14 20:15,16,17,17 20:20,25 21:13 21:19,22 22:5 22:7,13
**crossing** 13:21
**currently** 7:14
**cushion** 20:18 21:5
**customer** 16:19 16:19
**cut** 40:9,11,12
**cuts** 37:4

**D**

**d** 3:2 4:1,1 5:10
**dad** 12:7,9
**daniels** 1:18 5:1 5:7 31:24 42:22 43:8
**date** 18:2 38:12 38:14
**david** 33:13
**day** 1:23
**decided** 41:20
**defendant** 1:14
**definite** 17:7
**delay** 42:20
**delaying** 16:25
**delays** 16:10,14 27:20
**department** 6:20 10:5,23 23:18 36:21 39:17
**departments** 29:17

**derail** 41:6
**derailments** 22:19
**describe** 21:12
**description** 4:2
**developed** 23:14
**diane** 11:20 18:22,24 24:10 39:18
**didnt** 12:7 13:23 17:10 18:15 20:4 21:11 24:12 26:11 28:15 30:1 31:5,10 33:18 33:20
**difference** 20:12
**different** 14:12 36:18 37:4 38:8,10 39:15 40:3
**dillard** 7:25 10:4 14:18 17:19 33:11 36:21
**direct** 3:16 5:4
**discipline** 26:9
**dishonest** 30:7
**district** 1:1,1
**division** 1:2 4:6 34:17 41:18
**document** 34:19
**doing** 11:5,8 13:20 26:25 28:11 32:22
**dont** 11:12 14:8 14:15,17 18:14 22:3 32:2 33:22 34:23 36:8,21,22 38:13
**door** 42:1,2,3,4
**dorchester** 44:4
**draft** 21:16
**duly** 5:2 44:11

**dustin** 19:10,11
**duties** 11:11 25:22
**duty** 20:3

**E**

**e** 3:2 4:1,1,1,1 44:1,1
**either** 21:2 44:18
**emergency** 22:19 30:1 32:19
**employee** 23:2
**employees** 25:10
**engine** 41:5,7,7
**engineer** 39:1
**equipment** 17:16
**esquire** 2:3
**essentially** 35:23
**et** 1:13
**ethics** 10:23
**evaluations** 16:21
**event** 44:18
**eventually** 21:25 22:3
**everybody** 22:8 40:4
**evidently** 13:15
**exact** 39:6
**exactly** 38:13
**examination** 3:16 5:4
**example** 12:4
**excuse** 23:13 41:18
**exhibit** 3:8 27:4 27:9 31:11,17 34:13 37:19,21 38:18
**existed** 38:3
**expect** 34:24
**experienced**

23:1
**extended** 37:15

**F**

**f** 44:1
**face** 33:10
**facility** 42:2
**fact** 8:24 10:21
**failed** 21:23
**failure** 32:8,13 33:16
**fall** 29:24 30:3
**familiar** 10:20 19:13,18,24 23:12 27:9 34:19 35:10
**far** 22:9
**father** 6:8 34:8
**federal** 14:24
**feel** 12:2
**feet** 30:11
**felt** 17:11
**fiftyone** 5:14
**fill** 32:16
**find** 15:6,13 17:25 41:5
**fired** 34:1
**first** 5:2 9:7 18:17 23:22 32:1 44:11
**fix** 15:20 25:13 35:14 36:25 40:15
**fixable** 15:19,21
**fixed** 13:16 15:14,16,18 20:10 23:7
**fixing** 9:2 13:20
**flag** 4:4 11:12 13:23,25 14:6 16:3 24:21,23 26:9 30:10 31:3 35:19 36:9 40:15,16 41:3,6,7

**flagged** 23:13,15
**flags** 14:8,9,18 35:20 36:5,6,8 38:22
**follow** 41:16,17
**followed** 11:6 38:17 39:3
**follows** 5:3
**foot** 12:3
**foregoing** 44:8 44:13
**foreman** 10:9
**form** 25:14
**formal** 33:25 34:3
**forth** 44:10
**fowler** 1:5 5:18 8:19 10:21 13:3 14:4 19:19 23:14 25:21 26:1 35:23 41:22
**friends** 8:22,25
**front** 41:6
**full** 5:6
**function** 15:8
**further** 44:17

**G**

**gate** 20:13,23 21:1,12,18,22 22:6,24
**gates** 19:15 20:19
**general** 10:9
**generally** 6:5
**georgia** 1:1,23 5:16 6:7,12
**getting** 22:8 38:18
**give** 37:8
**given** 38:21
**go** 5:11 6:5,15 7:2 9:22 11:4 12:18 13:7,12

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

14:21 15:20
17:17 20:11,18
29:23 30:3
32:15 36:25
37:15 42:6
**goes** 20:16 29:25
**going** 7:17,19
  10:13 13:7
  14:13 17:8
  18:16 29:24
  30:2,3,4,5 31:8
  34:11 35:14
  37:2,7
**good** 26:2,3,4
**goodfaith** 23:2
**goodman** 10:16
**google** 4:7 37:18
**gray** 32:4,5
**great** 27:14
**group** 17:10
**guess** 40:7
**guidelines** 38:18
**guy** 13:15 19:10

**H**
**hadnt** 22:8
**hair** 32:3
**handled** 40:7,8
**happen** 20:1
**happened** 11:13
  11:17 14:4
  19:11 20:6
  38:4 41:22
**harassed** 25:9
**hazardous** 17:18
**hear** 19:7 23:20
  42:14
**heard** 19:3 20:6
  41:25
**help** 26:23
**hensen** 10:18,19
  30:16
**hereinbefore**
  44:10
**hes** 11:24 12:1,2

17:5,6 25:5,6,6
**hip** 7:15
**hired** 6:24 7:5
**history** 19:4
**home** 33:1
**hope** 41:16,17
**hotline** 10:22
**hour** 1:24
**huhuh** 20:6
**hung** 33:10
**hypothetical**
  37:8

**I**
**idea** 39:18
**identification**
  27:6 31:13,19
  34:15 37:23
**ill** 13:12 31:4,14
**illegal** 25:2
**im** 7:19 9:1
  27:10 30:3
  33:22 34:11
  37:2,7
**immediately**
  18:10,12
**important** 13:22
  15:7 27:21
  29:16 33:6,9
**incident** 4:4
  31:3
**include** 8:4
**including** 16:6
  17:21
**index** 3:8
**initial** 5:9 13:14
**inspect** 8:17
  15:5 36:23
  37:3,4
**inspection** 15:7
**inspectors** 15:4
  17:15
**inspects** 36:14
**instance** 14:7
**instructed** 11:9

**instruction** 35:1
**instructions**
  18:7
**insubordination**
  32:10 33:16
**intact** 41:3
**interested** 44:18
**intermodal** 8:8
  36:3,4
**interpret** 35:6
**interview** 18:21
**interviewed**
  11:20
**intimidate** 25:10
**intimidating**
  17:11 34:4
**intimidation**
  12:4,5
**investigation**
  34:1,3
**involve** 26:11
**involved** 13:11
  35:19
**involvement** 6:3
**isnt** 15:8 24:24
**itll** 22:1 37:15
**ive** 26:7 30:2
  31:22 32:4
  33:5

**J**
**jacobs** 2:4
**jared** 24:7,8
**job** 6:12 11:15
  17:5,14 22:23
  25:7,24 26:7
  30:4 32:20
  33:6,9,17
**jobs** 17:3 32:16
**jonathan** 10:17
  30:13,15
**jonathans** 10:17
**journeyman** 7:3
  7:7,9 23:1
**jr** 2:3

**K**
**keep** 28:2,7 33:1
  42:4
**kelvin** 5:19 6:4
  8:19 23:21
  27:8
**kelvins** 20:22
**kept** 41:2
**kevin** 1:5
**key** 13:11 20:13
  20:14,15,16,20
  20:25 21:13,19
  21:23 22:4,5,7
  22:13
**keys** 19:15 20:17
  20:17
**killing** 27:11
**kind** 15:6 25:22
  27:19
**knew** 24:14,15
  24:15
**know** 8:19 9:4,6
  11:2,4,10,14
  11:24,25,25
  12:2,16,16
  15:22 16:18,18
  18:17 23:11
  29:6,12 32:2
  33:22 35:13,16
  39:4
**knowledge** 6:3
  11:7 39:5
**known** 30:6
**knows** 18:25
  19:2

**L**
12:4,4
**law** 5:21
**laws** 15:1
**lead** 12:4
**leader** 9:9
**leadership** 12:7
  27:16

**learned** 12:6
**leave** 32:17
**leaves** 15:20
  16:2 17:16
**led** 12:9
**left** 30:20 40:18
**lembo** 10:16
**letting** 35:13
**level** 10:4,9
**lewis** 9:4,6 10:2
  10:11 12:9
  18:8 20:10
  23:17 27:24
  28:19,23 30:6
  30:22 39:12,16
  42:14,17
**likes** 11:24,25
**line** 17:4,6
**links** 26:13
**listed** 26:10
**little** 6:5 12:6
  14:12 22:1,2
  40:24,25
**live** 5:15
**loaded** 8:11,14
**location** 18:3
**logical** 40:21
**long** 37:17 41:14
**look** 20:2,5
  29:11
**looks** 31:23,25
**loose** 21:3 32:5
**lot** 11:16 12:24
  13:4 17:18
  19:12 21:4
  32:4 33:23
  36:10 38:10
**loved** 26:8
**lucky** 22:9

**M**
**m** 1:25 4:1 43:9
**maam** 43:3
**macon** 9:11,12
  9:14 19:5,8,9

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

33:14
**major** 6:9
**making** 12:22
25:10
**management** 23:5 41:17
**manager** 23:18
**map** 4:7
**maples** 2:4
**march** 32:8
**mario** 10:16
**mark** 27:3 31:4
**marked** 27:5 31:12,18 34:14 37:22
**mason** 8:4,7 11:7 12:20 14:4,13 35:25 36:2,3 37:7,15 37:25 40:6
**materials** 17:19
**matter** 5:18 28:11
**matters** 6:4
**mccracken** 1:21 44:6,22
**mean** 14:12 19:1 36:17
**mechanical** 6:21 9:8 10:5 17:15 19:5 21:8 29:16 36:20
**mentioned** 31:3
**met** 9:7
**middle** 5:9
**mightve** 34:1
**mile** 37:16
**miles** 37:17
**minute** 13:8,13 31:9 33:7
**missed** 30:2
**months** 9:15 17:10
**morning** 33:11

33:15
**move** 6:11 22:1 22:4,5 42:1
**movement** 14:14 26:11 31:5 38:18,25
**moving** 20:20 22:1 35:12
**mtandj** 2:6
**mysteriously** 20:9

**N**

**n** 3:2 4:1,1
**name** 5:6 6:1 10:17
**named** 19:10,11
**naomi** 1:20 44:6 44:22
**neck** 12:3
**need** 5:7 14:15
**never** 11:17 17:5 30:18 34:2
**nitpicky** 25:21
**nonverbal** 39:25
**nope** 39:10
**norfolk** 1:13 5:19 6:12,15 9:9 10:23
**northern** 1:1
**notary** 1:21 44:6 44:24
**notes** 44:16
**notice** 1:20
**november** 38:15
**number** 1:9 4:2 4:6 18:3 27:3,5 31:4,12,14,18 34:12,14,18 37:22
**nurse** 32:25

**O**

**o** 4:1
**oath** 5:23

**observation** 12:25 16:16 26:1
**occurred** 38:12
**october** 6:17
**offices** 1:22
**official** 10:4
**offloaded** 8:10 8:14
**oh** 18:20,23 19:14 25:17 26:3 30:21
**okay** 5:23 6:1 7:6,9,11,14,21 7:24 8:7,15,24 10:8,11 14:3 14:21 17:18 18:6 19:3,13 19:24 20:4,21 21:20 23:5 24:4,10 25:8 25:20 26:6,20 28:3,6,9,14 30:25 35:1 36:5 37:2,7,18 37:25 38:11,15 40:3 41:13,25 42:11 43:2
**old** 5:11,13
**opening** 3:9
**operation** 41:18
**operations** 4:6 34:17
**opinion** 23:1
**orange** 12:13
**order** 11:11 12:12,15,16,21 13:5 15:13,21 16:13 17:10,24 17:25 18:4,8 18:17,18 19:22 21:7,7 25:11 25:13 29:9 36:11 42:18,19

42:20
**ordered** 18:4 19:21
**ordering** 16:25 17:7
**orders** 17:9 18:16 19:4 25:11
**originally** 6:6
**outside** 20:19 28:1 39:20
**overhead** 4:7 37:18 39:16

**P**

**page** 3:6 4:2
**park** 2:4
**part** 21:16 29:21 29:22
**party** 44:18
**paused** 33:7
**penalty** 5:23
**people** 11:14,16 12:23 19:7,9 32:15 36:14 41:16
**perform** 11:11 25:7
**perjury** 5:24
**person** 28:2
**personnel** 9:25
**phone** 27:24 28:24 29:1,5 30:11,17,19,23 30:24 31:1,2 33:10
**physical** 7:20 17:25
**picture** 32:1
**pig** 8:5
**place** 2:4 44:9
**plaintiff** 1:6 2:2
**plaintiffs** 27:4 31:11,17 34:13 37:21

**please** 5:6
**plus** 13:22
**point** 18:15 25:12
**pollen** 27:10
**port** 8:9
**portable** 14:9 36:8 38:22 41:6
**pressure** 23:9
**printed** 27:8
**printout** 4:3
**probably** 9:15 20:24 21:2 29:8 32:1 40:15
**problem** 7:15 16:12 17:7,8 19:21 20:22 21:1,13,13,18 22:14,23 23:3 37:11
**problems** 9:17 13:10 40:9
**produced** 5:2
**program** 7:3
**proper** 42:9
**protect** 32:9,13 33:17
**protecting** 32:20
**protection** 14:14 16:4 26:12 31:6 35:12 36:9 38:19,25
**protects** 20:20
**public** 1:21 44:7 44:24
**pull** 13:5 15:23 15:25 18:18 40:12
**pulled** 16:9 20:9
**pulling** 12:17,21
**pursuant** 1:20
**put** 12:13 18:2,2,2

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

18:3,16 21:7
23:8 34:24
36:11,16,17
37:5,9 41:3,5
**puts** 22:18
**putting** 25:10
41:25 42:3
**px1** 4:3
**px2** 4:4
**px3** 4:5
**px4** 4:6
**px5** 4:7

---

**Q**

**qualified** 25:5,6
**question** 33:5,8
**questions** 6:2
42:23
**quick** 14:22
**quit** 16:25

---

**R**

**r** 4:1 44:1
**r3** 19:23
**radio** 28:21 29:1
29:3,4
**rail** 36:13
**railroad** 7:22
14:22,23,24
16:13 17:13
**railway** 1:13
**raised** 6:4
**ran** 24:16
**read** 35:6
**ready** 40:18
**real** 14:21 22:13
41:13
**realize** 5:17
**received** 35:1
**recognize** 37:25
**record** 4:5 14:1
31:15
**recorded** 28:24
29:3,4
**reduced** 44:14

**registered** 32:25
**relief** 32:15
**relieve** 33:2
**remarks** 3:9
**remember** 21:9
27:13 30:12
38:11,13
**remove** 19:21
**removing** 19:4
**repair** 8:16 16:6
42:1
**repaired** 23:17
24:19 25:1
**repairs** 16:13
**report** 22:25
23:2,6 26:10
**reporter** 1:21
44:6,23
**reporting** 1:22
**request** 35:12
**required** 40:17
**requirements**
14:25
**response** 39:25
**retainer** 20:16
22:4
**retaliate** 39:12
41:20
**retaliating** 13:2
25:23
**retaliation** 25:14
**retired** 6:9
**ride** 41:4
**right** 6:11 7:14
7:20 9:4,13,20
10:15,20 11:18
12:19 14:21
15:2,13 16:8
17:24 20:12
21:15,17 22:22
22:24 23:10
24:17 25:3,20
25:24 27:2,14
27:23 28:4

30:9,16 31:23
31:24 32:7
34:1,22 35:15
36:2,12,16,24
37:16 38:9,16
38:21,24 39:8
39:22 40:19
41:2,8,10,14
42:14
**rincon** 5:16 6:11
**road** 17:17
29:25 37:16
41:4
**roll** 42:15
**rolled** 42:15
**rule** 38:25
**rules** 14:23 15:1
26:12 31:6
39:3
**run** 17:12 29:9
29:12

---

**S**

**safe** 17:12
**safety** 15:1,7
23:3 29:19,22
**sam** 10:16
**savannah** 1:23
6:22 9:14,23
**save** 16:14
**saw** 10:12 22:24
32:8
**saying** 29:7
32:17 35:21
**school** 7:4
**second** 23:24
24:2 39:14
**seeing** 35:2
**seen** 13:5 31:21
31:22 34:20
**send** 7:4
**senior** 10:9
**separates** 22:17
22:18
**september** 23:14

**sergeant** 6:9
**service** 26:10
**set** 35:5 39:19
44:10
**shane** 1:5 5:18
6:4 8:19 20:21
23:21 24:7
**shape** 17:17
**shes** 32:25
**shift** 10:6 23:15
23:22,23 24:2
31:2 39:14
**ships** 8:8
**shock** 39:22
**shocked** 24:22
**shop** 21:8
**shortcut** 26:17
27:1
**shouldnt** 13:19
13:20,20 23:8
25:4 26:20,21
26:21
**shove** 40:16
**sick** 27:10
**side** 12:14 18:1
**sign** 33:21
**signature** 43:6
**sir** 5:6,22,25
6:14 7:16 16:5
16:23 17:20,23
25:25 41:24
43:1
**sits** 20:18
**sitting** 34:20
**situation** 19:18
23:13 24:11,13
**six** 9:15,15
**socalled** 24:19
**social** 8:22,24
**soldiers** 34:9
**somebody** 34:6
**somethings**
12:14
**somewhat** 14:6

**soon** 7:19
**sort** 17:22
**sounds** 38:16
39:24
**south** 44:3,25
**southern** 1:13
5:20 6:13,16
9:10 10:24
**specifically** 6:24
**spite** 27:17,18
**standing** 39:21
**start** 30:9 31:4
**state** 44:3,7
**statement** 1:18
5:18 43:7
**states** 1:1
**stay** 33:1
**stenographic**
44:16
**step** 25:7
**steve** 5:11,12,13
31:24
**steven** 1:18 5:1,7
5:12 43:8
**stickler** 30:21
**stipulations** 3:9
**stop** 16:25
**street** 1:23
**student** 7:2
**stuff** 33:23
36:22
**stunned** 33:5
**suite** 2:5
**supervisor** 9:8
9:22,25 10:4
12:1 19:5
32:23 39:18,21
42:17
**supervisors** 9:20
10:1
**supposed** 29:14
**sure** 17:15 28:10
30:21,22,23
**surgery** 7:18

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

surprised 13:19
surrounding 8:2
swing 19:15
  20:13,19,22
  21:1,12,18,22
  22:6,24 26:15
switch 16:1,1
sworn 1:18 5:2
  5:18 43:7
  44:11
system 21:11,16

**T**

t 4:1 44:1,1
table 34:20,24
  35:5
tag 13:5 17:24
  17:25 18:18
tags 12:12,13,22
  19:22 25:11
take 5:17 12:16
  13:14 27:1
  40:16,22,25
  41:13
taken 1:19 44:9
  44:16
talk 10:13 31:8
talked 11:5 20:7
talking 17:9
  42:5
taylor 1:5 8:20
  10:22 13:3
  14:4 19:19
  20:8 23:15,21
  25:21 26:2
  27:8 35:23
  41:23
taylors 5:19
team 27:15
tear 36:25
technically
  21:19
tell 5:6 8:25
  11:23 17:3
  18:24 30:18

42:18
telling 39:17
test 36:19,22
testified 5:3
testify 44:11
testimony 44:8
  44:13
thank 43:3,5
thatd 22:13
thats 10:3,11
  15:7,11,19
  16:8 17:12
  21:16 22:23
  24:22,23 26:9
  28:5,7,21
  31:25 32:21
  34:2 35:21
  37:2 38:8
  39:14 40:20
  43:4
therapy 7:20
theres 10:3,5,7
  14:22 15:19
  17:18 20:14
  37:18
theyll 32:19
theyre 12:13
  14:20 37:5
thing 17:22
  27:20,21 39:6
things 9:22
  17:21 29:6,9
  35:4
think 16:15 23:5
  29:12 33:18
  36:6
third 24:1,4,5
thought 14:15
  19:20 35:23
threaten 11:25
  23:6
threatened 25:9
three 10:1 32:14
throttle 41:8

time 7:8 10:12
  10:12 11:4
  15:19 17:8
  20:3 29:8,19
  29:20 35:4
  36:7 40:16,24
  40:25 41:14
  42:12,20,23
  44:9
times 21:4 25:19
  28:11,13 36:10
today 10:13
told 16:24 19:1
  19:11 27:24
  30:16 32:23
  33:4
tower 15:22
  28:17,17
track 30:11
  40:13
tracks 36:7,18
train 9:16 12:17
  12:18 15:14,17
  15:24 16:2,9
  16:14,17 21:5
  22:1,16,17,18
  23:16 26:24
  27:20 29:13,16
  29:23 30:4
  34:23,25 36:16
  36:17 37:9,14
  37:14 40:12,16
  41:3 42:13
training 9:9,9
trains 8:17
  16:25 36:15,23
  37:3
transcript 44:15
transcription
  44:14
transportation
  12:15 13:15,19
  23:18 24:18
  25:1 39:17

trap 14:7
traps 13:23
treat 34:6
treated 34:5,9
  40:3
treatment 12:20
trouble 39:9
truck 28:1
true 11:8 44:15
truth 9:1 44:11
  44:12,12
try 35:6
trying 15:11
  16:13,19 23:6
  25:24 26:23
  27:1 28:16
  29:13 39:11
tucker 2:3,4
  3:16 5:5 18:14
  27:2,7 31:14
  31:20 34:11,16
  37:24 43:3
turn 32:5
two 13:14 19:20
  23:16

**U**

u 4:1
uhhuh 37:10,13
umhmm 40:14
  41:9
understand 6:8
  7:17 11:13
  18:14
understanding
  11:1 21:10
  28:3 35:17,22
unit 20:18 21:5
united 1:1
use 14:8,15
  26:11

**V**

v 4:1
vacation 32:15

32:16 33:2
verbal 32:9
  35:12
vibration 21:25
  22:3
vindictive 11:18
violating 30:10
violation 5:20
  11:12 13:25
  24:23
vs 1:9

**W**

w 2:3
waived 43:6
walked 41:3,4
walker 33:13
want 6:2 16:17
  18:15 29:6
  41:1
wanted 41:20
ware 9:4,6 10:24
  11:18,23 12:10
  12:21 13:15
  16:24 18:9
  19:3,21 20:10
  23:17 24:18
  25:8,21 27:24
  28:19 30:6
  39:11,17
wasnt 20:3
  29:20
watching 11:4
  12:7
way 11:15 14:3
  17:12 21:10,12
  34:5,6,8 35:9
  37:15 40:20
ways 40:7,8
wedge 42:1,3
wellqualified
  26:2
went 33:8 34:2
  35:25
weve 11:16

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

| | | | |
|---|---|---|---|
| **whats** 10:8,17 | 28:1 30:17 | **1** | **8** |
| 18:4 29:11 | 33:11 36:1,2,3 | **1** 1:10 27:3,5,9 | |
| **whistleblower** | 36:3,4,21 37:7 | **10** 1:25 43:9 | **9** |
| 5:21 | 37:15 38:1 | **100** 1:22 | |
| **wife** 32:24 | 40:6 | **11** 32:8 | |
| **wifes** 33:7,10 | **yeah** 5:12 7:10 | **12th** 1:23 | |
| **witness** 1:19 5:3 | 7:19 8:12,12 | **1325** 2:5 | |
| 31:16 43:5 | 8:12 13:1,1,1,9 | **14** 38:15 | |
| 44:10 | 14:20 15:25 | **16** 1:25 7:23 | |
| **woods** 41:5 | 16:17 19:2,2,9 | | |
| **work** 6:15 7:24 | 19:14,14 20:25 | **2** | |
| 8:16 9:24 11:5 | 21:1,14,25 | **2** 31:4,12 37:17 | |
| 11:8 12:22 | 22:10 23:8,25 | **2001** 2:4 | |
| 13:20 19:10 | 24:2,2,15,19 | **2006** 6:17 | |
| 32:18 33:4 | 24:21,22,25 | **2008** 7:8 | |
| 34:21 36:9 | 25:15 26:3,5,5 | **2011** 32:8 | |
| **worked** 9:21 | 26:7,25,25,25 | **2018** 23:14 | |
| 33:2 | 27:12,14 28:13 | 38:15 | |
| **working** 7:11 | 29:3,11,11,20 | **2022** 1:24 | |
| 23:22,24 24:1 | 30:15 31:16,22 | **2053222333** 2:6 | |
| 24:6 30:10 | 31:25 32:4,6 | **21cv3303mlb** | |
| 32:14 | 32:11 33:15 | 1:10 | |
| **worried** 29:20 | 34:20 35:3 | **27** 4:3 | |
| 29:22 | 36:4,6,20 | | |
| **wouldnt** 28:24 | 37:17,20 38:2 | **3** | |
| 29:6 | 38:7,10,16 | **3** 3:8 31:15,18 | |
| **wouldve** 34:8 | 39:2,20 41:21 | **31** 4:4,5 | |
| **wrecks** 22:21 | 42:4,7,8,21 | **34** 4:6 | |
| **write** 21:17 | **year** 7:23 | **35203** 2:5 | |
| **writeup** 21:11 | **years** 7:21 | **37** 4:7 | |
| **wrong** 12:14 | **yep** 19:6 25:12 | | |
| 21:24 28:4,5 | 28:2 34:2 | **4** | |
| 29:11,24 33:18 | **youd** 33:25 | **4** 3:9,16 30:11 | |
| **wrote** 33:16 | **younger** 31:24 | 34:12,14 38:18 | |
| | **youre** 7:17 | **43** 3:24 | |
| **X** | 15:11 19:24 | | |
| **x** 3:2 | 28:11 32:19 | **5** | |
| | 40:17 | **5** 4:6 34:18 | |
| **Y** | **youve** 7:11 | 37:19,22 | |
| **y** 4:1 | 31:21 40:1 | **58** 43:9 | |
| **yard** 7:25 8:4,5 | | | |
| 8:7,8 10:4 11:5 | **Z** | **6** | |
| 11:7 12:20 | | | |
| 14:5,7,13,18 | **0** | **7** | |
| 17:16,19 27:25 | **06** 6:18 | | |