# Exhibit B

# Ware Deposition Excerpts

Lewis Ware, Jr.                                                    8/10/2022

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHANE FOWLER and
KELVIN TAYLOR,

    Plaintiffs,          CIVIL ACTION FILE

vs.                      NO. 1:21-cv-3303-MLB

NORFOLK SOUTHERN RAILWAY
COMPANY, et al.,

    Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOCONFERENCE DEPOSITION OF

LEWIS M. WARE JR.

August 10, 2022

9:05 a.m.

900 Circle 75 Parkway

Suite 500

Atlanta, Georgia

Joel P. Moyer, CCR 2745

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Lewis Ware, Jr.                                              8/10/2022

```
                                                          Page 46
 1     Q     The bad order count that you said you'd
 2  never had, have never heard of, was 20 in September
 3  2018 and was later reduced to 12; is that correct?
 4     A     No.  I didn't -- I didn't have a count.
 5  I mean, I know the bad order count, but I didn't
 6  have a certain number of what the count was going
 7  to be.
 8     Q     Well, what is Number 9, that paragraph
 9  you swore was the truth?
10     A     Repeat the question, and I'll answer
11  it.
12           MR. TUCKER:  Read it for him again,
13  please.
14       (The record was read by the reporter.)
15     A     Yes.
16  BY MR. TUCKER:
17     Q     So you did have a bad order count?
18     A     Yes, but it wasn't ten.
19     Q     Okay.  It was 20?
20     A     20.
21     Q     So what you testified earlier about not
22  having a bad order count was not the truth?
23           MR. FRAZIER:  Object to the form of the
24  question.
25  BY MR. TUCKER:
```

Lewis Ware, Jr.                                                8/10/2022

Page 47

```
 1        Q     Am I correct about that?
 2              MR. FRAZIER:  Object to the form of the
 3   question.
 4        A     Repeat the question.  I'll answer.
 5              MR. TUCKER:  Repeat it for him, please.
 6        (The record was read by the reporter.)
 7        A     Yes.
 8   BY MR. TUCKER:
 9        Q     All right.  Now I want to go to
10   September of 2018 and the two BKTY cars.  Okay?
11        A     Okay.
12        Q     All right.  Am I correct that those
13   cars -- well, I'll tell you what do.  Why don't
14   we -- I'm changing subjects.  Why don't we take a
15   break?
16              MR. FRAZIER:  You want to take a break?
17   Go ahead.
18        (Proceedings in recess, 9:57 a.m. to
19        10:09 a.m.)
20   BY MR. TUCKER:
21        Q     Back to September of 2018 and the two
22   BKTY cars, are those boxcars?  Were those boxcars?
23        A     Yes.
24        Q     Okay.  Tell me -- tell me what happened
25   to lead to the dispute about the couplers.
```