# Exhibit D

# Taylor Deposition Excerpts

Page 1

U.S. DEPARTMENT OF LABOR
OFFICE OF ADMINISTRATIVE LAW JUDGES

IN THE MATTER OF:                       )
                                        )
SHANE FOWLER and                        )
KELVIN TAYLOR,                          )
                                        )
        Complainants,                   )
                                        ) CIVIL ACTION NO.
vs.                                     ) 2020-FRS-00060
                                        )
NORFOLK SOUTHERN RAILWAY                )
COMPANY, LEWIS WARE, DIANNE             )
BARNETT, and STEPHEN                    )
WEATHERMAN,                             )
                                        )
        Respondents.                    )
                                        )

        Deposition of KELVIN TAYLOR, taken by counsel for the Respondents, pursuant to notice and by agreement of counsel, under the Georgia Civil Practice Act, reported by Tamela G. Sheeler, RPR, CLR, CCR-6537-8261-3701-4272, at McKee Court Reporting, 106 Montgomery Street, Savannah, Georgia, on Wednesday, April 14, 2021, commencing at 1:12 p.m.

1    Exhibit 10, which is the individual employee safety
2    training, for the first entry dated 5/24, 052418,
3    description of ODB No. 5 and Operating Rule 22, fouling
4    equipment.  Presenter's name, L. M. Ware, Jr., you
5    disagree with Mr. Fowler who recalls that there actually
6    was a training session, and you say that that was not --
7    that no training was conducted, it was simply the
8    presentation of the literature --
9         A.    Correct.
10        Q.    And that's your -- correct?
11        A.    Correct.
12        Q.    Did you ever discuss it with Mr. Ware --
13   not in a training meeting or any -- did you ever call
14   Mr. Ware about it before you were charged with a blue
15   flag violation?
16        A.    The only discussion that we had pertaining
17   to this was the movement protection.  This was some
18   literature that was also put on the desk by Mr. Ware.
19   So we read it.
20              We were working second shift at the time.
21   So we read this.
22              And one of the questions that I
23   particularly had with Mr. -- or heard Mr. Ware say, is
24   because, when you have a train and the engine is
25   connected to the train and you have an engineer on that

1   train, then you can use this if you needed to make a
2   quick repair.  If you needed to step in the gauge or in
3   between cars, and make a quick repair.  Then we can use
4   this.
5           So this is what we use.  We used it because
6   on numerous occasions Mr. Ware was aware that we were
7   using this.  He was aware of this.
8       Q.  When you say he was aware of you using it,
9   are you telling us -- do you mean by that, Mr. Taylor,
10  that you were using this protection that's described
11  without blue flag protection?
12      A.  Correct.  We --
13      Q.  You say Mr. Ware was aware of that?
14      A.  Correct.  I could give you an example if
15  you want.
16      Q.  Please do.
17      A.  One day we -- Shane and I was coming in on
18  second shift, there was a train that first shift had
19  worked.  And I could hear some leaks in it when I was
20  driving to the shop.  Okay?  When the engineer released
21  the brakes and tried to move, the train moved out of the
22  tracks, out of the confine of a blue flag, but it
23  couldn't maintain enough pressure to continue to move.
24          Well, as I was sitting right there, this
25  was -- before we could work on our train, as I was

```
                                                              Page 59
 1   sitting right there, he called over the radio.
 2              MR. TUCKER:  Who is he?
 3         A.   The engineer called over the radio, he
 4   called the tower.  And he was telling him that he was
 5   having issues with the flow meter.
 6              The flow meter is the thing on the
 7   locomotive that measures the volume of air that's
 8   leaking.  If there's a lot of air, it's up high; if
 9   there's not, then it's down low.
10              Well, here's the thing -- Mr. Ware was
11   standing right there behind me in the office.  I had
12   just got there, got on my PPE.  When they called and
13   said this, that's when I said, I picked up the radio,
14   because we were told, Mr. Ware said, go out there and
15   check that out.  I got on the radio and I called that
16   train, that engineer, right there with Mr. Ware standing
17   behind me.  And I said, okay, I'm going to go ahead and
18   I'm going to roll in from the east end.  I heard a
19   couple of leaks in it while I was coming in.  Go ahead
20   and give me movement protection.
21              I went out there -- he gave it to me.  I
22   went out there, I fixed one of the leaks.  Then I moved
23   to the other one and fixed the other one.
24              And he told me, okay, the flow meter is
25   coming down.  This is what the engineer told me over the
```

Page 60

```
 1   radio, the flow meter is coming down.
 2            So I told him, I said, there is one more.
 3   I said, what is your flow meter reading right now?
 4            He said 50.
 5            At that point is when Mr. Ware got on the
 6   radio and said, never mind, Mr. Taylor, he said they can
 7   pull at 50.
 8            So he knew it, he was standing right there
 9   and he was monitoring the whole thing over the radio the
10   whole while.  So he knew that we were using it.
11            This wasn't something that we tried to
12   hide.  And not only was we using it, other carmen was
13   also using it.
14       Q.   But my question involved, you were using it
15   without blue flag protection?
16       A.   Correct.  In situations where we could not
17   blue flag the track.  If we could blue flag the track,
18   then we did not use it.  But in a situation, this train
19   had moved out of the track, part of it was in there.
20            MR. TUCKER:  Is that similar to the Mason
21       Yard?
22            MR. FRAZIER:  Please don't ask him
23       questions while I'm in the middle of examining
24       him, Bill.
25   BY MR. FRAZIER:
```

Page 93

```
 1        Q.    Did you ever hear of a formal investigation
 2   that did not resolve in a guilty finding?
 3        A.    No, I haven't.
 4        Q.    The 30 days deferred that we've been
 5   talking about, that's not the period for which you would
 6   be in, sort of, probation, that's just what would have
 7   been put on anything that would have happened if you got
 8   in trouble within whatever that probationary period was?
 9             MR. FRAZIER:   Object to the form of the
10        question.
11             You're telling him the answers, I object to
12        it.
13   BY MR. TUCKER:
14        Q.    Do you agree with it?
15        A.    I still don't really understand.
16        Q.    Listen up, here we go.
17             You've got 30 days deferred suspension;
18   correct?
19        A.    Correct.
20        Q.    Do you understand that if you got in
21   trouble later you would get 30 days actual suspension as
22   a result of that START?
23        A.    I thought that it would be probationary for
24   those 30 days.  But I did think that during that time,
25   it would be much worse.
```