# Exhibit E

# Daniels' Sworn Statement Excerpts

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
 2                         ATLANTA DIVISION
 3
 4
 5    SHANE FOWLER and KEVIN TAYLOR,
 6       Plaintiff,
 7
 8
 9
      vs.                                 CASE NUMBER
10                                        1:21-CV-3303-MLB
11
12
13
      NORFOLK SOUTHERN RAILWAY COMPANY, et al,
14
         Defendant.
15
      ---------------------------/
16
17
18          The sworn statement of STEVEN DANIELS, a
19    witness in the above-entitled cause, taken
20    pursuant to Notice and agreement, before Naomi
21    McCracken, Court Reporter and Notary Public, at
22    the Offices of Coastal Court Reporting, 100 Bull
23    Street, Savannah, Georgia, on the 12th day of
24    April 2022, commencing at or about the hour of
25    10:16 a.m.
```

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 11

1   Q    What was your understanding of what
2   their complaints were about, if you know?
3   A    Just about him -- him constantly, you
4   know, watching them.  And every time they go in
5   the yard doing work.  I just -- when they talked
6   to me about it, they said that he followed them
7   over to Mason yard.  And, to my knowledge, which
8   is true, is that the work they were doing, all
9   they had to do and all they was ever instructed
10  to do, was let them know that we was in the area
11  in order to perform our duties.  But he got them
12  for a blue flag violation, which was -- I don't
13  understand how that happened.
14  Q    Do you know other people that had done
15  that job the same way?
16  A    Yes.  A lot of other people since we've
17  been there, and that has never happened.
18  Q    All right.  Was Ware vindictive?
19  A    Very.
20  Q    Were you interviewed by Diane Barnett
21  about that?
22  A    Yes.
23  Q    What did you tell her about Mr. Ware?
24  A    Just that he's -- you know, he likes to
25  threaten.  He likes to, you know, let you know

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 12

1  that he's the supervisor. It's always -- you
2  know, it's just feel like he's constantly got a
3  foot on your neck.
4      Q    Did he lead by example or intimidation?
5      A    No, no. Intimidation.
6      Q    You learned a little something about
7  leadership watching your dad, didn't you?
8      A    Absolutely.
9      Q    Would your dad have led like Lewis
10 Ware?
11     A    Not at all.
12     Q    What are bad order tags?
13     A    They're orange tags that we have to put
14 on the side of the car when something's wrong
15 with the car in order for transportation to
16 know, in order, you know, to take them out so
17 they can't be pulling on the train when the
18 train go out.
19     Q    All right. In addition to their
20 complaint about their treatment at Mason yard,
21 they complained about Ware pulling bad order
22 tags and about making them do more work than
23 other people and they --
24     A    They did a lot.
25     Q    Was that your observation --

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 17

1  many cars?
2      A   Absolutely.
3      Q   Does he tell you that his job's on the
4  line?
5      A   He's never said that his job is on the
6  line, but he's always made it seems like it was
7  a definite problem for us bad ordering, it's
8  going to become a problem.  One time when he was
9  talking about bad orders that -- we all, as a
10 group, didn't bad order cars for months because
11 it just felt intimidating.
12     Q   That's not the safe way to run a
13 railroad, is it?
14     A   Not at all because our job as a
15 mechanical inspectors are to make sure that when
16 that equipment leaves the yard, it's in the best
17 shape it is to go up that road.
18     Q   Okay.  There's a lot of hazardous
19 materials come in and out of Dillard yard?
20     A   Yes, sir.
21     Q   Including things like chlorine and that
22 sort of thing?
23     A   Yes, sir.
24     Q   All right.  Now, the bad order tag is a
25 physical tag that if you find a bad order, you

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 18

1  attach it on each side of the car?
2      A    Yes.  You put the date, you put the
3  location, you put the car number, and then where
4  it's bad ordered at and what's the bad order
5  for.
6      Q    Okay.  And then were you under
7  instructions of -- and the other carman that if
8  you had a bad order, that you were to call Lewis
9  Ware?
10     A    Immediately.
11     Q    And why?
12     A    Immediately.
13     Q    Why?
14     A    I don't understand why, Mr. Tucker, but
15 it was to a point where he just didn't want bad
16 orders and he put it out, if you going to bad
17 order, call me first and let me know.
18     Q    Did he ever pull bad a order tag off of
19 one of your cars?
20     A    Oh, several.
21     Q    Before you had your interview with
22 Diane Barnett?
23     A    Oh, several.  Yes.
24     Q    Did you tell Diane Barnett about that?
25     A    She knows.

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 19

1   Q   I mean, you told her about it?
2   A   Yeah, yeah. She knows.
3   Q   Okay. Have you heard that Ware had a
4   history of removing bad orders when he was in
5   Macon as a mechanical supervisor?
6   A   Yep.
7   Q   How did you hear about it? People in
8   Macon?
9   A   Yeah. People in Macon. There was a
10  guy that used to work with us named Dustin --
11  named Dustin. He told us that had happened up
12  there a lot with him when he was up there.
13  Q   Okay. Are you familiar with BKTY cars?
14  A   BKTY. Yeah. Oh, yeah.
15  Q   They have cross keys and swing gates on
16  the couplers?
17  A   Yes.
18  Q   Are you familiar with the situation
19  that arose where Mr. Fowler and Mr. Taylor
20  thought that there were two cars that had a
21  problem and Ware ordered them to remove the bad
22  order tags?
23  A   Over in R3.
24  Q   Okay. You're familiar with that?
25  A   Yes.

COASTAL COURT REPORTING INC.
800.791.1100   -   COASTALCOURT.COM

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 25

```
 1     was with him in transportation repaired that
 2     car, that was illegal.
 3          Q    All right.
 4          A    He shouldn't of.
 5          Q    Because he's not qualified to do it?
 6          A    No.  He's not -- he's not qualified to
 7     step over to our craft to even perform that job.
 8          Q    Okay.  Would you agree that Ware had
 9     harassed and threatened and attempted to
10     intimidate employees about making -- putting bad
11     order tags on actual bad orders?
12          A    Yep.  And he even got to the point
13     where, "You bad order it, you fix it."
14          Q    Was that a form of retaliation?
15          A    Yeah.  To me, it is.
16          Q    Did he do it to you?
17          A    Oh, yes.
18          Q    Before all this?
19          A    Several times before.
20          Q    All right.  Okay.  Did it appear to you
21     that Ware gave Fowler and Taylor more nitpicky
22     kind of duties appearing as if he were
23     retaliating against them because they were
24     trying to do their job right?
25          A    Yes, sir.
```

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 26

1    Q    On your observation, were Fowler and
2    Taylor good, well-qualified carmen?
3    A    Oh, yeah.  Our whole crew is good.
4    Q    Were you good?
5    A    Yes.  Yeah, yeah.
6    Q    Okay.
7    A    Yeah.  It's the only job I've ever
8    loved.
9    Q    In your blue flag discipline that's
10   listed on your career service report, that
11   didn't involve the use of the movement
12   protection rules, did it?
13   A    No.
14   Q    So it's not anywhere close to the
15   swing, is it?
16   A    No.  That was just me taking a
17   shortcut.
18   Q    And you actually did it?
19   A    Yes.
20   Q    Okay.  And you shouldn't have done it?
21   A    No, I shouldn't have.  I shouldn't
22   have.
23   Q    Were you trying to help them get their
24   train out?
25   A    Yeah, yeah.  I was -- yeah, doing

COASTAL COURT REPORTING INC.
800.791.1100  -  COASTALCOURT.COM

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 35

1    Q    Okay.  So you received no instruction
2    on this other than just seeing a copy of it?
3    A    Yeah.  This is a bulletin.  Most the
4    time they come out with a certain things, they
5    just get the bulletin and set it on the table
6    and you got to read it and try to interpret it
7    --
8    Q    Well --
9    A    -- the best way you can.
10   Q    Did you ever -- are you familiar with
11   what that change said?
12   A    The verbal request of moving protection
13   by calling them and letting you know that you
14   are going to fix something, and --
15   Q    Right.
16   A    -- you know...
17   Q    Was it your understanding that that
18   bulletin, as it applied to the carmen, could be
19   used instead of the blue flag involved if there
20   were no blue flags available?
21   A    To me, that's what it's saying.
22   Q    Was that your understanding of -- is
23   that essentially what Fowler and Taylor thought,
24   also?
25   A    Yes.  When they went over to Mason

**Steven Daniels**
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 39

1  the engineer --
2      A    Yeah.
3      Q    -- and they followed those rules?
4           Were you aware and did you know, of
5  your own knowledge, that the other carmen had
6  done the exact same thing?
7      A    Of course.
8      Q    All right.  But did any of them get in
9  trouble?
10     A    Nope.
11     Q    Is that because Ware was trying to
12 retaliate against Lewis and --
13     A    He said something out against them.  It
14 was -- it was -- that's second shift.  It's
15 different.
16     Q    Were you aware that they overhead Lewis
17 Ware telling the transportation department
18 supervisor that it was Diane Barnett's idea that
19 she -- they had set them up?
20     A    Outside the bathroom, yeah.  Him and
21 that supervisor standing out there.
22     Q    All right.  Does that shock you?
23     A    No, no.
24     Q    Sounds like just what they would do?
25     A    (Nonverbal response.)

Steven Daniels
SHANE FOWLER v. NORFOLK SOUTHERN RAILWAY

Page 40

```
 1      Q    You've got answer "yes" or "no."
 2      A    Yes.
 3      Q    Okay.  So they were treated different
 4   from everybody else?
 5      A    Yes.
 6      Q    At Mason yard, it could've been several
 7   ways that could've been handled, I guess.  But
 8   one of the ways that it could be handled would
 9   be that they could cut -- if the problem's with
10   the last car --
11      A    Just cut it off.
12      Q    -- you could cut off, pull the train
13   out of the track --
14      A    Um-hmm.
15      Q    -- blue flag it, fix it in probably no
16   time, take the flag down, shove the train back
17   down, couple up, do whatever you're required to
18   do to make it ready, and then it could've left,
19   right?
20      A    Yes.  You could do it that way.  That's
21   logical.  But to them --
22      Q    That would take --
23      A    That would be --
24      Q    -- a little time?
25      A    That would take a little time, so they
```

COASTAL COURT REPORTING INC.
800.791.1100   -   COASTALCOURT.COM