IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANE FOWLER and KELVIN TAYLOR, ) ) ) Plaintiffs, ) ) v. ) ) NORFOLK SOUTHERN RAILWAY ) COMPANY, DIANNE BARNETT, ) STEPHEN WEATHERMAN, and ) LEWIS WARE ) ) Defendants. ) | Civil Action No.: 1:21-CV-3303-MLB |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF FACTS

1. Undisputed.

2. Undisputed.

3. Undisputed.

4. Undisputed as written but Ware will testify that he did not have a bad order count or goal which when reached would have the result that carmen would cease inspecting and repairing railcars, the count being a guide or prediction on which to base the need for materials and manpower. *See* Ware Statement in Plaintiffs' Fact No. 7.

5. Undisputed.

6. Undisputed.

PD.40700434.1

7. Undisputed.

8. Undisputed.

9. Undisputed, based on Ware's understanding of the question.

10. Undisputed.

11. Undisputed.

12. Undisputed.

13. Undisputed.

14. Disputed. *See* Ware Declaration ¶ 20 (Doc. 48-5); Nobles Declaration ¶ 3 (Exhibit A to Defendants' Reply Brief).

15. Undisputed.

16. Undisputed.

17. Disputed. *See* Barnett Declaration, p. 11, ¶ 36 (Doc. 48-4).

18. Undisputed.

19. Disputed. *See* Barnett Declaration, p. 11, ¶ 36 (Doc. 48-4).

20. Disputed. *See* Ware Declaration, p. 5, ¶ 16 (Doc. 48-5).

21. Disputed. *See* Ware Declaration, p. 5, ¶ 16 (Doc. 48-5).

22. Disputed in that Plaintiffs were not removed from service and Ware did not testify that they were at the pages cited, which are Ware Tr. 100 and 108.

23. Undisputed.

24. Undisputed.

25. Undisputed.

26. Undisputed.

25. Undisputed.

Submitted this 19th day of December, 2022.

*/s/ Sydney F. Frazier, Jr.*
Sydney F. Frazier, Jr.
(Admitted *Pro Hac Vice*)

*/s/ Crawford S. McGivaren, Jr.*
Crawford S. McGivaren, Jr.
(Admitted *Pro Hac Vice*)

*/s/ Desharne Carroll*
Desharné Carroll (Georgia Bar No. 913658)
PHELPS DUNBAR LLP
2001 Park Place North, Suite 700
Birmingham, Alabama  35203
E-Mail:   Sydney.Frazier@phelps.com
              Crawford.McGivaren@phelps.com
              Desharne.Carroll@phelps.com

*Counsel for Defendants*
Norfolk Southern Railway Company,
Lewis Ware, Dianne Barnett, and
Stephen Weatherman

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF System which will send electronic notification of such filing to the following attorneys for Plaintiff:

| | |
|---|---|
| D. James Jordan, Esq.<br>Hannah E. Heltzel, Esq.<br>ADAMS, JORDAN, & HERRINGTON<br>577 Mulberry Street, Suite 1250<br>Macon, GA 31202<br>jjordan@adamsjordan.com<br>hheltzel@adamsjordan.com | William C. Tucker, Jr., Esq.<br>J. Tom Walker, Esq.<br>MAPLES, TUCKER & JACOBS LLC<br>2001 Park Place North<br>Suite 1325<br>Birmingham, AL  35203<br>bill@mtandj.com<br>tom@mtandj.com |

*/s/ Desharne Carroll*
OF COUNSEL