# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Shane Fowler and Kelvin Taylor,

      Plaintiffs,

v.

Norfolk Southern Railway Company, et al.,

      Defendants.

Case No. 1:21-cv-3303-MLB

_____/

## ORDER

On September 22, 2023, the Court referred this case to a United States Magistrate Judge for mediation. (Dkt. 69.) The Court stayed and administratively closed the case pending mediation. (*Id*.) The parties have announced that this case has settled. (10/18/2023 Docket Entry.) The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.

**SO ORDERED** this 19th day of October, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE